# EXHIBIT 6

BASIC STUDY

# Construction and Preclinical Evaluation of an Anti-CD19 Chimeric Antigen Receptor

*James N. Kochenderfer,\*   Steven A. Feldman,\*   Yangbing Zhao,\*   Hui Xu,\*   Mary A. Black,\* Richard A. Morgan,\*   Wyndham H. Wilson,† and  Steven A. Rosenberg\**

**Summary:** T cells can be engineered to express the genes of chimeric antigen receptors (CARs) that recognize tumor associated antigens. We constructed and compared 2 CARs that contained a single chain variable region moiety that recognized CD19. One CAR contained the signaling moiety of the 4 1BB molecule and the other did not. We selected the CAR that did not contain the 4 1BB moiety for further preclinical development. We demonstrated that gammaretroviruses encoding this receptor could transduce human T cells. Anti CD19 CAR transduced CD8+ and CD4+ T cells produced interferon γ and interleukin 2 specifically in response to CD19+ target cells. The transduced T cells specifically killed primary chronic lymphocytic leukemia (CLL) cells. We transduced T cells from CLL patients that had been previously treated with chemotherapy. We induced these T cells to proliferate sufficiently to provide enough cells for clinical adoptive T cell transfer with a protocol consisting of an initial stimulation with an anti CD3 monoclonal antibody (OKT3) before trans duction followed by a second OKT3 stimulation 7 days after transduction. This protocol was successfully adapted for use in CLL patients with high peripheral blood leukemia cell counts by depleting CD19+ cells before the initial OKT3 stimulation. In preparation for a clinical trial that will enroll patients with advanced B cell malignancies, we generated a producer cell clone that produces retroviruses encoding the anti CD19 CAR, and we produced sufficient retroviral supernatant for the proposed clinical trial under good manufacturing practice conditions.

**Key Words:** chimeric antigen receptor, gene therapy, CD19, T cell, gammaretrovirus, adoptive T cell therapy

(*J Immunother* 2009;32:689 702)

Approximately 22,000 people die because of B cell malignancies each year in the United States.[1] Patients with some B cell malignancies including mantle cell lymphoma and chronic lympocytic leukemia (CLL) cannot be cured by therapies such as conventional chemotherapy and monoclonal antibodies,[2,3] but some patients with these diseases can achieve prolonged disease free survival after allogeneic stem cell transplantation.[4–6] Unfortunately, allogeneic stem cell transplantation is limited by significant transplant related mortality and a shortage of suitable donors.[2,6,7] In patients with B cell malignancies that relapse after allogeneic stem cell transplantation, infusion of allogeneic donor lymphocytes can induce remissions.[8–10] The effectiveness of these lymphocyte infusions provides a rationale for attempts to develop other cellular immuno therapies for B cell malignancies.

Adoptive transfer of autologous T cells that are cultured from tumor infiltrating lymphocytes can cause regressions of advanced melanoma in humans.[11,12] Because tumor reactive T cells cannot be reliably cultured from most of human tumors, methods have been developed to engineer T cells to express genes encoding tumor antigen specific T cell receptors.[13,14] Adoptive transfer of these genetically modified T cells is a promising approach to cancer immunotherapy.[15] Another approach to adoptive T cell therapy is to engineer T cells to express chimeric antigen receptors (CARs).[16,17] CARs are made up of an antigen recognizing receptor coupled to signaling molecules that can activate T cells expressing the CAR.[18–20] The antigen receptors most commonly incorporated into CARs are single chain variable region moieties (scFv) that consist of the light chain and heavy chain variable regions of a monoclonal antibody joined by a peptide linker. Murine models have shown that T cells transduced with retroviruses encoding CARs can protect mice from tumor challenges in vivo.[21,22]

Our group has completed a phase I clinical trial in which patients with ovarian carcinoma were treated with T cells that were transduced with a CAR that was specific for the ovarian carcinoma associated antigen α folate receptor.[23] No objective tumor regressions were seen.[23] The CAR used in this clinical trial incorporated the Fc receptor γ cytoplasmic signaling chain without any costimulatory molecules such as CD28 or 4 1BB. More recent work in mice has demonstrated that CARs contain ing the T cell receptor (TCR) ζ cytoplasmic signaling chain had superior in vitro function and in vivo antitumor efficacy than CARs containing the Fc receptor γ cytoplasmic signaling chain.[24] In addition, in vitro studies with human cells and murine in vivo studies have shown that incorporating the signaling domain of CD28 into CARs enhances function and in vivo antitumor efficacy.[22,25–27] Signaling of the 4 1BB costimulatory molecule has been shown to enhance T cell proliferation and persistence,[28,29] and 4 1BB signaling enhanced the function of CARs in vitro.[30,31] Thus, significant advances in CAR design have occurred since our last clinical trial using CAR transduced T cells.

CD19 is a promising target for antigen specific T cell therapies because CD19 is expressed on most malignant

Received for publication January 6, 2009; accepted April 21, 2009.
From the *Surgery Branch of the National Cancer Institute; and †Metabolism Branch of the National Cancer Institute, National Institutes of Health, Bethesda, MD.
This work was supported by intramural funding of the Center for Cancer Research, National Cancer Institute, NIH.
Financial Disclosure: All authors have declared there are no financial conflicts of interest in regards to this work.
Reprints: James N. Kochenderfer, Surgery Branch of the National Cancer Institute, NIH 10 Center Drive CRC Room 3-3888 Bethesda, MD 20892 (e-mail: kochendj@mail.nih.gov).
Copyright © 2009 by Lippincott Williams & Wilkins

*Kochenderfer et al*                                                           *J Immunother* • Volume 32, Number 7, September 2009

B cells,[32,33] and the only normal cells that express CD19 are B cells and perhaps follicular dendritic cells.[33,34] Importantly, CD19 is not expressed on pluripotent hematopoietic stem cells.[35] Although destruction of normal B cells is a drawback to targeting CD19, destruction of normal B cells is well tolerated. In most patients that receive the widely used anti CD20 monoclonal antibody rituximab, the number of normal peripheral blood B cells is severely depressed for several months,[36] yet patients that receive chemotherapy plus rituximab do not have an increased rate of infections when compared with patients that receive chemotherapy alone.[37] Finally, patients can be treated with intravenous infusions of IgG if necessary to increase IgG levels.[38]

We constructed 2 CARs that target CD19 and selected the one with the best in vitro function for further testing in preparation for a clinical trial. T cells that were transduced with gammaretroviruses encoding this CAR recognized CD19 expressing cells in an antigen specific manner and killed primary B cell CLL cells. We have optimized methods of T cell culture and transduction to generate highly active anti CD19 CAR expressing T cells from the blood of patients with CLL.

## MATERIALS AND METHODS

### Construction of the MSGV-FMC63-28Z and MSGV-FMC63-CD828BBZ Recombinant Retroviral Vectors

The mouse stem cell virus based splice gag vector (MSGV) FMC63 28Z recombinant retroviral vector encodes the MSGV retroviral backbone and the FMC63 28Z CAR. The FMC63 28Z CAR consists of an anti CD19 scFv that was derived from the FMC63 mouse hybridoma,[39] a portion of the human CD28 molecule, and the intracellular component of the human TCR ζ molecule. The exact sequence of the CD28 molecule included in the FMC63 28Z CAR corresponds to Genbank identifier NM_006139. The sequence includes all amino acids starting with the amino acid sequence IEVMYPPPY and continuing all the way to the carboxy terminus of the protein. To encode the anti CD19 scFv component of the vector, we designed a DNA sequence which was based on a portion of a previously published CAR.[40] This sequence encodes the following components in frame from the 5′ end to the 3′ end: an XhoI site, the human granulocyte macrophage colony stimulating factor receptor α chain signal sequence, the FMC63 light chain variable region,[39] a linker peptide,[40] the FMC63 heavy chain variable region,[39] and a NotI site. This sequence was synthesized by GeneArt AG (Regensburg, Germany), and a plasmid encoding this sequence was digested with XhoI and NotI (New England Biolabs). To form the MSGV FMC63 28Z retroviral vector, the XhoI and NotI digested fragment encoding the FMC63 scFv was ligated into a second XhoI and NotI digested fragment that encoded the MSGV retroviral backbone[14] as well as part of the extracellular portion of human CD28, the entire transmembrane and cytoplasmic portion of human CD28, and the cytoplasmic portion of the human TCR ζ molecule.[41]

We also designed a second recombinant retroviral vector called MSGV FMC63 CD828BBZ that consists of the following components in order from 5′ to 3′: the MSGV retroviral backbone, the FMC63 scFv, the hinge and transmembrane regions of the CD8 molecule, the cytoplasmic portions of CD28 and 4 1BB, and the cytoplasmic component of the TCR ζ molecule. MSGV FMC63 CD828BBZ was constructed using a multistep strategy. A fragment encoding the CD8, CD28, 4 1BB, and TCR ζ components was generated using an overlapping polymerase chain reaction (PCR) method[42] using the following primers:

1. NotI CD8F: 5′ acgGCGGGCCGCAttcgtgccggtcttcctgc 3′;
2. 28cyto CD8R: 5′ gcctgctcctctttactcctgttcctgtggttgcagta aag 3′;
3. CD8 28cytoF: 5′ ctttactgcaaccacaggaacaggagtaagaggag caggc 3′;
4. BamHI zetaR: 5′ ttat GGATCC ttagcgaggggggcagggcc 3′.

The NotI CD8F and 28cyto CD8R oligonucleotide primers were used to generate a PCR product that encoded the hinge and transmembrane region of CD8 by using human CD8α cDNA as a template. An overlapping fragment encoding the cytoplasmic portions of CD28, 4 1BB, and TCR ζ components in the order of CD28 4 1BB CD3ζ was generated using forward primer CD8 28cytoF and the BamHI zetaR reverse primer. The 2 PCR products were combined and the full length construct generated using the NotI CD8F and the BamHI zetaR primers. DNA encoding this full length construct and DNA encoding the FMC63 scFv were ligated into the MSGV retroviral backbone to form the MSGV FMC63 CD828BBZ retro viral vector.

A plasmid encoding the SP6 scFv[43] was kindly provided by Z. Eshhar. This scFv was cloned into the MSGV retroviral vector along with a portion of the CD28 gene and the gene for cytoplasmic portion of the CD3ζ molecule to form the MSGV SP6 28Z plasmid. This plasmid encoded a receptor that is referred to as SP6 28Z in this paper. The SP6 28Z receptor recognizes the hapten 2, 4, 6 trinitrobenzenesulfonic acid and served as a negative control.

### Culture Media

T cells were always cultured in T cell medium which consisted of AIM V medium plus 5% AB (blood type AB) serum (Gemini Bioproducts, Woodland, CA), 100 U/mL penicillin, 100 μg/mL streptomycin, and 1.25 μg/mL amphotericin B. R10 medium consisted of Roswell Park Memorial Institute 1640 medium plus 10% fetal bovine serum (FBS), 100 U/mL penicillin, 100 μg/mL streptomycin and 2 mM L glutamine. D10 medium con sisted of Dubecco Modified Eagle Medium, 10% FBS, 100 U/mL penicillin, 100 μg/mL streptomycin, nonessential amino acids, and 2 mM L glutamine. SupB15 medium consisted of Iscove Modified Dulbecco's Medium plus 20% FBS, 100 U/mL penicillin, 100 μg/mL streptomycin, 2 mM L glutamine, and 0.055 mM 2 mercaptoethanol. Cytotoxicity medium was phenol red free Roswell Park Memorial Institute medium plus 5% AB (blood type AB) serum (Gemini Bioproducts), 100 U/mL penicillin, and 100 μg/mL streptomycin. All cell culture media ingredients except the AB (blood type AB) serum were from Invitrogen (Carlsbad, CA). Recombinant human interleukin (IL) 2 was obtained from Chiron (Emeryville, CA).

### Transient Retrovirus Production

To transiently produce retroviruses, 293GP packaging cells[44] were transfected with either the MSGV FMC63 28Z plasmid, the MSGV FMC63 CD828BBZ plasmid, or the MSGV SP6 28Z plasmid along with a plasmid encoding

© 2009 Lippincott Williams & Wilkins

*J Immunother* • Volume 32, Number 7, September 2009 *Construction and Evaluation of an Anti CD19 CAR*

the RD114 envelope protein[45] using Lipofectamine 2000 (Invitrogen). The transfected cells were incubated at 37°C for 6 to 8 hours in D10 medium without antibiotics. The medium used for transfection was then replaced with fresh D10 medium and the cells were incubated for another 36 to 48 hours. During and after transfection, the 293GP cells were cultured on poly D lysine coated dishes (BD Biosciences, San Jose, CA). Supernatant containing retro viruses was removed from the dishes and centrifuged to remove cellular debris. The supernatant was snap frozen on dry ice and stored at 80°C. Transiently produced retroviruses were used in the experiments described in

Figures 1 and 2 and in Table 1. In addition, all retroviruses encoding the SP6 28Z CAR were produced transiently.

## Generation of the MSGV-FMC63-28Z PG13 Producer Cell Clone, H3

PG13 packaging cell clones were generated using the PG13 gibbon ape leukemia virus packaging cell line (ATCC, Manassass, VA), and the human ecotropic packaging cell line, Phoenix Ecotropics (kindly provided by Gary Nolan, Stanford University, Stanford, CA). All cells were cultured in D10 medium without antibiotics. Cells were maintained at 37°C and 5% $CO_2$.



FIGURE 1. A comparison of the design and transduction efficiency of 2 anti CD19 chimeric antigen receptors. A, A diagram of the recombinant retroviral vector MSGV FMC63 28Z is shown (LTR, long terminal repeat; Fv, variable regions; CD28, part of the extracellular region and all of the transmembrane and intracellular regions of CD28; TCR ζ, the entire cytoplasmic region of the TCR ζ molecule). B, A diagram of the recombinant retroviral vector MSGV FMC63 CD828BBZ is shown (LTR, long terminal repeat; Fv, variable regions; CD8, CD8 hinge region; CD28, CD28 cytoplasmic region; 4 1BB, 4 1BB cytoplasmic region; TCR ζ the cytoplasmic region of the TCR ζ molecule). C, PBMC were started in culture with OKT3 and IL 2 on day 0. The cells were transduced with retroviruses encoding FMC63 28Z on days 2 and 3. On day 8, expression of FMC63 28Z was detected on 45% of T cells when the cells were stained with anti Fab antibodies and anti CD3. Staining with isotype matched control antibodies and anti CD3 is also shown. D, A PBMC culture from the same donor as in (C) was initiated on day 0. Cells were transduced with retroviruses encoding FMC63 CD828BBZ on days 2 and 3, and stained with either anti Fab antibodies or isotype matched control antibodies on day 8 in the same manner as in (C). Expression of FMC63 CD828BBZ was detected on 19% of T cells. E, A PBMC culture from the same donor as in (C) and (D) was initiated on day 0. The cells were not transduced. On day 8 the cells were stained with either anti Fab or isotype matched control antibodies in the same manner as in (C) and (D). This experiment was performed using cells from the same cultures that were tested in the experiments described in Table 1 and Figure 2. The results presented in (C), (D), and (E) are representative of 6 experiments that used cells from 6 different donors. MSGV indicates mouse stem cell virus based splice gag vector; PBMC, Peripheral blood mononuclear cell; TCR, T cell receptor.

© 2009 Lippincott Williams & Wilkins

*Kochenderfer et al*                                                                                  *J Immunother* • Volume 32, Number 7, September 2009



**FIGURE 2.** A comparison of cytokine production by T cells transduced with different anti CD19 chimeric antigen receptors. Peripheral blood mononuclear cell cultures were initiated on day 0 and transduced on days 2 and 3 after culture initiation. On day 11 after the cultures were initiated, cells that were transduced with either FMC63 28Z or FMC63 CD828BBZ were stimulated with either CD19 K562 cells or NGFR K562 cells for 5 hours and intracellular staining for IFNγ (A) and IL 2 (B) was performed. The transduced T cells produced IFNγ and IL 2 in a CD19 specific manner. The plots are gated on CD3+ lymphocytes, and the percentage of cells in each quadrant is shown on the plots. This experiment was performed using cells from the same cultures that were tested in the experiments described in Figure 1 and Table 1. This experiment is representative of 6 experiments that used cells from 6 different donors.

A PG13 retroviral producer cell clone was generated as described previously[14] with the following changes. Phoenix Ecotropic cells were transfected with 9 μg of plasmid DNA (MSGV FMC63 28) using the Lipofectamine 2000 trans fection reagent (Invitrogen). After 48 hour, supernatant was harvested and used to transduce retroviral packaging cell line, PG13. Nontissue culture treated 6 well plates were coated with 20 μg/mL recombinant fibronectin fragment (RetroNectin) as described by the manufacturer (Takara, Madison, WI). Retroviral vector supernatant (4 mL) was added to each well followed by centrifugation (2000 × g) at 32°C for 3 hours. After centrifugation, supernatant was removed and 5 × 10^5 PG13 cells were added to each well, and the plates were centrifuged (1000 g) for 10 minutes at 32°C. The transduction was repeated the next day, and then PG13 producer cell clones were generated by limiting dilution cloning. Owing to lack of a selectable marker, high titer clones were identified by RNA dot blot as described previously.[14,46] Retroviral supernatant from the 6 highest titer clones was generated. Briefly, 175 cm² tissue culture

**TABLE 1.** Interferon γ Enzyme Linked Immunosorbent Assay Comparing FMC63 28Z and FMC63 CD828BBZ

|  | CD19+ Targets | | | CD19− Targets | | | |
|---|---|---|---|---|---|---|---|
|  | bv173 | SupB15 | CLL | MDA231 | A549 | CCRF CEM | Effectors Alone |
| Effector cells |  |  |  |  |  |  |  |
| FMC63 28Z | 17450 | 6150 | 2970 | 301 | 30 | 10 | 7 |
| FMC63 CD828BBZ | 13500 | 2700 | 640 | 15 | 7 | 20 | 7 |
| Nontransduced | 118 | 57 | 17 | 16 | 6 | 15 | 8 |

100,000 effector cells were cultured overnight with 100,000 target cells, and an interferon-γ ELISA was performed. Effector cells were T cells that were transduced with the FMC63-28Z CAR, T cells that were transduced with the FMC63-CD828BBZ CAR, or nontransduced T cells from the same donor that were cultured in the same manner. This assay was performed on day 8 after initiation of cultures. Transductions were performed on day 2 and day 3 after culture initiation. All values are pg/mL of IFNγ (mean of duplicate wells). CLL refers to primary CLL cells. These data are representative of the results obtained in 2 separate experiments with cells from 2 different donors. The cells used in this experiment were from the same cultures used in the experiments reported in Figures 1 and 2.
Bold values indicate specific recognition of CD 19-expressing target cells.

                                                        © 2009 Lippincott Williams & Wilkins

J Immunother • Volume 32, Number 7, September 2009                    *Construction and Evaluation of an Anti CD19 CAR*

flasks (Nunc, Cole Parmer, Vernon Hills, IL) were seeded at $4 \times 10^4$ cells/cm$^2$. A medium exchange (30 mL) was performed on day 3. Supernatant was harvested 24 hour later and aliquoted. The supernatant was stored at 80°C until further use. Supernatant from each clone was evaluated by transducing T cells as described below under "Retroviral Transductions" and measuring CAR expression on the surface of transduced T cells as described below under "CAR Detection on Transduced T cells". The ability of the transduced T cells to produce interferon$\gamma$ (IFN$\gamma$) in a CD19 specific manner was measured in an enzyme linked immunosorbent assay (ELISA). One clone, which was designated H3, was selected for production of a master cell bank and subsequent production of retroviral supernatant under Good Manufacturing Practice (GMP) conditions.

## MSGV-FMC63-28Z Retrovirus Production Using PG13 Producer Cell Clone H3 Under GMP Conditions

A total of 26 1700 cm$^2$ expanded surface roller bottles were seeded on day 0 at a cell density of $4 \times 10^4$ clone H3 cells/cm$^2$ in 200 mL of D10 medium. On day 3, the medium was exchanged and replaced with 120 mL D10 medium. Medium containing the retroviral vector was harvested daily with bottles being refed with 120 mL of medium. Glucose levels were monitored daily using Roche's Accu check system (Roche, Basal, Switzerland). If glucose levels dropped below 2 g/L, the volume of the medium exchange was doubled to 240 mL/roller bottle for all subsequent harvests. All harvests were aliquoted and stored at 80°C until further use. All clinical products were subjected to an extensive biosafety testing program in accordance with current regulatory guidelines.[47–50]

## Patient Samples and Cell Lines

Nonleukemic peripheral blood mononuclear cell (PBMC) samples were obtained from melanoma patients that were enrolled on institutional review board approved protocols in the Surgery Branch of the National Cancer Institute. Leukemic PBMC were obtained from patients with CLL that were enrolled on National Cancer Institute protocol number 1997 C 0178. PBMC were cryopreserved in 90% FBS plus 10% dimethyl sulfoxide (Sigma, St Louis, MO). The following CD19 expressing immortalized cell lines were used: bv173 (chronic myeloid leukemia in lymphoid blast crisis, a kind gift of Dr A. Wiestner National Heart Lung and Blood Institute, Bethesda, MD), NALM 6 (acute lymphoid leukemia from DSMZ, Braunschweig, Germany), SupB15 [acute lymphoid leukemia from American Type Culture Collection (ATCC), Manassass, VA], and Toledo (B cell diffuse large cell lymphoma from ATCC). The following CD19$^-$ cell lines were used: A549 (lung carcinoma, from ATCC), CCRF CEM (T cell leukemia from ATCC), K562 (chronic myeloid leukemia from ATCC), MDA231 (breast carcinoma from ATCC), TC71 (Ewing sarcoma, a kind gift of Dr M. Tsokos, National Cancer Institute, Bethesda, MD), and 624 (melanoma, derived in Surgery Branch, National Cancer Institute). All cell lines were maintained in R10 medium except for SupB15. SupB15 was cultured in SupB15 medium. When CLL PBMC were used as targets in assays, the cells were cultured in R10 medium for 12 to 18 hours before the assay.

## T Cell Culture

PBMC were thawed and washed once in T cell medium. PBMC were suspended at a concentration of $1 \times 10^6$ cell/mL in T cell medium containing 50 ng/mL of the anti CD3 monoclonal antibody OKT3 (Ortho, Bridgewater, NJ) and 300 IU/mL of IL 2. Twenty micro liters of this suspension were added to 75 cm$^2$ culture flasks (Corning, Corning, NY). The flasks were cultured upright at 37°C and 5% CO$_2$. This method of T cell stimulation in which OKT3 was added directly to media is referred to as solubilized OKT3 and was used for the initial stimulation of PBMC in all experiments reported in this paper except for the results reported in Figure 6 and patients 1 to 3 in Table 3.

In some experiments, leukemic PBMC samples from patients with CLL were used. These leukemic PBMC sometimes included a large number of CD19$^+$ leukemia cells. In these cases (experiments shown in Fig. 6 and Table 3 patients 1 to 3), CD19$^+$ cells were depleted from the PBMC using CD19 microbeads and LD columns (Miltenyi, Auburn, CA) according to the manufacturer's instructions. When CD19$^+$ cells were depleted, T cell culture was initiated by adding the CD19 depleted PBMC to plates that were coated with OKT3. OKT3 was diluted in phosphate buffered saline (PBS) to a concentration of 10 µg/mL. One mL of this OKT3 solution was added to each well of a 24 well plate (Corning). The plate was incubated for 4 hours at room temperature (RT) and then washed once with PBS. Next, CD19 depleted PBMC were suspended at $1 \times 10^6$ cells/mL in T cell medium plus 300 IU/mL of IL 2, and 1 mL of this solution was added to each well of the OKT3 coated plate.

## Retroviral Transductions

RetroNectin (Takara) was dissolved at a concentration of 15 µg/mL in PBS and 2 mL of this RetroNectin in PBS solution were added to each well of nontissue culture coated 6 well plates (BD Biosciences). The plates were incubated for 2 hours at RT. After the incubation, the RetroNectin solution was aspirated and 2 mL of a blocking solution consisting of Hanks' balanced salt solution plus 2% bovine serum albumin (BSA) were added to each RetroNectin coated well. The plates were incubated for 30 minutes at RT. The blocking solution was aspirated, and the wells were rinsed with a solution of Hanks' balanced salt solution + 2.5% (4 (2 hydroxyethyl) 1 piperazine ethanesulfonic acid). Retroviral supernatant was rapidly thawed and diluted 1:1 in T cell media. When transiently produced retroviral supernatant was used, 2 mL of the diluted supernatant were then added to each RetroNectin coated well. When supernatant from the H3 producer cell clone was used, 4 mL of 1:1 diluted supernatant were added to each well. After addition of the supernatants, the plates were centrifuged at $2000 \times g$ for 2 hours at 32°C. The supernatant was then aspirated from the wells, and $2 \times 10^6$ T cells that had been cultured with OKT3 and IL 2 for 2 days were added to each well. When the T cells were added to the retrovirus coated plates, they were suspended at a concentration of $0.5 \times 10^6$ cells/mL in T cell medium plus 300 IU/mL of IL 2. After the T cells were added to each well, the plates were centrifuged for 10 minutes at $1000 \times g$. The plates were incubated at 37°C overnight.

The transduction was repeated the next day. New 6 well nontissue culture coated plates (BD Biosciences) were coated with RetroNectin and blocked in the same

*Kochenderfer et al*                                                    *J Immunother* • Volume 32, Number 7, September 2009

manner as in the first transduction. Retroviral supernatant was added to each well and the plates were centrifuged identically as in the first transduction. The T cells from the first transduction were then transferred onto the new retrovirus coated plates and the plates were centrifuged at $1000 \times g$ for 10 minutes. After a 20 hour incubation, the T cells were removed from the plates and suspended in fresh T cell medium with 300 IU/mL of IL 2 at a concentration of $0.5 \times 10^6$ cells/mL and cultured at $37°$ and 5% $CO_2$.

## Rapid Expansion Protocol

To generate a large number of transduced T cells, the cells were induced to proliferate using a rapid expansion protocol (REP).[11,51] Before being used in REPs, T cells had been started in culture with OKT3 and IL 2 and transduced on the second and third days after the initiation of culture as detailed above. Ten days after the start of the cultures, $0.5 \times 10^6$ transduced T cells were combined with $100 \times 10^6$ allogeneic, irradiated (5000 rad) PBMC, and these cells were suspended in 35 mL of T cell medium with 30 ng/mL of OKT3 and 300 IU/mL of IL 2. The cells were cultured in a 75 cm² flask at 37°C and 5% $CO_2$. Five days later, cells were counted and suspended at a concentration of $0.5 \times 10^6$ cells/mL in fresh T cell medium with 300 IU/mL of IL 2. The cells were counted and suspended at a concentration of $0.5 \times 10^6$ cells/mL in fresh T cell medium with 300 IU/mL of IL 2 every 2 days for the remainder of the time they were kept in culture.

## Preparation of CD19-K562 Cells Expressing CD19 and NGFR-K562 Cells Expressing Low-affinity Nerve Growth Factor Receptor

The cDNA for full length CD19 was purchased from Invitrogen and cloned into the MSGV retroviral backbone. Retrovirus containing supernatant was prepared as described above under transient retrovirus production. K562 cells were transduced with this supernatant and then CD19 expressing cells were sorted by flow cytometry to obtain a population of K562 cells that uniformly expressed high levels of CD19.

Similarly, the gene for the low affinity nerve growth factor receptor (NGFR) was cloned into MSGV, and retrovirus containing supernatant was produced. K562 cells were transduced with this supernatant and NGFR expressing cells were sorted by flow cytometry to obtain a uniform population of K562 cells that expressed high levels of NGFR. CD19 K562 and NGFR K562 were maintained in R10 medium. The NGFR K562 cells were used as negative control cells. The NGFR K562 cells were identical to the CD19 K562 cells except that NGFR K562 cells expressed NGFR and CD19 K562 cells expressed CD19. Using these 2 cell lines, we could rigorously demonstrate specific recognition of CD19 by CAR transduced T cells.

## CAR Detection on Transduced T Cells

Cells were washed and suspended in FACs buffer (PBS plus 0.1% sodium azide and 0.4% BSA). Fc receptors were blocked with normal goat IgG (Invitrogen). For each T cell culture to be analyzed, 2 tubes of cells were prepared. Biotin labeled polyclonal goat anti mouse F(ab)₂ anti bodies (anti Fab, Jackson Immunoresearch, West Grove, PA) were added to one tube to detect the FMC63 scFv, and biotin labeled normal polyclonal goat IgG antibodies (Jackson Immunoresearch) were added to the other tube to serve as an isotype control. The cells were incubated at

4°C for 25 minutes and washed once. The cells were suspended in FACs buffer and blocked with normal mouse IgG (Invitrogen). The cells were then stained with phycoerythrin labeled streptavidin (BD Pharmingen, San Diego, CA) and APC labeled CD3 (eBiocience, San Diego, CA). Flow cytometry acquisition was performed with a BD FacsCanto II (BD Biosciences), and analysis was performed with FlowJo (Treestar Inc, Ashland, OR).

## Interferon-γ ELISA

Target cells were washed and suspended at $1 \times 10^6$ cells/mL in T cell media without IL 2. One hundred thousand target cells of each target cell type were added to each of 2 wells of a 96 well round bottom plate (Corning). Effector T cell cultures were washed and suspended at $1 \times 10^6$ cells/mL in T cell media without IL 2. One hundred thousand effector T cells were combined with target cells in the indicated wells of the 96 well plate. In addition, wells containing T cells alone were prepared. The plates were incubated at 37°C for 18 to 20 hours. After the incubation, an IFNγ ELISA assay was performed using standard methods (Pierce, Rockford, IL).

## Intracellular Cytokine Staining Assay (ICCS)

CD19 K562 and NGFR K562 cells were used as targets in the ICCS assay. For each T cell culture that was tested, 2 tubes were prepared. One tube contained $0.5 \times 10^6$ CD19 K562 cells and the other tube contained $0.5 \times 10^6$ NGFR K562 cells. Both tubes contained $0.5 \times 10^6$ T cells, 1 mL of T cell medium without IL 2, and 1 µL of Golgi Plug (BD Pharmingen). All tubes were incubated at 37°C for 5 hours and then transferred to 4°C for overnight storage. The next morning, the cells were washed and surface stained with the following antibodies: CD3 (eBioscience, clone UCHT1), CD4 (eBioscience, clone OKT4), and CD8 (eBioscience, clone RPA T8). The cells were permeabilized and intracellular staining was conducted for IFNγ (BD Pharmingen, clone B27) and IL 2 (BD Pharmingen, clone MQ1 17H12) according to the instructions of the Cytofix/Cytoperm kit (BD Pharmingen). Flow cytometry acquisition was performed with a BD FacsCanto II (BD Biosciences), and analysis was performed with FlowJo (Treestar).

## Cytotoxicity Assay

We used a slightly modified version of a flow cytometry cytotoxicity assay.[52] In this assay, the cyto toxicity of target cells is measured by comparing survival of target cells relative to the survival of negative control cells. The negative control cells and the target cells are combined in the same tube with effector T cells. In our experiments, the target cells were unmanipulated PBMC from patients with CLL that were made up of greater than 55% B cells, and the negative control cells were CCRF CEM cells.

CCRF CEM cells were suspended in R10 medium at a concentration of $1.5 \times 10^6$ cells/mL, and the fluorescent dye 5 (and 6) (((4 chloromethyl)benzoyl)amino) tetramethyl rhodamine (CMTMR) (Invitrogen) was added at a con centration of 5 µM. The cells were mixed and then incubated at 37°C for 30 minutes. The cells were then washed and suspended in cytotoxicity medium. Next, the CCRF CEM cells were incubated at 37°C for 60 minutes. The cells were then washed twice and suspended in cytotoxicity medium.

© 2009 Lippincott Williams & Wilkins

CLL PBMC were suspended in PBS+0.1% BSA at $1 \times 10^6$ cells/mL. The fluorescent dye carboxyfluorescein diacetate succinimidyl ester (CFSE) (Invitrogen) was added to this cell suspension at a concentration of 1 μM. The cells were incubated for 10 minutes at 37°C. After the incubation, the labeling reaction was stopped by adding a volume of FBS that was equal to the volume of cell suspension and the cells were incubated for 2 minutes at RT. The cells were washed and suspended in cytotoxicity medium.

Effector T cells were washed and suspended at $5 \times 10^6$ cells/mL in cytotoxicity medium. In all experiments, the cytotoxicity of effector T cells that were transduced with the anti CD19 CAR FMC63 28Z was compared with the cytotoxicity of negative control effector T cells from the same patient that were transduced with the SP6 28Z control CAR or were not transduced. For FMC63 28Z transduced effector T cells and negative control effector T cells, cultures were set up in sterile 5 mL test tubes (BD Biosciences) in duplicate at the following T cell:target cell ratios: 10:1, 3:1, and 1:1. The target cells were always 50,000 PBMC from a CLL patient. Each culture also contained 50,000 CCRL CEM negative control cells. In addition, tubes were set up that contained only CLL target cells plus CCRL CEM negative control cells. The cultures were incubated for 4 hours at 37°C. Immediately after the incubation, 7AAD (7 aminoactinomycin D) (BD Pharmingen) was added as recommended by the manufacturer, and flow cytometry acquisition was performed with a BD FacsCanto II (BD Biosciences). Analysis was performed with FlowJo (Treestar, Inc Ashland, OR). Analysis was gated on 7AAD negative (live) cells, and the percentages of live CLL target cells and live CCRF CEM negative control cells were determined for each T cell+target cell culture. For each T cell+target cell culture, the percent survival of CLL PBMC was determined by dividing the percent live CLL PBMC by the percent live CCRF CEM negative control cells. The corrected percent survival of CLL PBMC was calculated by dividing the percent survival of CLL PBMC in each T cell+target cell culture by the ratio of the percent CLL target cells:percent CCRF CEM negative control cells in tubes containing only CLL target cells and CCRF CEM negative control cells without any effector T cells. This correction was necessary to account for variation in the starting cell numbers and for spontaneous target cell death. Cytotoxicity was calculated as the percent cytotoxicity of CLL PBMC $100$ corrected percent survival of CLL PBMC. For all effector:target ratios, the cytotoxicity was determined in duplicate and the results were averaged.

## RESULTS

We compared 2 CARs, FMC63 28Z and FMC63 CD828BBZ that contained a mouse anti human CD19 scFv derived from the FMC63 hybridoma.[39] The MSGV FMC63 28Z retroviral vector encoded the FMC63 scFv, a portion of the CD28 costimulatory molecule, the cytoplasmic component of the TCR ζ molecule, and the MSGV retroviral backbone (Fig. 1A). The MSGV FMC63 CD828BBZ retroviral vector consisted of the FMC63 scFv, the hinge and transmembrane regions of the CD8 molecule, the cytoplasmic domain of the CD28 costimulatory molecule, the cytoplasmic domain of the 4 1BB molecule, the cytoplasmic portion of the TCR ζ molecule, and the MSGV retroviral backbone (Fig. 1B). The combinations of signaling elements in these 2 CARs were the 2 most effective

combinations of signaling elements that we tested in our ongoing work with CARs incorporating scFvs other than FMC63 (data not shown).

MSGV FMC63 28Z and MSGV FMC63 CD828Z were used to transduce PBMC that were stimulated with the anti CD3 monoclonal antibody OKT3 and IL 2. To measure the gene transfer efficiency, the cells were stained with polyclonal goat anti mouse Fab antibodies that bind to the FMC63 scFv. The percentage of T cells that expressed detectable levels of the scFv was higher for cells that were transduced with FMC63 28Z compared to cells that were transduced with FMC63 CD828BBZ (Figs. 1C, D). As a control, nontransduced cells were also stained with the polyclonal goat anti mouse Fab antibodies (Fig. 1E). The anti mouse Fab antibodies did not bind to nontransduced cells.

T cells that were transduced with retroviruses encoding either FMC63 28Z or FMC63 CD828BBZ produced IFNγ specifically after stimulation with CD19 expressing target cells including primary CLL cells (Table 1). FMC63 28Z transduced T cells produced greater amounts of IFNγ than FMC63 CD828BBZ transduced T cells in response to CD19 expressing target cells.

The percentages of FMC63 28Z and FMC63 CD828BBZ transduced T cells that produced IFNγ and IL 2 after a 5 hour culture with K562 cells expressing CD19 (CD19 K562) or the low affinity NGFR (NGFR K562) was determined by ICCS. The percentage of T cells transduced with either of the 2 CARs that produced IFNγ when cultured with CD19 K562 cells (Fig. 2A) was similar to the percentage of T cells that expressed the FMC63 scFv as measured by staining with anti Fab antibodies (Figs. 1C, D). In contrast, a higher percentage of FMC63 28Z transduced T cells than FMC63 CD828BBZ transduced T cells produced IL 2 when the T cells were cultured with CD19 K562 cells (Fig. 2B). Owing to the superior recognition of primary CLL cells and the superior production of IL 2 by T cells that were transduced with FMC63 28Z, we used this receptor in the remainder of our experiments.

We prepared a stable producer cell clone that produced retroviruses encoding the FMC63 28Z CAR. This producer cell clone was designated H3. When we carried out transductions using the retrovirus containing supernatant from producer cell clone H3, 45% to 67% of T cells expressed FMC63 28Z as measured by staining for the FMC63 scFv 4 to 5 days after transduction (data not shown).

To obtain enough T cells for clinical adoptive T cell transfer, transduced T cells must be induced to rapidly proliferate after transduction. Thus, transduced T cells were induced to rapidly proliferate using a REP[11,51] in which the transduced T cells are cultured with OKT3, allogeneic feeder cells, and IL 2 (Fig. 3A). Figure 3B shows that expression of FMC63 28Z was maintained on transduced T cells after they had undergone a 706 fold increase in cell number during a REP. We used a CAR that is specific for the hapten 2, 4, 6 trinitrobenzenesulfonic acid as a negative control. This CAR was designated SP6 28Z and it was encoded by the MSGV SP6 28Z retroviral vector. Like FMC63 28Z this CAR includes CD28 and TCR ζ signaling components. Expression of the SP6 28Z CAR was maintained on transduced T cells after a REP (Fig. 3C). FMC63 28Z transduced T cells but not SP6 28Z transduced T cells produced IFNγ specifically after stimulation with

*Kochenderfer et al*                                                    *J Immunother* • Volume 32, Number 7, September 2009



**FIGURE 3.** Expression of chimeric antigenic receptors is main tained in transduced T cells after extensive proliferation. A, The design of the experiments reported in Figure 3 through 6 and Tables 2 and 3 is shown. Peripheral blood mononuclear cells were started in culture with OKT3 and IL 2 on day 0. On day 2, cultures were suspended in fresh medium with IL 2 and the first transduction was performed. On day 3 the transduction was repeated. On day 10, a REP was initiated to generate large numbers of transduced T cells. B, Ten days after initiation of a REP, FMC63 28Z expression was detected on 70% of T cells that had been transduced with FMC63 28Z when the T cells were stained with anti Fab antibodies. Staining with isotype matched control antibodies is also shown. This experiment is representa tive of 3 separate experiments using cells from 3 different donors. C, Ten days after initiation of a REP, SP6 28Z expression was detected on 60% of T cells when T cells that had been transduced with SP6 28Z were stained with anti Fab antibodies. Staining with isotype matched control antibodies is also shown. The cells used in the experiments reported in (B) and (C) were from the same donor. The experiments reported in (B) and (C) were performed with cells from the same cultures tested in the experiments described in Figures 4 and 5, and Table 2. REP indicates rapid expansion protocol.

CD19 expressing target cells including primary CLL cells 9 days after initiation of a REP (Table 2). FMC63 28Z transduced $CD4^+$ and $CD8^+$ T cells produced IFN$\gamma$ and IL 2 in a CD19 specific manner 14 days after initiation of a REP (Fig. 4) and specifically killed allogeneic primary CLL cells before initiation of a REP (Figs. 5A, B) and 21 days after initiation of a REP (Fig. 5C).

Because our goal is to conduct a clinical trial in which anti CD19 CAR transduced T cells will be used to treat patients with lymphoma and CLL, we carried out a series of experiments in which PBMC from CLL patients were transduced and rapidly expanded using the approach summarized in Figure 3A. After transduction and rapid expansion, these cells were almost all T cells and usually expressed a high level of the FMC63 28Z CAR (Fig. 6A). In addition, the T cells could produce IFN$\gamma$ in a CD19 specific manner (Fig. 6B), and could kill autologous CLL cells (Fig. 6C). We transduced and rapidly expanded T cells from 6 different CLL patients. The patients varied in their leukemia burden as measured by the peripheral blood lymphocyte count. Four of the patients had received prior treatment with fludarabine and rituximab. PBMC from 3 patients with peripheral blood lymphocyte counts of at least 9800 cells/µL were depleted of $CD19^+$ cells. This depletion eliminated a mean of 96% of the B cells from the PBMC samples (n 3, data not shown). Because CLL cells express CD19, this depletion eliminated most of the leukemia cells from these samples. Immediately after depletion, the CD19 depleted PBMC from these 3 patients was stimulated with plate bound OKT3. PBMC samples from 3 other CLL patients with peripheral blood lympho cyte counts of 7200 cells/µL or less received their initial OKT3 stimulation with OKT3 which was added directly to their culture media (solubilized OKT3). Cells from all of the patients were transduced, and 10 days after initial OKT3 stimulation they were induced to proliferate using a REP. The results of these experiments are summarized in Table 3. Notably, the worst result in both the percentage of T cells that were transduced and proliferation occurred in a sample from a patient with a peripheral blood lymphocyte count of 7200 cells/µL that was not depleted of $CD19^+$ cells. Better transduction and proliferation results were obtained with CLL patients that had either a low percentage of leukemia cells or a large number of leukemia cells that were depleted of $CD19^+$ cells before initiating cultures with plate bound OKT3.

Producer cell clone H3 was the source of the retrovirus containing supernatant used in all of our transduction experiments except the ones reported in Figures 1 and 2 and in Table 1. To conduct a clinical trial using FMC63 28Z transduced T cells, the H3 cells were used to generate a master cell bank and subsequently to produce retrovirus containing supernatant under GMP conditions. This supernatant was produced in 6 batches. A summary of both the transduction efficiency and the ability of T cells that were transduced using this supernatant to produce IFN$\gamma$ in a CD19 specific manner are shown in Table 4.

## DISCUSSION

CD19 is a promising target for antigen specific immunotherapy because it is expressed on most malignant B cells,[32,33] whereas expression on normal tissues is limited to B cells and perhaps follicular dendritic cells.[33,34] The attractiveness of CD19 as a target has led several groups to construct anti CD19 chimeric receptors.[30,40,53–55] The only clinical trial of an anti CD19 CAR that has been completed used electroporation to transfect T cells prior to adoptive transfer.[56] In this trial, T cell persistence was limited and an antilymphoma effect was not detected.[56]

© 2009 Lippincott Williams & Wilkins

J Immunother • Volume 32, Number 7, September 2009 *Construction and Evaluation of an Anti CD19 CAR*

**TABLE 2.** Interferon γ Enzyme Linked Immunosorbent Assay Day 9 After Initiation of Rapid Expansion Protocol

| | CD19⁺ Targets | | | CD19⁻ Targets | | | | |
|---|---|---|---|---|---|---|---|---|
| | bv173 | SupB15 | CLL | 624 | TC71 | A549 | CCRF CEM | Effectors Alone |
| Effector cells | | | | | | | | |
| FMC63 28Z transduced | 16070 | 7758 | 2321 | 108 | 65 | 37 | 20 | 20 |
| SP6 28Z transduced | 78 | 16 | 27 | 342 | 60 | 198 | 15 | 10 |
| No effectors (target cells alone) | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |

Effector cells were cultured overnight with target cells, and an interferon-γ ELISA was performed. The effector cells were T cells that were transduced with retroviruses encoding the indicated receptors. The effector cells used in this assay were from the same cultures that were analyzed for scFv expression in the experiments reported in Figures 3B and 3C. SP6-28Z-transduced T cells recognize the hapten 2, 4, 6-TNP. All values are pg/mL of IFNγ (mean of duplicate wells). CLL refers to primary CLL cells. This experiment is representative of 2 experiments using cells from 2 different donors.

Several factors could affect the efficacy of adoptive T cell therapy with anti CD19 CAR transduced T cells. The attributes of the CAR such as which signaling elements are included, the methods used to culture and transduce the T cells, the number of T cells transferred, the phenotype of the infused T cells, and administration of cytokines such as high dose IL 2 after T cell transfer may all be important. Immunosuppression before adoptive T cell therapy enhances antitumor activity in mice[57] and humans.[11] The variable regions of many CARs are derived from murine antibodies, and thus the development of human anti mouse antibodies directed against the CAR transduced T cells may limit their effectiveness.[23,58] To evaluate some of the many factors that could affect adoptive T cell therapy with T cells expressing anti CD19 chimeric receptors, we are planning a clinical trial in which patients with B cell lymphoma or CLL will be treated with anti CD19 CAR transduced T cells and high dose IL 2. This trial will also assess the effect of immunosuppression before T cell transfer.

To determine the optimal CAR for clinical use, we compared 2 CARs that contained combinations of signaling elements that we have found to be effective in CARs incorporating scFvs other than FMC63. Both CARs included the same anti CD19 scFv component and the signaling moiety of the CD28 costimulatory molecule (Fig. 1A). We decided to include a CD28 moiety because of several previous reports that CARs containing a CD28 signaling moiety had improved in vivo persistence and antitumor efficacy.[22,25,26] We selected the specific CD28 and TCR ζ sequences used in the FMC63 28Z CAR because these



**FIGURE 4.** Transduced T cells can produce IFNγ and IL 2 after rapid expansion. On day 14 after initiation of REPs, peripheral blood mononuclear cells from the same donor that had been cultured identically and transduced with either FMC63 28Z or SP6 28Z were stimulated with either CD19 K562 cells or NGFR K562 cells for 5 hours, and intracellular staining for IFNγ (A) and IL 2 (B) was performed. The transduced T cells produced IFNγ and IL 2 in a CD19 specific manner. The plots are gated on CD3⁺ lymphocytes, and the percentage of cells in each quadrant is shown on the plots. This experiment is representative of 3 experiments that used cells from 3 different donors.



FIGURE 5. FMC63 28Z transduced T cells can kill primary CLL cells before and after a REP. A, An example of the flow cytometry plots obtained when we performed a flow cytometry cytotoxicity assay is shown. The cytotoxicity of target cells is measured by comparing survival of target cells relative to the survival of negative control cells. The negative control cells and the target cells are combined in the same tube with effector T cells. Note that the percentage of CD19 expressing CLL cells relative to the control CCRF CEM cells was less after incubation with FMC63 28Z transduced T cells than after incubation with SP6 28Z control transduced T cells. These data were part of the data used to construct the cytotoxicity plot shown in (B). B, FMC63 28Z transduced T cells could specifically kill allogeneic primary CLL cells 11 days after initial OKT3 stimulation. T cells from the same donor that were transduced with SP6 28Z caused only a low level of cytotoxicity against the same primary allogeneic CLL cells. Cytotoxicity is reported as the mean +/− the SEM of duplicate determinations. This experiment is representative of three similar experiments that used cells from 3 different donors. C, Twenty one days after initiation of a REP, FMC63 28Z transduced T cells could kill primary allogeneic CLL cells. The FMC63 28Z transduced T cells were from the same donor as in (B). The allogeneic CLL cells used in this experiment were from a different patient than the CLL cells that were used in the experiment presented in (B). T cells from the same donor that were transduced with SP6 28Z caused only a low level of cytotoxicity against the same primary allogeneic CLL cells. Cytotoxicity is reported as the mean +/− the SEM of duplicate determinations. This experiment is representative of 3 similar experiments that used cells from three different donors. CLL indicates chronic lymphocytic leukemia; REP, rapid expansion protocol; SEM, standard error of the mean.

sequences were associated with high levels of CAR expression and antigen specific cytokine production when combined with several different scFv moieties in unpublished work conducted by our group. One of the CARs that we compared, FMC63 CD828BBZ, contained the cytoplasmic region of the 4 1BB molecule. The other CAR that we evaluated, FMC63 28Z, did not contain a 4 1BB moiety. The 4 1BB molecule has been shown previously to enhance proliferation and in vivo persistence of antigen specific T cells,[28,29] and it has been shown by other investigators that inclusion of a 4 1BB moiety can enhance the in vitro function of CARs.[30,31] The specific CD828BBZ sequence contained in the FMC63 CD828BBZ CAR was used in the

experiments reported in this paper because in unpublished work by our group using CARs with scFvs other than FMC63 this sequence improved in vitro survival and increased antigen specific cytokine production compared with CARs without a 4 1BB moiety. The 2 CARs that we evaluated also differed in their extracellular hinge regions (Fig. 1). When we compared the expression of the scFv component of the anti CD19 CARs on the surface of transduced T cells, we found that there was consistently higher expression on FMC63 28Z transduced T cells (Fig. 1), and FMC63 28Z transduced cells produced higher levels of IL 2 (Fig. 2B) even after making allowance for the lower expression of the anti CD19 CAR on

                          © 2009 Lippincott Williams & Wilkins

Case 2:17-cv-07639-SJO-RAO   Document 1-6   Filed 10/18/17   Page 11 of 15   Page ID #:158

J Immunother • Volume 32, Number 7, September 2009

*Construction and Evaluation of an Anti CD19 CAR*



**FIGURE 6.** Large numbers of functional anti CD19 T cells can be generated from the blood of CLL patients. A, T cells from a patient with CLL that had received fludarabine plus rituximab were transduced with FMC63 28Z and induced to proliferate in a REP. On day 10 after initiation of the REP 75% of the T cells expressed the FMC63 28Z CAR as measured by staining with anti Fab antibodies. Cells from 6 different CLL patients were transduced in a similar manner, and the percentage of T cells from each of these patients that expressed the FMC63 28Z CAR 10 days after the initiation of a REP is reported in Table 3. B, Ten days after initiation of a REP, cells from the same culture used for the experiment reported in A produced interferonγ upon stimulation with the CD19 expressing cell lines NALM6 and CD19 K562 but not the CD19⁻ cell lines NGFR K562 and CCRF CEM. These results are representative of 6 experiments in which cells from 6 different CLL patients were used. C, FMC63 28Z transduced T cells from a CLL patient specifically killed autologous CLL cells whereas nontransduced T cells from the same patient exhibited minimal cytotoxicity 12 days after initiation of a REP. Cytotoxicity is reported as the mean +/− the SEM of duplicate determinations. These results are representative of 2 experiments in which cells from 2 different patients were used. CAR indicates chimeric antigenic receptor; REP, rapid expansion protocol; SEM, standard error of the mean.

FMC63 CD828BBZ transduced T cells compared with FMC63 28Z transduced T cells (Fig. 2B). The decreased IL 2 production is possibly due differences in the structure of the expressed CAR proteins owing to either the CD8 hinge region or the presence of the 4 1BB component. The decreased IL 2 production by T cells that were transduced with CARs containing a 4 1BB moiety was unexpected because IL 2 production by T cells has been shown to be increased either substantially,[59] or modestly,[60] by ligation of the natural 4 1BB molecule that is expressed on T cells to the 4 1BB ligand molecule. Our purpose in comparing FMC63 28Z and FMC63 CD828BBZ was to select the better of 2 promising CARs for use in a clinical trial, not to formally evaluate how the addition of 4 1BB signaling affects CAR transduced T cells. Because the 2 CARs that we compared contained different extracellular hinge regions, our experiments do not constitute an assessment of the function of 4 1BB in CARs. 4 1BB is a molecule that might enhance CAR function in vivo and further in vivo studies are warranted to assess the ability of 4 1BB to enhance the antitumor efficacy of CAR expressing T cells.

We selected the FMC63 28Z CAR for further testing and prepared a producer cell clone that made retro viruses encoding this receptor. T cells were transduced efficiently with these FMC63 28Z encoding retroviruses. The transduced T cells could produce IFNγ and IL 2 in a CD19 specific manner, and they could kill primary CLL cells. Importantly, these T cell functions were all exhibited when T cells were tested after the transduced T cells had been induced to proliferate to quantities sufficient for clinical adoptive T cell transfer (Figs. 3, 4 and 5 and Table 2).

When tumor infiltrating T cells from melanoma patients undergo extended periods of in vitro culture after OKT3 stimulation in the presence of high concentrations of IL 2, the T cells generally express low levels of CD28, CD27, CD62L, CCR7, and CD127 compared with the levels of these proteins found on the surface of normal circulating T cells ex vivo.[61] The phenotype of these T cells is generally that of an effector memory T cell.[62] These effector memory T cells can mediate objective regressions of melanoma in approximately 50% of patients when they are infused as part of a treatment protocol that includes lymphocyte depleting chemotherapy before cell infusion and high dose IL 2 after T cell infusion.[12] Most of the FMC63 28Z transduced T cells also have an effector memory phenotype by the end of the culture period of 20 to 24 days that is required for preparation of sufficient cells for clinical adoptive T cell transfer (data not shown). One important point to remember is that the phenotypes of cultured T cells might change after infusion. Our group has published data showing that the percentage of infused melanoma antigen specific T cells expressing CD127 and CD28 increased rapidly within 1 week after cell infusion.[61]

The CD28 sequence contained in FMC63 28Z includes the sequence (MYPPPY) that is predicted to form the binding site for the B7 family molecules.[63] Of course, just because the sequence is present does not mean that it is folded in a way to give the 3 dimensional structure necessary for binding to the B7 molecules. We accumulated data that assured us that FMC63 28Z transduced T cells do not recognize B7 molecules. B7 molecules are known to be expressed on activated T cells.[64] We confirmed in our own repeated experiments that FMC63 28Z transduced T cells uniformly and strongly express CD80 after being subjected to a REP (data not shown). In addition, these activated

*Kochenderfer et al*　　　　　　　　　　　　　　　　　　　　　　　　*J Immunother* • Volume 32, Number 7, September 2009

**TABLE 3.** Summary of Transduction and Proliferation of Cryopreserved Leukemic Peripheral Blood Mononuclear Cell Samples

| Pateint Number | Blood Lymphocyte Count (cells/µL) | Chemotherapy Treatment Status | Type of OKT3 | Proliferation Day 0 Until Day 10 of REP | % Transduced |
|---|---|---|---|---|---|
| 1 (Depleted) | 9800 | Yes | Plate | 255X | 52 |
| 2 (Depleted) | 28600 | No | Plate | 727X | 75 |
| 3 (Depleted) | 47800 | No | Plate | 14,024X | 67 |
| 4 | 7200 | Yes | Solubilized | 33X | 27 |
| 5 | 4400 | Yes | Solubilized | 1051X | 67 |
| 6 | 1900 | Yes | Solubilized | 1013X | 67 |

Patient samples 1 to 3 were depleted of $CD19^+$ cells. The normal range for blood lymphocytes is from 980 to 2910 cells/µL. Patients with chemotherapy treatment "yes" had all received prior treatment with fludarabine and rituximab. The type of OKT3 stimulation was either solubilized or plate-bound as indicated. Proliferation is presented as the fold increase in total cell number as measured by counting with trypan blue for dead cell exclusion. For samples that were depleted of $CD19^+$ cells, the starting number was the number of live cells after depletion. For nondepleted samples the starting number was the number of PBMC immediately after thawing. Transduction percentage was measured by detecting the scFv by flow cytometry with anti-Fab antibodies.

T cells also express CD86 (data not shown). These T cells that express CD80 and CD86 do not produce significant amounts of IFNγ as measured by ELISA assay when they are cultured alone (without a CD19 expressing target cell) (Tables 1, 2 and 4, and Fig. 6B). This lack of IFNγ production indicates that the FMC63 28Z transduced T cells cannot recognize CD80 and CD86 molecules that are expressed on both the transduced and untransduced T cells in the culture.

Adoptive T cell therapy of patients with B cell malignancies poses some unique challenges. CLL cells produce several potentially immunosuppressive cytokines such as transforming growth factor β interleukin 4, and interleukin 10.[65] In addition, patients that will be treated on our proposed clinical trial will all have a history of treatment with immunosuppressive chemotherapy drugs such as fludarabine[66] before enrollment on the trial. These factors made evaluation of the proliferative capability of T cells from CLL an important focus of our preclinical experiments. Some patients with B cell malignancies have a large number of circulating malignant cells that could interfere with T cell culture and transduction procedures, so testing of processes to deplete PBMC of these malignant cells before T cell culture and trans duction was necessary. Therefore, we conducted a series of experiments using cells from patients with CLL. We found that T cells from patients with CLL that had previously been treated with fludarabine and the anti CD20 mono clonal antibody rituximab could be induced to proliferate

using solubilized OKT3 and transduced efficiently when the T cells were obtained from patients with relatively low levels of leukemic cells in their blood (peripheral blood lymphocyte count 4400 thousand cells/µL or less). In contrast, when higher levels of leukemia cells were present in the blood, proliferation in response to solubilized OKT3 and transduction were impaired (Table 3 and data not shown). We depleted $CD19^+$ cells from PBMC samples that contained large quantities of leukemia cells, and then we applied the CD19 depleted PBMC to plates that had been coated with OKT3. Using this approach we could transduce the T cells of CLL patients and induce them to proliferate (Table 3). Notably, there was extreme variation in the proliferation of T cells from different CLL patients (Table 3).

We prefer to use depletion of $CD19^+$ cells to separate peripheral blood T cells from leukemia cells. This approach leaves the T cells untouched and thereby avoids any potential negative consequences on T cell proliferation and viability owing to binding of the cells to anti CD3 antibody coated beads. For example, if any of the anti CD3 coated beads remain attached to the cells after selection, activation of the T cells by the anti CD3 antibody OKT3 might be inhibited.

The cell culture and transduction process that is described in this manuscript can be easily adapted to GMP conditions. The only major modifications required are to use clinical grade anti CD19 beads and the CliniMacs system for the depletion of CD19 expressing

**TABLE 4.** Interferonγ Enzyme linked Immunosorbent Assay of T Cells Transduced With a Clinical grade Retroviral Vector

| H3 batch (% FMC63 28Z$^+$) | $CD19^+$ Targets | | $CD19^-$ Targets | | Effectors Alone |
|---|---|---|---|---|---|
| | NALM6 | Toledo | CCRF CEM | K562 | |
| 1 (53.4) | 6150 | 9350 | 51 | 222 | 37 |
| 2 (65.3) | 11000 | 6050 | 91 | 294 | 76 |
| 3 (62.5) | 12700 | 18300 | 84 | 420 | 63 |
| 4 (52.0) | 18450 | 16600 | 81 | 510 | 100 |
| 5 (68.3) | 17700 | 17950 | 59 | 246 | 59 |
| 6 (58.8) | 13900 | 15500 | 116 | 590 | 98 |
| Nontransduced T cells (0.1) | 111 | 114 | 21 | 41 | 9 |

The effector T cells in this experiment were transduced with supernatant that contained retroviruses encoding FMC63-28Z. The supernatant was produced under GMP conditions with the H3 producer cell clone. This supernatant was produced in 6 separate batches. The percentage of T cells that expressed FMC63-28Z after transduction with supernatant from each batch (% FMC63-28Z$^+$) is shown in the first column. Effector cells were cultured overnight with target cells, and an interferon-γ ELISA was performed. Values are pg/mL of IFNγ (mean of duplicate wells). The results are representative of 2 experiments using cells from 2 different donors. The experiments were performed 6 days after the cells were transduced.

*J Immunother* • Volume 32, Number 7, September 2009

*Construction and Evaluation of an Anti CD19 CAR*

cells (both anti CD19 beads and the CliniMacs system are from Miltenyi) and to use larger flasks and cell culture bags for the REPs. We have tested this approach in one large scale experiment so far. The results were consistent with those obtained in the small scale experiments reported in this paper (data not shown). The depletion, culture, and transduction procedures detailed in this paper will be used in a clinical trial that has been approved by the internal review board of our institution and by the United States Food and Drug Administration. In this clinical trial, patients with CD19 expressing B cell malignancies will be treated with FMC63 28Z transduced T cells.

## ACKNOWLEDGMENT

The authors thank Arnold Mixon and Shawn Farid for assistance with flow cytometry.

## REFERENCES

1. American Cancer Society. Cancer Facts and Figures 2007.
2. Gill S, Ritchie D. Therapeutic options in mantle cell lymphoma. *Leuk Lymphoma*. 2008;49:398 409.
3. Wierda WG, O'Brien SM. Initial therapy for patients with chronic lymphocytic leukemia. *Semin Oncol*. 2006;33:202 209.
4. Khouri IF, Lee MS, Saliba RM, et al. Nonablative allogeneic stem cell transplantation for advanced/recurrent mantle cell lymphoma. *J Clin Oncol*. 2003;21:4407 4412.
5. Dreger P, Corradini P, Kimby E, et al. Indications for allogeneic stem cell transplantation in chronic lymphocytic leukemia: the EBMT transplant consensus. *Leukemia*. 2007;21: 12 17.
6. Maris MB, Sandmaier BM, Storer BE, et al. Allogeneic hematopoietic cell transplantation after fludarabine and 2 Gy total body irradiation for relapsed and refractory mantle cell lymphoma. *Blood*. 2004;104:3535 3542.
7. Van Besien K. The evolving role of autologous and allogeneic stem cell transplantation in follicular lymphoma. *Blood Rev*. 2006;20:235 244.
8. Mandigers CM, Verdonck LF, Meijerink JP, et al. Graft versus lymphoma effect of donor lymphocyte infusion in indolent lymphomas relapsed after allogeneic stem cell transplantation. *Bone Marrow Transplant*. 2003;32:1159 1163.
9. Marks DI, Lush R, Cavenagh J, et al. The toxicity and efficacy of donor lymphocyte infusions given after reduced intensity conditioning allogeneic stem cell transplantation. *Blood*. 2002; 100:3108 3114.
10. Russell NH, Byrne JL, Faulkner RD, et al. Donor lymphocyte infusions can result in sustained remissions in patients with residual or relapsed lymphoid malignancy following allogeneic haemopoietic stem cell transplantation. *Bone Marrow Transplant*. 2005;36:437 441.
11. Dudley ME, Wunderlich JR, Robbins PF, et al. Cancer regression and autoimmunity in patients after clonal repopulation with antitumor lymphocytes. *Science*. 2002;298:850 854.
12. Dudley ME, Wunderlich JR, Yang JC, et al. Adoptive cell transfer therapy following non myeloablative but lympho depleting chemotherapy for the treatment of patients with refractory metastatic melanoma. *J Clin Oncol*. 2005;23:2346 2357.
13. Kessels HW, Wolkers MC, van den Boom MD, et al. Immunotherapy through TCR gene transfer [see comment]. *Nature Immunol*. 2001;2:957 961.
14. Hughes MS, Yu YY, Dudley ME, et al. Transfer of a TCR gene derived from a patient with a marked antitumor response conveys highly active T cell effector functions. *Human Gene Ther*. 2005;16:457 472.
15. Morgan RA, Dudley ME, Wunderlich JR, et al. Cancer regression in patients after transfer of genetically engineered lymphocytes [see comment]. *Science*. 2006;314:126 129.
16. Gross G, Waks T, Eshhar Z. Expression of immunoglobulin T cell receptor chimeric molecules as functional receptors

with antibody type specificity. *Proc Natl Acad Sci USA*. 1989;86:10024 10028.
17. Becker ML, Near R, Mudgett Hunter M, et al. Expression of a hybrid immunoglobulin T cell receptor protein in transgenic mice. *Cell*. 1989;58:911 921.
18. Sadelain M, Riviere I, Brentjens R. Targeting tumours with genetically enhanced T lymphocytes. *Nature Rev Cancer*. 2003; 3:35 45.
19. Eshhar Z, Waks T, Gross G, et al. Specific activation and targeting of cytotoxic lymphocytes through chimeric single chains consisting of antibody binding domains and the gamma or zeta subunits of the immunoglobulin and T cell receptors. *Proc Natl Acad Sci USA*. 1993;90:720 724.
20. Hwu P, Shafer GE, Treisman J, et al. Lysis of ovarian cancer cells by human lymphocytes redirected with a chimeric gene composed of an antibody variable region and the Fc receptor gamma chain. *J Exp Med*. 1993;178:361 366.
21. Hwu P, Yang JC, Cowherd R, et al. In vivo antitumor activity of T cells redirected with chimeric antibody/T cell receptor genes. *Cancer Res*. 1995;55:3369 3373.
22. Haynes NM, Trapani JA, Teng MW, et al. Single chain antigen recognition receptors that costimulate potent rejection of established experimental tumors. [erratum appears in Blood. 2003 May 15;101:3808]. *Blood*. 2002;100:3155 3163.
23. Kershaw MH, Westwood JA, Parker LL, et al. A phase I study on adoptive immunotherapy using gene modified T cells for ovarian cancer. *Clin Cancer Res*. 2006;12:6106 6115.
24. Haynes NM, Snook MB, Trapani JA, et al. Redirecting mouse CTL against colon carcinoma: superior signaling efficacy of single chain variable domain chimeras containing TCR zeta versus Fc epsilon RI gamma. *J Immunol*. 2001;166:182 187.
25. Kowolik CM, Topp MS, Gonzalez S, et al. CD28 costimulation provided through a CD19 specific chimeric antigen receptor enhances in vivo persistence and antitumor efficacy of adoptively transferred T cells. *Cancer Res*. 2006;66:10995 11004.
26. Brentjens RJ, Santos E, Nikhamin Y, et al. Genetically targeted T cells eradicate systemic acute lymphoblastic leukemia xenografts. *Clin Cancer Res*. 2007;13:5426 5435.
27. Finney HM, Lawson AD, Bebbington CR, et al. Chimeric receptors providing both primary and costimulatory signaling in T cells from a single gene product. *J Immunol*. 1998;161: 2791 2797.
28. Takahashi C, Mittler RS, Vella AT. Cutting edge: 4 1BB is a bona fide CD8 T cell survival signal. *J Immunol*. 1999;162: 5037 5040.
29. Shuford WW, Klussman K, Tritchler DD, et al. 4 1BB costimulatory signals preferentially induce CD8+ T cell proliferation and lead to the amplification in vivo of cytotoxic T cell responses. *J Exp Med*. 1997;186:47 55.
30. Imai C, Mihara K, Andreansky M, et al. Chimeric receptors with 4 1BB signaling capacity provoke potent cytotoxicity against acute lymphoblastic leukemia. *Leukemia*. 2004;18: 676 684.
31. Wang J, Jensen M, Lin Y, et al. Optimizing adoptive polyclonal T cell immunotherapy of lymphomas, using a chimeric T cell receptor possessing CD28 and CD137 costimulatory domains. *Human Gene Ther*. 2007;18:712 725.
32. Nadler LM, Anderson KC, Marti G, et al. B4, a human B lymphocyte associated antigen expressed on normal, mitogen activated, and malignant B lymphocytes. *J Immunol*. 1983;131: 244 250.
33. Scheuermann RH, Racila E. CD19 antigen in leukemia and lymphoma diagnosis and immunotherapy. *Leuk Lymphoma*. 1995;18:385 397.
34. Uckun FM, Jaszcz W, Ambrus JL, et al. Detailed studies on expression and function of CD19 surface determinant by using B43 monoclonal antibody and the clinical potential of anti CD19 immunotoxins. *Blood*. 1988;71:13 29.
35. Pontvert Delucq S, Breton Gorius J, Schmitt C, et al. Characterization and functional analysis of adult human bone marrow cell subsets in relation to B lymphoid development. *Blood*. 1993;82:417 429.

*Kochenderfer et al*                                                                                      *J Immunother* • Volume 32, Number 7, September 2009

36. McLaughlin P, Grillo Lopez AJ, Link BK, et al. Rituximab chimeric anti CD20 monoclonal antibody therapy for relapsed indolent lymphoma: half of patients respond to a four dose treatment program. *J Clin Oncol.* 1998;16:2825 2833.

37. Rafailidis PI, Kakisi OK, Vardakas K, et al. Infectious complications of monoclonal antibodies used in cancer therapy: a systematic review of the evidence from randomized controlled trials. *Cancer.* 2007;109:2182 2189.

38. Quinti I, Soresina A, Spadaro G, et al. Long term follow up and outcome of a large cohort of patients with common variable immunodeficiency. *J Clin Immunol.* 2007;27:308 316.

39. Nicholson IC, Lenton KA, Little DJ, et al. Construction and characterisation of a functional CD19 specific single chain Fv fragment for immunotherapy of B lineage leukaemia and lymphoma. *Mol Immunol.* 1997;34:1157 1165.

40. Cooper LJ, Topp MS, Serrano LM, et al. T cell clones can be rendered specific for CD19: toward the selective augmentation of the graft versus B lineage leukemia effect. *Blood.* 2003;101: 1637 1644.

41. Maher J, Brentjens RJ, Gunset G, et al. Human T lymphocyte cytotoxicity and proliferation directed by a single chimeric TCRzeta /CD28 receptor. *Nature Biotechnol.* 2002;20:70 75.

42. Ho SN, Hunt HD, Horton RM, et al. Site directed mutagenesis by overlap extension using the polymerase chain reaction. *Gene.* 1989;77:51 59.

43. Ochi A, Hawley RG, Hawley T, et al. Functional immuno globulin M production after transfection of cloned immuno globulin heavy and light chain genes into lymphoid cells. *Proc Natl Acad Sci U S A.* 1983;80:6351 6355.

44. Burns JC, Friedmann T, Driever W, et al. Vesicular stomatitis virus G glycoprotein pseudotyped retroviral vectors: concen tration to very high titer and efficient gene transfer into mammalian and nonmammalian cells. [see comment]. *Proc Natl Acad Sci USA.* 1993;90:8033 8037.

45. Porter CD, Collins MK, Tailor CS, et al. Comparison of efficiency of infection of human gene therapy target cells via four different retroviral receptors. *Human Gene Ther.* 1996;7: 913 919.

46. Onodera M, Yachie A, Nelson DM, et al. A simple and reliable method for screening retroviral producer clones without selectable markers. *Human Gene Ther.* 1997;8:1189 1194.

47. Guidance for Industry: INDs Approaches to Complying with cGMP during Phase I (draft), U S Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research, 2006.

48. Guidance for Industry: Guidance for Human Somatic Cell Therapy and Gene Therapy, U S Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research, 1998.

49. Reference Points to Consider in the Production and Testing of New Drugs and Biologicals Produced by Recombinant DNA Technology, U S Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research, Center for Biologics Evaluation and Research, 1985.

50. Points to Consider in the Use of Cell Lines to Produce Biologicals, U S Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation

and Research, Center for Biologics Evaluation and Research, 1993.

51. Riddell SR, Greenberg PD. The use of anti CD3 and anti CD28 monoclonal antibodies to clone and expand human antigen specific T cells. *J Immunol Methods.* 1990;128:189 201.

52. Hermans IF, Silk JD, Yang J, et al. The VITAL assay: a versatile fluorometric technique for assessing CTL and NKT mediated cytotoxicity against multiple targets in vitro and in vivo. *J Immunol Methods.* 2004;285:25 40.

53. Brentjens RJ, Latouche JB, Santos E, et al. Eradication of systemic B cell tumors by genetically targeted human T lymphocytes co stimulated by CD80 and interleukin 15. [see comment]. *Nature Med.* 2003;9:279 286.

54. Cheadle EJ, Gilham DE, Thistlethwaite FC, et al. Killing of non Hodgkin lymphoma cells by autologous CD19 engineered T cells. *Br J Haematol.* 2005;129:322 332.

55. Rossig C, Bar A, Pscherer S, et al. Target antigen expression on a professional antigen presenting cell induces superior proliferative antitumor T cell responses via chimeric T cell receptors. *J Immunother.* 2006;29:21 31.

56. Jensen MC, Popplewell L, DiGiusto D, et al. A First In Human Clinical Trial of Adoptive Therapy Using CD19 Specific Chimeric Antigen Receptor Re Directed T Cells for Recurrent/ Refractory Follicular Lymphoma. Abstract American Society of Hematology Meeting 2007 Abstract #288.

57. Gattinoni L, Finkelstein SE, Klebanoff CA, et al. Removal of homeostatic cytokine sinks by lymphodepletion enhances the efficacy of adoptively transferred tumor specific CD8 + T cells. *J Exp Med.* 2005;202:907 912.

58. Lamers CHJ, Sleijfer S, Vulto AG, et al. Treatment of metastatic renal cell carcinoma with autologous T lymphocytes genetically retargeted against carbonic anhydrase IX: first clinical experience. *J Clin Oncol.* 2006;24:e20 e22.

59. Wen T, Bukczynski J, Watts TH. 4 1BB ligand mediated costimulation of human T cells induces CD4 and CD8 T cell expansion, cytokine production, and the development of cytolytic effector function. *J Immunol.* 2002;168:4897 4906.

60. Bukczynski J, Wen T, Ellefsen K, et al. Costimulatory ligand 4 1BBL (CD137L) as an efficient adjuvant for human antiviral cytotoxic T cell responses. *Proc Natl Acad Sci USA.* 2004;101: 1291 1296.

61. Powell DJ Jr, Dudley ME, Robbins PF, et al. Transition of late stage effector T cells to CD27+ CD28+ tumor reactive effector memory T cells in humans after adoptive cell transfer therapy. *Blood.* 2005;105:241 250.

62. Sallusto F, Lenig D, Forster R, et al. Two subsets of memory T lymphocytes with distinct homing potentials and effector functions. [see comment]. *Nature.* 1999;401:708 712.

63. Kariv I, Truneh A, Sweet RW. Analysis of the site of interaction of CD28 with its counter receptors CD80 and CD86 and correlation with function. *J Immunol.* 1996;157:29 38.

64. Azuma M, Yssel H, Phillips JH, et al. Functional expression of B7/BB1 on activated T lymphocytes. *J Exp Med.* 1993;177: 845 850.

65. Kater AP, van Oers MHJ, Kipps TJ. Cellular immune therapy for chronic lymphocytic leukemia. *Blood.* 2007;110:2811 2818.

66. Wijermans PW, Gerrits WB, Haak HL. Severe immuno deficiency in patients treated with fludarabine monophosphate. *Eur J Haematol.* 1993;50:292 296.

© 2009 Lippincott Williams & Wilkins