| | |
|---|---|
| IRELL & MANELLA LLP<br>Morgan Chu (SBN 70446)<br>Alan J. Heinrich (SBN 212782)<br>Elizabeth C. Tuan (SBN 295020)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiffs and Counterclaim Defendants<br>JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH | MUNGER, TOLLES & OLSON LLP<br>Jeffrey I. Weinberger (SBN 56214)<br>Peter E. Gratzinger (SBN 228764)<br>Adam R. Lawton (SBN 252546)<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>FISH & RICHARDSON PC<br>Geoffrey D. Biegler<br>12390 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>KITE PHARMA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KITE PHARMA, INC.<br><br>    Defendant<br><br>KITE PHARMA, INC.,<br><br>    Counterclaim Plaintiff,<br><br>    vs.<br><br>JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH<br><br>    Counterclaim Defendants. | Case Number: 2:17-cv-07639-SJO-RAO<br><br>[~~PROPOSED~~] **ORDER GRANTING PROTECTIVE ORDER**<br><br>Hon. S. James Otero |

Pursuant to stipulation, and for good cause shown, the parties' [~~Proposed~~] Protective Order, filed as Docket No. 74, is **SO ORDERED**.

Dated: May 14, 2018

_____
Honorable Rozella A. Oliver
United States Magistrate Judge