JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-RAO<br><br>**JOINT STIPULATION RE: AMENDED PROTECTIVE ORDER**<br><br>Judge:  Hon. Rozella A. Oliver |

On May 14, 2018, the Court granted the parties' stipulated Protective Order. *See* ECF Nos. 74, 75. Having met and conferred, the parties agree that in light of the technical nature of and volume of discovery material produced in this case, good cause exists to increase by one the number of "In-House Legal Personnel" who are permitted to view "ATTORNEYS' EYES ONLY INFORMATION."

Accordingly, the parties, by and through counsel, stipulate to—and request that the Court enter—the attached Amended Protective Order, which amends the existing Protective Order in paragraph 10 by replacing "up to three attorneys who are In-House Legal Personnel" with "up to four attorneys who are In-House Legal Personnel."

DATED: January 4, 2019      MUNGER, TOLLES & OLSON LLP

By: _____/s/ Adam R. Lawton_____
    Adam R. Lawton
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

DATED: January 4, 2019      IRELL & MANELLA LLP

By: _____/s/ Elizabeth C. Tuan_____
    Elizabeth C. Tuan
Attorneys for Plaintiffs-Counterdefendants
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Adam R. Lawton
Adam R. Lawton