JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S NOTICE OF SUPPLEMENTAL EVIDENCE RE: MOTION TO COMPEL NONPARTY BRISTOL-MYERS SQUIBB COMPANY TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA**<br><br>Judge: Hon. Karen L. Stevenson<br>Ctrm:   580 |

1    Attached hereto are press releases issued by Bristol-Myers Squibb Company ("BMS") and by Celgene Corporation ("Celgene") today reflecting shareholder approval of the proposed BMS acquisition of Celgene.  *See* Ex. 1 (BMS Press Release, *Bristol-Myers Squibb Shareholders Approve Celgene Acquisition*, (Apr. 12, 2019), https://news.bms.com/press-release/corporatefinancial-news/bristol-myers-squibb-shareholders-approve-celgene-acquisition); Ex. 2 (Celgene Press Release, *Celgene Stockholders Approve Proposed Acquisition by Bristol-Myers Squibb*, (Apr. 12, 2019), https://ir.celgene.com/press-releases/press-release-details/2019/Celgene-Stockholders-Approve-Proposed-Acquisition-by-Bristol-Myers-Squibb/default.aspx).

The press releases are relevant to, among other things, BMS's statement that its acquisition of Celgene is "still subject to public shareholder vote." ECF No. 162 at 13.

DATED:  April 12, 2019          MUNGER, TOLLES & OLSON LLP


By:  */s/ Peter E. Gratzinger*
     PETER E. GRATZINGER
     Attorneys for Defendant-Counterclaimant
     KITE PHARMA, INC.

41714060.3                              -1-                    Case No. 2:17-cv-7639-SJO-KS
NOTICE OF SUPPLEMENTAL EVIDENCE RE: MOTION TO COMPEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 12, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ *Peter E. Gratzinger*
Peter E. Gratzinger