JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE (NO. 1) TO EXCLUDE DAMAGES OPINIONS OF RYAN SULLIVAN, PH.D.**<br><br>Judge: Hon. S. James Otero<br>Date:  November 26, 2019<br>Time:  9 A.M.<br>Ctrm.:  10C |
|---|---|

To all parties and their respective counsel:

PLEASE TAKE NOTICE THAT, on November 26, 2019, at 9:00 A.M., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable S. James Otero, Defendant Kite Pharma, Inc. ("Kite") will and hereby does move to exclude the damages opinions of Dr. Ryan Sullivan.

This Motion is brought pursuant to Federal Rules of Evidence 702, 402, and 403. As set forth in Kite's Memorandum of Points and Authorities, the opinions expressed by Sullivan are not based on sufficient facts and/or the product of reliable principles and methods as required by Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Certain of his opinions should also be excluded under Rule 402 for being irrelevant to the reasonable royalty analysis or Rule 403 because their probative value, if any, is substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury.

This Motion is made following the conference pursuant to Local Rules 7-3 and 16-2, which took place on October 21, 2019. The parties did not reach a resolution.

This Motion is based on this notice of motion and motion, the accompanying Memorandum of Points and Authorities, and on all the records, documents, pleadings, and papers on file or to be filed in this action, arguments of counsel, and any other matters that may properly come before the Court for its consideration.

DATED: October 29, 2019                MUNGER, TOLLES & OLSON LLP

By:  */s/ Ted Dane*
Ted Dane
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.