IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone    (949) 760-0991
Facsimile:    (949) 760-5200

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., MEMORIAL
SLOAN KETTERING CANCER CENTER,
and SLOAN KETTERING INSTITUTE FOR
CANCER RESEARCH

[List of counsel continued to next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE DR. MOHAN RAO'S TESTIMONY REGARDING DAMAGES**<br><br>Date: December 3, 2019<br>Time: 8:30 am<br>Courtroom: 10C<br><br>Hon. S. James Otero |

1  JONES DAY
   Andrea Weiss Jeffries (SBN 183408)
2  ajeffries@jonesday.com
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA 90071
   Telephone:  (213) 489-3939
4  Facsimile:  (213) 243-2539

5  Christopher J. Harnett (*Pro Hac Vice*)
   Sarah A. Geers (*Pro Hac Vice*)
6  Kevin V. McCarthy (*Pro Hac Vice*)
   250 Vesey Street
7  New York, NY 10281
   Telephone:  (212) 326-3939
8  Facsimile:  (212) 755-7306

9  Attorneys for Plaintiffs
   JUNO THERAPEUTICS, INC., MEMORIAL
10 SLOAN KETTERING CANCER CENTER,
   and SLOAN KETTERING INSTITUTE FOR
11 CANCER RESEARCH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Juno Therapeutics, Inc. ("Juno"), Memorial Sloan Kettering Cancer Center ("MSK"), and Sloan Kettering Institute for Cancer Research (collectively, "Plaintiffs") will and hereby do move the Court to exclude the testimony of Dr. Mohan Rao, Defendant Kite Pharma, Inc.'s ("Kite") damages expert and any reference to Juno's and Celgene's settlement estimates. Subject to the Court's availability, the motion will be heard on Tuesday, December 3, 2019, at 8:30 a.m. in Courtroom 10C, 350 W. 1st Street, Los Angeles, CA, before the Honorable S. James Otero.

This motion is made pursuant to Federal Rules of Evidence 702 and 403 on the grounds that (1) Dr. Rao posits a "reasonable royalty" rate under which Juno would lose money on every sale that its competitor, Kite, makes and in violation of its agreement with MSK, which defies basic economic principles and is inadmissible under Federal Rule of Evidence 702; (2) Dr. Rao's hypothetical negotiation analysis is not based on the parties' bargaining positions at the time of first infringement in October 2017, which is contrary to Federal Circuit law; and (3) Dr. Rao relies on estimates of possible settlement ranges for this lawsuit prepared in connection with Celgene's acquisition of Juno, which bear no relationship to the hypothetical negotiation analysis and thus are irrelevant, confusing to the jury, and prejudicial.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Alan J. Heinrich, supporting exhibits, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference pursuant to Local Rule 7-3, which took place on October 21, 2019. Heinrich Decl. ¶ 2.

| | | |
|---|---|---|
| 1 | Dated:  October 29, 2019 | IRELL & MANELLA LLP |
| 2 | | |
| 3 | | By: */s/ Alan J. Heinrich* |
| 4 | | Alan J. Heinrich<br>*Attorneys for Plaintiffs*<br>JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH |

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 29th day of October, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Alan J. Heinrich*
Alan J. Heinrich