IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone   (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

[List of counsel continued to next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUNO THERAPEUTICS, INC., et al., Plaintiffs, v. KITE PHARMA, INC., Defendant. AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx **DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE DR. MOHAN RAO'S TESTIMONY REGARDING DAMAGES** Date: December 3, 2019 Time: 8:30 a.m. Courtroom: 10C Hon. S. James Otero |
|---|---|

DECLARATION OF ALAN J. HEINRICH

10755387

JONES DAY
Andrea Weiss Jeffries (SBN 183408)
ajeffries@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

# DECLARATION OF ALAN J. HEINRICH

I, Alan J. Heinrich, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research ("Plaintiffs") in the above referenced matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On October 21, 2019, counsel for Plaintiffs discussed Plaintiffs' motion to exclude Dr. Mohan Rao's testimony regarding damages with counsel for Kite Pharma, Inc. ("Kite") in person at the office of Irell & Manella, LLP, with others joining by phone. Counsel for Plaintiffs explained the basis for Plaintiffs' motion, and counsel for Kite explained that Kite would be opposing the motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of the exclusive license agreement between Memorial Sloan-Kettering Cancer Center and Juno Therapeutics, Inc.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Dr. Mohan Rao on June 25, 2019.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the rebuttal expert report of Dr. Mohan Rao, dated May 24, 2019.

Executed on October 29, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            */s/ Alan J. Heinrich*
                                               Alan J. Heinrich

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 29th day of October, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Alan J. Heinrich*
Alan J. Heinrich