JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DECLARATION OF ADAM R. LAWTON IN SUPPORT OF DEFENDANT KITE PHARMA, INC.'S MOTIONS IN LIMINE**<br><br>Judge: Hon. S. James Otero<br>Date:  November 26, 2019<br>Time:  9 A.M.<br>Ctrm.: 10C |

I, Adam R. Lawton, declare:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Kite Pharma, Inc. ("Kite") in this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2. On October 21, 2019, counsel for Kite (Garth Vincent, Ted Dane, Geoffrey Biegler, and I) and counsel for Plaintiffs (Morgan Chu, Alan Heinrich, Elizabeth Tuan, Andrea Jeffries, and Sarah Geers) met in person, with Mr. Biegler participating by telephone, to discuss the parties' respective motions *in limine* pursuant to Local Rules 7-3 and 16-2. We attempted to resolve, among other things, objections to evidence that would be the subject of Kite's motions *in limine*. The parties did not reach any substantive agreement on those issues.

3. **Exhibits 1-4** are true and correct copies of the following expert reports:

| Exhibit | Description |
| --- | --- |
| 1 (filed under seal) | Expert Report of Ryan Sullivan, Ph.D. (Plaintiffs' expert) |
| 2 (filed under seal) | Expert Report of Mark Gilbert, M.D. (Plaintiffs' expert) |
| 3 (filed under seal) | Expert Report of Mohan Rao, Ph.D. (Kite's expert) (excerpts) |
| 4 (filed under seal) | Expert Report of Krishna V. Komanduri, M.D. (Kite's expert) (excerpts) |

4. **Exhibits 5-8** are true and correct copies of excerpts from the following deposition transcripts:

DECLARATION OF ADAM R. LAWTON IN SUPPORT OF KITE'S MOTIONS IN LIMINE

| **Exhibit** | **Witness** |
|---|---|
| 5<br>(filed under seal) | Deposition of Ryan Sullivan |
| 6<br>(filed under seal) | Deposition of Mark Gilbert (Mar. 14, 2019) |
| 7<br>(filed under seal) | Deposition of Mark Gilbert (June 7, 2019) |
| 8 | Deposition of Michel Sadelain |

5.   **Exhibits 9-15** are true and correct copies of the following documents that were attached as exhibits to the Expert Report of Mark Gilbert, M.D.:

| **Exhibit** | **Description** |
|---|---|
| 9<br>(filed under seal) | Document titled "Filing Risk Assessment of the JCAR017 BLA Submission - Clinical" (Gilbert Report Exhibit 1) |
| 10 | FDA-approved package insert for YESCARTA® (Gilbert Report Exhibit 2) |
| 11 | Quintás-Cardama, *CD19 directed CAR T cell therapy in diffuse large B-cell lymphoma*, Oncotarget, 2018, Vol. 9, (No. 52), pp: 29843-29844 (Gilbert Report Exhibit 4) |
| 12 | Havard & Stephens, *Anti-CD19 Chimeric Antigen Receptor T Cell Therapies: Harnessing the Power of the Immune System to Fight Diffuse Large B Cell Lymphoma*, Curr. Hematol Malig. Rep. 2018 Dec; 13(6):534-542 (Gilbert Report Exhibit 5) |
| 13 | Moeller et al., *Adoptive transfer of gene-engineered CD4+ helper T cells induces potent primary and secondary tumor rejection*, Blood. 2005 Nov 1; 106(9):2995-3003 (Gilbert Report Exhibit 19) |
| 14 | U.S. Patent No. 9,855,298 (Gilbert Report Exhibit 22) |
| 15 | Declaration Under 37 C.F.R. § 1.132 of Jeffrey S. Wiezorek, from the file history of U.S. Patent No. 9,855,298 (Gilbert Report Exhibit 26) |

6. **Exhibits 16-19** are true and correct copies of the following documents produced in discovery in this case:

| Exhibit | Description |
| --- | --- |
| 16 (filed under seal) | Redacted slide deck titled "Project Dodgers: Board of Directors Discussion Materials" and dated August 27, 2017, bearing production numbers Kite-1155300 through Kite-1155332 |
| 17 (filed under seal) | Document titled "Exclusive License Agreement" between Memorial Sloan-Kettering Cancer Center and Juno Therapeutics, Inc., dated November 21, 2013, bearing production numbers JUNO00000915 through JUNO00000951 |
| 18 (filed under seal) | Document titled "Re: Side Letter Agreement" dated November 21, 2013, bearing production numbers JUNO00002989 through JUNO00003021 |
| 19 (filed under seal) | Document titled "Non-Exclusive Sublicense Agreement" between Juno Therapeutics, Inc., Novartis Institutes for Biomedical Research, Inc., and The Trustees of the University of Pennsylvania, dated April 3, 2015, bearing production numbers JUNO00003858 through JUNO00003933 |

7. **Exhibits 20-25** are true and correct copies of the following articles:

| Exhibit | Description |
| --- | --- |
| 20 | Fisher & Romaine, *Janis Joplin's Yearbook and the Theory of Damages*, J. Accounting, Auditing & Finance, Vol. 5, Nos. 1/2 (Winter/Spring 1990) |
| 21 | Author manuscript for Evans, *Clinical trial structures*, J. Exp. Stroke Transl. Med., 2010 February 9; 3(1):8-18 |
| 22 | Kim et al., *Overview of methods for comparing the efficacies of drugs in the absence of head-to-head clinical trial data*, Br. J. Clin. Pharmacol., 2014 Jan; 77(1):116-121 |
| 23 | Laubach et al., *The challenge of cross-trial comparisons using limited data*, Haematologica, 2014 Aug; 99(8):e145-e146 |
| 24 | Estey & Thall, *New designs for phase 2 clinical trials*, Blood, 2003 Jul 15; 102(2):442-448 |

| Exhibit | Description |
|---|---|
| 25 | Salmikangas et al., *Chimeric Antigen Receptor T-Cells (CAR T-Cells) for Cancer Immunotherapy—Moving Target for Industry?*, Pharm Res., 2018 May 31; 35(8):152 |

8. **Exhibits 26-33** are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 26 | FDA, Guidance for Industry, E 10 Choice of Control Group and Related Issues in Clinical Trials (2001) |
| 27 | Supplemental interrogatory responses provided by Plaintiffs on March 13, 2019 (excerpts) |
| 28 | Kite's Amended Invalidity Contentions, provided on August 23, 2018 |
| 29 | Institution of *Inter Partes* Review, *Kite Pharma, Inc. v. Sloan Kettering Institute for Cancer Research*, IPR2015-01719, Paper 8 |
| 30 | Letter from Plaintiffs' counsel to the Director of the National Institutes of Health dated January 18, 2019, described as "Juno's request, pursuant to 45 C.F.R. § 2.4, for authorization to depose NCI employees" |
| 31 | Email between counsel dated February 7, 2019 |
| 32 | Email between counsel dated March 28, 2019 (excerpts) |
| 33 | Plaintiffs' Disclosure of Patent L.R. 3-8 Damages Contentions (excerpts) |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 29, 2019                     /s/ *Adam R. Lawton*
                                            Adam R. Lawton