Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea Weiss Jeffries (SBN 183408)
ajeffries@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**DECLARATION OF ANDREA W. JEFFRIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* (No. 3) REGARDING EVIDENCE AND ARGUMENT ABOUT THE *INTER PARTES* REVIEW**<br><br>Hon. S. James Otero<br><br>Date:   December 3, 2019<br>Time:   8:30 am<br>Place:   Courtroom 10C<br><br>Pretrial Conference: November 26. 2019 |

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

# DECLARATION OF ANDREA W. JEFFRIES

I, Andrea W. Jeffries, declare as follows:

1. I am a partner at the law firm of Jones Day, counsel of record for Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research (collectively, "Plaintiffs") in the above-referenced matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Petition for *Inter Partes* Review of the '190 Patent in IPR2015-01719 filed by Kite Pharma, Inc. ("Kite") on August 13, 2015.

3. Attached hereto as **Exhibit B** is a true and correct excerpted transcript of the February 6, 2019 deposition of Dr. Jeffrey Wiezorek.

4. Attached hereto as **Exhibit C** is a true and correct excerpted transcript of the March 28, 2019 deposition of Dr. Arie Belldegrun.

5. Attached hereto as **Exhibit D** is a true and correct excerpted transcript of the March 25, 2019 deposition of Dr. David Chang.

6. Attached hereto as **Exhibit E** is a true and correct copy of Petitioner's Exhibit 1001 filed in IPR2015-01719 on August 13, 2015.

7. Attached hereto as **Exhibit F** is a true and correct excerpted copy of Petitioner's Exhibit 1017 filed in IPR2015-01719 on August 13, 2015.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Final Written Decision in IPR2015-01719 dated December 16, 2016.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Judgment of Affirmance under Rule 36 issued on June 6, 2018 in *Kite Pharma, Inc. v. Sloan-Kettering Institute for Cancer Research*, No. 2017-1647 (Fed. Cir.).

-1-

DECLARATION OF ANDREA W. JEFFRIES ISO PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* No 3
Case No 2:17-cv-07639-SJO-KSx

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Dr. Thomas Brocker's declaration (dated May 5, 2016) filed in IPR2015-01719.

11. Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 6 to the March 25, 2019 deposition of Dr. David Chang.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from Kite's Prospectus Supplement, which is Exhibit 14 to the March 28, 2019 deposition of Dr. Arie Belldegrun.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from Dr. Richard Junghans's expert report (dated April 19, 2019) prepared in this case.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from Dr. Hinrich Abken's declaration (dated August 13, 2015) filed in IPR2015-01719.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from Dr. K. Christopher Garcia's expert report (dated April 19, 2019) prepared in this case.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from Dr. Hinrich Abken's second declaration (dated August 4, 2016) filed in IPR2015-01719.

17. Attached hereto as **Exhibit P** is a true and correct excerpted transcript of the June 21, 2019 deposition of Dr. Ryan Sullivan.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from Dr. Mark Robbins's expert report (dated April 26, 2019) prepared in this case.

19. Attached hereto as **Exhibit R** is a true and correct copy of Kite's Responses to Plaintiffs' Interrogatory No. 20 in this case.

Executed on November 12, 2019, in Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrea W. Jeffries*
Andrea W. Jeffries

-2-

DECLARATION OF ANDREA W. JEFFRIES ISO PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* No. 3
Case No 2:17-cv-07639-SJO-KSx


## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 12th day of November, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Andrea W. Jeffries*
Andrea W. Jeffries

-3-

DECLARATION OF ANDREA W. JEFFRIES ISO PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* No. 3
Case No. 2:17-cv-07639-SJO-KSx