1   IRELL & MANELLA LLP
    Morgan Chu (SBN 70446)
2   mchu@irell.com
    Alan J. Heinrich (SBN 212782)
3   aheinrich@irell.com
    C. Maclain Wells (SBN 221609)
4   mwells@irell.com
    Elizabeth C. Tuan (SBN 295020)
5   etuan@irell.com
    1800 Avenue of the Stars, Suite 900
6   Los Angeles, California 90067-4276
    Telephone:    (310) 277-1010
7   Facsimile:    (310) 203-7199

8   Rebecca Carson (SBN 254105)
    rcarson@irell.com
9   840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660
10  Telephone    (949) 760-0991
    Facsimile:    (949) 760-5200

11
    Attorneys for Plaintiffs
12  JUNO THERAPEUTICS, INC. and SLOAN
    KETTERING INSTITUTE FOR CANCER
13  RESEARCH

14  [List of counsel continued to next page]

15

16                  UNITED STATES DISTRICT COURT

17                 CENTRAL DISTRICT OF CALIFORNIA

18  JUNO THERAPEUTICS, INC., et al.,      | Case No. 2:17-cv-07639-SJO-KSx

19            Plaintiffs,                 | **DECLARATION OF ALAN J.
                                          | HEINRICH IN SUPPORT OF
20        v.                              | PLAINTIFFS' OPPOSITION TO
                                          | DEFENDANT KITE PHARMA,
21  KITE PHARMA, INC.,                    | INC.'S MOTION IN LIMINE
                                          | (NO. 1) TO EXCLUDE DAMAGES
22            Defendant.                  | OPINIONS OF RYAN SULLIVAN,
                                          | PH.D.
23
                                          | Date: December 3, 2019
24  AND RELATED COUNTERCLAIMS             | Time: 8:30 a.m.
                                          | Courtroom: 10C
25
                                          | Hon. S. James Otero
26

27

28

                                                DECLARATION OF ALAN J. HEINRICH

10761861

1  JONES DAY
   Andrea Weiss Jeffries (SBN 183408)
2  ajeffries@jonesday.com
   555 South Flower Street, Fiftieth Floor
3  Los Angeles, CA 90071
   Telephone:   (213) 489-3939
4  Facsimile:   (213) 243-2539

5  Christopher J. Harnett (*Pro Hac Vice*)
   Sarah A. Geers (*Pro Hac Vice*)
6  Kevin V. McCarthy (*Pro Hac Vice*)
   250 Vesey Street
7  New York, NY 10281
   Telephone:   (212) 326-3939
8  Facsimile:   (212) 755-7306

9  Attorneys for Plaintiffs
   JUNO THERAPEUTICS, INC. and SLOAN
10 KETTERING INSTITUTE FOR CANCER
   RESEARCH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALAN J. HEINRICH

10761861

**<u>DECLARATION OF ALAN J. HEINRICH</u>**

I, Alan J. Heinrich, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Juno Therapeutics, Inc. and Sloan Kettering Institute for Cancer Research ("Plaintiffs") in the above referenced matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition of Dr. Ryan Sullivan.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Dr. Ryan Sullivan's supplemental report.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the deposition of Dr. Adrian Bot.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition of Dr. Kathryn Stein.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the deposition of Dr. Mark Robbins.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition of Helen Kim.

Executed on November 12, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Alan J. Heinrich*
Alan J. Heinrich

DECLARATION OF ALAN J. HEINRICH

10761861

- 1 -

1

## <u>CERTIFICATE OF SERVICE</u>

2

A copy of the foregoing document was electronically filed with the Court this

3

12th day of November, 2019.  Notice of this filing will be sent by operation of the

4

Court's electronic filing system.  Parties may access this filing through the Court's

5

system.

6

*/s/ Alan J. Heinrich*
Alan J. Heinrich

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALAN J. HEINRICH

10761861