# EXHIBIT A

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL