IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Rebecca Carson (SBN 254105)
rcarson@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
Ingrid Petersen (SBN 313927)
ipetersen@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

JONES DAY
Andrea Weiss Jeffries (SBN 183408)
Emily M. Whitcher (SBN 321790)
ajeffries@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC. and SLOAN
KETTERING INSTITUTE FOR CANCER
RESEARCH

[List of counsel continued to next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION IN LIMINE (NO. 1) TO EXCLUDE DAMAGES OPINIONS OF RYAN SULLIVAN, PH.D.**<br><br>Date: December 3, 2019<br>Time: 8:30 a.m.<br>Courtroom: 10C<br><br>Hon. S. James Otero |

DECLARATION OF ALAN J. HEINRICH

10766529

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC. and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

DECLARATION OF ALAN J. HEINRICH

10766529

# DECLARATION OF ALAN J. HEINRICH

I, Alan J. Heinrich, declare as follows:

1. I am a partner at the law firm of Irell & Manella LLP, counsel of record for Juno Therapeutics, Inc. and Sloan Kettering Institute for Cancer Research ("Plaintiffs") in the above referenced matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the article titled "New Biotech Startup Will Pit the Immune System Against Cancer" dated December 6, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Juno Therapeutics, Inc.'s Form S-1 filed November 17, 2014.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Kite Pharma, Inc.'s Form 10-K for the quarterly period ending June 30, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the 2018 Affirmation Agreement.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Bylaws of Sloan Kettering Institute for Cancer Research.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Bylaws of Memorial Sloan Kettering Cancer Center.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Bylaws of Memorial Hospital for Cancer and Allied Diseases.

9. Attached hereto as **Exhibit 8** is a true and correct copy of documents showing allocations of the payments from Juno to SKI, designating the amounts for SKI's exclusive use.

10. Attached hereto as **Exhibit 9** is a true and correct copy of documents showing allocations of the payments from Juno to SKI, designating the amounts for SKI's exclusive use.

11. Attached hereto as **Exhibit 10** is a true and correct copy of documents showing allocations of the payments from Juno to SKI, designating the amounts for SKI's exclusive use.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Sloan Kettering Institute for Cancer Research's Mandatory Notices Pursuant to 37 C.F.R. § 42.8 filed with the United States Patent and Trademark Office.

Executed on November 21, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Alan J. Heinrich*
Alan J. Heinrich

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 21st day of November, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Alan J. Heinrich*
Alan J. Heinrich

DECLARATION OF ALAN J. HEINRICH

10766529