# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 3, 2019 |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | |
| Alan J. Henrich | |
| Elizabeth Chenyi Tuan | Jeffrey I. Weinberger |
| Andrea Weiss Jeffries | Edward George Dane |
| Sarah A. Geers | Blanca F. Young |

____ Day Court Trial    1st Day Jury Trial

- X  The Jury is impaneled and sworn.
- X  Opening statements made by    Plaintiff and Defendant
-    Witnesses called, sworn and testified.    Exhibits identified.    Exhibits admitted.
-    Plaintiff(s) rest.    Defendant(s) rest.
-    Closing arguments made by    plaintiff(s)    defendant(s).    Court instructs jury.
-    Bailiff(s) sworn.    Jury retires to deliberate.    Jury resumes deliberations.
-    Jury Verdict in favor of    plaintiff(s)    defendant(s) is read and filed.
-    Jury polled.    Polling waived.
-    Filed Witness & Exhibit Lists    Filed jury notes.    Filed jury instructions.
-    Judgment by Court for _____    plaintiff(s)    defendant(s).
-    Findings, Conclusions of Law & Judgment to be prepared by    plaintiff(s)    defendant(s).
-    Case submitted.    Briefs to be filed by _____
-    Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
-    Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
-    Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
-    Settlement reached and placed on the record.
-    Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
-    Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
-    Trial subpoenaed documents returned to subpoenaing party.
- X  Case continued to   Wed. Dec. 4, 2019 @ 8:30 a.m.   for further trial/further jury deliberation.
-    Other:

5 : 55

Initials of Deputy Clerk   VPC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

cc: