# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 4, 2019 |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz (AM) Terri Hourigan (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Jeffrey I. Weinberger |
| Alan J. Henrich | Edward George Dane |
| Elizabeth Chenyi Tuan | Blanca F. Young |
| Andrea Weiss Jeffries | Adam R. Lawton |
| Crawford Maclain Wells | |

_____ Day Court Trial     2nd Day Jury Trial

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by _____
- [x] Witnesses called, sworn and testified.   [x] Exhibits identified.   [x] Exhibits admitted.
- [ ] Plaintiff(s) rest.   Defendant(s) rest.
- [ ] Closing arguments made by ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
- [ ] Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations.
- [ ] Jury Verdict in favor of ___ plaintiff(s)   ___ defendant(s) is read and filed.
- [ ] Jury polled.   Polling waived.
- [ ] Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions.
- [ ] Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)   ___ defendant(s).
- [ ] Case submitted.   Briefs to be filed by _____
- [ ] Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
- [ ] Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
- [ ] Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [x] Case continued to  Thurs. Dec. 5, 2019 @ 8:30 a.m.  for further trial/further jury deliberation.
- [x] Other: Witnesses Dr. Michel Sadelain, Dr. Yashodhara Dash and Dr. Mark Gilbert are called sworn and testified.

_____ : 6/16

Initials of Deputy Clerk   VPC

cc: