# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CV 17-07639 SJO (RAOx) | Date: December 5, 2019 |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. | |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Megan A. Chacon |
| Alan J. Henrich | John M. Farrell |
| Elizabeth Chenyi Tuan | Jeffrey I. Weinberger |
| Andrea Weiss Jeffries | Edward George Dane |
| Crawford Maclain Wells | Blanca F. Young |
| | Adam R. Lawton |

____ Day Court Trial        3rd Day Jury Trial

| | |
|---|---|
| | The Jury is impaneled and sworn. |
| | Opening statements made by ____ |
| x | Witnesses called, sworn and testified.   x  Exhibits identified.   x  Exhibits admitted. |
| | Plaintiff(s) rest.                 Defendant(s) rest. |
| | Closing arguments made by ____ plaintiff(s)  ____ defendant(s).  ____ Court instructs jury. |
| | Bailiff(s) sworn.   Jury retires to deliberate.   Jury resumes deliberations. |
| | Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed. |
| | Jury polled.   Polling waived. |
| | Filed Witness & Exhibit Lists   Filed jury notes.   Filed jury instructions. |
| | Judgment by Court for ____   plaintiff(s)   defendant(s). |
| | Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s)   defendant(s). |
| | Case submitted.   Briefs to be filed by ____ |
| | Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted. |
| | Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted. |
| | Motion for Judgment/Directed Verdict by ____ is ____ granted.  denied.  ____ submitted. |
| | Settlement reached and placed on the record. |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. |
| | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. |
| | Trial subpoenaed documents returned to subpoenaing party. |
| x | Case continued to   Fri. Dec. 6, 2019 @ 8:30 a.m.   for further trial/further jury deliberation. |
| x | Other:   Witnesses Dr. Mark Gilbert, Dr. Arie Belldegrun and Adrian Bot are called sworn and testified. |

:  6/23

Initials of Deputy Clerk   VPC

cc: