# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 6, 2019 |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Megan A. Chacon |
| Alan J. Henrich | John M. Farrell |
| Elizabeth Chenyi Tuan | Jeffrey I. Weinberger |
| Andrea Weiss Jeffries | Edward George Dane |
| Crawford Maclain Wells | Blanca F. Young |
|  | Adam R. Lawton |

\_\_\_\_ Day Court Trial      4th Day Jury Trial

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by
- [x] Witnesses called, sworn and testified.   [x] Exhibits identified.   [x] Exhibits admitted.
- [ ] Plaintiff(s) rest.                       [ ] Defendant(s) rest.
- [ ] Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.
- [ ] Bailiff(s) sworn.                        [ ] Jury retires to deliberate. [ ] Jury resumes deliberations.
- [ ] Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
- [ ] Jury polled.                             [ ] Polling waived.
- [ ] Filed Witness & Exhibit Lists            [ ] Filed jury notes.          [ ] Filed jury instructions.
- [ ] Judgment by Court for ___               ___ plaintiff(s)               ___ defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
- [ ] Case submitted.   Briefs to be filed by ___
- [ ] Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [x] Case continued to   Mon. Dec. 6, 2019 @ 9:45 a.m.   for further trial/further jury deliberation.
- [x] Other:  Witnesses Edward Dulac, Hans Bishop, Shawn Tomasello, Dr. Ryan Sullivan and Dr. Thomas Schetz are called sworn and testified.

:  5/05

Initials of Deputy Clerk   VPC

cc: