Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx <br><br> **PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS REGARDING REBUTTAL TESTIMONY OF DR. YASHODHARA DASH AND OF AYA JAKOBOVITS** <br><br> Hon. S. James Otero <br><br> Trial:   December 3, 2019 <br> Time:   8:30 am <br> Place:   Courtroom 10C |

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL
SLOAN KETTERING CANCER CENTER,
and SLOAN KETTERING INSTITUTE FOR
CANCER RESEARCH

Kite seeks to exclude the testimony of two percipient fact witnesses slated to appear as part of Plaintiffs' case. Kite's further attempts to dictate the presentation of Plaintiffs' case is unjustified and should be denied.

## I. Dr. Dash's Testimony In Plaintiffs' Rebuttal Case Is Proper

Plaintiffs intend to call Dr. Yashodhara Dash to rebut testimony offered by Kite's fact and expert witnesses in Kite's case-in-chief. In particular, Dr. Dash will respond to Dr. Arie Belldegrun's unexpected (and, we believe, false) testimony—testimony that flatly contradicted Kite's damages contentions that Kite never engaged in licensing efforts with Sloan Kettering. *See* Dkt. No. 523. She will also address Dr. Belldegrun's similarly surprising assertions that he reached out to Dr. Dash's Office of Technology at Sloan Kettering only for negotiating access to clinical trial sites, and not to discuss a license. *See* Ex. 1 (Trial Transcript ("Tr.")) at 587:22-24 ("Q. At the time of your meeting with Dr. Dash, was it important for Kite to find clinical trial sites? A. Absolutely."); *see also id.* 853:17-25. These assertions were not possibly foreseeable during Dr. Dash's examination during Plaintiffs' case-in-chief, and Dr. Dash, unlike Dr. Belldegrun, has had no opportunity to address them. Because this evidence goes to willful infringement—an issue on which Plaintiffs bear the burden of proof—it is proper rebuttal evidence. *See United States v. Lamoreaux*, 422 F.3d 750, 755 (8th Cir. 2005) ("The function of rebuttal is to explain, repel, counteract or disprove evidence of the adverse party…."); *Aviva Sports, Inc. v. Fingerhut Direct Marketing, Inc.*, 829 F. Supp. 2d 802, 834-35 (D. Minn. 2011) (similar); *Sarantis v. ADP, Inc.*, No. 06-cv-2153, 2008 WL 4057007, at *5 (D. Ariz. Aug. 28, 2008) (Rebuttal evidence is "to meet new facts brought out in the opponents case in chief.").

Additionally, Dr. Dash will testify regarding certain dates and other specific, limited facts associated with Kite's IPR challenging the '190 Patent and consistent with the Court's ruling on that issue. Dr. Dash was involved with the IPR, but she did not testify as to the IPR given that the Court had not yet decided the admissibility of such evidence at the time of her testimony. Dr. Dash's brief testimony on this issue

-1-

PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS
REGARDING REBUTTAL TESTIMONY OF
DR. YASHODHARA DASH AND OF AYA JAKOBOVITS
Case No. 2:17-cv-07639-SJO-KSx

during rebuttal is therefore appropriate rebuttal to Dr. Belldegrun's insistence that the '190 Patent was not important to Kite.

Neither of these brief points to be made by Dr. Dash during rebuttal is "cumulative" or untimely, as Kite contends. Dkt. No. 533 at 1. Dr. Dash had no reason to "pre-rebut" Dr. Belldegrun's unforeseen testimony that he had reached out to Sloan Kettering only for purposes of patient access or that Kite did not view the '190 Patent as important. Those matters arose when Dr. Belldegrun testified, after Dr. Dash.

## II. Dr. Jakobovits's Testimony Is Proper

Plaintiffs are also properly calling Dr. Aya Jakobovits—***Kite's former CEO from a relevant time period***—on rebuttal. Kite prevented Plaintiffs playing her designated deposition testimony earlier in the case. *See* Dkt. No. 533 at 2-3. Although Dr. Jakobovits's testimony was admissible based on her designation as a Rule 30(b)(6) witness, Kite complained that her testimony should now be precluded (Dkt. No. 533 at 2) based on Kite's **unilateral** 30(b)(6) designation of a **very narrow** portion of her deposition **after the fact**. *See* Dkt. Nos. 533-4, 533-5; *see also* Tr. at 754:23-755:8. After hearing argument on that dispute, the Court directed Plaintiffs to obtain a trial subpoena to obtain Dr. Jakobovits's live testimony. Tr. at 755:18-20. In fact, Plaintiffs had served Dr. Jakobovits with a trial subpoena in September 2019, *see* Ex. 2 (9/27/2019-12/7/2019 emails between Juno counsel and counsel for Dr. Jakobovits) at 2-3, and upon the Court's direction Plaintiffs immediately contacted Dr. Jakobovits's lawyer to remind her of the trial subpoena and obtain her availability for trial. *Id.* at 2. Dr. Jakobovits is now prepared to appear live to provide testimony on Tuesday in response to questioning by both parties. *Id.* at 1.

Kite complains that Plaintiffs are calling Dr. Jakobovits "out of order." Dkt. No. 533 at 3. But Dr. Jacobovits is not even a "rebuttal" witness, but rather a witness whose availability, and the Court's preference that she be subpoenaed, necessitated calling her out of order. (The Court will recall that Plaintiffs have not "rested" their

-2-

PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS
REGARDING REBUTTAL TESTIMONY OF
DR. YASHODHARA DASH AND OF AYA JAKOBOVITS
Case No. 2:17-cv-07639-SJO-KSx

case precisely because of this situation.  Tr. at 910:24-911:4.)  Moreover, Kite's position is astonishingly inequitable:  Throughout this trial, several **Kite** witnesses (*e.g.*, Dr. Bot and Dr. Schuetz) have been presented out of order to accommodate their claims of schedule conflicts.  While Plaintiffs would have preferred to present Dr. Jakobovits's testimony on December 9, during their case-in-chief, Dr. Jakobovits was not available to testify (and, as noted, Kite opposed playing her deposition video).  Ex. 2 at 1.  Kite's refusal to cooperate in turn is not well taken and Kite's motion should be denied in its entirety.

Dated:  December 10, 2019            Respectfully submitted,

By:  /s/ *Andrea W. Jeffries*
Andrea W. Jeffries (SBN 183408)
Luke J. Burton (SBN 301247)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939

-3-

PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS
REGARDING REBUTTAL TESTIMONY OF
DR. YASHODHARA DASH AND OF AYA JAKOBOVITS
Case No. 2:17-cv-07639-SJO-KSx

|   |   |
|---|---|
| 1 | Facsimile:   (212) 755-7306 |
| 2 | Jennifer L. Swize (*Pro Hac Vice*) |
|   | JONES DAY |
| 3 | 51 Louisiana Avenue, N.W. |
|   | Washington, DC 20001-2113 |
| 4 | Telephone:   (202) 879-3939 |
|   | Facsimile:   (202) 626-1700 |
| 5 |   |
|   | John M. Michalik (*Pro Hac Vice*) |
| 6 | JONES DAY |
|   | 77 West Wacker Drive, Suite 3500 |
| 7 | Chicago, IL 60601-1692 |
|   | Telephone:   (312) 782-3939 |
| 8 | Facsimile:   (312) 782-8585 |
| 9 | *Attorneys for Plaintiffs* |
|   | *Juno Therapeutics, Inc., Memorial Sloan* |
| 10 | *Kettering Cancer Center, and Sloan Kettering* |
|    | *Institute for Cancer Research* |

-4-

PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS
REGARDING REBUTTAL TESTIMONY OF
DR. YASHODHARA DASH AND OF AYA JAKOBOVITS
Case No. 2:17-cv-07639-SJO-KSx

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 10th day of December, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Andrea W. Jeffries*
Andrea W. Jeffries

-5-

PLAINTIFFS' RESPONSES TO KITE'S OBJECTIONS
REGARDING REBUTTAL TESTIMONY OF
DR. YASHODHARA DASH AND OF AYA JAKOBOVITS
Case No. 2:17-cv-07639-SJO-KSx