JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DECLARATION OF MARKUS BRAZILL IN SUPPORT OF KITE PHARMA, INC.'S RESPONSE TO PLAINTIFFS' REQUEST TO ADMIT KITE'S RESPONSIVE DAMAGES CONTENTIONS AS EVIDENCE** |

I, Markus Brazill, declare:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Kite Pharma, Inc. ("Kite") in this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2. **Exhibit 1** (under seal) consists of Kite's Responsive Damages Contentions.

3. **Exhibit 2** (under seal) consists of Plaintiffs' Damages Contentions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 10, 2019

/s/ *Markus Brazill*
Markus Brazill