UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Hon. S. James Otero<br><br>Date:   December 3, 2019<br>Time:   8:30 am<br>Place:   Courtroom 10C |

Presently before the Court is Plaintiffs' Rule 50(a) Motion For Judgment As A Matter Of Law. Having considered the submissions and arguments of the parties, the Court hereby **GRANTS** Plaintiffs' motion and ORDERS:

Judgment as a matter of law is entered in favor of Plaintiffs as follows: (1) Kite infringes the asserted claims of the '190 Patent, and Kite's counterclaim of noninfringement is dismissed; (2) Kite's defense that the Certificate of Correction is invalid is dismissed; (3) Kite's defense that the asserted claims of the '190 Patent are invalid for lack of enablement is dismissed; (4) Kite's defense that the asserted claims of the '190 Patent are invalid for lack of written description is dismissed; and (5) all of Kite's counterclaims of invalidity are dismissed.

**IT IS SO ORDERED.**

Dated:_____, 2019

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE