JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] JUDGMENT** |

Upon due consideration of Defendant Kite Pharma, Inc.'s Motion for Judgment as a Matter of Law, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. The certificate of correction to U.S. Patent No. 7,446,190 ("'190 patent") is invalid insofar as it purported to change "SEQ ID NO:6" (column 15, lines 26-36);
2. Kite has not infringed and does not infringe the '190 patent;
3. Kite has not willfully infringed and does not willfully infringe the '190 patent;
4. The asserted claims of the '190 patent (claims 3, 5, 9, and 11) lack an adequate written description and are therefore invalid as a matter of law;
5. The asserted claims of the '190 patent (claims 3, 5, 9, and 11) are not enabled and therefore invalid as a matter of law;
6. On their claim for relief, Plaintiffs Juno Therapeutics, Inc. and Sloan Kettering Institute for Cancer Research recover nothing, and the claim be dismissed on the merits;
7. Plaintiffs have presented no sufficient evidentiary basis for damages. They have waived their right to a damages award. [In the alternative, the Court awards a nominal royalty as supported by proper, reliable evidence.]
8. On its First Counterclaim, Defendant Kite Pharma, Inc. be awarded a declaration that the asserted claims of the '190 patent (claims 3, 5, 9, and 11) are invalid for lack of enablement and inadequate written description; and
9. On its Second Counterclaim, Defendant Kite Pharma, Inc. be awarded a declaration that it has not infringed and does not infringe U.S. Patent No. 7,446,190.

The Clerk is directed to enter this Judgment.

IT IS SO ORDERED.

Dated:_____

Hon. S. James Otero
UNITED STATES DISTRICT JUDGE