# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 9, 2019 |

Present: The Honorable   S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu<br>Alan J. Henrich<br>Andrea Weiss Jeffries<br>Crawford Maclain Wells | Geoffrey D. Biegler<br>William Chad Shear<br>Jeffrey I. Weinberger<br>Edward George Dane<br>Blanca F. Young<br>Garth T. Vincent |

\_\_\_\_ Day Court Trial       5th Day Jury Trial

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by \_\_\_\_
**x**   Witnesses called, sworn and testified.   **x** Exhibits identified.   **x** Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.         Defendant(s) rest.
\_\_\_\_ Closing arguments made by \_\_\_\_ plaintiff(s) \_\_\_\_ defendant(s). \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.       Jury retires to deliberate.       Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of \_\_\_\_ plaintiff(s) \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.       Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists       Filed jury notes.       Filed jury instructions.
\_\_\_\_ Judgment by Court for \_\_\_\_ plaintiff(s) \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by \_\_\_\_ plaintiff(s) \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.       Briefs to be filed by \_\_\_\_
\_\_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**x**   Case continued to Tues. Dec. 10, 2019 @ 8:30 a.m. for further trial/further jury deliberation.
**x**   Other: Witnesses Dr. Ryan Sullivan, Dr. Krisha Komanduri, Dr. Richard Junghan, Dr. Chris Garcia, Andrew Dickison and Mohan Rao are called sworn and testified. Video depositions of Dr. Brentjens and Dr. Mark Frohlich are played.

: 5/05

Initials of Deputy Clerk   VPC

cc: