UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 10, 2019 |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu<br>Alan J. Henrich<br>Andrea Weiss Jeffries<br>Crawford Maclain Wells<br>Jennifer Swize | Gregory R. Booker<br>William Chad Shear<br>Jeffrey I. Weinberger<br>Edward George Dane<br>Blanca F. Young<br>Peter E. Gratzinger<br>Geoffrey D. Biegler<br>Adam R. Lawton |

_____ Day Court Trial     6th Day Jury Trial

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
  x   Witnesses called, sworn and testified.     x   Exhibits identified.     x   Exhibits admitted.
  x   Plaintiff(s) rest.     x   Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court instructs jury.
_____ Bailiff(s) sworn.     _____ Jury retires to deliberate.     _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.     _____ Polling waived.
_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.     Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   denied.   _____ submitted.
_____ Settlement reached and placed on the record.
  x   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
  x   Case continued to  Wed. Dec. 11, 2019 @ 8:30 a.m.  for further trial/further jury deliberation.
  x   Other: Witnesses Mohan Rao, John Quackenbush, Aya Jakobovits and Thomas Brocker are called sworn and testified. Court and counsel review jury instructions.

: 5/17

Initials of Deputy Clerk   VPC

cc: