JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>  Plaintiffs,<br><br>  vs.<br><br>KITE PHARMA, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I certify that, on December 11, 2019, I filed using the Court's ECF system the documents titled:

- Kite Pharma, Inc.'s Memorandum of Points and Authorities in Support of Its Ex Parte Application to Strike Untimely and Unreliable Opinions of Dr. Ryan Sullivan [Filed Under Seal Pursuant to Order of the Court Dated December 4, 2019] (ECF No. 571)

- Exhibit 1 in Support of Kite Pharma, Inc.'s Memorandum of Points and Authorities in Support of Its Ex Parte Application to Strike Untimely and Unreliable Opinions of Dr. Ryan Sullivan [Filed Under Seal Pursuant to Order of the Court Dated December 4, 2019] (ECF No. 571-1)

- Kite Pharma, Inc.'s Opposition to Ex Parte Application to Exclude Testimony from Dr. Schuetz [Filed Under Seal Pursuant to Order of the Court Dated December 4, 2019] (ECF No. 572)

- Exhibit 3 in Support of Kite Pharma, Inc.'s Opposition to Ex Parte Application to Exclude Testimony from Dr. Schuetz [Filed Under Seal Pursuant to Order of the Court Dated December 4, 2019] (ECF No. 572-1)

These documents and a copy of the Notice of Electronic Filings generated by these filings will be served pursuant to L.R. 5-3.1.2 and L.R. 79-5.3 on this day upon the following counsel of record for Plaintiffs by e-mail:

Morgan Chu
Alan J. Heinrich
Elizabeth C. Tuan
Juno-Kite@irell.com
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067

DATED: December 11, 2019

/s/ *Vincent Ling*
VINCENT LING