# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-07639 SJO (RAOx) | Date | December 11, 2019 |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. | | |

Present: The Honorable   S. James Otero

| | |
|---|---|
| Victor Paul Cruz | Amy Diaz |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Jeffrey I. Weinberger |
| Alan J. Henrich | Edward George Dane |
| Andrea Weiss Jeffries | Blanca F. Young |

|   | Day Court Trial | 7th | Day Jury Trial |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | The Jury is impaneled and sworn. |   |   |   |   |   |
|   | Opening statements made by |   |   |   |   |   |
|   | Witnesses called, sworn and testified. | x | Exhibits identified. |   | Exhibits admitted. |   |
|   | Plaintiff(s) rest. |   | Defendant(s) rest. |   |   |   |
| x | Closing arguments made by | x | plaintiff(s) | x | defendant(s). | x | Court instructs jury. |
|   | Bailiff(s) sworn. |   | Jury retires to deliberate. |   | Jury resumes deliberations. |   |
|   | Jury Verdict in favor of |   | plaintiff(s) |   | defendant(s) is read and filed. |   |
|   | Jury polled. |   | Polling waived. |   |   |   |
|   | Filed Witness & Exhibit Lists |   | Filed jury notes. |   | Filed jury instructions. |   |
|   | Judgment by Court for |   |   |   | plaintiff(s) |   | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by |   | plaintiff(s) |   | defendant(s). |   |
|   | Case submitted.   Briefs to be filed by |   |   |   |   |   |
|   | Motion to dismiss by |   | is |   | granted. |   | denied. |   | submitted. |
|   | Motion for mistrial by |   | is |   | granted. |   | denied. |   | submitted. |
|   | Motion for Judgment/Directed Verdict by |   | is |   | granted. | denied. |   | submitted. |
|   | Settlement reached and placed on the record. |   |   |   |   |   |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. |
|   | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. |
|   | Trial subpoenaed documents returned to subpoenaing party. |
| x | Case continued to   Thurs. Dec. 12, 2019 @ 8:30 a.m.   for further trial/further jury deliberation. |
| x | Other:   Defendant shall complete closing argument to be followed by Plaintiff's rebuttal tomorrow. |

:   4/21

Initials of Deputy Clerk   VPC

cc: