# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 12, 2019 |

Present: The Honorable  S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Jeffrey I. Weinberger |
| Alan J. Henrich | Edward George Dane |
| Andrea Weiss Jeffries | Blanca F. Young |

_____ Day Court Trial       8th Day Jury Trial

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.     _____ Exhibits identified.     _____ Exhibits admitted.
_____ Plaintiff(s) rest.     _____ Defendant(s) rest.
x Closing arguments made by     x plaintiff(s)     x defendant(s).     _____ Court instructs jury.
x Bailiff(s) sworn.     x Jury retires to deliberate.     _____ Jury resumes deliberations.
_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.
_____ Jury polled.     _____ Polling waived.
_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.
_____ Judgment by Court for _____     _____ plaintiff(s)     _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by     _____ plaintiff(s)     _____ defendant(s).
_____ Case submitted.     Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.     _____ denied.     _____ submitted.
x Motion for mistrial by Defendant is _____ granted.     x denied.     _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.     denied.     _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
x Case continued to     Fri. Dec. 13, 2019 @ 8:30 a.m.     for further trial/further jury deliberation.
x Other:     Court responds to jury note #1.

: 2/18

Initials of Deputy Clerk     VPC

cc: