# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 17-07639 SJO (RAOx) |
| Title: | Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |
| Date | December 13, 2019 |

Present: The Honorable   S. James Otero

| Victor Paul Cruz | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Morgan Chu | Jeffrey I. Weinberger |
| Alan J. Henrich | Edward George Dane |
| Andrea Weiss Jeffries | Blanca F. Young |

\_\_\_\_\_ Day Court Trial   9th Day Jury Trial

\_\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_\_ Opening statements made by \_\_\_\_\_
\_\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_\_ Exhibits identified.   \_\_\_\_\_ Exhibits admitted.
\_\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_\_ Defendant(s) rest.
\_\_\_\_\_ Closing arguments made by   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).   \_\_\_\_\_ Court instructs jury.
\_\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_\_ Jury retires to deliberate.   \_\_\_\_\_ Jury resumes deliberations.
**x** Jury Verdict in favor of   **x** plaintiff(s)   \_\_\_\_\_ defendant(s) is read and filed.
**x** Jury polled.   \_\_\_\_\_ Polling waived.
**x** Filed Witness & Exhibit Lists   **x** Filed jury notes.   **x** Filed jury instructions.
\_\_\_\_\_ Judgment by Court for \_\_\_\_\_   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Case submitted.   Briefs to be filed by \_\_\_\_\_
\_\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is   \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.
\_\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is   \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.
\_\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is   \_\_\_\_\_ granted.   **denied.**   \_\_\_\_\_ submitted.
\_\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_\_ Case continued to \_\_\_\_\_ for further trial/further jury deliberation.
**x** Other:   All admitted trial exhibits shall be maintained in the custody of Plaintiff pending appeal.

: 0/20

Initials of Deputy Clerk   VPC

cc: