Redacted Copy

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CV 17-07639 SJO</u>      Date: 12/12/19

Time: 12:15

JURY NOTE NUMBER ___1___

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___/___   THE JURY REQUESTS THE FOLLOWING:

WHAT IS UNANIMOUS MEANS? WE NEED A SPECIFIC ANSWER; ALL MUST ARRIVED TO THE SAME DECISION OR BY MAJORITY?

SIGNED: Redacted Copy Foreperson's Signature