
Redacted Copy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case No. <u>CV 17-07639 SJO</u>        Date: 12/13/19
                                                    Time: 09:28

JURY NOTE NUMBER ___2___

____✓____    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: _Redacted Jury Foreperson's Signature_