Redacted Copy

CV 17-07639 SJO

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I. CERTIFICATE OF CORRECTION

1. Has Kite proven by clear and convincing evidence that the Certificate of Correction is invalid?

Yes _____                  No ✓
(in favor of Kite)          (in favor of Sloan Kettering and Juno)

## II. VALIDITY OF ASSERTED PATENT CLAIMS

### A. ENABLEMENT

2. Has Kite proven by clear and convincing evidence that the following claims of the '190 Patent are invalid because the specification of the '190 Patent does not adequately enable the claims?

**"Yes" means the claim is not adequately enabled by the specification, and "No" means the claim is adequately enabled by the specification.**

| Asserted Patent Claims | Yes (in favor of Kite) | No (in favor of Sloan Kettering and Juno) |
|---|---|---|
| 3, 9 |  | ✓ |
| 5, 11 |  | ✓ |

*[continue to next page]*

### B. WRITTEN DESCRIPTION

3. Has Kite proven by clear and convincing evidence that the following claims of the '190 Patent are invalid because the specification of the '190 Patent does not contain an adequate written description of the claims?

**"Yes" means the claim does not contain adequate written description support in the specification, and "No" means the claim does contain adequate written description support in the specification.**

| Asserted Patent Claims | Yes (in favor of Kite) | No (in favor of Sloan Kettering and Juno) |
|---|---|---|
| 3, 9 | | ✓ |
| 5, 11 | | ✓ |

*[continue to next page]*

If you answered "no" to all of questions #1, #2, and #3, then answer the next two questions. Otherwise, you should not answer the next two questions.

### III. WILLFUL INFRINGEMENT

4. Have Plaintiffs proven by a preponderance of the evidence that Kite's infringement of the corrected claims of the '190 Patent was willful?

Yes ✓   No ___
(in favor of Sloan Kettering and Juno)   (in favor of Kite)

### IV. DAMAGES

5. What is the total amount of damages that you find Plaintiffs have proven by a preponderance of the evidence?

a. Upfront Payment (dollars): $ 585,000,000

and

b. Running Royalty (percentage): 27.6 %
(to be applied to Yescarta® revenues through trial)

**END**

Please review your selections above to confirm that they accurately reflect your unanimous determinations. Your Foreperson should then sign and date below, and notify the U.S. Marshal that you have reached a verdict. Your Foreperson should bring this form when the jury is brought back into the courtroom.

Dated: DEC. 13, 2019   By *Jury Foreperson's Signature Redacted*
Foreperson