1 | JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
2 | TED DANE (State Bar No. 143195)
ted.dane@mto.com
3 | GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
4 | BLANCA FROMM YOUNG (State Bar No. 217533)
blanca.young@mto.com
5 | PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
6 | ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
7 | MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
8 | Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
9 | Facsimile:  (213) 687-3702

10 | GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
11 | GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
12 | FISH & RICHARDSON P.C.
12390 El Camino Real
13 | San Diego, CA 92130
Telephone:  (858) 678-5070
14 | Facsimile:  (858) 678-5099

15 | Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

16

17 | UNITED STATES DISTRICT COURT

18 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

| | |
|---|---|
| 20 JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE 21 FOR CANCER RESEARCH, | Case No. 2:17-cv-7639-SJO-KS |
| 22 Plaintiffs, | **JOINT STATUS REPORT RE: POST-VERDICT SUBMISSIONS** |
| 23 vs. | Judge:  Hon. S. James Otero |
| 24 KITE PHARMA, INC., | Ctrm:   10C |
| 25 Defendant. | |
| 26 AND RELATED COUNTERCLAIMS | |
| 27 | |

28

Pursuant to the Court's direction provided on the record on December 13, 2019, *see* Trial Tr. at 1562:25-1563:6, the parties jointly submit the following statement regarding certain post-verdict matters:

1.      The parties have met and conferred, and continue to meet and confer, regarding the submission of a proposed final judgment and the schedule for briefing of post-trial motions.

2.      The parties will submit a proposed final judgment and proposed schedule for post-trial motions to the Court by no later than December 30, 2019.  If the parties are unable to agree on a proposed final judgment or a proposed schedule for post-trial motions, each party will submit its respective proposal on December 30, 2019.

3.      In view of the above, the parties request that the Court refrain from entering judgment until receiving the submissions described in paragraph 2.

Out of an abundance of caution, notwithstanding the aforementioned submissions, the parties expressly and fully reserve all of their rights to challenge and/or modify the substance of the final judgment through post-judgment motions and appeals as permitted by law.

DATED:  December 17, 2019          JONES DAY

By:  ___/s/ *Andrea W. Jeffries*___
          Andrea W. Jeffries
          Attorneys for Plaintiffs-Counterdefendants

DATED:  December 17, 2019        MUNGER, TOLLES & OLSON LLP


By:  ___/s/ *Blanca F. Young*___
     Blanca F. Young
     Attorneys for Defendant-Counterclaimant


### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

___/s/ *Adam R. Lawton*___
     Adam R. Lawton