# EXHIBIT L



New Search
Search

 

DDF 2017    FiercePharma    Jobs    Resources    Events    Subscribe



A Division of


BIOTECH    RESEARCH    IT    CRO    MEDTECH

Biotech

# Juno CAR-T study put on hold, again, after cerebral edemas and fatality, again

by *Ben Adams* | Nov 23, 2016 8:14am



*The spotlight will now be on the future of Juno's major pipeline hope after a second trial hold.*

**FREE BIOTECH NEWSLETTER**

Join over 150,000 subscribers who benefit from FierceBiotech's coverage on such topics as biopharma news and deals, clinical trials, FDA decisions and more.

**Join for free** 

Email    Sign up

For the second time this year Juno has seen its midstage CAR-T Rocket trial put on hold, although this time the biotech has limited its test on its own, after two patients suffered cerebral edema earlier this week, with one dead as of last night and another died this morning, it said on a call to investors.

The phase 2 study, which has been **voluntarily halted**, was assessing JCAR015 in patients with relapsed or refractory B cell acute lymphoblastic leukemia.

This comes after the FDA placed a brief clinical hold on the same Rocket trial of JCAR015 in July after several patient deaths, also due to cerebral edema.

The FDA halt was however **swiftly lifted** a few days later, but with a modified preconditioning regimen that it said would stop future patient deaths. The

biotech was at the time adamant that the chemo med fludarabine used as a preconditioning regimen was the primary culprit in the deaths.

"Juno has notified the Food & Drug Administration of the voluntary hold and is working with the agency and the Data and Safety Monitoring Board to determine next steps," the biotech said in a statement. It said it was "evaluating its options" regarding the JCAR015 program.

"Juno's trials and plans for its other CD19-directed CAR T cell product candidates, including JCAR017, are not affected," the company noted.

JCAR015 is Juno's lead candidate, and the company had been hoping for an FDA approval next year, but this timeline was removed over the summer, with its future now hanging in the balance.

Analysts at Leerink said in a note to clients that while "this is a clear blow for Juno," it believes sentiment remains "positively biased on the CAR-T category in general."

Right now, sentiment is negative as its shares took a battering, down by around 30% early this morning on the news, with fellow CAR-T biotechs Kite and bluebird bio also down 4% and 5% respectively.

Read more on   clinical hold,   Juno Therapeutics,   Kite Pharma



**In conversation with: Alice Zhang, CEO of Verge Genomics | FierceBiotech**

**Roivant bags AstraZeneca drug in latest bid | FierceBiotech**

**Amgen kills off CETP inhibitor after seeing Merck data | FierceBiotech**

**Despite hope and hype, Axovant serves up another failed Alzheimer's medication | FierceBiotech**

**From The Web**                                              by Taboola
                                            Sponsored Links by Taboola

**San Jose, California: This Brilliant Company Is Disrupting a $200 Billion Industry**
EverQuote Insurance Quotes

**How To Fix Dark Spots**
Gundry MD

**23 Baby Names that New Parents Say they Regret**
Livingly

**Popular Content**

**Toxicity knocks Ardelyx's hyperkalemia hopes back to preclinic**
Nov 21, 2017

**Amsterdam beats out Milan to host EMA**
Nov 20, 2017

**Cytokinetics cans lead drug after phase 3 ALS wipeout**
Nov 21, 2017

**Takeda spins off cancer assets to incubated startup**
Nov 22, 2017

**After penning Loxo deal, Bayer signs another $1B R&D pact**
Nov 20, 2017

**About the Author**

 **Ben Adams**
*Editor*

**Here's What Dental Implants Should Cost**
Dental Implants | Sponsored Links



Home  Subscribe  Manage Newsletter Subscriptions  Advertise  RSS  Privacy  About Us

© 2017 Questex LLC. All rights reserved.
275 Grove Street, Suite 2-130 Newton, MA 02466
Reproduction in whole or part is prohibited.