# EXHIBIT A-1

Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx <br><br> **PLAINTIFFS' LOCAL RULE 58-7 MEMORANDUM REGARDING POST-JUDGMENT INTEREST** <br><br> Hon. S. James Otero <br> Place:   Courtroom 10C |

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

Pursuant to Local Rule 58-7, Plaintiffs submit this memorandum regarding the computation of post-judgment interest pursuant to 28 U.S.C. § 1961.[1]  Section 1961 provides that interest "shall be allowed on any money judgment in a civil case recovered in a district court"; that "[s]uch interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment" (internal footnote omitted); and that this interest "shall be computed daily to the date of payment . . . and shall be compounded annually."

Accordingly, the daily rate of interest can be computed by taking the amount of the judgment, multiplying by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of judgment, and then dividing by 365.

For example, if the Court enters judgment during the week of December 30, 2019, as contemplated by the parties' Joint Status Report, Dkt. No. 595, the daily interest accrual will be computed by multiplying the amount of the judgment ($751,607,611.14) by the applicable weekly average interest rate for the week ending December 27, 2019, and then dividing the result by 365.  If the judgment remains unpaid for a year, the daily interest accrual will increase due to the annual compounding required by 28 U.S.C. § 1961.

Plaintiffs respectfully request that the Court order Kite to pay post-judgment interest in accordance with 28 U.S.C. § 1961, as it accrues daily and is compounded annually, until the Judgment is paid.

---

[1] Plaintiffs will submit their request for prejudgment interest, including the applicable interest rate and appropriate compounding method, in their forthcoming post-trial briefing.  *See* Proposed Order Setting Post-Trial Briefing Schedule at 1; Memorandum In Support Of Plaintiffs' Proposed Judgment And Post-Trial Briefing Schedule at 1.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 23, 2019 | Respectfully submitted, |
| 3 | | |
| 4 | | By: */s/ Andrea W. Jeffries* |
| | | Andrea W. Jeffries (SBN 183408) |
| 5 | | Luke J. Burton (SBN 301247) |
| | | JONES DAY |
| 6 | | 555 South Flower Street, Fiftieth Floor |
| | | Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 489-3939 |
| | | Facsimile: (213) 243-2539 |
| 8 | | |
| | | Morgan Chu (SBN 70446) |
| 9 | | Alan J. Heinrich (SBN 212782) |
| | | C. Maclain Wells (SBN 221609) |
| 10 | | Elizabeth C. Tuan (SBN 295020) |
| | | IRELL & MANELLA LLP |
| 11 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, California 90067-4276 |
| 12 | | Telephone: (310) 277-1010 |
| | | Facsimile: (310) 203-7199 |

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs
Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 23rd day of December, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        */s/ Andrea W. Jeffries*
                                        Andrea W. Jeffries