# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**[PROPOSED] ORDER SETTING POST-TRIAL BRIEFING SCHEDULE**<br><br>Hon. S. James Otero<br><br>Courtroom 10C |

The Court hereby orders the following with respect to post-trial motions in this matter:

(1) **Plaintiffs' post-trial motions**. Plaintiffs shall submit one consolidated post-trial motion addressing the following issues: (1) recovery of attorneys' fees; (2) enhanced damages under 35 U.S.C. § 284; (3) supplemental damages; (4) ongoing royalties; and (5) prejudgment interest. Plaintiffs shall submit this consolidated motion, which shall be accompanied by a brief not to exceed 30 pages, by 35 days after the jury verdict. Kite's response, which shall not exceed 30 pages, shall be filed by 14 days after the filing of Plaintiffs' motion. Plaintiffs may file a reply of up to 15 pages by 7 days after the filing of Kite's response.

(2) **Kite's post-trial motions**. Kite shall submit one consolidated post-trial motion for judgment as a matter of law or a new trial. Kite shall submit this motion, which shall be accompanied by a brief not to exceed 30 pages, by 35 days after the jury verdict. Plaintiffs' response, which shall not exceed 30 pages, shall be filed by 14 days after the filing of Kite's motion. Kite may file a reply of up to 15 pages by 7 days after the filing of Plaintiffs' response.

The date designated for a hearing on these simultaneously briefed motions shall be the Monday immediately following 21 days from the date that the response briefs are due, or the next available hearing date thereafter.

**IT IS SO ORDERED.**

Dated:_____, 2019

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE