Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx <br><br> **DECLARATION OF ANDREA W. JEFFRIES IN SUPPORT OF MEMORANDUM IN SUPPORT OF PLAINTIFFS' PROPOSED JUDGMENT AND POST-TRIAL BRIEFING SCHEDULE** <br><br> Hon. S. James Otero <br> Place:   Courtroom 10C |

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

# **DECLARATION OF ANDREA W. JEFFRIES**

I, Andrea W. Jeffries, declare as follows:

1. I am a partner at the law firm of Jones Day, counsel of record for the Plaintiffs in the above-referenced matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On December 16, 2019, I met and conferred with counsel for Kite regarding the submission of a stipulation on the entry of judgment following the jury verdict in this matter, and on the schedule for post-trial motions. Counsel for Kite was very concerned that the Court would enter judgment on or around December 16 (the Monday after the jury verdict was rendered), and was anxious to file documentation to delay entry of judgment until January 6, 2020. I questioned the need for such a delayed entry of judgment, and the parties ultimately compromised on a Joint Status Report submission that would provide for entry of judgment on December 30, 2019. This submission was filed as Document 595 on the Court's docket.

3. At all times during the parties' meet and confer discussion and email exchanges leading to the Joint Status Report, both sides consistently contemplated the submission of a proposed judgment by no later than December 30, 2019. At no time did counsel for Kite mention, or even suggest, that it would seek to delay entry of judgment until after resolution of Plaintiffs' post-trial motions relating to enhancement and/or other issues.

4. To follow up on the agreement(s) in the Joint Status Report, on December 18, I sent to counsel for Kite a proposed stipulation relating to the briefing of post-trial motions, and a proposed judgment. I asked for comments and/or edits to these documents by December 20, 2019. True and correct copies of those documents are attached hereto as **Exhibits 1 and 2**, respectively

-1-

DECLARATION OF ANDREA W. JEFFRIES IN SUPPORT OF
MEMORANDUM IN SUPPORT OF PLAINTIFFS' PROPOSED
JUDGMENT AND POST-TRIAL BRIEFING SCHEDULE
Case No. 2:17-cv-07639-SJO-KSx

5. At approximately 4:45 pm on December 20, 2019, I received an email from counsel for Kite stating, for the first time, that Kite wished to delay entry of judgment until after Plaintiffs' post-trial motions were fully briefed, heard, and ruled upon, and also that Kite wished to further delay the filing of its own post-trial motions until after such time as all of this occurred. Counsel for Kite provided no substantive comments on any aspect of the proposed judgment (Exhibit 2).

6. I responded to this email on December 21, explaining that Kite's new position was inconsistent with the meet and confer discussion on December 16, the parties' subsequent emails, and the Joint Status Report, and that it was contrary to the normal post-trial process in patent infringement cases in district courts across the country.

7. Counsel for Kite responded on December 23, again providing no substantive comments to Plaintiffs' proposed judgment, and again providing no information to justify its counterproposal of staggered and delayed post-trial motions, or a delayed entry of judgment.

8. Attached hereto as **Exhibit 3** are the emails exchanged between counsel for Kite and counsel for Plaintiffs referenced above.

Executed on December 23rd 2019, in Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

       /s/ *Andrea W. Jeffries*
       Andrea W. Jeffries

-2-

DECLARATION OF ANDREA W. JEFFRIES IN SUPPORT OF MEMORANDUM IN SUPPORT OF PLAINTIFFS' PROPOSED JUDGMENT AND POST-TRIAL BRIEFING SCHEDULE
Case No. 2:17-cv-07639-SJO-KSx

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 23rd day of December, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ *Andrea W. Jeffries*
          Andrea W. Jeffries