# EXHIBIT 1

<div style="display: flex;">

<div>

Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
Lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC. and
SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH

[*List of counsel continued to next page*]

</div>

<div>

Jeffrey I. Weinberger (SBN 56214)
jeffrey.weinberger@mto.com
Ted Dane (SBN 143195)
ted.dane@mto.com
Garth T. Vincent (SBN 146574)
garth.vincent@mto.com
Blanca F. Young (SBN 217533)
blanca.young@mto.com
Peter E. Gratzinger (SBN 228764)
peter.gratzinger@mto.com
Adam R. Lawton (SBN 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Geoffrey D. Biegler (SBN 290040)
biegler@fr.com
Grant T. Rice (*Pro Hac Vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*Attorneys for Defendant-Counterclaimant*
KITE PHARMA, INC.

</div>

</div>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**STIPULATION RE: ENTRY OF JUDGMENT AND POST-TRIAL BRIEFING SCHEDULE**<br><br>Before:  The Hon. S. James Otero<br><br>Courtroom:  10C |

1  Rebecca Carson (SBN 254105)
   rcarson@irell.com
2  Ingrid M. H. Petersen (SBN 313927)
   ipetersen@irell.com
3  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone: (949) 760-0991
5  Facsimile: (949) 760-5200

6
   Christopher J. Harnett (*Pro Hac Vice*)
7  charnett@jonesday.com
   Sarah A. Geers (*Pro Hac Vice*)
8  sgeers@jonesday.com
   Kevin V. McCarthy (*Pro Hac Vice*)
9  kmccarthy@jonesday.com
   JONES DAY
10 250 Vesey Street
   New York, NY 10281-1047
11 Telephone: (212) 326-3939
   Facsimile: (212) 755-7306
12

13 Jennifer L. Swize (*Pro Hac Vice*)
   jswize@jonesday.com
14 JONES DAY
   51 Louisiana Avenue, N.W.
15 Washington, DC 20001-2113
   Telephone: (202) 879-3939
16 Facsimile: (202) 626-1700

17
   John M. Michalik (*Pro Hac Vice*)
18 jmichalik@jonesday.com
   JONES DAY
19 77 West Wacker Drive, Suite 3500
   Chicago, IL 60601-1692
20 Telephone: (312) 782-3939
   Facsimile: (312) 782-8585
21
   *Attorneys for Plaintiffs*
22 JUNO THERAPEUTICS, INC. and
   SLOAN KETTERING INSTITUTE
23 FOR CANCER RESEARCH

24

25

26

27

28

The parties hereby stipulate and agree to the following procedure regarding post-trial proceedings in the above-captioned case, and request that the Court enter the attached agreed-upon judgment and order a post-trial briefing schedule such that:

1. Judgment be entered in the form of the attached Proposed Judgment On December 13, 2019 Jury Verdict.

2. Plaintiffs shall submit one consolidated post-trial motion addressing the following issues: (1) recovery of attorneys' fees; (2) enhanced damages under 35 U.S.C. § 284; (3) supplemental damages; (4) ongoing royalties; and (5) pre- and post-judgment interest. Plaintiffs shall submit this consolidated motion, which shall be accompanied by a brief not to exceed 30 pages, by 35 days after the jury verdict. Kite's response, which shall not exceed 30 pages, shall be filed by 14 days after the filing of Plaintiffs' motion. Plaintiffs may file a reply of up to 15 pages by 7 days after the filing of Kite's response.

3. Kite shall submit one consolidated post-trial motion for judgment as a matter of law or a new trial. Kite shall submit this motion, which shall be accompanied by a brief not to exceed 30 pages, by 35 days after the jury verdict. Plaintiffs' response, which shall not exceed 30 pages, shall be filed by 14 days after the filing of Kite's motion. Kite may file a reply of up to 15 pages by 7 days after the filing of Plaintiffs' response.

4. The date designated for a hearing on any of the post-trial motions described in the above Paragraphs 2-3 shall be 21 days after the date the response is due or the next available hearing date thereafter.

5. The judgment described in the above Paragraph 1 is subject to amendment or alteration in accordance with the Court's rulings on the parties' post-trial briefing described in the above Paragraphs 2-3, and nothing in the above Paragraph 1 shall be construed as any party waiving or forfeiting its ability to seek any relief described in the above Paragraphs 2-3.

6. Nothing in the above Paragraphs 1-5 shall be construed as any party conceding that any relief requested by another party in post-trial briefing is warranted.

DATED: December __, 2019    JONES DAY

By: ___/s/ DRAFT_____
     Andrea W. Jeffries
*Attorneys for Plaintiffs-Counterdefendants*
JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITTUE FOR CANCER RESEARCH

DATED: December __, 2019    MUNGER, TOLLES & OLSON LLP

By: ___/s/ DRAFT_____

*Attorneys for Defendant-Counterclaimant*
KITE PHARMA, INC.

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

___/s/ DRAFT_____
Andrea W. Jeffries

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this __th day of December, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ DRAFT*
Andrea W. Jeffries