# EXHIBIT 3

| | |
|---|---|
| **From:** | Lawton, Adam <adam.lawton@mto.com> |
| **Sent:** | Monday, December 23, 2019 2:11 PM |
| **To:** | Jeffries, Andrea W.; ~Kite; FishTeam-Kite/Juno@fr.com |
| **Cc:** | Juno Trial Full Team; #Juno/Kite [Int] |
| **Subject:** | RE: Proposed judgment and Stipulation re post-trial motion briefing schedule |

Andrea,

As contemplated in the December 17 joint status report, each side should submit its respective proposal on December 30. If Plaintiffs plan to submit a proposed order or proposed judgment that is different in any way from the documents you sent us last week, please let us know by this Thursday. We will do the same.

Thanks,
Adam

---

**From:** Jeffries, Andrea W. <ajeffries@jonesday.com>
**Sent:** Saturday, December 21, 2019 4:41 PM
**To:** Lawton, Adam <adam.lawton@mto.com>; ~Kite <~Kite@mto.com>; FishTeam-Kite/Juno@fr.com
**Cc:** Juno Trial Full Team <Juno-Kite_External_@jonesday.com>; #Juno/Kite [Int] <Juno-Kite@irell.com>
**Subject:** RE: Proposed judgment and Stipulation re post-trial motion briefing schedule

Adam,

We disagree with this approach, which is completely new and wholly inconsistent with the parties' meet and confer and agreement in Dkt. No. 595 to propose a form of judgment and a proposed briefing schedule by December 30.  As we set forth in our proposed stipulation, and consistent with our meet and confer on post-trial briefing, we continue to believe that the best and most efficient way to proceed is for the parties' remaining issues to be briefed within a reasonable amount of time from trial, while the record is still fresh in the minds of the Court and the parties.  The cases you cited do not preclude this, as they simply stand for the unremarkable proposition that there may be no final judgment for purposes of appeal until certain of Plaintiffs' issues are briefed and resolved; that was fully contemplated by our proposed stipulation and proposed judgment.  It is routine for parties to proceed in the manner we have proposed following a jury verdict.  *E.g.*, *Opticurrent, LLC v. Power Integrations, Inc.*, No. 17-cv-3597, 2019 WL 2389150 (N.D. Cal. June 5, 2019); *Crane Sec. Techs., Inc. v. Rolling Optics AB*, 337 F. Supp. 3d 48 (D. Mass. 2018); *Green Mountain Glass LLC v. Saint-Gobain Containers, Inc.*, 300 F. Supp. 3d 610 (D. Del. 2018); *Bos. Sci. Corp. v. Cordis Corp.*, 838 F. Supp. 2d 259 (D. Del. 2012).   With respect to your proposed schedule, we do not believe there is any need for such an extended schedule for either set of motions.  The schedule we proposed gives Defendant ample time to consider the record and to prepare its own motions since the jury rendered its verdict on December 13.  We also do not perceive a need for a greater number of pages than we have proposed.

If Kite is amenable to simultaneous briefing by each side due in January, as set forth in our proposed stipulation, please let us know by Noon Monday, December 23.  Otherwise, we will provide our proposal to the Court.

Regards,
Andrea

Andrea Weiss Jeffries (bio)
Partner

**JONES DAY® - One Firm Worldwide℠**
555 S. Flower Street
Los Angeles, CA 90071
Office +1.213.243.2176
Mobile +1.213.709.3176
ajeffries@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

**From:** Lawton, Adam <adam.lawton@mto.com>
**Sent:** Friday, December 20, 2019 4:44 PM
**To:** Jeffries, Andrea W. <ajeffries@jonesday.com>; ~Kite <~Kite@mto.com>; FishTeam-Kite/Juno@fr.com
**Cc:** Juno Trial Full Team <Juno-Kite_External_@jonesday.com>; #Juno/Kite [Int] <Juno-Kite@irell.com>
**Subject:** RE: Proposed judgment and Stipulation re post-trial motion briefing schedule

Andrea,

In light of the issues that the Plaintiffs intend to raise in their motion, requesting that the Court enter judgment at this point would be premature. Because Plaintiffs will be requesting further non-collateral monetary remedies such as enhancement, any judgment that might be entered before that request is resolved would, under cases such as Brigham & Women's Hospital, Inc. v. Perrigo Co., 761 F. App'x 995 (Fed. Cir. 2019), and PODS, Inc. v. Porta Stor, Inc., 484 F.3d 1359 (Fed. Cir. 2007), not be a final judgment. It would be unnecessary and potentially confusing for a non-final judgment to be entered now.

Therefore, instead of the filings that you proposed, we would propose a simple stipulation to set a briefing schedule and page limits for the Plaintiffs' contemplated motion—and then address entry of judgment and post-judgment briefing after the Court rules on Plaintiffs' contemplated motion.

With respect to Plaintiffs' motion, you had proposed that the opposition be due 14 days after the motion is filed and the reply 7 days after the opposition, and that the page limits be 30/30/15. Assuming that you plan to file your motion on December 30 or in January, we request a briefing schedule of 21/14 rather than 14/7. We would suggest 21-day/14-day briefing deadlines for Kite's post-judgment motion also, and are open to including an agreement on those dates in the current stipulation so that that issue is squared away now. The proposed page limits for Plaintiffs' motion are OK with us. We expect to request higher page limits for briefing our post-judgment motion as we currently contemplate it, but we do not need to resolve that issue now.

Thanks,
Adam

**From:** Jeffries, Andrea W. <ajeffries@jonesday.com>
**Sent:** Wednesday, December 18, 2019 1:47 PM
**To:** ~Kite <~Kite@mto.com>; FishTeam-Kite/Juno@fr.com
**Cc:** Juno Trial Full Team <Juno-Kite_External_@jonesday.com>; #Juno/Kite [Int] <Juno-Kite@irell.com>
**Subject:** Proposed judgment and Stipulation re post-trial motion briefing schedule

Counsel:
Attached please find:  (1) a proposed judgment; and (2) a stipulation regarding the briefing schedule for post-trial motions.  Please get us any edits or comments by Friday, December 20.

Best,

Andrea

Andrea Weiss Jeffries (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
555 S. Flower Street
Los Angeles, CA 90071
Office +1.213.243.2176
Mobile +1.213.709.3176
ajeffries@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***