JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S RESPONSE TO DECEMBER 23, 2019 "NOTICE OF LODGING" (ECF NO. 624)**<br><br>Judge:  Hon. S. James Otero<br>Ctrm:   10C |

At 5:21 P.M. on December 23, 2019, Plaintiffs filed a Notice of Lodging regarding their proposed judgment and proposed post-trial briefing schedule. ECF No. 624. In last week's joint status report, the parties stated that if they are unable to agree on a proposed final judgment or a proposed schedule for post-trial motions, "each party will submit its respective proposal on December 30, 2019." ECF No. 595. The parties, in fact, have not been able to agree on either the proper language or an appropriate schedule for the judgment or post-trial motions. Given Plaintiffs' early filing of their proposals, Kite will endeavor to file its proposal, along with its response to Plaintiffs' December 23 filing, on Friday, December 27.

DATED: December 24, 2019            MUNGER, TOLLES & OLSON LLP

By:        /s/ *Adam R. Lawton*
      ADAM R. LAWTON
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

-1-
RESPONSE TO ECF NO. 624