JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' POST-VERDICT MOTION** |

Upon consideration of Plaintiffs' Notice of Lodging Proposed Judgment and Proposed Order Setting Post-Trial Briefing Schedule and Defendant's Request to (1) Set a Briefing Schedule for Plaintiffs' Post-Verdict Motion, and (2) Defer Entry of Judgment, the Court hereby orders as follows:

1. Plaintiffs shall file one consolidated post-trial motion addressing the following issues: (1) recovery of attorneys' fees; (2) enhanced damages under 35 U.S.C. § 284; (3) supplemental damages; (4) ongoing royalties; and (5) prejudgment interest. Plaintiffs shall file this consolidated motion, which shall be accompanied by a brief not to exceed 30 pages, by January 17, 2020. Kite's response, which shall not exceed 30 pages, shall be filed by 21 days after the filing of Plaintiffs' motion. Plaintiffs may file a reply of up to 15 pages by 14 days after the filing of Kite's response.

2. Entry of judgment and the entry of a briefing schedule for any post-judgment motions (*e.g.*, a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b)) are deferred until resolution of Plaintiffs' motion described in paragraph 1. The parties are directed to meet and confer after the Court's decision of Plaintiffs' motion described in paragraph 1 and, within 7 days, submit an agreed form of proposed judgment and briefing schedule for any post-judgment motions, or, to the extent the parties cannot agree, separate proposals.

//
//
//
//
//
//
//
//
//

3. Nothing in this order shall be construed as a waiver or forfeiture by any party of its right to seek any relief, including relief pursuant to motions contemplated in Paragraphs 1-2 above or on appeal.

IT IS SO ORDERED.

DATED:

                    S. James Otero
                    United States District Judge