JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

FILED
CLERK, U.S. DISTRICT COURT

January 2, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KITE PHARMA, INC.'S RENEWED APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' REQUEST TO ADMIT KITE'S RESPONSIVE DAMAGES CONTENTIONS AS EVIDENCE** |

The Court, having considered Kite Pharma, Inc.'s Defendant Kite Pharma, Inc.'s Renewed Application For Leave To File Under Seal Exhibits In Support Of Its Response To Plaintiffs' Request To Admit Kite's Responsive Damages Contentions As Evidence, finds that good cause exists to maintain under seal the following documents filed conditionally under seal:

- **Exhibit 1:** Kite's Responsive Damages Contentions
  - Lines 13:3, 4, 5, 10, 19, 21, 24, 25, 26, 27, 28
  - Lines: 14:11-18
  - Lines 14:21-25
  - Lines 15:1-9, 15-19, 23-26
  - Lines 16:7-10, 15-20, 23-26
  - Lines 17:1-6, 10-23
  - Lines 18:18-19:1
  - Line 19:19
- **Exhibit 2:** Plaintiffs' Damages Contentions
  - Lines 6:11-12
  - Lines 12:1-6
  - Lines 12:11-15
  - Lines 12:19-13:19

IT IS SO ORDERED.

Dated: 01/02/20

Hon. S. James Otero
UNITED STATES DISTRICT JUDGE

- 1 -