JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

FILED
CLERK, U.S. DISTRICT COURT
January 2, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KITE PHARMA, INC.'S SECOND APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RE: ITS OFFER OF PROOF REGARDING EVIDENCE EXCLUDED BASED ON SUSTAINED OBJECTIONS OR TIME ALLOCATION** |

1  The Court, having considered Kite Pharma Inc.'s Second Application to File
2  Under Seal Documents re: Kite Pharma Inc.'s Offer Of Proof Regarding Evidence
3  Excluded Based On Sustained Objections Or Time Allocation, finds that good cause
4  exists to maintain under seal the following documents filed conditionally under seal:

| Sealed Document | Disposition |
| --- | --- |
| DX0188 | Granted |
| DX0342 | Granted |
| DX1869 | Granted |
| DX2029 | Granted |
| DX2033 | Granted |
| DX2063 | Granted |
| DX2158 | Granted |

IT IS SO ORDERED.

Dated: 01/02/20

*S. James Otero*

Hon. S. James Otero
UNITED STATES DISTRICT JUDGE