1  JEFFREY I. WEINBERGER (State Bar No. 56214)
   jeffrey.weinberger@mto.com
2  TED DANE (State Bar No. 143195)
   ted.dane@mto.com
3  GARTH T. VINCENT (State Bar No. 146574)
   garth.vincent@mto.com
4  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
5  PETER E. GRATZINGER (State Bar No. 228764)
   peter.gratzinger@mto.com
6  ADAM R. LAWTON (State Bar No. 252546)
   adam.lawton@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
9  Facsimile:   (213) 687-3702

10 GEOFFREY D. BIEGLER (State Bar No. 290040)
   biegler@fr.com
11 GRANT T. RICE (admitted *pro hac vice*)
   rice@fr.com
12 FISH & RICHARDSON P.C.
   12390 El Camino Real
13 San Diego, CA 92130
   Telephone:   (858) 678-5070
14 Facsimile:   (858) 678-5099

15 Attorneys for Defendant-Counterclaimant
   KITE PHARMA, INC.

16

17               UNITED STATES DISTRICT COURT

18      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

| | |
|---|---|
| 20  JUNO THERAPEUTICS AND SLOAN KETTERING INSTITUTE FOR | Case No. 2:17-cv-7639-SJO-KS |
| 21  CANCER RESEARCH, | **DEFENDANT KITE PHARMA, INC.'S APPLICATION FOR** |
| 22          Plaintiffs, | **LEAVE TO FILE UNDER SEAL EXHIBIT 6 IN SUPPORT OF ITS** |
| 23       vs. | **RULE 50(A) MOTION** |
| 24  KITE PHARMA, INC., | |
| 25          Defendant. | |
| 26 ―――――――――――――――― | |
| 27  AND RELATED COUNTERCLAIMS | |

28

1    Pursuant to L.R. 79-5.2.2 and section 31(e) of the Court's civil standing order,

2  Defendant Kite Pharma, Inc. ("Kite") requests leave to file conditionally under seal

3  the designated portion of line 1090:17 in Exhibit 6, currently filed as Dkt. 551-7,

4  and for Dkt. 551-7 to be locked.  The attached version of Exhibit 6 also omits the

5  index.

6

7  DATED:  January 3, 2020          MUNGER, TOLLES & OLSON LLP

8

9

10                                  By:  _____/s/ *Markus Brazill*_____
                                         Markus Brazill
11                                       Attorney for Defendant-Counterclaimant
                                         KITE PHARMA, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28