| | |
|---|---|
| 1 | JEFFREY I. WEINBERGER (State Bar No. 56214) |
| | jeffrey.weinberger@mto.com |
| 2 | TED DANE (State Bar No. 143195) |
| | ted.dane@mto.com |
| 3 | GARTH T. VINCENT (State Bar No. 146574) |
| | garth.vincent@mto.com |
| 4 | BLANCA F. YOUNG (State Bar No. 217533) |
| | blanca.young@mto.com |
| 5 | PETER E. GRATZINGER (State Bar No. 228764) |
| | peter.gratzinger@mto.com |
| 6 | ADAM R. LAWTON (State Bar No. 252546) |
| | adam.lawton@mto.com |
| 7 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| 8 | Los Angeles, California 90071-3426 |
| | Telephone:  (213) 683-9100 |
| 9 | Facsimile:   (213) 687-3702 |
| 10 | GEOFFREY D. BIEGLER (State Bar No. 290040) |
| | biegler@fr.com |
| 11 | GRANT T. RICE (admitted *pro hac vice*) |
| | rice@fr.com |
| 12 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 13 | San Diego, CA 92130 |
| | Telephone:  (858) 678-5070 |
| 14 | Facsimile:   (858) 678-5099 |
| 15 | Attorneys for Defendant-Counterclaimant |
| | KITE PHARMA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KITE PHARMA, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on January 3, 2020, I filed using the Court's ECF system the documents titled Defendant Kite Pharma, Inc.'s Sealed Exhibits in Support of Its Response to Plaintiffs' Request to Admit Kite's Responsive Damages Contentions as Evidence and Exhibits 1-2.  Those documents and a copy of the Notice of Electronic Filing generated by that filing were served pursuant to L.R. 5-3.1.2 and L.R. 79-5.3 on this day upon the following counsel of record for Plaintiffs by e-mail:

> Morgan Chu
> Alan J. Heinrich
> Elizabeth C. Tuan
> Juno-Kite@irell.com
> Irell & Manella LLP
> 1800 Avenue of the Stars
> Los Angeles, CA 90067

DATED:  January 3, 2020

/s/ *Markus Brazill*
Markus Brazill

-1-
CERTIFICATE OF SERVICE