JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH, <br><br> Plaintiffs, <br><br> vs. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS <br><br> **NOTICE OF INTENT TO SEEK REDACTION AND REQUEST TO REDACT TRIAL TRANSCRIPT** |

Pursuant to L.R. 79-5 and the Central District of California's procedures for releasing trial transcripts, Defendant Kite Pharma, Inc. ("Kite") hereby gives notice of its intent to request redaction from the public trial transcript of December 9, 2019 (ECF No. 607), and respectfully requests the redaction of line 1090:17 after the words "ranging from" through the end of the sentence.  That portion of line 1090:17 discloses financial terms in an agreement to which Kite is a party.  Kite's license agreement with Cabaret Biotech Ltd. obligates Kite to keep the agreement's financial terms confidential.  As shown in a redacted version of the agreement that Kite has filed with the SEC at www.sec.gov/Archives/edgar/data/1510580/000119312514204816/d705296dex1016.htm, the agreement provides in section 8.2 that Kite "shall not disclose the financial terms of this Agreement."  Courts have sealed specific licensing terms in trial transcripts.  *See, e.g.*, *France Telecom S.A. v. Marvell Semiconductor Inc.*, 2014 WL 4965995, at *3 (N.D. Cal. Oct. 3, 2014); *Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 510–11 (D. Del. 2012); *Lifenet Health v. Lifecell Corp.*, 2015 WL 12517430, at *3–4 (E.D. Va. Feb. 12, 2015).  This Court previously granted Kite's request to lock ECF No. 551-7 for the same reason.  *See* Dkt. 637.

The royalty rates sought to be redacted also appear on page 2 of the index for the December 9, 2019 trial transcript.  Because merely redacting those two references in the index would reveal the same information, Kite respectfully requests that the two references to line "1090:17" on that page of the index be omitted or, alternatively, that the entirety of page 2 of the index be redacted from any publicly accessible version of the trial transcript.

| | | |
|---|---|---|
| DATED: January 6, 2020 | | MUNGER, TOLLES & OLSON LLP |

By:    /s/ *Markus Brazill*
      Markus Brazill
Attorney for Defendant-Counterclaimant
KITE PHARMA, INC.