1  JEFFREY I. WEINBERGER (State Bar No. 56214)
   jeffrey.weinberger@mto.com
2  TED DANE (State Bar No. 143195)
   ted.dane@mto.com
3  GARTH T. VINCENT (State Bar No. 146574)
   garth.vincent@mto.com
4  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
5  PETER E. GRATZINGER (State Bar No. 228764)
   peter.gratzinger@mto.com
6  ADAM R. LAWTON (State Bar No. 252546)
   adam.lawton@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:  (213) 687-3702

10  GEOFFREY D. BIEGLER (State Bar No. 290040)
    biegler@fr.com
11  GRANT T. RICE (admitted *pro hac vice*)
    rice@fr.com
12  FISH & RICHARDSON P.C.
    12390 El Camino Real
13  San Diego, CA 92130
    Telephone:  (858) 678-5070
14  Facsimile:  (858) 678-5099

15  Attorneys for Defendant-Counterclaimant
    KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KITE PHARMA, INC.'S REQUEST TO REDACT TRIAL TRANSCRIPT** |

1       The Court, having considered Defendant Kite Pharma, Inc.'s Request to
2 Redact Trial Transcript, finds that compelling reasons exist to maintain under seal
3 the portion of the trial transcript of December 9, 2019 (ECF No. 607), on line
4 1090:17 after the words "ranging from" through the end of the sentence.
5       The Court Reporter shall redact that portion of line 1090:17 from the
6 December 9, 2019 trial transcript in any publicly available version of the transcript.
7       The Court Reporter shall also omit the two references to line "1090:17" from
8 page 2 of the index for the December 9, 2019 trial transcript or, alternatively, the
9 Court Reporter shall redact the entirety of page 2 of the index from any publicly
10 accessible version of the trial transcript.

12       IT IS SO ORDERED.

15 Dated:_____

16                                           Hon. S. James Otero
17                                           UNITED STATES DISTRICT JUDGE