1  JEFFREY I. WEINBERGER (State Bar No. 56214)
   jeffrey.weinberger@mto.com
2  TED DANE (State Bar No. 143195)
   ted.dane@mto.com
3  GARTH T. VINCENT (State Bar No. 146574)
   garth.vincent@mto.com
4  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
5  PETER E. GRATZINGER (State Bar No. 228764)
   peter.gratzinger@mto.com
6  ADAM R. LAWTON (State Bar No. 252546)
   adam.lawton@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:   (213) 687-3702

10 GEOFFREY D. BIEGLER (State Bar No. 290040)
   biegler@fr.com
11 GRANT T. RICE (admitted *pro hac vice*)
   rice@fr.com
12 FISH & RICHARDSON P.C.
   12390 El Camino Real
13 San Diego, CA 92130
   Telephone:  (858) 678-5070
14 Facsimile:   (858) 678-5099

15 Attorneys for Defendant-Counterclaimant
   KITE PHARMA, INC.

**FILED**
CLERK, U.S. DISTRICT COURT

January 7, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

16                    UNITED STATES DISTRICT COURT

17        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

18

19 | JUNO THERAPEUTICS, INC. AND | Case No. 2:17-cv-07639-SJO-KS
20 | SLOAN KETTERING INSTITUTE |
   | FOR CANCER RESEARCH, | **[PROPOSED]** ORDER GRANTING
21 | | **DEFENDANT KITE PHARMA,**
   | Plaintiffs, | **INC.'S REQUEST TO REDACT**
22 | | **TRIAL TRANSCRIPT**
   | vs. |
23 | |
   | KITE PHARMA, INC., |
24 | |
   | Defendant. |
25 | |
   | |
26 | AND RELATED COUNTERCLAIMS |

27

28

1   The Court, having considered Defendant Kite Pharma, Inc.'s Request to

2   Redact Trial Transcript, finds that compelling reasons exist to maintain under seal

3   the portion of the trial transcript of December 9, 2019 (ECF No. 607), on line

4   1090:17 after the words "ranging from" through the end of the sentence.

5   The Court Reporter shall redact that portion of line 1090:17 from the

6   December 9, 2019 trial transcript in any publicly available version of the transcript.

7   The Court Reporter shall also omit the two references to line "1090:17" from

8   page 2 of the index for the December 9, 2019 trial transcript ~~or, alternatively, the~~

9   ~~Court Reporter shall redact the entirety of page 2 of the index~~ from any publicly

10  accessible version of the trial transcript.

11

12  IT IS SO ORDERED.

13

14
                01/07/2020
15  Dated:_____

16                                                Hon. S. James Otero
17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

- 1 -