JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

FILED
CLERK, U.S. DISTRICT COURT

January 7, ,2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT KITE PHARMA, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 6 IN SUPPORT OF ITS RULE 50(A) MOTION |

1  The Court, having considered Defendant Kite Pharma, Inc.'s Application for
2  Leave to File Under Seal Exhibit 6 in Support of Its Rule 50(a) Motion, finds that
3  good cause exists to maintain under seal the portion of line 1090:17 after the words
4  "ranging from" in Exhibit 6. The Clerk is instructed to lock Dkt. 551-7 and make it
5  inaccessible to the public.

7  IT IS SO ORDERED.

10  Dated: 01/07/2020

  *S. James Otero*

  Hon. S. James Otero
  UNITED STATES DISTRICT JUDGE

- 1 -