1  JEFFREY I. WEINBERGER (State Bar No. 56214)
   jeffrey.weinberger@mto.com
2  TED DANE (State Bar No. 143195)
   ted.dane@mto.com
3  GARTH T. VINCENT (State Bar No. 146574)
   garth.vincent@mto.com
4  BLANCA F. YOUNG (State Bar No. 217533)
   blanca.young@mto.com
5  PETER E. GRATZINGER (State Bar No. 228764)
   peter.gratzinger@mto.com
6  ADAM R. LAWTON (State Bar No. 252546)
   adam.lawton@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:  (213) 683-9100
9  Facsimile:   (213) 687-3702

10 GEOFFREY D. BIEGLER (State Bar No. 290040)
   biegler@fr.com
11 GRANT T. RICE (admitted *pro hac vice*)
   rice@fr.com
12 FISH & RICHARDSON P.C.
   12390 El Camino Real
13 San Diego, CA 92130
   Telephone:  (858) 678-5070
14 Facsimile:   (858) 678-5099

15 Attorneys for Defendant-Counterclaimant
   KITE PHARMA, INC.

16

17            UNITED STATES DISTRICT COURT

18      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

19

20 JUNO THERAPEUTICS, INC.,            Case No. 2:17-cv-7639-SJO-KS
   MEMORIAL SLOAN KETTERING
21 CANCER CENTER, AND SLOAN           **DEFENDANT KITE PHARMA,**
   KETTERING INSTITUTE FOR            **INC.'S EXHIBITS IN SUPPORT OF**
22 CANCER RESEARCH,                   **ITS RESPONSE TO PLAINTIFFS'**
                                      **OBJECTION AND AFFIRMATIVE**
23            Plaintiffs,             **OBJECTIONS TO CERTAIN**
                                      **DEPOSITION DESIGNATIONS**
24      vs.                           **(DKT. 502, 507)**

25 KITE PHARMA, INC.,

26            Defendant.

27 ─────────────────────────────

28 AND RELATED COUNTERCLAIMS

1    Pursuant to the Court's Order on various applications to seal, Dkt. 629,

2 attached hereto are Exhibits 1-3 in support of Defendant Kite Pharma, Inc.'s

3 Response to Plaintiffs' Objection and Affirmative Objections to Certain Deposition

4 Designations (Dkt. 502, 507).  Plaintiffs have informed Kite that the exhibits can be

5 filed publicly.

6

7 DATED:  January 14, 2020          MUNGER, TOLLES & OLSON LLP

8

9

10                                   By:    /s/ *Markus Brazill*
                                          ─────────────────────────
11                                        Markus Brazill
                                          Attorney for Defendant-Counterclaimant
12                                        KITE PHARMA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28