# EXHIBIT 1

Case 2:17-cv-07639-SJO-KS   Document 643-1   Filed 01/14/20   Page 2 of 4   Page ID
#:28981

Case Clip(s) Detailed Report
Wednesday, December 04, 2019, 9:47:17 PM

Kite's Affirmative Designations: Pink
Plaintiffs' Counter-Designations: Indigo

**28769-00003_Kite**



## Larson, Marina (Vol. 01) - 07/20/2018                     1 CLIP (RUNNING 00:04:44.963)

  Q:  Are you a person of skill in the art with ...

**LARSON**            **10 SEGMENTS (RUNNING 00:04:44.963)**            

**1. PAGE 15:18 TO 15:24 (RUNNING 00:00:16.773)**
```
18   Q:   Are you a person of skill in the art with
19        respect to the subject matter of the '190 patent
20        that's the subject of this litigation?
21   A:   No.
22   Q:   Would you have ever considered yourself a
23        person of skill in that art?
24   A:   No.
```

**2. PAGE 214:02 TO 214:06 (RUNNING 00:00:20.019)**
```
02   Q:   Okay. Now, I think you also said that the
03        purpose of this series of submissions after the RCE
04        was primarily -- at least at the outset, to correct
05        SEQ ID 6, and then it subsequently was to comply
06        with PTO requirements; correct?
```

**3. PAGE 214:09 TO 214:21 (RUNNING 00:00:42.851)**
```
09   A:   The initial submission of the sequence
10        listing that included -- accompanied the RCE was
11        necessary because to amend the sequence listing, you
12        have to submit a whole new copy. There is no way --
13        because it's not really part of the specification,
14        to just do it by underlining and showing the text.
15        You have to submit a whole new copy.
16   BY MR. GRATZINGER:
17   Q:   Okay.
18   A:   But we submitted a copy of the portion of
19        Sequence ID 6 with the -- with the portions that
20        were deleted, clearly indicated for the examiner, so
21        she didn't have any trouble comparing them.
```

**4. PAGE 216:23 TO 217:04 (RUNNING 00:00:19.521)**
```
23   Q:   But there was, in fact, one really
24        critical change in the sequence listing; right? And
25        that was the change at the beginning of SEQ ID 6?
00217:01 A:   There wasn't a change. We submitted the
02        wrong sequence listing. It was a clerical error;
03        the wrong file was submitted to the sequence. No
04        intentional change was made.
```

**5. PAGE 218:06 TO 219:15 (RUNNING 00:01:37.231)**
```
06   Q:   Okay. Dr. Larson, I want to focus my line
07        of questioning on whether or not you reviewed the
08        sequence listing on April 16, 2008. Okay?
09        And one thing you told me, it was
10        "apparently not."
11        Can you explain what you mean by that?
12   A:   Because when I look at it now, it is the
13        old sequence listing.
14   Q:   Okay.
15   A:   It is the one with those four bases of the
16        front, back end.
17   Q:   And that tells you that you didn't review
18        it?
```

**Case Clip(s) Detailed Report**
**Wednesday, December 04, 2019, 9:47:17 PM**

## 28769-00003_Kite

```
19   A:   If I did review it, I did not catch that.
20   Q:   Okay. And, in fact --
21   A:   I don't have a memory of whether or not I
22        reviewed it. A sequence listing is not exciting
23        reading.
24   Q:   Isn't it true that if you did review it,
25        the one thing you'd want to check is to make sure
00219:01  that those, in fact, four nucleotides at the
02        beginning of SEQ ID 6 were deleted?
03   A:   As I said, I don't remember what was going
04        on at the time. I know that when I filed the
05        prosecution -- the request for certificate of
06        correction, when it was pointed out to me that we
07        had put the wrong sequence listing in on the last
08        go-around, I was frustrated then, and I must have
09        been frustrated at the time, because they had the
10        information, and they kept asking for it over and
11        over and over again. And that led to us making an
12        error. Pure and simple. And that is fully
13        explained in the request for certificate of
14        correction, which were granted by the patent office.
15        This was a simple mistake.
```

### 6. PAGE 222:17 TO 222:20 (RUNNING 00:00:23.614)

```
17   Q:   Okay. Did you, in this particular case,
18        review the patent carefully to make sure that it was
19        all correct prior to paying the issue fee?
20   A:   I don't recall.
```

### 7. PAGE 224:20 TO 225:13 (RUNNING 00:00:39.850)

```
20   Q:   So just focusing on your practice of
21        reviewing the claims after issuance, reviewing the
22        sequence listings that are called out in the claims
23        is not part of that review?
24   A:   I wouldn't think so.
25   Q:   That's something that is done by your
00225:01  staff?
02   A:   Yes.
03   Q:   And do you instruct your staff one way or
04        the other?
05   A:   Yes. I ask them to look at the document
06        of the printed claims and compare it to the last
07        submitted set.
08   Q:   Sorry. I should have asked a more
09        specific question.
10        Do you instruct your staff one way or the
11        other with respect to sequences that are called out
12        in the claims?
13   A:   No.
```

### 8. PAGE 227:06 TO 227:11 (RUNNING 00:00:18.569)

```
06   Q:   So between your review and your staff's
07        review and anyone who may have reviewed it at
08        Sloan Kettering, nobody raised an issue with the
09        issued patent in 2008; is that right?
10   A:   As -- I don't recall anyone raising an
11        issue.
```

### 9. PAGE 228:02 TO 228:03 (RUNNING 00:00:04.716)

```
02   Q:   Do you have any understanding of why this
03        came to people's attention in 2013?
```

### 10. PAGE 228:07 TO 228:07 (RUNNING 00:00:01.819)

```
07   A:   No idea whatsoever.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:44.963)**