# EXHIBIT 2



Kite's Affirmative Designations: Pink
Plaintiffs' Counter-Designations: Indigo

**Case Clip(s) Detailed Report**
**Friday, December 06, 2019, 12:34:49 AM**

---

**28769-00003_Kite**

---

📁 **Brentjens, Renier (Vol. 01) - 04/09/2019**                     **1 CLIP  (RUNNING 00:18:56.786)**

🎬 The court reporter has handed you ...

**BRENTJENS**           **26 SEGMENTS  (RUNNING 00:18:56.786)**

**1. PAGE 23:20 TO 24:11 (RUNNING 00:00:34.040)**

```
         20      Q     The court reporter has handed you
         21   what's been marked as Exhibit 233, Doctor,
         22   which is a document entitled, "Genetic
         23   targeting of T lymphocytes to the CD19
         24   antigen for use in adoptive cell therapy of
         25   B cell lymphomas."
00024:01                     Brentjens
         02             Do you see that?
         03      A     Yes.
         04      Q     And did you write this?
         05      A     I'm -- I have to understand, what
         06   is -- is this one of my grant applications
         07   from 20 years ago?
         08             What document is this?
         09      Q     I don't know, sir.
         10             That's -- these are questions I'm
         11   asking you.
```

**2. PAGE 25:06 TO 25:14 (RUNNING 00:00:21.303)**

```
         06             So, I will be as helpful as I
         07   can.
         08             This looks like an application
         09   that I may have written 20 years ago.
         10   And -- but what it is for, I -- I -- I
         11   can't tell off the top of my head.
         12             I don't know where it was
         13   obtained from or what the title of the file
         14   was; it was taken from a hard drive.
```

**3. PAGE 32:06 TO 32:14 (RUNNING 00:00:21.577)**

```
         06             So you say, "Since entering the
         07   Sadelain lab three months ago, I have
         08   cloned and sequenced the heavy and light
         09   chain variable regions from the SJ25C1 cell
         10   line."  Stop there.
         11             What was the -- the purpose of
         12   your cloning and sequencing the heavy and
         13   light chain variable regions of -- of that
         14   antibody?
```

**4. PAGE 32:17 TO 33:13 (RUNNING 00:01:05.637)**

```
         17             THE WITNESS:  The purpose of
         18       cloning those regions was to create an
         19       scFv that would be specific to CD19.
         20   BY MR. DANE:
         21      Q     And why did you want to create
         22   the CD19 specific scFv?
         23      A     It was to create an artificial T
         24   cell receptor that when expressed in T
         25   cells would divert the specificity of the T
00033:01                     Brentjens
         02   cell to CD19.
         03      Q     In the next sentence you write,
```

**Case Clip(s) Detailed Report**
**Friday, December 06, 2019, 12:34:49 AM**

## 28769-00003_Kite

```
           04   "This mouse hybridoma (kindly provided by
           05   Dr. Scheinberg, M.D., Ph.D. from our
           06   institution) produces a CD19 specific IgG
           07   monoclonal antibody."
           08           Was Dr. Scheinberg, M.D.
           09   associated in this case with MSKCC?
           10        A    Yes.
           11        Q    And he was in a different lab
           12   than Dr. Sadelain?
           13        A    He's the PI of his own lab, yes.
```

### 5. PAGE 35:19 TO 36:05 (RUNNING 00:00:12.967)

```
           19           (Whereupon, Notebook of Dr.
           20       Brentjens, was marked as Exhibit 235
           21       for identification, as of this date.)
           22   BY MR. DANE:
           23        Q    Okay.
           24           Doctor, you've been handed what's
           25   been marked as Exhibit 235.
     00036:01           Brentjens
           02           And do you recognize this to be
           03   pages from one of your lab notebooks?
           04        A    I recognize this to be pages from
           05   one of my lab notebooks.
```

### 6. PAGE 36:06 TO 36:16 (RUNNING 00:00:48.109)

```
           06        Q    And if you look at the very --
           07   the second page, I guess, of the exhibit,
           08   is that a date indication on the right
           09   indicating February of 2000?
           10        A    Yes.
           11        Q    Okay.
           12           So let me ask you, if you could
           13   turn to notebook page 7.  And up at the top
           14   is a date of February 28, 2000 and a
           15   heading, "Repeat cloning of SJ25C1 VL
           16   regions."
```

### 7. PAGE 37:08 TO 37:10 (RUNNING 00:00:09.299)

```
           08        Q    What was 19Z1?
           09        A    That was the first generation C19
           10   targeted artificial T cell receptor.
```

### 8. PAGE 38:03 TO 38:18 (RUNNING 00:00:59.408)

```
           03        Q    And you then write, "The etiology
           04   of this is unclear.  However, there is
           05   discrepancy between the sequence of my scFv
           06   and that published by Bejcek, et al.
           07           "The published sequence is
           08   analogous for CDR1 and CDR2, but the CDR3
           09   region is different.  The sequence was
           10   obtained with two different RNA" --
           11        A    Preps.
           12        Q    Preps, okay.
           13           -- "from SJ25C1."
           14           So were you -- were you
           15   indicating here that -- that your scFv
           16   derived from scFv 25C1 was different from a
           17   separate scFv derived from SJ25C1 reported
           18   in this Bejcek publication?
```

### 9. PAGE 38:21 TO 39:18 (RUNNING 00:00:58.874)

```
           21        A    I don't recall the Bejcek
           22   publication.
```

Case Clip(s) Detailed Report
Friday, December 06, 2019, 12:34:49 AM

28769-00003_Kite

```
         23            I'm not sure if it was an scFv or
         24    simply a sequence of the SJ25C1 antibody.
         25    So I don't know whether it referred to an
00039:01               Brentjens
         02    scFv.
         03            I doubt that it referred to an
         04    scFv because they weren't that common back
         05    then.
         06       Q    It might have just been the CDR
         07    region of the antibody?
         08       A    That is correct.
         09       Q    And just for the record, you
         10    refer to CDR1, 2, and 3.  Can you explain
         11    what those are?
         12       A    Complimentary determining regions
         13    1, 2 and 3.
         14       Q    And you state at the bottom,
         15    "Nevertheless, there may be a difference in
         16    decreased signal due to a difference in
         17    CDR3."
         18            What were you referring to there?
```

**10.  PAGE 39:21 TO 41:05  (RUNNING 00:01:43.225)**

```
         21       A    There was a published sequence of
         22    the light chain region, variable region.
         23    When we initially constructed 19 zeta 1,
         24    the T cells, after stimulation, the second
         25    stimulation, underwent apoptosis.
00040:01               Brentjens
         02            The idea that this may have been
         03    due to a faulty or -- or difference in the
         04    sequence, that the binding wasn't strong
         05    enough to avoid this apoptosis, led us to
         06    look at previously-published sequences to
         07    see whether we had the correct sequence or
         08    whether we had the incorrect sequence of
         09    the light chain variable domain.
         10            To that end, we repeated the
         11    sequencing, we repeated the cloning, and we
         12    tried to recapitulate what was published.
         13            The resulting chimeric antigen
         14    receptor construct we termed 19 zeta 2,
         15    given the fact that the original was 19
         16    zeta 1.
         17            It turns out, to the best of my
         18    recollection, that we were probably correct
         19    -- that we were correct and Bejcek, et al,
         20    in that cancer research paper probably had
         21    a flaw in the sequence.
         22            Because, to the best of my
         23    recollection, and I haven't seen this data
         24    in many moons, 19 zeta 2 was not a
         25    functional CAR-T cell.  It was not
00041:01               Brentjens
         02    functional as a receptor.  And, therefore,
         03    this second construct that we -- that we
         04    created was ultimately never used and
         05    discarded.
```

**11.  PAGE 42:05 TO 42:24  (RUNNING 00:01:24.770)**

```
         05       Q    And then, there is a reference
         06    here to page 12.  So go back where -- so it
         07    looks like in the middle of the page there
         08    is some nucleotide sequences.  And is this
         09    the comparison of the nucleotide sequence
         10    in your -- your SJ25C1scFv compared to the
```

```
11  sequence published in -- in this Bejcek
12  publication?
13      A      It would appear to be so, yes.
14      Q      And am I reading this correctly,
15  that it appears that there are three
16  differences in the -- your scFv and -- I
17  apologize; I'm not good at remembering my
18  amino acid and coding.
19             But you had the CAA codon, which
20  his did not.  And he had TAT and TTC, which
21  yours did not.  Is that -- am I reading
22  that correctly?
23      A      That's what seems to be written
24  there, yes.
```

**12. PAGE 76:05 TO 77:03 (RUNNING 00:00:56.972)**

```
05      Q      It goes on to say, "Any
06  newly-developed CAR, therefore, requires
07  extensive characterization -- and
08  eventually modification -- as the exact
09  rules that govern CAR activity are not yet
10  deciphered."
11             So I want to ask you a bit about
12  that.
13             Do you have an understanding of
14  what's referred to here by "extensive
15  characterization"?
16      A      It is a -- it means that we have
17  to analyze the cytokine released by the --
18  the T cell.  We need to see how well the T
19  cells proliferate, how well they kill and
20  then do variable iterations of those
21  receptors to find the optimal CAR design.
22      Q      And was it a true statement to
23  your understanding at the time of this
24  publication that the exact rules that
25  govern CAR activity were not yet
00077:01                     Brentjens
    02  deciphered?
    03      A      They still aren't.
```

**13. PAGE 100:20 TO 101:12 (RUNNING 00:00:34.340)**

```
20      Q      And had you ever used -- had you
21  ever worked with humanized scFv's as of
22  2003?
23      A      Subsequent to 2003?
24      Q      No, no.
25             As of 2003?
00101:01                     Brentjens
    02      A      I don't recall that I did.
    03      Q      Were there fully human scFv's in
    04  2003?
    05      A      I don't know offhand, but we can
    06  take a look in the literature.
    07      Q      Okay.
    08             I take it, you had not worked
    09  with fully human scFv's in 2003 or before
    10  that time?
    11      A      No, not that I recall.
    12      Q      Are there chimeric scFv's?
```

**14. PAGE 101:15 TO 101:25 (RUNNING 00:00:24.372)**

```
15      A      I -- I -- I don't know.  There
16  are chimeric antibodies that are part
17  mouse/part human.  I don't -- I am not
```

```
18   aware of anything -- such thing as a
19   chimeric scFv.
20        Q    But by which I would mean an scFv
21   that has human constant domains, but -- but
22   murine in the form of other animal-derived
23   variable domains.
24        A    Yes.  I -- I'm not aware of
25   those, no.
```

### 15. PAGE 147:24 TO 147:25 (RUNNING 00:00:07.545)

```
24        Q    And how would one go about
25   selecting a specified CAR antigen epitope?
```

### 16. PAGE 148:04 TO 149:05 (RUNNING 00:01:09.474)

```
04        A    You could write an entire book
05   about that.
06             You want to select a target that
07   is expressed on all of the cancer cells and
08   preferably not expressed on any of the
09   normal tissues.
10             You would want it to be expressed
11   on the surface and not intracellularly.
12             You would want the target to
13   be -- to be requisite for -- for the
14   survival of -- of the tumor cell, so that
15   it can't edit it out so that you get immune
16   escape.
17             You would want it to be
18   consistently expressed and not down
19   regulated.
20             I mean, the list goes on.
21             And finding ideal target antigens
22   for cancer, certainly in solid tumors, is a
23   difficult chore and will require much more
24   work on our parts.
25             But an ideal tumor associated
00149:01                  Brentjens
02   antigen is one that is expressed by all of
03   the cancer cells and not expressed by any
04   of their normal tissues that could cause
05   side effects by such therapies.
```

### 17. PAGE 150:08 TO 150:16 (RUNNING 00:00:20.412)

```
08        Q    So what would you do in order to
09   select a specified antigen epitope?
10        A    I -- I don't know.
11             To go back to their statements,
12   critical deterrence is like optimal scFv
13   may remain unknown.
14        Q    Okay.
15        A    And that's still true today, as
16   it was in 2013.
```

### 18. PAGE 155:02 TO 155:05 (RUNNING 00:00:13.033)

```
02        Q    Do you have any view as to
03   whether defining the cell population by --
04   by having fixed ratios of the CD4+ and CD8+
05   T cells yields better effects?
```

### 19. PAGE 155:09 TO 155:15 (RUNNING 00:00:17.659)

```
09        A    There's no data that suggests
10   that that's better.  Because no comparison
11   between a bulk versus a -- a -- a
12   one-to-one ratio 4s and 8s has ever been
```

### 28769-00003_Kite

```
          13   carried out scientifically.  So it's all
          14   conjecture.  One cannot make that statement
          15   either way.
```

**20. PAGE 170:18 TO 170:20 (RUNNING 00:00:10.625)**

```
          18        Q      So you have been handed what's
          19   been marked as Exhibit 250, which is an
          20   e-mail chain June 26th and June 27th, 2014.
```

**21. PAGE 171:05 TO 171:09 (RUNNING 00:00:16.311)**

```
          05        Q      So in the middle e-mail, which is
          06   an e-mail from you to Mr. Bishop -- and
          07   Mr. Bishop was the CEO of Juno; is that
          08   right?
          09        A      That's correct.
```

**22. PAGE 173:10 TO 174:16 (RUNNING 00:01:16.707)**

```
          10              So turning back to this document,
          11   you write, "Sounds great, Hans.  Any
          12   thoughts on the Kite IPO?  Seems it went
          13   very well.  Do you think this is good or
          14   bad for Juno?  Just curious.  Surprised it
          15   went so well."
          16              And -- so I take it, this -- this
          17   e-mail was sent sometime shortly after the
          18   Kite IPO?
          19        A     That would seem to be the case.
          20        Q     Okay.
          21        A     I don't remember when the Kite
          22   IPO was.
          23        Q     Okay.
          24              Why do you write "surprised it
          25   went so well"?
00174:01                   Brentjens
          02        A     Because -- we were surprised
          03   because -- the Kite product was in
          04   violation of our intellectual property and
          05   so we were surprised -- I was surprised, I
          06   can't speak for anyone else, that investors
          07   would look past that.
          08        Q     All right.
          09        A     And so -- so -- and on top of
          10   that, you know, this was a -- this -- yes.
          11   So I think that's -- that's the answer.
          12              I didn't think that a company
          13   that had no IP for their own, of their own
          14   and was clearly violating someone else's
          15   right to their IP would garner that much
          16   investment.
```

**23. PAGE 219:23 TO 220:04 (RUNNING 00:00:09.700)**

```
          23        Q     And eventually Juno terminated
          24   the -- their clinical trials for JCAR15,
          25   correct?
00220:01                   Brentjens
          02        A     That is correct.
          03        Q     And were you disappointed with
          04   that decision?
```

**24. PAGE 220:07 TO 222:12 (RUNNING 00:02:37.396)**

```
          07        A     Well, you know, we spent years
          08   developing a product that we know helped
          09   patients out and so, yes, there was
          10   disappointment to that extent, with that
```

28769-00003_Kite

```
11  regard.
12            We're also -- unfortunately, we
13  weren't privy to being able to find out
14  what led to the toxicities that was
15  observed.  Toxicities, which,
16  parenthetically, we never saw when we had
17  the construct in our own hands.  And
18  certainly, this is speculative, but led us
19  to believe that part of the problem was
20  that there were differences in the way the
21  cells were produced.
22            And so there is different ways of
23  making a pizza and not all of them taste
24  the same.  And so -- so I think that's what
25  we felt, is we felt that the protocol that
00221:01            Brentjens
02  we developed showed high degrees of
03  efficacy and Juno -- the way Juno created
04  the T cells, if I had to guess -- and
05  again, this is speculation because we never
06  had the data or the -- the raw data or the
07  ability to assess these end of production
08  cells, but we think that that may have had
09  something to do with why there were
10  toxicities, you know, we didn't see in our
11  trials.
12       Q    Did you ever have any discussions
13  with anybody from Juno about why they
14  experienced these fatal toxicities in their
15  clinical trials?
16       A    I think at some point they --
17  they presented to us a very watered-down
18  version of what they thought.  And they
19  initially thought it might be the fact that
20  they gave fludarabine and cyclophosphamide,
21  but then it occurred in the absence of
22  fludarabine so that made that less likely.
23            And given the fact that they had
24  chosen to discontinue that program and then
25  really focus on JCAR17, which is a
00222:01            Brentjens
02  different design that they got from -- I
03  believe from Seattle, put further
04  discussion of 1928 zeta kind of into the
05  background.
06       Q    After the experience that Juno
07  had with the -- the fatal toxicities with
08  their JCAR15 clinical trial, did they come
09  to Sloan Kettering to -- to talk to you to
10  try to understand why this may have
11  happened, comparing it with the way that
12  you conducted your trials?
```

**25. PAGE 222:16 TO 223:16 (RUNNING 00:01:12.581)**

```
16       A    They came a couple of times and
17  the discussions were by no means pleasant.
18            Whether or not there was a
19  constructive effort to really find out what
20  was going on and how we could fix this
21  problem, I don't recall that conversation
22  ever taking place.
23       Q    Why do you say, "The discussions
24  were by no means pleasant"?
25       A    Well, because I believe that the
00223:01            Brentjens
02  investigators at Sloan Kettering, including
```

**Case Clip(s) Detailed Report**
Friday, December 06, 2019, 12:34:49 AM

## 28769-00003_Kite

```
03  myself, were extremely disappointed that
04  the trial was discontinued.
05          We had a -- we had a drug, as it
06  were, that we showed high efficacy in
07  adults with relapse refractory ALL, a
08  disease that's almost universally fatal.
09  So we had faith in it.  And unfortunately,
10  we felt that there were differences in
11  production that led to differences in
12  outcomes and differences in toxicities that
13  were observed.
14          And we don't -- we didn't believe
15  that Juno had made a full -- we couldn't
16  understand why it was discontinued.
```

**26. PAGE 234:04 TO 234:17 (RUNNING 00:00:30.450)**

```
04      Q   Dr. Brentjens, for any given
05  nucleotide sequence there are a multitude
06  of different primers that you can use to
07  multiply the -- that nucleotide sequence;
08  isn't that right?
09      A   Not the exact sequence, no.
10          The primers dictate where the PCR
11  product begins and where the PRC product
12  ends.  You can't overlap or underscore
13  that.
14      Q   You can --
15      A   So the primers are what tell you
16  what the board boundaries are of the cloned
17  piece of DNA.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:18:56.786)**