# EXHIBIT 3

Case Clip(s) Detailed Report
Wednesday, December 04, 2019, 9:39:59 PM

Kite's Affirmative Designations: **Pink**
Plaintiffs' Counter-Designations: **Indigo**

**28769-00003_Kite**

📁 **Frohlich, Mark (Vol. 01) - 02/14/2019**                         1 CLIP (RUNNING 00:09:28.737)

🎬 (Frohlich Exhibit 4 marked for ...



**FROHLICH           21 SEGMENTS  (RUNNING 00:09:28.737)**

**1. PAGE 30:23 TO 31:04 (RUNNING 00:00:22.058)**
```
       23          (Frohlich Exhibit 4 marked for
       24     identification.)
       25          Q.   I've marked as Frohlich Exhibit No. 4 a
00031:01     one-page email between you and Ken Mohler, and it
       02     bears Bates number JUNO00495473.
       03          Do you have Exhibit 4 in front of you?
       04          A.   I do.
```

**2. PAGE 31:09 TO 31:24 (RUNNING 00:01:05.070)**
```
       09          Q.   The subject of this email says "mskcc
       10     huCD19."  What does that mean?
       11          A.   My recollection is that this was a project
       12     in which we were developing human binding domains as
       13     opposed to murine-binding domains to CD19.
       14          Q.   Was that in connection with MSKCC?
       15          A.   The binders were generated at a company
       16     that we subsequently acquired.  And my recollection
       17     is that we were collaborating with Michel Sadelain to
       18     do some of the testing of these binders.
       19          Q.   Was that company called Cross Body
       20     Biosciences, or X-BODY Biosciences?
       21          A.   X-BODY, yes, is my recollection.
       22          Q.   Who is Ken Mohler?
       23          A.   Ken was the initial head of research at
       24     Juno Therapeutics.
```

**3. PAGE 37:04 TO 37:17 (RUNNING 00:00:41.435)**
```
       04          (Frohlich Exhibit 6 marked for
       05     identification)
       06          Q.   I've marked as Frohlich Exhibit 6 a
       07     two-page email bearing Bates numbers JUNO01211510
       08     through 512 and its associated attachment.
       09          Do you have Exhibit 6 in front of you?
       10          A.   I do.
       11          Q.   In Exhibit 6, Ken Mohler sends Dr. Sadelain
       12     a slide show presentation and cc.'s you; is that
       13     correct?
       14          A.   That appears to be the case.
       15          Q.   The slide show presentation is from X-BODY
       16     Sciences -- Biosciences?  Excuse me.
       17          A.   I see that.
```

**4. PAGE 38:01 TO 38:10 (RUNNING 00:00:29.720)**
```
00038:01          Q.   The title of the presentation is "Binding
       02     and FMC63 vs JCAR15 Competition Profiles of Lead
       03     Human anti-CD19 ScFvs"; is that right?
       04          A.   That's what it says here.
       05          Q.   Could you please turn to slide No. 4, and
       06     let me know when you're there?
       07          A.   The one labeled "CD19 ScFv Lead Candidate
       08     Properties"?
       09          Q.   You got it.
       10          A.   Yes.
```

**Case Clip(s) Detailed Report**
**Wednesday, December 04, 2019, 9:39:59 PM**

## 28769-00003_Kite

**5. PAGE 38:13 TO 38:14 (RUNNING 00:00:06.606)**

```
13      Q.   On slide 4, X-BODY provides the amino acid
14   sequence of lead candidate ScFvs, right?
```

**6. PAGE 38:16 TO 38:17 (RUNNING 00:00:06.090)**

```
16      A.   That appears to be what -- that's what the
17   title of the slide states.
```

**7. PAGE 38:21 TO 38:23 (RUNNING 00:00:07.369)**

```
21      Q.   So it is fair to say that the CD-19 ScFv
22   lead candidates are the ones listed in the table on
23   slide 4?
```

**8. PAGE 38:25 TO 40:05 (RUNNING 00:01:54.055)**

```
         25      A.   I don't recall the -- how long this program
00039:01    went on and the number of leads.  So this is
      02    certainly -- at the point in time that this
      03    presentation was made, it would be my expectation
      04    that this would be the leads.
      05          But this was a program that went on for
      06    quite a number of months and even years, I believe.
      07    And so I don't know if there were subsequently
      08    additional leads beyond what was shown here.
      09      Q.   Do you know why the program went on for a
      10    number of months or even years?
      11      A.   The goal was to generate fully human
      12    binders to CD19 and to try to optimize those.  And,
      13    yeah, my recollection is that we had some trouble
      14    with the technology in developing suitable binders.
      15    And actually, ultimately, Juno decided to stop using
      16    this particular platform technology for developing
      17    binders.
      18      Q.   The first four listed ScFvs have the same
      19    heavy variable chain; is that right?
      20      A.   It appears to be the case, yes.
      21      Q.   They differ in the amino acid sequence of
      22    their light chain; is that right?
      23      A.   That appears to be the case, yes.
      24      Q.   The last two ScFvs that are listed are
      25    FMC63 and JCAR15 respectively, correct?
00040:01      A.   That's what it states, yes.
      02      Q.   Looking at the amino acid sequences
      03    corresponding to FMC63 and JCAR15, they each have
      04    different light and heavy chains compared to each
      05    other; is that right?
```

**9. PAGE 40:07 TO 40:13 (RUNNING 00:00:25.358)**

```
07      A.   The heavy and light chains appear to be
08   distinct between FMC63 and JCAR15 as stated in this
09   table.
10      Q.   So in addition, FMC63 does not share an
11   amino acid sequence for its light and heavy chains
12   with any of the four human CD19 ScFv lead candidates
13   listed above, correct?
```

**10. PAGE 40:15 TO 40:24 (RUNNING 00:00:30.439)**

```
15      A.   I mean, I don't think you would anticipate
16   them to have the same sequence because these are
17   humans; whereas, the references in the bottom are
18   murine-binding domains.
19      Q.   So even though they vary in amino acid
20   sequence, they all still bind to the CD19 protein; is
21   that right?
```

### 28769-00003_Kite

```
    22        A.   Yes, that would be the implication, that
    23   these are all binding to CD19 but have different
    24   sequences.
```

**11. PAGE 41:16 TO 41:19 (RUNNING 00:00:09.977)**
```
    16        Q.   To the best of your knowledge, is there any
    17   way to predict the amino acid sequence of an ScFv
    18   that will bind to a specific epitope on a specific
    19   protein?
```

**12. PAGE 41:22 TO 42:01 (RUNNING 00:00:11.992)**
```
    22        A.   I'm not aware of there being algorithms to
    23   help predict what those are, but I believe people are
    24   working on those.
    25        Q.   So at this point, it remains an empirical
00042:01   science?
```

**13. PAGE 42:04 TO 42:06 (RUNNING 00:00:10.700)**
```
    04        A.   With -- with the current technology, in
    05   general, one generates binders and then determines
    06   what their sequences are as opposed to the converse.
```

**14. PAGE 44:05 TO 44:16 (RUNNING 00:00:50.700)**
```
    05        Q.   So looking in the time period from late
    06   2014 to early 2015, Novartis, Juno and Kite were all
    07   developing CAR-T therapies; is that right?
    08        A.   Yes, I believe that's correct.
    09        Q.   So they were all competitors during that
    10   same time period even though none of them had
    11   approved CAR-T therapies?
    12        A.   They were all competing in the same space,
    13   yes.
    14        Q.   Around early 2015, were there any treatment
    15   indications that Novartis was seeking that Juno was
    16   also seeking?
```

**15. PAGE 44:18 TO 44:20 (RUNNING 00:00:12.402)**
```
    18        A.   Novartis was focused primarily, at least
    19   initially, in pediatric ALL.  Juno was focused in
    20   adult ALL.
```

**16. PAGE 55:22 TO 56:08 (RUNNING 00:00:49.128)**
```
    22        Q.   Have you ever heard the term "first-mover
    23   advantage"?
    24        A.   Yes.
    25        Q.   What does that mean to you?
00056:01        A.   The advantage of being the initial company
    02   or institution to get clinical data in a particular
    03   area or with a particular technology prior to others.
    04        Q.   Why is that advantageous?
    05        A.   It's advantageous because you get to form
    06   relationships with clinical investigators; you get
    07   more -- experience that informs your subsequent
    08   development sooner than your competitors.
```

**17. PAGE 61:01 TO 61:02 (RUNNING 00:00:06.691)**
```
00061:01             In your experience, the importance of the
    02   linker is dependent upon the specific binder?
```

**18. PAGE 61:05 TO 61:09 (RUNNING 00:00:16.074)**
```
    05        A.   You know, the rules exactly by -- which can
    06   predict, you know, which particular CAR is going to
    07   work or not have not entirely been worked out.  So
```

**Case Clip(s) Detailed Report**
**Wednesday, December 04, 2019, 9:39:59 PM**

### 28769-00003_Kite

```
        08    whether it's the binder or other features of the CAR,
        09    I can't specify.
```

**19. PAGE 62:14 TO 62:15 (RUNNING 00:00:07.136)**

```
        14         Q.   So a priori there is no real way to figure
        15    it out without testing it?
```

**20. PAGE 62:18 TO 63:03 (RUNNING 00:00:31.167)**

```
        18         A.   You know, I -- in general, people have used
        19    pretty similar kind of linkers across a variety of
        20    them.  So I think there can be an assumption about
        21    you'll have a certain baseline of activity.
        22              You know, before, obviously, going into the
        23    clinic for registration, you're going to do a certain
        24    amount of, you know, required IND-enabling studies
        25    that would do -- you know, do testing.  But I think
00063:01    there are certain assumptions one can make about
        02    standard linkers that people do use that will confer,
        03    you know, a baseline level of activity.
```

**21. PAGE 63:19 TO 63:23 (RUNNING 00:00:14.570)**

```
        19         Q.   Do you feel that you are not a scientist
        20    specializing in this area?
        21         A.   I would -- I would always rely in the
        22    expertise of a biologist with more specific expertise
        23    in this area.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:28.737)**