# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>          Plaintiffs,<br><br>VS.<br><br>KITE PHARMA, INC.,<br><br>          Defendant.<br>_____ | Case No.<br>2:17-cv-07639-SJO-KS |

VIDEOTAPED DEPOSITION OF

THOMAS BROCKER

LOS ANGELES, CALIFORNIA

WEDNESDAY, JUNE 19, 2019

Reported by:
GRACE CHUNG, RMR, CRR, CLR
CSR No. 6246
19-79491



THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

| | | |
|---|---|---|
| 11:14 | 1 | A. Yeah. |
| 11:14 | 2 | Q. And do you see you mentioned the Eshhar |
| 11:15 | 3 | patent in that paragraph? |
| 11:15 | 4 | A. Yes. |
| 11:15 | 5 | Q. And on your second line, you state, |
| 11:15 | 6 | "Indeed, if Dr. Garcia's arguments and evidence |
| 11:15 | 7 | were sufficient to satisfy the burden of |
| 11:15 | 8 | invalidating CAR constructs claiming these broad |
| 11:15 | 9 | binding domains, he would essentially invalidate |
| 11:15 | 10 | the patents and patent applications listed in |
| 11:15 | 11 | Appendix C." |
| 11:15 | 12 | A. I see that, yes. |
| 11:15 | 13 | Q. Is that your opinion that based on what |
| 11:15 | 14 | Dr. Garcia's argued, that the patents you list in |
| 11:15 | 15 | Appendix C, if you accept Dr. Garcia's arguments, |
| 11:15 | 16 | these patents would be invalid? |
| 11:15 | 17 | A. Well, as I said, I'm not a lawyer, but I |
| 11:15 | 18 | think this is what I want to say here in this |
| 11:15 | 19 | paragraph. |
| 11:15 | 20 | Q. Okay. Did you conduct an invalidity |
| 11:15 | 21 | analysis on all of the patents in Appendix C? |
| 11:15 | 22 | A. I didn't do that, but I had counsel do |
| 11:15 | 23 | that. |
| 11:15 | 24 | Q. Okay. So counsel conducted an invalidity |
| 11:16 | 25 | analysis on all the patents in Appendix C? |

THE SULLIVAN GROUP OF COURT REPORTERS

```
1   STATE OF  CALIFORNIA         )
                                 ) Ss
2   COUNTY OF LOS ANGELES        )

3           I hereby certify that the witness in the
4   foregoing deposition was by me duly sworn to
5   testify to the truth, the whole truth and nothing
6   but the truth, in the within-entitled cause; that
7   said deposition was taken at the time and place
8   herein named; and that the deposition is a true
9   record of the witness's testimony as reported by
10  me, a duly certified shorthand reporter and a
11  disinterested person, and was thereafter
12  transcribed into typewriting by computer; that the
13  dismantling, unsealing, or unbinding of the
14  original transcript will render the reporter's
15  certificate null and void.
16          I further certify that I am not
17  interested in the outcome of the said action, nor
18  connected with nor related to any of the parties in
19  said action, nor to their respective counsel.
20          IN WITNESS WHEREOF, I have hereunto set
21  my hand this 28th day of June, 2019.
22  Reading and Signing was:
23  _____ requested    _____ waived    __X__ not requested
24              _____
25              Grace Chung, CSR. NO. 6246, RMR, CRR
```