# EXHIBIT 1

1   Morgan Chu (SBN 70446)
    mchu@irell.com
2   Alan J. Heinrich (SBN 212782)
    aheinrich@irell.com
3   C. Maclain Wells (SBN 221609)
    mwells@irell.com
4   Elizabeth C. Tuan (SBN 295020)
    etuan@irell.com
5   IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
6   Los Angeles, California 90067-4276
    Telephone:    (310) 277-1010
7   Facsimile:    (310) 203-7199

8
    Andrea W. Jeffries (SBN 183408)
9   ajeffries@jonesday.com
    Luke J. Burton (SBN 301247)
10  lburton@jonesday.com
    JONES DAY
11  555 South Flower Street, Fiftieth Floor
    Los Angeles, CA 90071
12  Telephone:    (213) 489-3939
    Facsimile:    (213) 243-2539
13

14  *[List of counsel continues on next page]*

15  *Attorneys for Plaintiffs*
    JUNO THERAPEUTICS, INC., MEMORIAL
16  SLOAN KETTERING CANCER CENTER,
    and SLOAN KETTERING INSTITUTE FOR
17  CANCER RESEARCH

18
                    UNITED STATES DISTRICT COURT
19                  CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
20

21  JUNO THERAPEUTICS, INC., *et al.*,        Case No. 2:17-cv-07639-SJO-KSx

22          Plaintiffs,                       **PLAINTIFFS' REPLY IN SUPPORT
                                              OF *EX PARTE* APPLICATION TO
23      v.                                    EXCLUDE TESTIMONY FROM
                                              DR. THOMAS SCHUETZ**
24  KITE PHARMA, INC.,
                                              Hon. S. James Otero
25          Defendant.                        Trial:    December 3, 2019
                                              Time:     8:30 am
26                                            Place:    Courtroom 10C

27  AND RELATED COUNTERCLAIMS

28

1  Rebecca Carson (SBN 254105)
   rcarson@irell.com
2  Ingrid M. H. Petersen (SBN 313927)
   ipetersen@irell.com
3  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone:   (949) 760-0991
5  Facsimile:    (949) 760-5200

6
   Christopher J. Harnett (*Pro Hac Vice*)
7  charnett@jonesday.com
   Sarah A. Geers (*Pro Hac Vice*)
8  sgeers@jonesday.com
   Kevin V. McCarthy (*Pro Hac Vice*)
9  kmccarthy@jonesday.com
   JONES DAY
10 250 Vesey Street
   New York, NY 10281-1047
11 Telephone:   (212) 326-3939
   Facsimile:    (212) 755-7306
12

13 Jennifer L. Swize (*Pro Hac Vice*)
   jswize@jonesday.com
14 JONES DAY
   51 Louisiana Avenue, N.W.
15 Washington, DC 20001-2113
   Telephone:  (202) 879-3939
16 Facsimile:   (202) 626-1700

17
   John M. Michalik (*Pro Hac Vice*)
18 jmichalik@jonesday.com
   JONES DAY
19 77 West Wacker Drive, Suite 3500
   Chicago, IL 60601-1692
20 Telephone:  (312) 782-3939
   Facsimile:   (312) 782-8585
21

22 *Attorneys for Plaintiffs*
   JUNO THERAPEUTICS, INC., MEMORIAL
23 SLOAN KETTERING CANCER CENTER,
   and SLOAN KETTERING INSTITUTE FOR
24 CANCER RESEARCH

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TABLE OF CONTENTS

**Page**

ARGUMENT.................................................................................................................1

CONCLUSION............................................................................................................2

PLAINTIFFS' REPLY ISO APPLICATION TO
EXCLUDE TESTIMONY FROM DR. SCHUETZ
Case No. 2:17-cv-07639-SJO-KSx

# ARGUMENT

Dr. Schuetz's testimony should be excluded on both procedural and substantive grounds.  Kite's opposition to Plaintiffs' application to strike proves it.

Procedurally:  Kite says it was okay to conceal its consulting relationship with Dr. Schuetz because "Plaintiffs have now deposed Dr. Schuetz and have had a full opportunity to understand that relationship." Dkt. No. 465-1 at 1.  Here's the problem:  Kite's (and Dr. Schuetz's) own lawyers have declared that Dr. Schuetz's deposition testimony was "false."   Dr. Schuetz testified that, "several weeks" before the December 1 deposition—on "[a]pproximately October 1"—he entered into a "consulting agreement with Munger, Tolles & Olson," paid for by Kite/Gilead, at the rate of "$500 per hour." Dkt. No. 450-2 at 16:1-19.  Plaintiffs cited and attached this testimony to the Court in the application to exclude Dr. Schuetz.  Dkt. No. 450-1 at 1, 4.  In response, Kite now says it was "false" to claim that a consulting agreement existed in early October.  Dkt. No. 465-1 at 2.  (Kite says that Plaintiffs committed the falsehood, but the testimony was all Dr. Schuetz's.)  Indeed, Kite's and Dr. Schuetz's lawyer, Mr. Gratzinger, has now given this Court a declaration, "under penalty of perjury," disputing Dr. Schuetz's sworn deposition testimony on this key aspect of Dr. Schuetz's relationship with Kite and its counsel.  Dkt. No. 466 ¶¶ 2-7.  Kite's claim that the deposition afforded Plaintiffs a "full opportunity to understand that relationship" is hollow indeed.[1]

---

[1] Other aspects of Kite's conduct have also unfairly hindered Plaintiffs' ability to prepare for Dr. Schuetz's potential testimony.  For example, as Kite now admits, contrary to its claims that it disclosed Dr. Schuetz's agreement to testify "immediately" and "promptly," it in fact waited five days. *See* Dkt. No. 450-1 at 2 n.2; Dkt. No. 465-1 at 4.  Nor has Kite explained why a supposedly "independent third party" witness in a lawsuit has retained counsel to a party, at the expense of that party. *See* Dkt. No. 450-2 at 17:18-22:16.  Nor, for that matter, have Kite or Dr. Schuetz produced the October 1 "consulting agreement" (Dr. Schuetz's testimony, Dkt. No. 450-2 at 16:1-17:16) or "draft engagement letter" (Mr. Gratzinger's declaration, Dkt. No. 466 ¶ 3).

PLAINTIFFS' REPLY ISO APPLICATION TO
EXCLUDE TESTIMONY FROM DR. SCHUETZ
Case No. 2:17-cv-07639-SJO-KSx

1  Substantively:  Kite's response likewise shows why Dr. Schuetz's testimony
2  would be improper.  Kite admits it intends to offer Dr. Schuetz's testimony on the
3  question of "whether a POSITA would have found both an error that was clearly
4  evident *from the intrinsic record* and a correction that was clearly evident *from the*
5  *intrinsic record*."  Dkt. No. 465-1 at 1 (emphases added).  But Dr. Schuetz testified
6  (and Kite, this time, does not dispute his testimony) that he does not remember
7  reviewing the full intrinsic record in 2013.  Dkt. No. 450-2 at 115:13-15.  Since he
8  does not remember what portions of the record he reviewed, he cannot possibly be a
9  percipient witness.  Rather, he would at best be a late-disclosed expert witness; at
10  worst a mouthpiece for Kite's lawyers.  These concerns are especially acute because
11  Kite's counsel has been recently and repeatedly reviewing the '190 Patent and its
12  prosecution history with Dr. Schuetz, which would prevent effective cross-
13  examination by Plaintiffs—Dr. Schuetz is unlikely to remember what he reviewed in
14  2013 versus in late 2019, and is more likely to conflate the two if Plaintiffs try to
15  cross-examine him on the basis for his 2013 conclusion.

16  Finally, there is no merit to Kite's suggestion that the Court has already
17  concluded that Dr. Schuetz's testimony would be relevant.  *See* Dkt. No. 465-1 at 2.
18  In fact, the Court stated that it would "make an independent determination" regarding
19  Dr. Schuetz's testimony after his deposition.  Dkt. No. 445-4 at 56:19-57:1.

20  **CONCLUSION**
21  For the above reasons, and those stated in Plaintiffs' application, Dr. Schuetz's
22  testimony should be excluded.
23  Dated:  December 4, 2019       Respectfully submitted,
24
25  By:  */s/ Andrea W. Jeffries*
    Andrea W. Jeffries (SBN 183408)
26  Luke J. Burton (SBN 301247)
    JONES DAY
27  555 South Flower Street, Fiftieth Floor
    Los Angeles, CA 90071
28  Telephone:  (213) 489-3939
    Facsimile:   (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Attorneys for Plaintiffs*
*Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

4

5

A copy of the foregoing document was electronically filed with the Court this 4th day of December, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

6

7

*/s/ Andrea W. Jeffries*

Andrea W. Jeffries

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' REPLY ISO APPLICATION TO
EXCLUDE TESTIMONY FROM DR. SCHUETZ
Case No. 2:17-cv-07639-SJO-KSx