JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**JOINT NOTICE OF LODGING REGARDING DEPOSITION EXCERPTS PLAYED DURING TRIAL** |

NOTICE OF LODGING

Plaintiffs Juno Therapeutics, Inc. and Sloan Kettering Institute for Cancer Research and Defendant Kite Pharma, Inc. hereby give notice that they are lodging transcripts of the video clips of the deposition testimony played in Court during trial.

The video clips were taken from the following deposition transcripts:

- Dr. Steven Harr (Exhibit 1);
- Shawn Tomasello (Exhibit 2);
- Dr. Marina Larson (Exhibit 3);
- Dr. Renier Brentjens (Exhibit 4);
- Dr. Mark Frohlich (Exhibit 5); and
- Dr. Aya Jakobovits (Exhibit 6).

The parties jointly request that this notice, including the exhibits attached hereto, be appended to the official trial transcript and become part of the official trial transcript.

DATED: January 14, 2020				IRELL & MANELLA LLP


							By:	/s/ *Elizabeth Tuan*
								Elizabeth Tuan

							*Attorney for Plaintiffs Juno Therapeutics, Inc. and Sloan Kettering Institute for Cancer Research*


							MUNGER, TOLLES & OLSON LLP


							By:	/s/ *Markus Brazill*
								Markus Brazill
								Attorney for Defendant-Counterclaimant
								KITE PHARMA, INC.