# EXHIBIT 1

**Script :**     **Harr PA DC merged on 12-6-19_FIN**

**Deposition :**     **Harr, Steven 2019-02-22**

**Highlighter Key :**

| | |
|---|---|
| ■ Kite Counters | **00:00:51** |
| ■ Juno Designations | **00:07:08** |

Case 2:17-cv-07639-SJO-KS Document 646-1 Filed 01/14/20 Page 2 of 8 Page ID #:29020

Harr PA DC merged on 12-6-19_FINAL

## Harr PA DC merged on 12-6-19_FINAL

| Scene | Designation | Source | | Tx Duration | Elapsed | Remains | Media File | Barcode |
|---|---|---|---|---|---|---|---|---|
| 1 | **101:2 - 101:12** | Harr, Steven 2019-02-22 | | 00:00:31 | 00:00:00 | 00:08:00 | 3668349 S.HARR.3( | M14.1 |
| Link > P932.23 | | 101:2 | Q. Looking toward the bottom of this slide in | | | | | |
| Link > P932.23.1 | | 101:3 | the "NHL trials" table. | | | | | |
| | | 101:4 | A. You said the bottom of the slide, I missed | | | | | |
| | | 101:5 | the rest of that. | | | | | |
| | | 101:6 | Q. Sorry.  In the "NHL Trials" table at the | | | | | |
| | | 101:7 | bottom -- | | | | | |
| | | 101:8 | A. Okay.  Yes. | | | | | |
| | | 101:9 | Q. -- of the slide. | | | | | |
| | | 101:10 | Does the row labeled "Novartis" reflect | | | | | |
| | | 101:11 | Juno's belief that Novartis would have a CAR-T | | | | | |
| | | 101:12 | therapy approved for NHL in the first half of 2018? | | | | | |
| 2 | **101:15 - 101:19** | Harr, Steven 2019-02-22 | | 00:00:20 | 00:00:31 | 00:07:29 | 3668349 S.HARR.3( | M14.2 |
| | | 101:15 | A. These timelines for both Kite and Novartis | | | | | |
| | | 101:16 | are based upon the companies' public statements. | | | | | |
| | | 101:17 | They don't speak to plus-or-minus Juno's belief in | | | | | |
| | | 101:18 | either direction.  They're based upon the companies' | | | | | |
| Link > Hide | | 101:19 | public statements. | | | | | |
| 3 | **244:18 - 245:4** | Harr, Steven 2019-02-22 | | 00:00:46 | 00:00:51 | 00:07:09 | 3668349 S.HARR.3( | M14.3 |
| | | 244:18 | Q. So fast forward a little bit of your time | | | | | |
| | | 244:19 | at Juno.  Were you involved in negotiating a | | | | | |
| | | 244:20 | settlement of litigation between Juno and Novartis? | | | | | |
| | | 244:21 | A. Yes.  The litigation started before I | | | | | |
| | | 244:22 | arrived, but the head of the CAR-T unit, "Oz" Usman, | | | | | |
| | | 244:23 | and myself were the primary negotiators of the | | | | | |
| | | 244:24 | settlement. | | | | | |
| | | 244:25 | Q. And "Oz" Usman was on the Novartis side? | | | | | |
| | | 245:1 | A. On the Novartis side.  I'm sorry.  Yes. | | | | | |
| | | 245:2 | Q. Did that settlement involve, include a | | | | | |
| | | 245:3 | patent license from Juno to Novartis? | | | | | |
| | | 245:4 | A. It did. | | | | | |
| 4 | **245:13 - 248:11** | Harr, Steven 2019-02-22 | | 00:03:24 | 00:01:37 | 00:06:23 | 3668349 S.HARR.3( | M14.4 |
| | | 245:13 | Q. Let me just restate it. | | | | | |
| | | 245:14 | What were -- | | | | | |
| | | 245:15 | A. So -- | | | | | |
| | | 245:16 | Q. What were the components -- | | | | | |

■ Kite Counters    ■ Juno Designations

| | | |
|---|---|---|
| 245:17 | A. | Yeah, so... |
| 245:18 | Q. | -- of the settlement agreement? |
| 245:19 | A. | Yeah.  The components of the settlement |
| 245:20 | | agreement were a license that Juno had taken from |
| 245:21 | | St. Jude that it licensed to Novartis, as well as a |
| 245:22 | | contract dispute between St. Jude and Penn that |
| 245:23 | | needed to be cleaned up at the same time. |
| 245:24 | Q. | And what patent did Juno license to |
| 245:25 | | Novartis as part of that settlement? |
| 246:1 | A. | It was a patent, the Campa- -- |
| 246:2 | | Dario Campana patent that is from St. Jude.  And it |
| 246:3 | | was a CD19 4-1BB CAR construct. |
| 246:4 | Q. | And just to be clear, that's not the patent |
| 246:5 | | at issue in this case; is that correct? |
| 246:6 | A. | You said the what? |
| 246:7 | Q. | That's not the patent at issue in this |
| 246:8 | | case, correct? |
| 246:9 | A. | That's correct.  The patent at issue here |
| 246:10 | | is a CD19-CD28 CAR construct from Michel Sadelain at |
| 246:11 | | Memorial Sloan Kettering. |
| 246:12 | Q. | So why did Juno license Novartis to the |
| 246:13 | | St. Jude patent? |
| 246:14 | A. | That's a good question.  Because it was -- |
| 246:15 | | you know, it was early in the days of the field.  And |
| 246:16 | | there were a few things. |
| 246:17 | | First of all, Juno inherited this patent |
| 246:18 | | dispute at its founding.  And was a very -- at the |
| 246:19 | | time, it was a very, very small company.  And it's a |
| 246:20 | | massive distraction to management as it's going and |
| 246:21 | | trying to build its -- its business.  It is a |
| 246:22 | | reasonable expense. |
| 246:23 | | At the time of the IPO, it had to actually |
| 246:24 | | be teased out in our S-1 because our litigation |
| 246:25 | | expenses were such a large percentage of Juno's |
| 247:1 | | overall operating costs.  And we think Novartis |
| 247:2 | | probably knew they were going to try to bleed a |
| 247:3 | | little start-up company versus a $200 billion Swiss |
| 247:4 | | company.  Right? |
| 247:5 | | The third is when we -- when we really |
| 247:6 | | agreed to this -- we agreed to the settlement in |
| 247:7 | | October of 2014, and Juno was trying to go public. |

■ Kite Counters        ■ Juno Designations

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|

247:8 And as we talked a little bit earlier, investors get
247:9 very confused around who owns what patent and how
247:10 that is going to impact us.
247:11      And our investor base and Board was, very,
247:12 very concerned that investors -- and Juno had a
247:13 problem with freedom to operate. We just needed to
247:14 get this cleaned up. And so we spent time -- we
247:15 really wanted to get this done before the IPO.
247:16      And, in fact, during the IPO roadshow, we
247:17 finished the negotiations -- I was sitting in my
247:18 New York hotel room overnight -- with Novartis. It
247:19 was not signed until April because there was cleanup
247:20 related to St. Jude and -- and Penn, which is
247:21 unfortunate because we didn't get all those benefits
247:22 that we'd hope for.
247:23      But that was one, timing. Which it was
247:24 just early in the company, big distraction. We
247:25 wanted to get it done while we were private. Right?
248:1      The second is the nature of the case. And
248:2 this was a somewhat abnormal case in that a judge had
248:3 decided in the midst of Phase 1 trial -- remember, at
248:4 the time, Novartis only had data really in pediatric
248:5 ALL from a handful of patients. The case was ripe
248:6 and needed to be dealt with. Right?
248:7      And so we knew we were in a potentially
248:8 double-jeopardy situation where Penn would get a
248:9 chance to get -- try it here and get a second bite at
248:10 the apple because they would just declare it not to
248:11 be ripe. Right?

| 5 | **250:11 - 250:13** | Harr, Steven 2019-02-22 | 00:00:10 | 00:05:01 | 00:02:59 | 3668349 S.HARR.3( | M14.5 |

250:11 Q. Now, at the time of the settlement, did
250:12    Novartis have any published data, as far as you can
250:13    recall, relating to NHL?

| 6 | **250:15 - 251:11** | Harr, Steven 2019-02-22 | 00:01:10 | 00:05:11 | 00:02:49 | 3668349 S.HARR.3( | M14.6 |

250:15 A. Novartis had two trials that I recall.
250:16    Their -- the predominant, and I'd say 80 to
250:17    90 percent of their data, was in pediatric ALL. And
250:18    that was where they had articulated they were pushing
250:19    forward first and fast.
250:20      And they had a couple of patients, I

■ Kite Counters          ■ Juno Designations

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| | | 250:21 | believe two or three each, with CLL and non-Hodgkin | | | | | |
| | | 250:22 | lymphoma.  And it wasn't clear to us at all that they | | | | | |
| | | 250:23 | were going to be moving forward in either of those | | | | | |
| | | 250:24 | indications; and it wasn't clear to us at all for | | | | | |
| | | 250:25 | several years whether they were moving forward.  And | | | | | |
| | | 251:1 | at least as the last time I looked, it wasn't clear | | | | | |
| | | 251:2 | to me still they were moving forward into CLL. | | | | | |
| | | 251:3 | But they had the pediatric ALL data.  And | | | | | |
| | | 251:4 | that had been -- in terms of published, the original | | | | | |
| | | 251:5 | published paper in this field were two patients with | | | | | |
| | | 251:6 | chronic lymphocytic leukemia from that construct of | | | | | |
| | | 251:7 | Penn/Novartis.  They had not -- they were not really | | | | | |
| | | 251:8 | enrolling more patients after that.  And they were -- | | | | | |
| | | 251:9 | as I said, they -- it probably been presented, but | | | | | |
| | | 251:10 | not published, a couple of patients with -- with | | | | | |
| | | 251:11 | non-Hodgkin lymphoma. | | | | | |
| 7 | **252:4 - 252:6** | Harr, Steven 2019-02-22 | 00:00:13  00:06:21  00:01:39 | 3668349 S.HARR.30 | | | | M14.7 |
| | | 252:4 | Q.  As history unfolded, how would you | | | | | |
| | | 252:5 | characterize Novartis as a competitor as compared to | | | | | |
| | | 252:6 | Kite? | | | | | |
| 8 | **252:8 - 253:13** | Harr, Steven 2019-02-22 | 00:01:25  00:06:34  00:01:26 | 3668349 S.HARR.30 | | | | M14.8 |
| | | 252:8 | A.  Novartis, I mean, I hate to speak poorly | | | | | |
| | | 252:9 | about others.  Novartis waxed and waned in its | | | | | |
| | | 252:10 | commitment to CD19 particularly, and CAR T-cells more | | | | | |
| | | 252:11 | broadly.  There were moments in time where they were | | | | | |
| | | 252:12 | very excited about it, and there were moments in time | | | | | |
| | | 252:13 | when they weren't investing. | | | | | |
| | | 252:14 | As we mentioned earlier, not only had they | | | | | |
| | | 252:15 | approached us, but we understand that they had | | | | | |
| | | 252:16 | approached over 30 different parties to try to | | | | | |
| | | 252:17 | acquire their CAR-T business.  They subsequently | | | | | |
| | | 252:18 | disbanded it -- right?  -- and have integrated in the | | | | | |
| | | 252:19 | company.  It doesn't mean they don't -- didn't bring | | | | | |
| | | 252:20 | this drug forward. | | | | | |
| | | 252:21 | They also have turned out to be -- you | | | | | |
| | | 252:22 | know, they made an initial, very quick bet to say, | | | | | |
| | | 252:23 | "Hey, we're not going to change anything about | | | | | |
| | | 252:24 | manufacturing," and that has led to real problems in | | | | | |
| | | 252:25 | scale in their manufacturing, which was predictable. | | | | | |
| | | 253:1 | As we talked about earlier, I saw these back in | | | | | |

■ Kite Counters       ■ Juno Designations

| | | |
|---|---|---|
| 253:2 | | early -- in 2015, 2016.  And they have not turned out |
| 253:3 | | to be the major competitive force in the field, |
| 253:4 | | broadly. |
| 253:5 | Q. | What company has turned out to be the major |
| 253:6 | | competitive force? |
| 253:7 | A. | For Juno, it's been Kite and Gilead. |
| 253:8 | Q. | Now -- |
| 253:9 | A. | Let me be clear.  It's been Kite and Gilead |
| 253:10 | | in the CD19 space.  In the BCMA space, the primary |
| 253:11 | | competitor would be at this point bluebird and |
| 253:12 | | Celgene, just -- just there are a couple of different |
| 253:13 | | places where we develop new drugs. |

Play Time for this Script: **00:08:00**

■ Kite Counters   ■ Juno Designations

Harr PA DC merged on 12-6-19_FINAL

**Total time for all Scripts in this report: 00:08:00**

Kite Counters   Juno Designations