# EXHIBIT 2

**Script :**     **Tomasello PA DC merged on 12-6-1**

**Deposition :**     **Tomasello, Shawn 2019-03-18**

**Highlighter Key :**

| | |
|---|---|
| ■ Juno Designations | **00:05:58** |
| ■ Kite Counters | **00:04:12** |

## Tomasello PA DC merged on 12-6-19_FINAL

| Scene | Designation | Source | Tx Duration | Elapsed | Remains | Media File | Barcode |
|---|---|---|---|---|---|---|---|
| 1 | **12:22 - 12:25** | Tomasello, Shawn 2019-03-18 | 00:00:09 | 00:00:00 | 00:10:10 | 3766414 TOMASELL | M29.1 |
| | | 12:22  Is it fair to say that Kite thought of | | | | | |
| | | 12:23  Novartis and Juno as its potential competitors for the | | | | | |
| | | 12:24  NHL landscape back in the 2016 time frame? | | | | | |
| | | 12:25  A. Yes. | | | | | |
| 2 | **13:7 - 13:9** | Tomasello, Shawn 2019-03-18 | 00:00:16 | 00:00:09 | 00:10:01 | 3766414 TOMASELL | M29.2 |
| | | 13:7  Q. And did Kite consider Novartis or Juno to be | | | | | |
| | | 13:8  its primary competitor for NHL? | | | | | |
| | | 13:9  A. We weighted them as both competitors. | | | | | |
| 3 | **13:24 - 14:8** | Tomasello, Shawn 2019-03-18 | 00:00:32 | 00:00:25 | 00:09:45 | 3766414 TOMASELL | M29.3 |
| | | 13:24  Did you ever have any indication while you | | | | | |
| | | 13:25  were at Kite that Novartis wasn't that interested in | | | | | |
| | | 14:1  pursuing CAR-T therapies from a commercial point of | | | | | |
| | | 14:2  view? | | | | | |
| | | 14:3  A. Yes. | | | | | |
| | | 14:4  Q. And what were those indications? | | | | | |
| | | 14:5  A. Well, they publicly announced that they were | | | | | |
| | | 14:6  no longer going to have a dedicated CAR-T therapy; that | | | | | |
| | | 14:7  their CAR-T asset or assets would be rolled into their | | | | | |
| | | 14:8  global oncology group. | | | | | |
| 4 | **14:13 - 14:17** | Tomasello, Shawn 2019-03-18 | 00:00:07 | 00:00:57 | 00:09:13 | 3766414 TOMASELL | M29.4 |
| | | 14:13  Q. Do you know if it was before Kite launched | | | | | |
| | | 14:14  YESCARTA? | | | | | |
| | | 14:15  A. Yes. | | | | | |
| | | 14:16  Q. It was before? | | | | | |
| | | 14:17  A. It was before that. | | | | | |
| 5 | **15:4 - 15:10** | Tomasello, Shawn 2019-03-18 | 00:00:20 | 00:01:04 | 00:09:06 | 3766414 TOMASELL | M29.5 |
| | | 15:4  Q. While you were at Kite, did you ever have any | | | | | |
| | | 15:5  indication that Juno was not dedicated to bringing its | | | | | |
| | | 15:6  JCAR17 product to market? | | | | | |
| | | 15:7  A. I was never under that impression. My | | | | | |
| | | 15:8  original impression was their key asset was JCAR15, | | | | | |
| | | 15:9  until they had the five patient deaths and had to move | | | | | |
| | | 15:10  away from that construct. | | | | | |

■ Juno Designations    ■ Kite Counters

| 6 | **15:11 -15:14** | Tomasello, Shawn 2019-03-18 | 00:00:07 | 00:01:24 | 00:08:46 | 3766414 TOMASELL | M29.6 |
|---|---|---|---|---|---|---|---|
| | | 15:11   Q.  But with regard to JCAR17, you never had any | | | | | |
| | | 15:12        indication that Juno wasn't dedicated to bringing that | | | | | |
| | | 15:13        to market? | | | | | |
| | | 15:14   A.  No. | | | | | |

| 7 | **19:11 -19:13** | Tomasello, Shawn 2019-03-18 | 00:00:10 | 00:01:31 | 00:08:39 | 3766414 TOMASELL | M29.7 |
|---|---|---|---|---|---|---|---|
| | | 19:11   Q.  Now, Kite was the first market -- first to | | | | | |
| | | 19:12        market with regard to DLBCL; is that right? | | | | | |
| | | 19:13   A.  That's correct. | | | | | |

| 8 | **19:24 -20:7** | Tomasello, Shawn 2019-03-18 | 00:00:33 | 00:01:41 | 00:08:29 | 3766414 TOMASELL | M29.8 |
|---|---|---|---|---|---|---|---|
| | | 19:24   Q.  And are there advantages to being first to | | | | | |
| | | 19:25        market? | | | | | |
| | | 20:1    A.  Well, as a commercial person, the ideal | | | | | |
| | | 20:2         product that you would love to be a part of is the first | | | | | |
| | | 20:3         and only.  That's always like a marketer's dream; right? | | | | | |
| | | 20:4         But the dream can often turn into a nightmare.  So it's | | | | | |
| | | 20:5         good to be first to market in some respects.  And it's | | | | | |
| | | 20:6         also high-risk to be first to the market in some | | | | | |
| | | 20:7         respects. | | | | | |

| 9 | **28:17 -28:19** | Tomasello, Shawn 2019-03-18 | 00:00:08 | 00:02:14 | 00:07:56 | 3766414 TOMASELL | M29.9 |
|---|---|---|---|---|---|---|---|
| | | 28:17        What aspects of the CAR-T products do patients | | | | | |
| | | 28:18        consider when they're deciding whether or not to take | | | | | |
| | | 28:19        the -- to use the therapy? | | | | | |

| 10 | **28:22 -29:12** | Tomasello, Shawn 2019-03-18 | 00:00:52 | 00:02:22 | 00:07:48 | 3766414 TOMASELL | M29.10 |
|---|---|---|---|---|---|---|---|
| | | 28:22        THE WITNESS:  I don't -- I don't think | | | | | |
| | | 28:23        patients decide.  They make the final decision, but I | | | | | |
| | | 28:24        think, before they ever get the option, it's the | | | | | |
| | | 28:25        physician who decides that. | | | | | |
| | | 29:1         BY MR. WELLS: | | | | | |
| | | 29:2    Q.  And what aspects of CAR-T products do | | | | | |
| | | 29:3         physicians consider when they're deciding whether or not | | | | | |
| | | 29:4         to use the therapy for their patients? | | | | | |
| | | 29:5    A.  I'm going to have to go on the market research | | | | | |
| | | 29:6         that I can recall. | | | | | |
| | | 29:7    Q.  Sure. | | | | | |
| | | 29:8    A.  And that would be that efficacy would be the | | | | | |
| | | 29:9         Number 1.  Safety would be a close second.  And then the | | | | | |
| | | 29:10        ability to turn the product around in a reasonable | | | | | |

■ Juno Designations     ■ Kite Counters

**Tomasello PA DC merged on 12-6-19_FINAL**

|  |  |  |  |
|---|---|---|---|
| | 29:11 | amount of time, depending on the severity of the | |
| | 29:12 | patient's condition, would be important to them. | |

| 11 | 34:7 -34:11 | Tomasello, Shawn 2019-03-18    00:00:16   00:03:14   00:06:56    3766414 TOMASELI | M29.11 |
|---|---|---|---|
| | 34:7 | Q. Okay. With regard to turnaround time, did you | |
| | 34:8 | have an understanding as to who had the best turnaround | |
| | 34:9 | time out of the players in the CAR-T market? | |
| | 34:10 | A. We felt confident, based on the information | |
| | 34:11 | that we had, that we had the better turnaround time. | |

| 12 | 34:24 -35:5 | Tomasello, Shawn 2019-03-18    00:00:23   00:03:30   00:06:40    3766414 TOMASELI | M29.12 |
|---|---|---|---|
| | 34:24 | MR. WELLS: Go ahead and mark as Exhibits 4 | |
| Link > P91.1 | 34:25 | and 5 a cover email bearing the Bates number | |
| Link > P29.1 | 35:1 | Kite-0050910 and an attachment thereto, which is | |
| | 35:2 | Kite-0050911. | |
| | 35:3 | (Exhibits 4 and 5 were marked for | |
| | 35:4 | identification.) | |
| | 35:5 | BY MR. WELLS: | |

| 13 | 35:18 -35:19 | Tomasello, Shawn 2019-03-18    00:00:03   00:03:53   00:06:17    3766414 TOMASELI | M29.13 |
|---|---|---|---|
| | 35:18 | Q. Did you have input on this slide presentation? | |
| | 35:19 | A. I did. | |

| 14 | 36:12 -36:18 | Tomasello, Shawn 2019-03-18    00:00:19   00:03:56   00:06:14    3766414 TOMASELI | M29.14 |
|---|---|---|---|
| | 36:12 | Q. Was one of the purposes of this document to | |
| | 36:13 | describe the potential benefits to Kite of being the | |
| | 36:14 | first mover in DLBCL? | |
| | 36:15 | A. That was one of the intentions, yes. The | |
| | 36:16 | other was to -- to question my own past experience and | |
| | 36:17 | whether or not it would even apply to something | |
| | 36:18 | completely different. | |

| 15 | 36:19 -37:3 | Tomasello, Shawn 2019-03-18    00:00:34   00:04:15   00:05:55    3766414 TOMASELI | M29.15 |
|---|---|---|---|
| Link > P29.2 | 36:19 | Q. Now, looking at Slide 2, there's a description | |
| Link > P29.2.1 | 36:20 | of first movers achieving higher market share. | |
| | 36:21 | Do you see that? | |
| | 36:22 | A. Yes. | |
| Link > P29.2.2 | 36:23 | Q. And what does that refer to? | |
| | 36:24 | A. Well, just what it says. That on average, in | |
| | 36:25 | looking at 492 drug launches in 131 classes over a | |
| | 37:1 | 24-year [verbatim] period, which is what the legend says | |
| | 37:2 | at the bottom, that on average first movers achieve a | |

■ Juno Designations    ■ Kite Counters

| | Link > Hide | 37:3 | higher market share. | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | 37:19-37:21 | Tomasello, Shawn 2019-03-18 | 00:00:07 | 00:04:49 | 00:05:21 | 3766414 TOMASELL | | M29.16 |
| | | 37:19 | Q. And this is stating that the first to market | | | | | |
| | | 37:20 | would still have a market share advantage, even ten | | | | | |
| | | 37:21 | years after launch; is that right? | | | | | |
| 17 | 37:24-38:15 | Tomasello, Shawn 2019-03-18 | 00:00:37 | 00:04:56 | 00:05:14 | 3766414 TOMASELL | | M29.17 |
| | | 37:24 | THE WITNESS: I think that's an | | | | | |
| | | 37:25 | overgeneralization. If you keep going back through the | | | | | |
| | | 38:1 | deck, there are a lot of things that could change | | | | | |
| | | 38:2 | that -- | | | | | |
| | | 38:3 | BY MR. WELLS: | | | | | |
| | | 38:4 | Q. Oh, sure -- | | | | | |
| | | 38:5 | A. -- the time in which the other entrants get | | | | | |
| | | 38:6 | into the market, the differences, and the critical | | | | | |
| | | 38:7 | elements of the asset that comes into the market. | | | | | |
| | | 38:8 | So this is a generalization; right -- | | | | | |
| | | 38:9 | Q. Sure. | | | | | |
| | | 38:10 | A. -- for classes of products that existed before | | | | | |
| | | 38:11 | CAR-T. | | | | | |
| | | 38:12 | Q. Mm-hm. And did you believe that the | | | | | |
| | | 38:13 | first-mover advantage in the CAR-T space would also | | | | | |
| | | 38:14 | provide a potential for larger market share in the long | | | | | |
| | | 38:15 | run? | | | | | |
| 18 | 38:18-39:2 | Tomasello, Shawn 2019-03-18 | 00:00:33 | 00:05:33 | 00:04:37 | 3766414 TOMASELL | | M29.18 |
| | | 38:18 | THE WITNESS: I did believe it until I got | | | | | |
| | | 38:19 | subsequent research where the physician said it didn't | | | | | |
| | | 38:20 | really matter. And that what really would matter is the | | | | | |
| | | 38:21 | subsequent products coming into the market, what was | | | | | |
| | | 38:22 | their efficacy, what was their safety, and their | | | | | |
| | | 38:23 | turnaround time. | | | | | |
| | | 38:24 | So that first-mover advantage would have been, | | | | | |
| | | 38:25 | with a CAR-T, will be with a CAR-T, not completely | | | | | |
| | | 39:1 | evaporated but diminished if a better product comes | | | | | |
| | | 39:2 | along. | | | | | |
| 19 | 41:15-41:16 | Tomasello, Shawn 2019-03-18 | 00:00:03 | 00:06:06 | 00:04:04 | 3766414 TOMASELL | | M29.19 |
| | Link > P29.7 | 41:15 | Q. Now, if you could turn to Slide 7. | | | | | |
| | | 41:16 | A. Okay. | | | | | |

■ Juno Designations    ■ Kite Counters

| 20 | **42:15-42:19** | Tomasello, Shawn 2019-03-18 | 00:00:10 | 00:06:09 | 00:04:01 | 3766414 TOMASELL | M29.20 |
|---|---|---|---|---|---|---|---|
| Link > P29.7.1 | | 42:15  Q. And the second bullet point on this slide says | | | | | |
| | | 42:16     that Kite's "first-mover advantage was expected to be 5 | | | | | |
| | | 42:17     to 10 percentage points after ten years." | | | | | |
| | | 42:18         Do you see that? | | | | | |
| | | 42:19  A. Yeah. | | | | | |

| 21 | **43:11-43:13** | Tomasello, Shawn 2019-03-18 | 00:00:07 | 00:06:19 | 00:03:51 | 3766414 TOMASELL | M29.21 |
|---|---|---|---|---|---|---|---|
| | | 43:11  Q. And was that your understanding of what Kite | | | | | |
| | | 43:12     believed its first-mover advantage would be in DLBCL at | | | | | |
| | | 43:13     the time? | | | | | |

| 22 | **43:16-43:18** | Tomasello, Shawn 2019-03-18 | 00:00:07 | 00:06:26 | 00:03:44 | 3766414 TOMASELL | M29.22 |
|---|---|---|---|---|---|---|---|
| | | 43:16         THE WITNESS: That was our best guess, and | | | | | |
| | | 43:17     that's the assumption that we used at that point in | | | | | |
| Link > Hide | | 43:18     time, assuming that we did everything well. | | | | | |

| 23 | **44:12-44:15** | Tomasello, Shawn 2019-03-18 | 00:00:09 | 00:06:33 | 00:03:37 | 3766414 TOMASELL | M29.23 |
|---|---|---|---|---|---|---|---|
| | | 44:12  Q. Is it fair to say that Kite's first-mover | | | | | |
| | | 44:13     advantage, from Kite's point of view, if it did things | | | | | |
| | | 44:14     right, was a significant potential advantage? | | | | | |
| | | 44:15  A. Yes. | | | | | |

| 24 | **50:19-50:22** | Tomasello, Shawn 2019-03-18 | 00:00:11 | 00:06:42 | 00:03:28 | 3766414 TOMASELL | M29.24 |
|---|---|---|---|---|---|---|---|
| | | 50:19  Q. Is it fair to say that having a construct on | | | | | |
| | | 50:20     which to base your product is an important aspect from a | | | | | |
| | | 50:21     commercial point of view? | | | | | |
| | | 50:22  A. Sure. | | | | | |

| 25 | **50:24-50:25** | Tomasello, Shawn 2019-03-18 | 00:00:05 | 00:06:53 | 00:03:17 | 3766414 TOMASELL | M29.25 |
|---|---|---|---|---|---|---|---|
| | | 50:24         THE WITNESS: Without that, there isn't | | | | | |
| | | 50:25     anything. So, yeah, that's fair. | | | | | |

| 26 | **53:3-53:8** | Tomasello, Shawn 2019-03-18 | 00:00:14 | 00:06:58 | 00:03:12 | 3766414 TOMASELL | M29.26 |
|---|---|---|---|---|---|---|---|
| | | 53:3  Q. And you recall that Juno's message was that | | | | | |
| | | 53:4     JCAR17 had a better safety profile than -- | | | | | |
| | | 53:5  A. That's correct. | | | | | |
| | | 53:6  Q. -- correct? | | | | | |
| | | 53:7  A. That was their messaging. It was also their | | | | | |
| | | 53:8     messaging for JCAR15. | | | | | |

| 27 | **70:9-70:10** | Tomasello, Shawn 2019-03-18 | 00:00:05 | 00:07:12 | 00:02:58 | 3766414 TOMASELL | M29.27 |

■ Juno Designations   ■ Kite Counters

|    |                |                                                                                                                |         |
|----|----------------|----------------------------------------------------------------------------------------------------------------|---------|
|    |                | 70:9    Q. And so it's fair to say that Kite thought                                                           |         |
|    |                | 70:10   YESCARTA was going to be profitable; correct?                                                          |         |
| 28 | 70:13 - 70:16  | Tomasello, Shawn 2019-03-18    00:00:08   00:07:17   00:02:53   3766414 TOMASELL                               | M29.28  |
|    |                | 70:13   THE WITNESS: That was the intent.                                                                      |         |
|    |                | 70:14   BY MR. WELLS:                                                                                          |         |
|    |                | 70:15   Q. And it was projected that that profit was                                                           |         |
|    |                | 70:16   going to be somewhere in the range of 60 percent?                                                      |         |
| 29 | 70:19 - 70:20  | Tomasello, Shawn 2019-03-18    00:00:03   00:07:25   00:02:45   3766414 TOMASELL                               | M29.29  |
|    |                | 70:19   THE WITNESS: Based on the assumptions we                                                               |         |
|    |                | 70:20   made, it looks that way.                                                                               |         |
| 30 | 71:5 - 71:6    | Tomasello, Shawn 2019-03-18    00:00:03   00:07:28   00:02:42   3766414 TOMASELL                               | M29.30  |
|    |                | 71:5    And that's consistent with your best                                                                   |         |
|    |                | 71:6    recollection at the time?                                                                              |         |
| 31 | 71:9 - 71:9    | Tomasello, Shawn 2019-03-18    00:00:03   00:07:31   00:02:39   3766414 TOMASELL                               | M29.31  |
|    |                | 71:9    THE WITNESS: At the time, yes.                                                                         |         |
| 32 | 86:7 - 86:10   | Tomasello, Shawn 2019-03-18    00:00:12   00:07:34   00:02:36   3766414 TOMASELL                               | M29.32  |
|    |                | 86:7    Q. And is it fair to say that in 2017, one of the                                                      |         |
|    |                | 86:8    benefits or strengths that Kite saw with regard to                                                     |         |
|    |                | 86:9    introducing YESCARTA was it was going to be first to                                                   |         |
|    |                | 86:10   market for DBLBCL [verbatim]?                                                                          |         |
| 33 | 86:12 - 86:12  | Tomasello, Shawn 2019-03-18    00:00:01   00:07:46   00:02:24   3766414 TOMASELL                               | M29.33  |
|    |                | 86:12   THE WITNESS: Yes.                                                                                      |         |
| 34 | 95:20 - 95:22  | Tomasello, Shawn 2019-03-18    00:00:08   00:07:47   00:02:23   3766414 TOMASELL                               | M29.34  |
|    |                | 95:20   Q. Would you agree that YESCARTA was at least the                                                      |         |
|    |                | 95:21   primary driver for the value that you put on Kite?                                                     |         |
|    |                | 95:22   A. Yes --                                                                                              |         |
| 35 | 95:24 - 95:25  | Tomasello, Shawn 2019-03-18    00:00:02   00:07:55   00:02:15   3766414 TOMASELL                               | M29.35  |
|    |                | 95:24   THE WITNESS: -- especially in the early                                                                |         |
|    |                | 95:25   years.                                                                                                 |         |
| 36 | 108:14 - 108:16| Tomasello, Shawn 2019-03-18    00:00:08   00:07:57   00:02:13   3766414 TOMASELL                               | M29.36  |
|    |                | 108:14  Q. Is it fair to say that Kite anticipated that                                                        |         |
|    |                | 108:15  Juno would also be a direct competitor with DLBCL?                                                     |         |
|    |                | 108:16  A. Yes.                                                                                                |         |

■ Juno Designations     ■ Kite Counters

| 37 | **108:25 - 109:3** | Tomasello, Shawn 2019-03-18 | 00:00:12 | 00:08:05 | 00:02:05 | 3766414 TOMASELL | M29.37 |
|---|---|---|---|---|---|---|---|
| | | 108:25   Q. So is it fair to say that Kite anticipated | | | | | |
| | | 109:1      that Juno would compete with it not only with regard to | | | | | |
| | | 109:2      YESCARTA but with regard to other products as well? | | | | | |
| | | 109:3   A. Yes. | | | | | |

| 38 | **122:2 - 122:9** | Tomasello, Shawn 2019-03-18 | 00:00:22 | 00:08:17 | 00:01:53 | 3766414 TOMASELL | M29.38 |
|---|---|---|---|---|---|---|---|
| | | 122:2   Q. Did you ever do any analysis while you were at | | | | | |
| | | 122:3      Kite to determine how long the first-mover advantage | | | | | |
| | | 122:4      will last for Kite for DLBCL? | | | | | |
| | | 122:5   A. Not for CAR-T. We did it for the market and | | | | | |
| | | 122:6      applied assumptions to CAR-T. | | | | | |
| | | 122:7   Q. When you did it for the market, do you recall | | | | | |
| | | 122:8      how long you anticipated the first-mover advantage | | | | | |
| | | 122:9      lasting? | | | | | |

| 39 | **122:12 - 122:15** | Tomasello, Shawn 2019-03-18 | 00:00:16 | 00:08:39 | 00:01:31 | 3766414 TOMASELL | M29.39 |
|---|---|---|---|---|---|---|---|
| | | 122:12       THE WITNESS: You might want to ask the market | | | | | |
| | | 122:13      research people that, but I'm -- I think it was six | | | | | |
| | | 122:14      years to ten years, applying -- looking at hundreds of | | | | | |
| | | 122:15      cases and applying that thinking to CAR-T. | | | | | |

| 40 | **126:4 - 126:7** | Tomasello, Shawn 2019-03-18 | 00:00:14 | 00:08:55 | 00:01:15 | 3766414 TOMASELL | M29.40 |
|---|---|---|---|---|---|---|---|
| | | 126:4   Q. Would you agree that being first mover in the | | | | | |
| | | 126:5      market allows the first mover the opportunity to | | | | | |
| | | 126:6      establish a reputation with physicians, patients, and | | | | | |
| | | 126:7      institutions? | | | | | |

| 41 | **126:10 - 126:11** | Tomasello, Shawn 2019-03-18 | 00:00:03 | 00:09:09 | 00:01:01 | 3766414 TOMASELL | M29.41 |
|---|---|---|---|---|---|---|---|
| | | 126:10       THE WITNESS: Yes. Any reputation, good or | | | | | |
| | | 126:11      bad. | | | | | |

| 42 | **126:13 - 126:15** | Tomasello, Shawn 2019-03-18 | 00:00:08 | 00:09:12 | 00:00:58 | 3766414 TOMASELL | M29.42 |
|---|---|---|---|---|---|---|---|
| | | 126:13   Q. And can do so without having to compete with | | | | | |
| | | 126:14      another market player while establishing those | | | | | |
| | | 126:15      reputations; correct? | | | | | |

| 43 | **126:18 - 126:19** | Tomasello, Shawn 2019-03-18 | 00:00:04 | 00:09:20 | 00:00:50 | 3766414 TOMASELL | M29.43 |
|---|---|---|---|---|---|---|---|
| | | 126:18       THE WITNESS: As long as there's no one else | | | | | |
| | | 126:19      in the market, of course. | | | | | |

| 44 | **127:24 - 128:4** | Tomasello, Shawn 2019-03-18 | 00:00:15 | 00:09:24 | 00:00:46 | 3766414 TOMASELL | M29.44 |

■ Juno Designations    ■ Kite Counters

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 127:24 | One of the potential risks of being a |  |  |  |  |  |
|  |  | 127:25 | first-to-market mover is having a bad product or a bad |  |  |  |  |  |
|  |  | 128:1 | experience for customers and establishing a bad |  |  |  |  |  |
|  |  | 128:2 | perception of the -- for the market in general; is that |  |  |  |  |  |
|  |  | 128:3 | right? |  |  |  |  |  |
|  |  | 128:4 | A. Mm-hm. Yes. |  |  |  |  |  |
| 45 | **129:7 - 129:12** | Tomasello, Shawn 2019-03-18 | 00:00:12 | 00:09:39 | 00:00:31 | 3766414 TOMASELL |  | M29.45 |
|  |  | 129:7 | Q. And was one of the considerations that you |  |  |  |  |  |
|  |  | 129:8 | considered whether or not those centers were involved in |  |  |  |  |  |
|  |  | 129:9 | clinical trials with Juno? |  |  |  |  |  |
|  |  | 129:10 | A. Any clinical trial with any CAR-T. |  |  |  |  |  |
|  |  | 129:11 | Q. Including clinical trials with Juno? |  |  |  |  |  |
|  |  | 129:12 | A. Yes. |  |  |  |  |  |
| 46 | **150:24 - 151:3** | Tomasello, Shawn 2019-03-18 | 00:00:15 | 00:09:51 | 00:00:19 | 3766414 TOMASELL |  | M29.46 |
|  |  | 150:24 | Q. Now, we also talked earlier that when Kite |  |  |  |  |  |
|  |  | 150:25 | obtained approval for YESCARTA and DLBCL, Novartis |  |  |  |  |  |
|  |  | 151:1 | was -- had already obtained a CAR-T approval; is that |  |  |  |  |  |
|  |  | 151:2 | correct? |  |  |  |  |  |
|  |  | 151:3 | A. That's correct. |  |  |  |  |  |

Play Time for this Script:   **00:10:10**

■ Juno Designations     ■ Kite Counters

**Tomasello PA DC merged on 12-6-19_FINAL**

**Total time for all Scripts in this report:     00:10:10**

■ Juno Designations     ■ Kite Counters