# EXHIBIT 4

**Case Clip(s) Detailed Report**
Monday, December 09, 2019, 10:47:55 AM

## 28769-00003_Kite

 **Brentjens, Renier (Vol. 01) - 04/09/2019**                    1 CLIP  (RUNNING 00:12:37.727)

 The court reporter has handed you ...

**BRENTJENS2**        20 SEGMENTS  (RUNNING 00:12:37.727)                    

### 1. PAGE 32:06 TO 32:14 (RUNNING 00:00:21.577)

```
      06             So you say, "Since entering the
      07   Sadelain lab three months ago, I have
      08   cloned and sequenced the heavy and light
      09   chain variable regions from the SJ25C1 cell
      10   line."  Stop there.
      11             What was the -- the purpose of
      12   your cloning and sequencing the heavy and
      13   light chain variable regions of -- of that
      14   antibody?
```

### 2. PAGE 32:17 TO 33:13 (RUNNING 00:01:05.637)

```
      17             THE WITNESS:  The purpose of
      18     cloning those regions was to create an
      19     scFv that would be specific to CD19.
      20   BY MR. DANE:
      21     Q     And why did you want to create
      22   the CD19 specific scFv?
      23     A     It was to create an artificial T
      24   cell receptor that when expressed in T
      25   cells would divert the specificity of the T
00033:01             Brentjens
      02   cell to CD19.
      03     Q     In the next sentence you write,
      04   "This mouse hybridoma (kindly provided by
      05   Dr. Scheinberg, M.D., Ph.D. from our
      06   institution) produces a CD19 specific IgG
      07   monoclonal antibody."
      08             Was Dr. Scheinberg, M.D.
      09   associated in this case with MSKCC?
      10     A     Yes.
      11     Q     And he was in a different lab
      12   than Dr. Sadelain?
      13     A     He's the PI of his own lab, yes.
```

### 3. PAGE 35:19 TO 36:05 (RUNNING 00:00:12.967)

```
      19             (Whereupon, Notebook of Dr.
      20     Brentjens, was marked as Exhibit 235
      21     for identification, as of this date.)
      22   BY MR. DANE:
      23     Q     Okay.
      24             Doctor, you've been handed what's
      25   been marked as Exhibit 235.
00036:01             Brentjens
      02             And do you recognize this to be
      03   pages from one of your lab notebooks?
      04     A     I recognize this to be pages from
      05   one of my lab notebooks.
```

### 4. PAGE 36:06 TO 36:16 (RUNNING 00:00:48.109)

```
      06     Q     And if you look at the very --
      07   the second page, I guess, of the exhibit,
      08   is that a date indication on the right
      09   indicating February of 2000?
```

**28769-00003_Kite**

```
           10      A      Yes.
           11      Q      Okay.
           12             So let me ask you, if you could
           13   turn to notebook page 7.  And up at the top
           14   is a date of February 28, 2000 and a
           15   heading, "Repeat cloning of SJ25C1 VL
           16   regions."
```

**5. PAGE 37:08 TO 37:10  (RUNNING 00:00:09.299)**

```
           08      Q      What was 19Z1?
           09      A      That was the first generation C19
           10   targeted artificial T cell receptor.
```

**6. PAGE 38:03 TO 38:18  (RUNNING 00:00:59.408)**

```
           03      Q      And you then write, "The etiology
           04   of this is unclear.  However, there is
           05   discrepancy between the sequence of my scFv
           06   and that published by Bejcek, et al.
           07             "The published sequence is
           08   analogous for CDR1 and CDR2, but the CDR3
           09   region is different.  The sequence was
           10   obtained with two different RNA" --
           11      A      Preps.
           12      Q      Preps, okay.
           13             -- "from SJ25C1."
           14             So were you -- were you
           15   indicating here that -- that your scFv
           16   derived from scFv 25C1 was different from a
           17   separate scFv derived from SJ25C1 reported
           18   in this Bejcek publication?
```

**7. PAGE 38:21 TO 39:13  (RUNNING 00:00:36.619)**

```
           21      A      I don't recall the Bejcek
           22   publication.
           23             I'm not sure if it was an scFv or
           24   simply a sequence of the SJ25C1 antibody.
           25   So I don't know whether it referred to an
  00039:01             Brentjens
           02   scFv.
           03             I doubt that it referred to an
           04   scFv because they weren't that common back
           05   then.
           06      Q      It might have just been the CDR
           07   region of the antibody?
           08      A      That is correct.
           09      Q      And just for the record, you
           10   refer to CDR1, 2, and 3.  Can you explain
           11   what those are?
           12      A      Complimentary determining regions
           13   1, 2 and 3.
```

**8. PAGE 39:14 TO 39:18  (RUNNING 00:00:10.331)**

```
           14      Q      And you state at the bottom,
           15   "Nevertheless, there may be a difference in
           16   decreased signal due to a difference in
           17   CDR3."
           18             What were you referring to there?
```

**9. PAGE 39:21 TO 41:05  (RUNNING 00:01:43.225)**

```
           21      A      There was a published sequence of
           22   the light chain region, variable region.
           23   When we initially constructed 19 zeta 1,
           24   the T cells, after stimulation, the second
           25   stimulation, underwent apoptosis.
```

```
00040:01                    Brentjens
     02            The idea that this may have been
     03  due to a faulty or -- or difference in the
     04  sequence, that the binding wasn't strong
     05  enough to avoid this apoptosis, led us to
     06  look at previously-published sequences to
     07  see whether we had the correct sequence or
     08  whether we had the incorrect sequence of
     09  the light chain variable domain.
     10            To that end, we repeated the
     11  sequencing, we repeated the cloning, and we
     12  tried to recapitulate what was published.
     13            The resulting chimeric antigen
     14  receptor construct we termed 19 zeta 2,
     15  given the fact that the original was 19
     16  zeta 1.
     17            It turns out, to the best of my
     18  recollection, that we were probably correct
     19  -- that we were correct and Bejcek, et al,
     20  in that cancer research paper probably had
     21  a flaw in the sequence.
     22            Because, to the best of my
     23  recollection, and I haven't seen this data
     24  in many moons, 19 zeta 2 was not a
     25  functional CAR-T cell.  It was not
00041:01                    Brentjens
     02  functional as a receptor.  And, therefore,
     03  this second construct that we -- that we
     04  created was ultimately never used and
     05  discarded.
```

**10.  PAGE 42:05 TO 42:24  (RUNNING 00:01:24.770)**

```
     05     Q    And then, there is a reference
     06  here to page 12.  So go back where -- so it
     07  looks like in the middle of the page there
     08  is some nucleotide sequences.  And is this
     09  the comparison of the nucleotide sequence
     10  in your -- your SJ25C1scFv compared to the
     11  sequence published in -- in this Bejcek
     12  publication?
     13     A    It would appear to be so, yes.
     14     Q    And am I reading this correctly,
     15  that it appears that there are three
     16  differences in the -- your scFv and -- I
     17  apologize; I'm not good at remembering my
     18  amino acid and coding.
     19            But you had the CAA codon, which
     20  his did not.  And he had TAT and TTC, which
     21  yours did not.  Is that -- am I reading
     22  that correctly?
     23     A    That's what seems to be written
     24  there, yes.
```

**11.  PAGE 76:05 TO 77:03  (RUNNING 00:00:56.972)**

```
     05     Q    It goes on to say, "Any
     06  newly-developed CAR, therefore, requires
     07  extensive characterization -- and
     08  eventually modification -- as the exact
     09  rules that govern CAR activity are not yet
     10  deciphered."
     11            So I want to ask you a bit about
     12  that.
     13            Do you have an understanding of
     14  what's referred to here by "extensive
     15  characterization"?
     16     A    It is a -- it means that we have
```

```
            17    to analyze the cytokine released by the --
            18    the T cell.  We need to see how well the T
            19    cells proliferate, how well they kill and
            20    then do variable iterations of those
            21    receptors to find the optimal CAR design.
            22       Q     And was it a true statement to
            23    your understanding at the time of this
            24    publication that the exact rules that
            25    govern CAR activity were not yet
   00077:01                Brentjens
            02    deciphered?
            03       A     They still aren't.
```

**12. PAGE 101:12 TO 101:12 (RUNNING 00:00:02.735)**

```
            12       Q     Are there chimeric scFv's?
```

**13. PAGE 101:15 TO 101:25 (RUNNING 00:00:24.504)**

```
            15       A     I -- I -- I don't know.  There
            16    are chimeric antibodies that are part
            17    mouse/part human.  I don't -- I am not
            18    aware of anything -- such thing as a
            19    chimeric scFv.
            20       Q     But by which I would mean an scFv
            21    that has human constant domains, but -- but
            22    murine in the form of other animal-derived
            23    variable domains.
            24       A     Yes.  I -- I'm not aware of
            25    those, no.
```

**14. PAGE 147:24 TO 147:25 (RUNNING 00:00:07.545)**

```
            24       Q     And how would one go about
            25    selecting a specified CAR antigen epitope?
```

**15. PAGE 148:04 TO 149:05 (RUNNING 00:01:09.474)**

```
            04       A     You could write an entire book
            05    about that.
            06             You want to select a target that
            07    is expressed on all of the cancer cells and
            08    preferably not expressed on any of the
            09    normal tissues.
            10             You would want it to be expressed
            11    on the surface and not intracellularly.
            12             You would want the target to
            13    be -- to be requisite for -- for the
            14    survival of -- of the tumor cell, so that
            15    it can't edit it out so that you get immune
            16    escape.
            17             You would want it to be
            18    consistently expressed and not down
            19    regulated.
            20             I mean, the list goes on.
            21             And finding ideal target antigens
            22    for cancer, certainly in solid tumors, is a
            23    difficult chore and will require much more
            24    work on our parts.
            25             But an ideal tumor associated
   00149:01                Brentjens
            02    antigen is one that is expressed by all of
            03    the cancer cells and not expressed by any
            04    of their normal tissues that could cause
            05    side effects by such therapies.
```

**16. PAGE 150:08 TO 150:16 (RUNNING 00:00:20.412)**

```
            08       Q     So what would you do in order to
```

```
       09  select a specified antigen epitope?
       10     A    I -- I don't know.
       11          To go back to their statements,
       12  critical deterrence is like optimal scFv
       13  may remain unknown.
       14     Q    Okay.
       15     A    And that's still true today, as
       16  it was in 2013.
```

**17. PAGE 155:02 TO 155:05 (RUNNING 00:00:13.033)**

```
       02     Q    Do you have any view as to
       03  whether defining the cell population by --
       04  by having fixed ratios of the CD4+ and CD8+
       05  T cells yields better effects?
```

**18. PAGE 155:09 TO 155:15 (RUNNING 00:00:17.659)**

```
       09     A    There's no data that suggests
       10  that that's better.  Because no comparison
       11  between a bulk versus a -- a -- a
       12  one-to-one ratio 4s and 8s has ever been
       13  carried out scientifically.  So it's all
       14  conjecture.  One cannot make that statement
       15  either way.
```

**19. PAGE 222:06 TO 222:12 (RUNNING 00:00:20.870)**

```
       06     Q    After the experience that Juno
       07  had with the -- the fatal toxicities with
       08  their JCAR15 clinical trial, did they come
       09  to Sloan Kettering to -- to talk to you to
       10  try to understand why this may have
       11  happened, comparing it with the way that
       12  you conducted your trials?
```

**20. PAGE 222:16 TO 223:16 (RUNNING 00:01:12.581)**

```
       16     A    They came a couple of times and
       17  the discussions were by no means pleasant.
       18          Whether or not there was a
       19  constructive effort to really find out what
       20  was going on and how we could fix this
       21  problem, I don't recall that conversation
       22  ever taking place.
       23     Q    Why do you say, "The discussions
       24  were by no means pleasant"?
       25     A    Well, because I believe that the
00223:01              Brentjens
       02  investigators at Sloan Kettering, including
       03  myself, were extremely disappointed that
       04  the trial was discontinued.
       05          We had a -- we had a drug, as it
       06  were, that we showed high efficacy in
       07  adults with relapse refractory ALL, a
       08  disease that's almost universally fatal.
       09  So we had faith in it.  And unfortunately,
       10  we felt that there were differences in
       11  production that led to differences in
       12  outcomes and differences in toxicities that
       13  were observed.
       14          And we don't -- we didn't believe
       15  that Juno had made a full -- we couldn't
       16  understand why it was discontinued.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:37.727)**