# EXHIBIT 5


**Case Clip(s) Detailed Report**
**Monday, December 09, 2019, 11:31:28 AM**

## 28769-00003_Kite

 **Frohlich, Mark (Vol. 01) - 02/14/2019**                                             1 CLIP  (RUNNING 00:05:24.986)

 (Frohlich Exhibit 4 marked for ...

| FROHLICH | 12 SEGMENTS  (RUNNING 00:05:24.986) |  |

**1. PAGE 31:09 TO 31:21 (RUNNING 00:00:53.680)**

```
       09          Q.   The subject of this email says "mskcc
       10     huCD19."  What does that mean?
       11          A.   My recollection is that this was a project
       12     in which we were developing human binding domains as
       13     opposed to murine-binding domains to CD19.
       14          Q.   Was that in connection with MSKCC?
       15          A.   The binders were generated at a company
       16     that we subsequently acquired.  And my recollection
       17     is that we were collaborating with Michel Sadelain to
       18     do some of the testing of these binders.
       19          Q.   Was that company called Cross Body
       20     Biosciences, or X-BODY Biosciences?
       21          A.   X-BODY, yes, is my recollection.
```

**2. PAGE 37:04 TO 37:17 (RUNNING 00:00:41.435)**

```
       04               (Frohlich Exhibit 6 marked for
       05          identification)
       06          Q.   I've marked as Frohlich Exhibit 6 a
       07     two-page email bearing Bates numbers JUNO01211510
       08     through 512 and its associated attachment.
       09               Do you have Exhibit 6 in front of you?
       10          A.   I do.
       11          Q.   In Exhibit 6, Ken Mohler sends Dr. Sadelain
       12     a slide show presentation and cc.'s you; is that
       13     correct?
       14          A.   That appears to be the case.
       15          Q.   The slide show presentation is from X-BODY
       16     Sciences -- Biosciences?  Excuse me.
       17          A.   I see that.
```

**3. PAGE 38:01 TO 38:10 (RUNNING 00:00:29.720)**

```
    00038:01          Q.   The title of the presentation is "Binding
          02     and FMC63 vs JCAR15 Competition Profiles of Lead
          03     Human anti-CD19 ScFvs"; is that right?
          04          A.   That's what it says here.
          05          Q.   Could you please turn to slide No. 4, and
          06     let me know when you're there?
          07          A.   The one labeled "CD19 ScFv Lead Candidate
          08     Properties"?
          09          Q.   You got it.
          10          A.   Yes.
```

**4. PAGE 39:09 TO 40:05 (RUNNING 00:01:30.437)**

```
       09          Q.   Do you know why the program went on for a
       10     number of months or even years?
       11          A.   The goal was to generate fully human
       12     binders to CD19 and to try to optimize those.  And,
       13     yeah, my recollection is that we had some trouble
       14     with the technology in developing suitable binders.
       15     And actually, ultimately, Juno decided to stop using
       16     this particular platform technology for developing
       17     binders.
       18          Q.   The first four listed ScFvs have the same
```

**28769-00003_Kite**

```
         19   heavy variable chain; is that right?
         20        A.   It appears to be the case, yes.
         21        Q.   They differ in the amino acid sequence of
         22   their light chain; is that right?
         23        A.   That appears to be the case, yes.
         24        Q.   The last two ScFvs that are listed are
         25   FMC63 and JCAR15 respectively, correct?
00040:01        A.   That's what it states, yes.
      02        Q.   Looking at the amino acid sequences
      03   corresponding to FMC63 and JCAR15, they each have
      04   different light and heavy chains compared to each
      05   other; is that right?
```

**5. PAGE 40:07 TO 40:09 (RUNNING 00:00:09.457)**

```
         07        A.   The heavy and light chains appear to be
         08   distinct between FMC63 and JCAR15 as stated in this
         09   table.
```

**6. PAGE 41:16 TO 41:19 (RUNNING 00:00:09.977)**

```
         16        Q.   To the best of your knowledge, is there any
         17   way to predict the amino acid sequence of an ScFv
         18   that will bind to a specific epitope on a specific
         19   protein?
```

**7. PAGE 41:22 TO 42:01 (RUNNING 00:00:11.992)**

```
         22        A.   I'm not aware of there being algorithms to
         23   help predict what those are, but I believe people are
         24   working on those.
         25        Q.   So at this point, it remains an empirical
00042:01   science?
```

**8. PAGE 42:04 TO 42:06 (RUNNING 00:00:10.700)**

```
         04        A.   With -- with the current technology, in
         05   general, one generates binders and then determines
         06   what their sequences are as opposed to the converse.
```

**9. PAGE 61:01 TO 61:02 (RUNNING 00:00:06.691)**

```
00061:01             In your experience, the importance of the
      02   linker is dependent upon the specific binder?
```

**10. PAGE 61:05 TO 61:09 (RUNNING 00:00:16.074)**

```
         05        A.   You know, the rules exactly by -- which can
         06   predict, you know, which particular CAR is going to
         07   work or not have not entirely been worked out.  So
         08   whether it's the binder or other features of the CAR,
         09   I can't specify.
```

**11. PAGE 63:19 TO 63:23 (RUNNING 00:00:14.570)**

```
         19        Q.   Do you feel that you are not a scientist
         20   specializing in this area?
         21        A.   I would -- I would always rely in the
         22   expertise of a biologist with more specific expertise
         23   in this area.
```

**12. PAGE 172:12 TO 172:19 (RUNNING 00:00:30.253)**

```
         12        Q.   I've marked as Exhibit 22 a reproduction of
         13   your LinkedIn bio.  Does the reproduction of your
         14   LinkedIn bio help you to determine whether or not you
         15   were at Juno in May of 2017?
         16        A.   Yeah.  I was still employed in May of 2017.
         17   However, I had kind of negotiated my departure, and
         18   so I stopped attending some of the executive
         19   committee meetings.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:24.986)**