# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JUNO THERAPEUTICS, INC.;
     MEMORIAL SLOAN KETTERING
 5   CANCER CENTER; and SLOAN
     KETTERING INSTITUTE FOR
 6   CANCER RESEARCH,

 7              Plaintiffs,

 8              vs.                    Case No.
                                       2:17-cv-07639-SJO-
 9   KITE PHARMA, INC.,                RAO

10              Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~
11   AND RELATED COUNTERCLAIMS
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~
12

13              HIGHLY CONFIDENTIAL

14      VIDEOTAPED DEPOSITION OF AYA JAKOBOVITS, Ph.D.

15

16            FRIDAY, FEBRUARY 8, 2019

17                   9:58 A.M.

18

19       2049 CENTURY PARK EAST, 23RD FLOOR

20              LOS ANGELES, CALIFORNIA

21

22

23

24

25   Reported by Megan M. Grossman-Sinclair, CSR 12586
```



```
 1              APPEARANCES OF COUNSEL

 2

 3   For Plaintiffs:

 4        IRELL & MANELLA LLP
          ELIZABETH TUAN, ESQ.
 5        1800 Avenue of the Stars
          Suite 900
 6        Los Angeles, California  90067
          T:  (310) 277-1010
 7        etuan@irel.com

 8        JONES DAY
          ASTRID R. SPAIN, ESQ.
 9        4655 Executive Drive
          Suite 1500
10        San Diego, California  92121
          T:  (858) 314-1167
11        arspain@jonesday.com

12
     For Defendants:
13
          MUNGER, TOLLES & OLSON LLP
14        TED DANE, ESQ.
          350 South Grand Avenue
15        50th Floor
          Los Angeles, California  90071
16        T:  (213) 683-9105
          ted.dane@mto.com
17

18   For the Witness:

19        VENABLE, LLP
          SARAH S. BROOKS, ESQ.
20        ALICIA SHARON, ESQ.
          2049 Century Park East
21        Suite 2300
          Los Angeles, California  90067
22        T:  (310) 229-0408
          ssbrooks@venable.com
23        asharon@venable.com

24

25
```



```
 1            APPEARANCES (Continued)

 2

 3   Also Present:

 4        TASHICA W. AMIRGHOLIZADEH, Ph.D.
          GILEAD SCIENCES, INC.
 5        Corporate Counsel

 6
          SAMANTAK GHOSH
 7        GILEAD SCIENCES, INC.
          IP Litigation Counsel
 8

 9        TODD BULLOCK, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | will have Elizabeth re-read the question, but that | 11:54:00 |
| 2 | you did not review Dr. Sadelain's IP.  So I would | 11:54:03 |
| 3 | just add an objection to lack foundation. | 11:54:08 |
| 4 | THE WITNESS:  So can you repeat the | 11:54:12 |
| 5 | question? | 11:54:15 |
| 6 | BY MS. TUAN: | 11:54:15 |
| 7 | Q.  Sure.  So after you received this | 11:54:15 |
| 8 | e-mail from Dr. Ribas which said that Dr. Sadelain | 11:54:18 |
| 9 | had sent his CD19 CAR backbone to Dr. Rosenberg, | 11:54:19 |
| 10 | you did not review Dr. Sadelain's IP again? | 11:54:26 |
| 11 | MS. BROOKS:  Renew my objection as | 11:54:29 |
| 12 | to lack of foundation. | 11:54:31 |
| 13 | THE WITNESS:  I myself did not.  I | 11:54:38 |
| 14 | myself did not.  It was -- the instructions. | 11:54:56 |
| 15 | BY MS. TUAN: | 11:55:07 |
| 16 | Q.  So you personally did not review | 11:55:07 |
| 17 | it? | 11:55:09 |
| 18 | A.  I myself -- I myself did not | 11:55:09 |
| 19 | review. | 11:55:13 |
| 20 | Q.  And did you ask anyone else at Kite | 11:55:13 |
| 21 | to review Dr. Sadelain's IP after you received | 11:55:17 |
| 22 | this e-mail from Dr. Ribas? | 11:55:20 |
| 23 | A.  I don't recall. | 11:55:25 |
| 24 | Q.  Did you have an understanding of | 11:55:25 |
| 25 | the components of the NCI -- the NCI CD19 CAR | 11:55:42 |



1                    REPORTER'S CERTIFICATION

2

3

4

5        I, Megan Grossman-Sinclair, Certified

6   Shorthand Reporter, in and for the State of

7   California, do hereby certify:

8

9        That the foregoing witness was by me duly

10  sworn; that the deposition was then taken before

11  me at the time and place herein set forth; that

12  said testimony and proceedings were reported

13  stenographically by me and later transcribed into

14  typewriting under my direction; that the foregoing

15  is a true record of the testimony and proceedings

16  taken at that time.

17

18       IN WITNESS WHEREOF, I have subscribed my name

19  this 11th day of February 2019.

20

21  

22

23  Megan Grossman-Sinclair, CSR No. 12586

24

25