JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S SECOND APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RE KITE'S EMERGENCY OBJECTIONS TO PLAINTIFFS' END RUN AROUND THE COURT'S DAMAGES-RELATED *DAUBERT* ORDER, INCLUDING EXHIBITS AND TESTIMONY OF EDWARD DULAC** |

Pursuant to L.R. 79-5.2.2, section 31(e) of the Court's civil standing order, and the Court's Order at Dkt. 629, Defendant Kite Pharma, Inc. ("Kite") requests leave to conditionally file under seal the following documents:

- Kite Pharma Inc.'s Emergency Objections to Plaintiffs' End Run Around the court's Damages-Related *Daubert* Order, Including Exhibits and Testimony of Edward Dulac; and
- Exhibit 1.

The above-mentioned documents have been—or quote or discuss documents that have been—designated by Plaintiffs as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY."

On January 2, 2020, the Court denied without prejudice (Dkt. 629) Kite's prior application for leave to file these documents under seal (Dkt. 491). Plaintiffs subsequently requested that Kite file a second application for leave to file the above-mentioned documents under seal, and indicated that they will file a declaration in support thereof.

DATED: January 15, 2020          MUNGER, TOLLES & OLSON LLP

By: _____/s/ *Vincent Ling*_____
    Vincent Ling
    Attorney for Defendant-Counterclaimant
    KITE PHARMA, INC.