JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING KITE PHARMA. INC.'S SECOND APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 IN SUPPORT OF BENCH BRIEF REGARDING REFERENCE TO THE COURT'S CLAIM CONSTRUCTION DECISION** |

The Court, having considered Kite Pharma. Inc.'s Second Application for Leave to File under Seal Documents Re: Kite Pharma Inc.'s Emergency Objections to Plaintiffs' End Run Around the Court's *Daubert* Order, Including Exhibits and Testimony of Edward Dulac, finds that good cause exists to maintain under seal the following documents filed conditionally under seal:

| Sealed Document | Disposition |
| --- | --- |
| Kite Pharma Inc.'s Emergency Objections to Plaintiffs' End Run Around the Court's Damages-Related *Daubert* Order, Including Exhibits and Testimony of Edward Dulac | Granted |
| Exhibit 1 | Granted |

IT IS SO ORDERED.

Dated:_____

Hon. S. James Otero
UNITED STATES DISTRICT JUDGE

- 1 -