JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S EXHIBIT 3 IN SUPPORT OF ITS EMERGENCY OBJECTIONS TO PLAINTIFFS' END RUN AROUND THE COURT'S DAMAGES-RELATED *DAUBERT* ORDER, INCLUDING EXHIBITS AND TESTIMONY OF EDWARD DULAC**<br><br>**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 2, 2020 (ECF NO. 629)** |

1    Pursuant to the Court's Order on various applications to seal, Dkt. 629, attached hereto is Exhibit 3 in support of Defendant Kite Pharma, Inc.'s Emergency Objections to Plaintiffs' End Run Around the Court's Damages-Related *Daubert* Order, Including Exhibits and Testimony of Edward Dulac (Dkt. 489).  Plaintiffs have informed Kite that this exhibit can be filed publicly.

DATED:  January 15, 2020        MUNGER, TOLLES & OLSON LLP


By: _____/s/ *Vincent Ling*_____
       Vincent Ling
Attorney for Defendant-Counterclaimant
KITE PHARMA, INC.