# EXHIBIT 3

**FILED PUBLICLY PURSUANT TO COURT ORDER
DATED JANUARY 2, 2020 (ECF NO. 629)**

```
 1

 2                UNITED STATES DISTRICT COURT                    08:22:55

 3                CENTRAL DISTRICT OF CALIFORNIA

 4

 5   JUNO THERAPEUTICS, INC.,        )
     MEMORIAL SLOAN KETTERING        ) Case No.
 6   CANCER CENTER, and SLOAN        ) 217-CV-7639
     KETTERING INSTITUTE FOR         ) (SJO)(RAO)
 7   CANCER RESEARCH,                )
                                     )
 8              Plaintiffs,          )
                                     )
 9        vs.                        )
                                     )
10   KITE PHARMA, INC.,              )
                                     )
11              Defendant.           )
     ------------------------------  )
12                                   )
        AND RELATED COUNTERCLAIMS    )
13                                   )
     -------------------------------)

14

15

16

17   VIDEOTAPED DEPOSITION OF ROBERT EDWARD DULAC,

18      individually and as 30(b)(6) Corporate

19      Designee of JUNO THERAPEUTICS, INC.

20

21                 New York, New York

22                Tuesday, April 2, 2019

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J3910131
```



```
 1
 2   that, no.                                                    15:38:15
 3        Q.   Since the acquisition, has Celgene                 15:38:16
 4   or Juno entered into any license agreements                  15:38:18
 5   involving comparable products?                               15:38:22
 6             MR. WELLS:  Objection; vague, calls                15:38:24
 7        for a legal conclusion.                                 15:38:28
 8   BY MR. VINCENT:                                              15:38:28
 9        Q.   You can answer.                                    15:38:29
10        A.   Can you re-ask the question.                       15:38:30
11        Q.   Sure.                                              15:38:31
12             Since the acquisition, has Celgene                 15:38:32
13   or Juno entered into any licensing agreements                15:38:34
14   involving products that you believe to be                    15:38:38
15   comparable to CAR-T products?                                15:38:41
16             MR. WELLS:  Objection; vague, calls                15:38:43
17        for a legal conclusion, expert                          15:38:47
18        testimony.                                              15:38:47
19   BY MR. VINCENT:                                              15:38:48
20        Q.   You can answer.                                    15:38:48
21        A.   I'm not sure I understand "similar                 15:38:50
22   to CAR-T products."                                          15:38:53
23        Q.   Okay.                                              15:38:54
24             Well, one of the topics that you've                15:38:55
25   been identified for is topic number 2 and                    15:38:58
```



| | | |
|---|---|---|
| 1 | | |
| 2 | Celgene, which reads "The terms, negotiation | 15:39:01 |
| 3 | of, and business rationale for any in-license | 15:39:03 |
| 4 | or out-license of intellectual property | 15:39:06 |
| 5 | relating to CAR-T technology or any other | 15:39:08 |
| 6 | technology that you, Juno, or Kite contend | 15:39:11 |
| 7 | may be comparable to the '190 patent" and I'm | 15:39:14 |
| 8 | just asking:  Are you aware of any such | 15:39:18 |
| 9 | license? | 15:39:20 |
| 10 |       MR. WELLS:  And to make the record | 15:39:20 |
| 11 |    clear, this is subject to our objections | 15:39:22 |
| 12 |    and you're reading just from the topic. | 15:39:24 |
| 13 |    Our objections included objections | 15:39:27 |
| 14 |    regarding the fact that it calls for | 15:39:29 |
| 15 |    expert testimony regarding what's | 15:39:30 |
| 16 |    comparable and what's not. | 15:39:31 |
| 17 |       But to the extent that you can | 15:39:32 |
| 18 |    answer, I think the topic on the first | 15:39:35 |
| 19 |    part says "relating to CAR-T technology" | 15:39:37 |
| 20 |    which is what we designated a witness | 15:39:40 |
| 21 |    for. | 15:39:42 |
| 22 |       MR. VINCENT:  Um-hum. | 15:39:42 |
| 23 |       MR. WELLS:  So if you want to -- | 15:39:43 |
| 24 |       That's my objection. | 15:39:47 |
| 25 |    A.   Since the acquisition, I'm not | 15:39:48 |



| | | |
|---|---|---|
| 1 | | |
| 2 | aware of licensing any comparable technology. | 15:39:50 |
| 3 | BY MR. VINCENT: | 15:39:53 |
| 4 |     Q.   And just to -- because of the | 15:39:56 |
| 5 | objection, you're not aware of any licensing | 15:39:59 |
| 6 | of any CAR-T technology since the | 15:40:03 |
| 7 | acquisition, correct? | 15:40:06 |
| 8 |     A.   As a general rule, we look at | 15:40:08 |
| 9 | in-licensing many different technologies.  I | 15:40:11 |
| 10 | think it's hard to say what CAR-T is | 15:40:15 |
| 11 | related -- what related CAR-T technologies. | 15:40:18 |
| 12 | But we have not licensed any additional CAR-T | 15:40:20 |
| 13 | products since the acquisition. | 15:40:24 |
| 14 |     Q.   Or any products that you believe | 15:40:26 |
| 15 | are comparable technology; is that correct? | 15:40:29 |
| 16 |        MR. WELLS:  Excuse me.  That calls | 15:40:33 |
| 17 |    for a legal conclusion, calls for expert | 15:40:35 |
| 18 |    testimony regarding what is comparable. | 15:40:37 |
| 19 |    The witness is designated regarding | 15:40:39 |
| 20 |    CAR-T technologies and licenses related | 15:40:41 |
| 21 |    thereto, and so anything else is outside | 15:40:44 |
| 22 |    the scope. | 15:40:46 |
| 23 | BY MR. VINCENT: | 15:40:46 |
| 24 |     Q.   Subject to the objection, do you | 15:40:47 |
| 25 | have -- are you aware of anything?  I'm just | 15:40:49 |



```
 1
 2    trying to use your wording.                           15:40:51
 3          A.    I wouldn't add anything in addition       15:40:55
 4    to the response.                                      15:40:58
 5          Q.    When you say in the answer "since         15:40:59
 6    the acquisition, I'm not aware of any -- of           15:41:01
 7    licensing any comparable technology," that's          15:41:03
 8    just your lay opinion, correct?                       15:41:05
 9                MR. WELLS:  Objection; scope, calls       15:41:08
10          for a legal conclusion.                         15:41:10
11                The witness is here to testify            15:41:11
12          regarding licenses relating to CAR-T            15:41:13
13          technology.  He doesn't have an                 15:41:15
14          understanding as what is legally                15:41:16
15          comparable.                                     15:41:17
16    BY MR. VINCENT:                                       15:41:18
17          Q.    You can answer.                           15:41:19
18          A.    Yeah, I don't know what you mean by       15:41:20
19    "comparable technologies."                            15:41:22
20          Q.    I'm just reading back your answer.        15:41:24
21    And I didn't use "legally," I'm just saying           15:41:26
22    you said "Since the acquisition, I'm not              15:41:28
23    aware of licensing any comparable                     15:41:30
24    technology."  I'm just trying to understand,          15:41:31
25    what do you mean by that?                             15:41:33
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1
 2               C E R T I F I C A T E
 3    STATE OF NEW YORK     )
 4                          : ss.
 5    COUNTY OF NEW YORK    )
 6
 7            I, TAMI H. TAKAHASHI, a Notary
 8       Public within and for the State of New
 9       York, do hereby certify:
10            That EDWARD DULAC, the witness
11       whose deposition is hereinbefore set
12       forth, was duly sworn by me and that
13       such deposition is a true record of the
14       testimony given by the witness.
15            I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage, and that I
18       am in no way interested in the outcome
19       of this matter.
20            IN WITNESS WHEREOF, I have hereunto
21       set my hand this 11th day of April 2019.
22
23                   
24                   _____
25                    TAMI H. TAKAHASHI
```