JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KITE PHARMA, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DEFENDANT KITE PHARMA, INC.'S NOTICE OF LODGING OF BENCH BRIEF REGARDING REFERENCE TO THE COURT'S CLAIM CONSTRUCTION DECISION AND SUPPORTING EXHIBITS** |

1  Pursuant to the Court's Order on various applications to seal, Dkt. 629, attached hereto are Defendant Kite Pharma, Inc.'s ("Kite's") Bench Brief Regarding Reference to the Court's Claim Construction Decision, and Exhibits 1 and 2 in support thereof.

Unredacted versions of these documents were previously filed non-publicly at Dkt. 512-1 through Dkt. 512-3, and a redacted version of the Bench Brief was filed at Dkt. 511-1. A declaration in support of the Bench Brief is also being filed herewith, as the prior declaration at Dkt. 512 describing Exhibits 1 and 2 is non-public. Plaintiffs have informed Kite that the Bench Brief and exhibits can be filed publicly.

DATED: January 15, 2020         MUNGER, TOLLES & OLSON LLP

By:     /s/ *Vincent Ling*
     Vincent Ling
Attorney for Defendant-Counterclaimant
KITE PHARMA, INC.