# EXHIBIT 1

**FILED PUBLICLY PURSUANT TO COURT ORDER
DATED JANUARY 2, 2020 (ECF NO. 629)**

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JUNO THERAPEUTICS, INC., MEMORIAL SLOAN
     KETTERING CANCER CENTER, and SLOAN
 5   KETTERING INSTITUTE FOR CANCER RESEARCH,

 6          Plaintiffs,

 7       vs. Case No. 2:17-cv-07639-SJO-RAO

 8   KITE PHARMA, INC.,

 9          Defendant.
     _____
10   AND RELATED COUNTERCLAIMS.
     _____
11

12          CONFIDENTIAL - ATTORNEYS' EYES ONLY

13             VIDEOTAPED DEPOSITION OF

14             JOHN QUACKENBUSH, Ph.D.

15                 June 14, 2019

16

17             9:17 a.m. - 5:00 p.m.

18

19       350 South Grand Avenue, 50th Floor

20          Los Angeles, California 90071

21

22

23        DAVID OCANAS, CSR NO. 12567

24

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

1  invention comprises the amino acid sequence that's
2  encoded by SEQ ID NO:6.
3          If we adopt what Memorial Sloan Kettering
4  in the RCE told us was the sequence, then the
5  invention itself would not begin with amino acid        13:47
6  113, but 114.
7  BY MR. DANE:
8      Q.   For these purposes I'm not asking you what
9  MSKCC said in the RCE, I'm asking you to adopt what
10 the court in this case determined what is the           13:48
11 prepared interpretation of the claim term prior to
12 the COC.
13         Looking at that language that the court
14 has determined is the appropriate reading of the
15 claim, do you have any reason to believe that           13:48
16 someone of skill in the art could not create a
17 construct as described in Exhibit 363?
18         MS. JEFFRIES:  Objection to the preamble
19 of the question as mischaracterizing the record.
20         THE WITNESS:  First, we have to remember        13:48
21 the court has not ruled on the certificate of
22 correction.
23         And not being an attorney, I can't opine
24 on the legal ramifications of that being correct or
25 not correct.                                            13:48



| | |
|---|---|
| 1       If I look at the patent itself, and really | |
| 2   worked through the examples and look at the primer | |
| 3   SEQ ID No:4 and SEQ ID No:5 and look at this from | |
| 4   the point of view of someone who actually tried to | |
| 5   practice this invention, I would rapidly come to | 13:49 |
| 6   the conclusion that the sequence they are claiming | |
| 7   for the costimulatory region encompasses amino | |
| 8   acids 114 to 220. | |
| 9       Hypothetically, people could do lots of | |
| 10  different things, but I'm not going to opine on | 13:49 |
| 11  what one could do. | |
| 12      What I think is most important to talk | |
| 13  about here is what is represented in this patent. | |
| 14  My best read of this patent, pointing to the | |
| 15  primers themselves, the sequence that I would | 13:49 |
| 16  conclude as a scientist is represented in their | |
| 17  invention, spans amino acids. | |
| 18  BY MR. DANE: | |
| 19      Q.  You don't -- I'll represent to you, it's | |
| 20  not mentioned here, did you review the expert | 13:50 |
| 21  report of Dr. Marasco? | |
| 22      A.  It's not listed here.  I don't recall | |
| 23  doing it. | |
| 24      Q.  Do you have any understanding that Juno | |
| 25  has taken the position that a CAR construct that | 13:51 |



```
 1  the invention would be the sequence between those
 2  primers, because that's how you would copy a piece
 3  of human DNA and use it to make a chimeric T-cell
 4  receptor whether or not other references occur,
 5  really the definition should be those primers."
 6          That was your testimony; right?
 7      A.  I am assuming you are reading it
 8  correctly.  That's what I said.
 9      Q.  You wouldn't view the sequence that
10  appears in the sequence listing for SEQ ID NO:6 to        14:15
11  be the definition of the proper sequence?
12          MS. JEFFRIES:  Objection, vague.  Asked
13  and answered.
14          THE WITNESS:  As stated in the RCE, the
15  proper SEQ ID NO:6 was the one that runs from             14:16
16  nucleic acid 340 to 660.
17          That corrected definition is the one I
18  would consider, the proper definition of SEQ ID
19  NO:6, and that sequence is what precisely is
20  defined by SEQ ID No:4 and SEQ ID No:5.                   14:16
21  BY MR. DANE:
22      Q.  Going back to my original question, I'm
23  asking you, before the RCE was filed, was there
24  anything in the specification of the patent that
25  you are aware of that suggested that the proper           14:16
```



```
 1   costimulatory sequence comprised amino acids 114 to
 2   220 of CD28 other than the primers?
 3              MS. JEFFRIES:  Objection, vague.
 4              THE WITNESS:  There's no reason for me to      14:16
 5   look at isolation and start to eliminate different
 6   elements.
 7              The patent -- again, this is my
 8   understanding of the patent in process, the reason
 9   behind filing a patent is to fully disclose
10   invention so others can practice that invention.         14:17
11              In a way that gives you exclusive rights
12   to practice that invention or to license it to
13   others, which would mean that one should really do
14   is think about what you need to practice that
15   invention.                                                14:17
16              If you take all the intrinsic evidence
17   together in the patent, and the prosecution
18   history, it points to nucleic acids 340 to 660 or
19   amino acids 114 to 220.
20   BY MR. DANE:                                              14:17
21        Q.   Again, going back to the specific question
22   I asked, just asking, are you aware of anything in
23   the specification of the patent prior to the RCE
24   being filed that suggested that the proper
25   costimulatory sequence comprised amino acids 114 to       14:17
```



```
 1  220 of CD28 other than the primers?
 2          MS. JEFFRIES:  Objection, vague.
 3          THE WITNESS:  I'm not willing to look at
 4  isolated elements.
 5          When I try to interpret a patent, what I
 6  try to do is look at it in its entirety.  I'm not
 7  going to cut out different portions.
 8          That entire specification should teach me
 9  how to practice the invention that is claimed in
10  the claims and so I can't throw out one or two
11  pieces of information to try to redefine what the
12  invention is.
13  BY MR. DANE:
14      Q.  Prior to the RCE, was the amino acid range
15  114 to 220 written out explicitly anywhere in the
16  specification?
17          MS. JEFFRIES:  Objection, vague.
18          THE WITNESS:  To my recollection, I'm not
19  sure that 114 to 220 -- it may have been -- in
20  fact, I'm happy to go back and look.
21          I know there was a correction in the RCE
22  where the range -- there was a typo in the range
23  where it says 144 to 220.
24          But whether or not it's explicitly written
25  out, if I were to go back and practice the
```

14:18
14:18
14:18
14:18
14:19



```
 1  invention described in the patent, I would rely on
 2  those primer sequences, since those are the
 3  operational units I would use to construct the
 4  costimulatory portion of the chimeric antigen
 5  receptor.                                               14:19
 6  BY MR. DANE:
 7      Q.  Going back to my question, you're not
 8  aware of the range of amino acids 114 to 220
 9  appearing anywhere in the patent specifications
10  prior to the filing of the RCE, are you?               14:20
11          MS. JEFFRIES:  Objection, vague.
12          THE WITNESS:  So if we look at the patent
13  in column 4, in column 4, there is a statement
14  that -- this is lines 18 through 33, describing the
15  CD28 sequences and in line 23, the portion of the      14:21
16  costimulatory region of CD28 involves the amino
17  acids 114 to 220.
18  BY MR. DANE:
19      Q.  You understand that was actually changed
20  in the RCE; isn't that right?                           14:21
21      A.  That was corrected in the RCE, yes.
22      Q.  Before the RCE, that amino acid range of
23  114 to 220 did not appear in column 4; right?
24      A.  It did not appear in column 4, but the
25  range of 114 to 220 was what was represented            14:22
```



```
 1  is the subject of this patent and its claims.
 2          So what you have to do is look at this and
 3  say does it encode a sequence that makes sense in
 4  the context of everything else.
 5          Those additional four bases, if you take           15:02
 6  the sequence and simply translate it, rapidly takes
 7  you to a stop codon even before the end.
 8          If you were doing a six-frame translation,
 9  what you find is the rapid appearance of a stop
10  codon in the primary frame.                                15:03
11          You will say, how do we use this to make
12  the chimeric antigen receptor, the specification of
13  the patent teaches us what we should use is the
14  primers with SEQ ID NO:4 and SEQ ID NO:5 which are
15  called out correctly in the specifics and that             15:03
16  points you to amino acids 114 to 220 and nucleic
17  acids 340 to 660.
18          Any little piece of evidence here has to
19  really be looked at in the light of what is
20  presented in the entirety of the patent.                   15:03
21      Q.  Wouldn't you agree there's no dispute that
22  SEQ ID NO:6 refers to a nucleotide sequence that
23  encodes amino acids 113 to 220 in the
24  pre-certificate of correction patent?
25          MS. JEFFRIES:  Objection, vague.  Calls            15:04
```



```
 1  for a legal conclusion.
 2          THE WITNESS:  What that sequence encodes
 3  in the absence of context really doesn't matter.
 4          I can give you a long sequence that
 5  encodes many different things that has many stop       15:04
 6  codons.
 7          The whole purpose of an -- of a patent is
 8  to claim an invention and then teach someone how to
 9  practice it.  If you simply took that sequence and
10  inserted it into the construct as is, it would not    15:04
11  allow you to create the chimeric antigen receptor.
12          So if you look at the record and the RCE,
13  it really seems like what Dr. Larson or Ms. Larson
14  was trying to do was to provide the correct
15  sequence both for SEQ ID NO:6 and the primer so       15:04
16  somebody -- SEQ ID NO:4, so someone could
17  unambiguously practice the invention that is
18  claimed.
19          So whether or not the erroneous sequence
20  encodes something or not, it doesn't matter in        15:05
21  isolation.  If you look at what they are claiming
22  in this patent and the embodiments they describe,
23  it's obvious it's got to be nucleic acids 340 to
24  660, amino acids 114 to 220.
25  BY MR. DANE:                                          15:05
```



800.211.DEPO (3376)
EsquireSolutions.com

1     Q.  I understand your opinion, that you think
2  this doesn't really matter.
3        Once again, I'm entitled to ask my
4  questions and create a clear record.
5        Let me ask again, is it your testimony                        15:05
6  that SEQ ID NO:6 refers to a nucleotide SEQ ID NO:6
7  that encodes amino acids 114 to 220 in the
8  pre-certificate of correction patent?
9     A.  My testimony here today and my opinion is
10 if we look at SEQ ID NO:6 in the context of the                     15:05
11 invention claims described in the patent, it's
12 quickly obvious that SEQ ID NO:6 is incorrect for a
13 variety of reasons, which I would be happy to share
14 with you again.  If we really look how someone
15 would operationalize the invention and describe the                 15:06
16 invention described in the primers, we have to look
17 to the correct SEQ ID NO:4 and SEQ ID NO:5 which
18 unambiguously defines the sequence as that between
19 nucleic acids 340 to 660 which is precisely what
20 the RCE was intended to correct.                                    15:06
21    Q.  But I'm not asking you that.  Again, I
22 want to be very, very clear because I want this to
23 be clear on the record.
24       I'm just asking what is the amino acid
25 sequence that SEQ ID NO:6 in the pre-COC patent     15:06



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  encodes?
 2          Let me point you to column 15, I'll ask
 3  you some questions and we'll go through this.  Let
 4  me know when you have that in front of you?
 5      A.  Column 15 of the patent?                         15:07
 6      Q.  Yes.
 7          MS. JEFFRIES:  Objection, vague and
 8  ambiguous.
 9  BY MR. DANE:
10      Q.  Do you have it in front of you?                 15:07
11      A.  Column 15?
12      Q.  Column 15.
13      A.  All right.
14      Q.  You recognize this to be the original
15  sequence that in your opinion has errors; is that       15:07
16  correct?
17      A.  So this is the incorrect sequence that
18  Memorial Sloan Kettering attempted to correct in
19  the RCE.
20      Q.  What amino acid range does this sequence        15:07
21  encode?
22          MS. JEFFRIES:  Objection, vague.
23          THE WITNESS:  So if you want a complete
24  answer to that question, I will tell you that there
25  are six possible encodings represented in this          15:07
```



```
 1  nucleic acid sequence.
 2          We can start at the first base and read
 3  off every set of three bases and determine an amino
 4  acid sequence.
 5          We can start at the second base and do          15:08
 6  that.
 7          We can start at the third base and do
 8  that.
 9          We can take the sequence in reverse
10  complement and we can start off reading the first     15:08
11  base and the second base and the third base in the
12  other direction and read off six amino acid
13  sequences.
14          The question as you are framing it is
15  vague and has no clear answer.                         15:08
16          The answer is, there are six different
17  possibilities which come from simply looking at the
18  sequence in the absence of all other information.
19          If you would like, I can tell the sequence
20  and translate it for you in all six frames and        15:08
21  provide that to you.
22          One of them would potentially -- it
23  wouldn't be the natural frame, but it would -- it
24  would coincide with amino acids 113 to 220.
25          But there are other frames, too.              15:08
```



```
 1           Just saying what amino acids are encoded
 2    in this nucleic acid sequence is a meaningless
 3    question.
 4           What you really have to ask is what amino
 5    acids are encoded in the sequence in the context of      15:09
 6    the claimed invention?
 7           Given the ambiguity of the sequence, the
 8    only thing I can turn to are the primers which were
 9    used to construct the chimeric antigen receptor.
10           If you want to ask a vague question which         15:09
11    doesn't have any meaning, my answer is there are
12    six possible amino acids SEQ ID NO:6 of varying
13    length, one which corresponds to amino acids 113 to
14    220.
15           But none of those given the nucleic acid          15:09
16    sequence would represent what's actually described
17    in the specifications in the invention.
18    BY MR. DANE:
19       Q.  Did you really read the court's claim
20    construction order?                                      15:09
21           MS. JEFFRIES:  Objection, argumentative.
22           THE WITNESS:  Yes, I did read the court's
23    claim construction.
24    BY MR. DANE:
25       Q.  Do you understand that the court has              15:10
```



```
 1  determined as a matter of law that SEQ ID NO:6 as
 2  listed here defines an amino acid sequence of 113
 3  to 220 of CD28?
 4          MS. JEFFRIES:  Objection, calls for a
 5  legal conclusion.                                      15:10
 6  BY MR. DANE:
 7      Q.  Do you understand that, sir?
 8          MS. JEFFRIES:  Objection, calls for a
 9  legal conclusion.  Argumentative.
10          THE WITNESS:  So my understanding is that     15:10
11  the court has not yet ruled on the certificate of
12  correction.
13  BY MR. DANE:
14      Q.  That's not what I'm asking.
15          The court has ruled on the definition of     15:10
16  the SEQ ID NO:6 contained in the sequence listing?
17          Do you not understand, sir, that the court
18  has already determined as a matter of law that the
19  meaning of this definition is amino acids 113 to
20  220 of CD28?                                         15:10
21          MS. JEFFRIES:  Objection, argumentative.
22  Calls for a legal conclusion.  Mischaracterizes the
23  record.
24          THE WITNESS:  So, I have been asked to
25  offer my expert opinion to help inform the court in  15:10
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   making its decision about the certificate of
 2   correction.
 3          Whether or not that will change the
 4   court's opinion, I leave it to the court.
 5          Given that I'm a scientist and I work with           15:11
 6   DNA sequences frequently, I understand how DNA
 7   sequences encode proteins, how those proteins are
 8   used, my understanding of patent law, my -- that
 9   patents are provided to disclose an invention and
10   teach someone how to practice it, the only               15:11
11   conclusion I can come to is that the correct and
12   appropriate sequence for SEQ ID NO:6 that would
13   allow someone to practice the invention in the
14   patent is that which is represented in the RCE.
15          So I can't speak to matters of law, I can        15:11
16   speak to matters of science and I can tell you that
17   SEQ ID NO:6 as represented in the original SEQ ID
18   NO:6 that is here in column 15 of the 190 patent
19   would not allow one to practice the invention.
20          The corrected primers in the specification       15:12
21   absolutely would, and those corrected primers in
22   the specification would amplify amino acids 114 to
23   220.
24   BY MR. DANE:
25      Q.  Let me ask you to look at paragraph 107 of       15:12
```



| | | |
|---|---|---|
| 1 | You couldn't watch the movie, it would be | |
| 2 | a meaningless question.  The same sort of thing | |
| 3 | happens here.  We can't interpret that frame in the | |
| 4 | encoding system without the broader context. | |
| 5 | The only one that makes sense is the RCE | 16:27 |
| 6 | corrected version. | |
| 7 | Q.  You did not consider yourself, sir, in | |
| 8 | giving your opinion in this case, constrained by | |
| 9 | the court's ruling as a matter of law as to what | |
| 10 | the amino acid sequence encoded by SEQ ID NO:6 is, | 16:28 |
| 11 | did you? | |
| 12 | MS. JEFFRIES:  Objection, argumentative. | |
| 13 | Mischaracterizes testimony. | |
| 14 | THE WITNESS:  My understanding is that in | |
| 15 | its claim construction, the court declined to | 16:28 |
| 16 | decide on the certificate of correction. | |
| 17 | Is that correction valid or not? | |
| 18 | That's my interpretation what the decision | |
| 19 | is directed toward. | |
| 20 | If I'm asked as a scientist to say can we | 16:28 |
| 21 | practice the invention with SEQ ID NO:6 as it | |
| 22 | appears in the issued patent, I can tell you that | |
| 23 | -- if -- whether or not I incorporate or consider | |
| 24 | the court's claim construction, SEQ ID NO:6 as it | |
| 25 | appears would not allow me to practice the | 16:28 |



```
 1  invention.
 2           So I'm not offering a legal opinion on
 3  whether or not the court is right.
 4           I'm providing scientific guidance to the                  16:29
 5  court about how this invention would actually work
 6  and how it would function.
 7           The court, based on my testimony, may
 8  choose to modify the claim construction or not.
 9           I leave that to the court in its wisdom to
10  make the appropriate decision.  I can only provide                 16:29
11  scientific guidance that can help inform the
12  court's decision.
13  BY MR. DANE:
14      Q.  Let me ask you to look to paragraph 4 of
15  the patent which you also discussed in your report                 16:29
16  -- sorry, column 4.
17           I want to ask you about the paragraph that
18  begins with line 18 and goes through line 33 which
19  says:
20           "CD28 sequences can be found in the                       16:30
21  present application on either side..."
22      A.  I'm sorry, this is one of these bad -- it
23  seems like every other page is really pretty bad.
24  Where are we starting?
25      Q.  It's column 4, line 18 --                                  16:30
```



```
 1                    CERTIFICATION

 2                         OF

 3             CERTIFIED SHORTHAND REPORTER

 4

 5           I, the undersigned, a Certified Shorthand

 6   Reporter of the State of California, do hereby

 7   certify:

 8           That the foregoing proceedings were taken

 9   before me at the time and place herein set forth;

10   that any witness in the foregoing proceedings,

11   prior to testifying, were place under oath; that a

12   verbatim record of the proceedings was made by me

13   using machine shorthand which was thereafter

14   transcribed under my direction; further, that the

15   foregoing is an accurate transcription thereof.

16           I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney of any of the parties.  Signed on

19   the 17th day of June, 2019.

20
                    
21

22         _____
           DAVID OCANAS, CSR NO. 12567
23

24

25
```