JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>              Plaintiffs,<br><br>        vs.<br><br>KITE PHARMA, INC.,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING KITE PHARMA. INC.'S SECOND APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 IN SUPPORT OF BENCH BRIEF REGARDING REFERENCE TO THE COURT'S CLAIM CONSTRUCTION DECISION** |

The Court, having considered Kite Pharma. Inc.'s Second Application for Leave to File under Seal Documents Re: Kite Pharma Inc.'s Emergency Objections to Plaintiffs' End Run Around the Court's *Daubert* Order, Including Exhibits and Testimony of Edward Dulac, and supporting documents thereto (including ECF Nos. 648 and 651), finds that good cause exists to maintain under seal the following documents filed conditionally under seal:

| Sealed Document | Disposition |
|---|---|
| Kite Pharma Inc.'s Emergency Objections to Plaintiffs' End Run Around the Court's Damages-Related *Daubert* Order, Including Exhibits and Testimony of Edward Dulac | Granted |
| Exhibit 1 | Granted |

IT IS SO ORDERED.

Dated: January 17, 2020

*S. James Otero*

Hon. S. James Otero
UNITED STATES DISTRICT JUDGE

- 1 -