Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**PLAINTIFFS' LOCAL RULE 58-7 MEMORANDUM REGARDING PRE- AND POST-JUDGMENT INTEREST**<br><br>Hon. S. James Otero<br>Place:   Courtroom 10C |

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL
SLOAN KETTERING CANCER CENTER,
and SLOAN KETTERING INSTITUTE FOR
CANCER RESEARCH

Pursuant to Local Rule 58-7, Plaintiffs submit this memorandum regarding the computation of pre-judgment interest under 35 U.S.C. § 284 and post-judgment interest under 28 U.S.C. § 1961.

**Pre-Judgment Interest**: As described in Plaintiffs' post-trial brief, the Court should exercise its discretion under 35 U.S.C. § 284 to award Plaintiffs pre-judgment interest on the jury's verdict (not to include enhancement), with quarterly compounding, using a mid-quarter convention. *See* Memorandum of Points and Authorities at 5-6. The requisite calculations appear in the post-trial declaration of Dr. Ryan Sullivan, which computes a total accrual of pre-judgment interest of ▇▇▇▇▇▇▇ as of the end of 2019, with an additional daily accrual of ▇▇▇▇▇▇ per day until the Court enters judgment. *See* Sullivan Decl. ¶¶ 4-5. Accordingly, the total pre-judgment interest accrual as of February 24, 2020, the day post-judgment briefing will be complete, is ▇▇▇▇▇▇▇, with accrual continuing at a daily rate of ▇▇▇▇▇▇. In the event that the Court does not enter judgment before April 1, 2020, the daily accrual would increase to account for quarterly compounding, and Plaintiffs will submit an updated Rule 58-7 Memorandum providing revised computations. Plaintiffs will also submit an updated Rule 58-7 Memorandum if the prime rate changes between the filing of this Memorandum and the Court's entry of judgment.

**Post-Judgment Interest**: Under 28 U.S.C. § 1961, post-judgment interest "shall be allowed on any money judgment in a civil case recovered in a district court"; "[s]uch interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment" (internal footnote omitted); and this interest "shall be computed daily to the date of payment . . . and shall be compounded annually."

Accordingly, the daily accrual of post-judgment interest can be computed by taking the full amount of the money judgment (including the jury's verdict, pre-judgment interest, and enhanced damages), *see* 28 U.S.C. § 1961; *Cardiaq Valve*

*Techs., Inc. v. Neovasc Inc.*, No. 14-cv-12405, 2017 WL 215961 (D. Mass. Jan. 18, 2017) (citing *Mill Pond Assocs., Inc. v. E & B Giftware, Inc.*, 751 F. Supp. 299, 303 (D. Mass. 1990)), multiplying by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of judgment, and then dividing by 365.

For example, if the Court enters judgment in the form requested by Plaintiffs on February 24, 2020, the daily post-judgment interest accrual will be computed by multiplying the total amount of the judgment by the applicable weekly average interest rate for the calendar week ending February 21, 2020, and then dividing the result by 365. The daily post-judgment interest accrual rate will increase annually on January 1 to account for the annual compounding of interest required by 28 U.S.C. § 1961.

Dated: January 21, 2020         Respectfully submitted,

By: */s/ Andrea W. Jeffries*
Andrea W. Jeffries (SBN 183408)
Luke J. Burton (SBN 301247)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
*Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

**CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 21st day of January, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Andrea W. Jeffries*
        Andrea W. Jeffries