# EXHIBIT 2

| | |
|---|---|
| **From:** | Dane, Ted |
| **Sent:** | Friday, October 25, 2019 10:44 AM |
| **To:** | Tuan, Elizabeth; Victor_Cruz@cacd.uscourts.gov |
| **Cc:** | Chu, Morgan; Heinrich, Alan; Lawton, Adam; Vincent, Garth; Young, Blanca |
| **Subject:** | RE: 2:17-cv-07639-SJO-KS Juno Therapeutics, Inc. et al v. Kite Pharma, Inc. |

Dear Mr. Cruz:

To be clear, Kite has not stipulated to literal infringement. As reflected in ECF No. 223, Kite stipulated that the accused therapy meets the limitations of the asserted claims only in the event that the certificate of correction to the '190 patent is not found to be invalid. Whether the certificate of correction is invalid is an issue that remains for trial.

Kite's estimated trial length is not based merely on the number of witnesses that each side intends to call. As the Court is aware, this case involves complicated cell therapy technology that will need to be explained to the jury. In addition, the issues that remain to be tried include: (1) invalidity of the certificate of correction to the '190 patent; (2) invalidity of the asserted claims of the '190 patent for lack of adequate written description under 35 U.S.C. § 112; (3) invalidity of the asserted claims for lack of enablement under 35 U.S.C. § 112; (4) Plaintiffs' allegations of willful infringement; and (5) damages (if any), which Plaintiffs are claiming in an amount exceeding $1 billion.

Best Regards,

Ted Dane


Ted G. Dane | Munger, Tolles & Olson LLP
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9288 | Fax: 213.683.4088 | ted.dane@mto.com | www.mto.com

***NOTICE***

This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.

---

**From:** Tuan, Elizabeth <ETuan@irell.com>
**Sent:** Friday, October 25, 2019 9:43 AM
**To:** Victor_Cruz@cacd.uscourts.gov; Dane, Ted <Ted.Dane@mto.com>
**Cc:** Chu, Morgan <MChu@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Lawton, Adam <adam.lawton@mto.com>; Vincent, Garth <Garth.Vincent@mto.com>; Young, Blanca <Blanca.Young@mto.com>
**Subject:** RE: 2:17-cv-07639-SJO-KS Juno Therapeutics, Inc. et al v. Kite Pharma, Inc.

Dear Mr. Cruz,

Plaintiffs' estimated trial length is based on the following: (1) there is a single patent in suit (the '190 Patent), with only four asserted claims; (2) Kite has stipulated to literal infringement; and (3) Kite is estopped from presenting any prior

art-based anticipation or obviousness defenses based on a ruling from the Patent Trial and Appeal Board upholding all claims of the '190 Patent during an *inter partes* review proceeding.

The parties have discussed the ASH conference. Plaintiffs do not believe the ASH conference should present any issue given that it impacts only a single trial day, at most, and the parties can work through the scheduling of any witnesses who may need to be taken out of order, should that become necessary.

Plaintiffs continue to believe that an estimate of six Court days is reasonable and will encourage the parties to focus on key issues for decision.

Finally, we would like to confirm that the Court is moving the trial date from Tuesday, December 3, 2019 to Wednesday, December 4, 2019.

Best regards,
Elizabeth

**Elizabeth Tuan** | Associate
**Irell & Manella LLP**
1800 Avenue of the Stars | Los Angeles, CA 90067
Direct: (310) 203-7672 | Fax: (310) 203-7199
etuan@irell.com | www.irell.com

---

**From:** Dane, Ted [mailto:Ted.Dane@mto.com]
**Sent:** Thursday, October 24, 2019 4:56 PM
**To:** Heinrich, Alan; 'Victor Cruz'; Chu, Morgan; Lawton, Adam; Young, Blanca; Vincent, Garth
**Subject:** RE: 2:17-cv-07639-SJO-KS Juno Therapeutics, Inc. et al v. Kite Pharma, Inc.

Mr. Cruz,

My apologies as well for the delay.

The parties continue to be of different views on this issue.  Kite believes the breadth of issues to be tried, the size of the case and number of witnesses, support a trial length closer to 12 days.  The parties have identified 19 will call witnesses (9 for Juno, and 10 for Kite), and an additional 25 may call witnesses.

Kite also wishes to notify the Court that some witnesses are scheduled to attend or present at the Annual Meeting of the American Society for Hematology (ASH), being held in Orlando, Florida, from December 7-10.  The Annual ASH meeting is the premier forum for discussion of critical issues in hematology.

Kite respectfully submits that it may make sense to have a conference with the Court in advance of the Pre-Trial Conference regarding the trial schedule.

Best regards,

Ted Dane


**Ted G. Dane** | Munger, Tolles & Olson LLP
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9288 | Fax:  213.683.4088 | ted.dane@mto.com | www.mto.com

***NOTICE***
2

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

**From:** Heinrich, Alan <AHeinrich@irell.com>
**Sent:** Thursday, October 24, 2019 3:41 PM
**To:** 'Victor Cruz' <Victor_Cruz@cacd.uscourts.gov>; Chu, Morgan <MChu@irell.com>; Lawton, Adam <adam.lawton@mto.com>; Young, Blanca <Blanca.Young@mto.com>; Dane, Ted <Ted.Dane@mto.com>; Vincent, Garth <Garth.Vincent@mto.com>
**Subject:** RE: 2:17-cv-07639-SJO-KS Juno Therapeutics, Inc. et al v. Kite Pharma, Inc.

Dear Mr. Cruz,

My apologies for our delay in responding.  Plaintiffs believe that this case can reasonably be tried in 6 court days.

Thank you very much,
Alan Heinrich

**From:** Victor Cruz <Victor_Cruz@cacd.uscourts.gov>
**Sent:** Tuesday, October 22, 2019 10:31 AM
**To:** Chu, Morgan <MChu@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Lawton, Adam <adam.lawton@mto.com>; blanca.young@mto.com; Dane, Ted <Ted.Dane@mto.com>; garth.vincent@mto.com
**Subject:** 2:17-cv-07639-SJO-KS Juno Therapeutics, Inc. et al v. Kite Pharma, Inc.

Good Morning Counsel,

Trial is scheduled to commence on 12/04/19.  Can you please advise me of your trial estimate?

Thank you.

Victor Cruz
Clerk to Judge Otero

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.