1  Morgan Chu (SBN 70446)
   mchu@irell.com
2  Alan J. Heinrich (SBN 212782)
   aheinrich@irell.com
3  C. Maclain Wells (SBN 221609)
   mwells@irell.com
4  Elizabeth C. Tuan (SBN 295020)
   etuan@irell.com
5  IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
6  Los Angeles, California 90067-4276
   Telephone:    (310) 277-1010
7  Facsimile:    (310) 203-7199

8  Andrea W. Jeffries (SBN 183408)
   ajeffries@jonesday.com
9  Luke J. Burton (SBN 301247)
   lburton@jonesday.com
10 JONES DAY
   555 South Flower Street, Fiftieth Floor
11 Los Angeles, CA 90071
   Telephone:    (213) 489-3939
12 Facsimile:    (213) 243-2539

13 *[List of counsel continues on next page]*

14 *Attorneys for Plaintiffs*
   JUNO THERAPEUTICS, INC., MEMORIAL
15 SLOAN KETTERING CANCER CENTER,
   and SLOAN KETTERING INSTITUTE FOR
16 CANCER RESEARCH

17

18              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
19                    WESTERN DIVISION

20 JUNO THERAPEUTICS, INC., *et al.*,    Case No. 2:17-cv-07639-SJO-KSx

21              Plaintiffs,              **CERTIFICATE OF SERVICE**

22        v.                            Hon. S. James Otero

23 KITE PHARMA, INC.,

24              Defendant.

25

26

27 ─────────────────────────────
   AND RELATED COUNTERCLAIMS
28

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (Pro Hac Vice)
charnett@jonesday.com
Sarah A. Geers (Pro Hac Vice)
sgeers@jonesday.com
Kevin V. McCarthy (Pro Hac Vice)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

Jennifer L. Swize (Pro Hac Vice)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

John M. Michalik (Pro Hac Vice)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone:   (312) 782-3939
Facsimile:   (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL
SLOAN KETTERING CANCER CENTER,
and SLOAN KETTERING INSTITUTE FOR
CANCER RESEARCH

I hereby certify that on January 21, 2020, copies of:

- The sealed Declaration of Kevin V. McCarthy in support of Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Consolidated Post-Trial Motion;

- An unredacted copy of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Consolidated Post-Trial Motion;

- An unredacted copy of Plaintiffs' [Proposed] Final Judgment;

- An unredacted copy of Plaintiffs' Amended Local Rule 58-7 Memorandum Regarding Post-Judgment Interest;

- An unredacted copy of the January 21, 2020 Declaration of Ryan Sullivan, Ph. D. ("Sullivan Post-Trial Declaration") (Exhibit 2 to the Declaration of Andrea W. Jeffries in Support of Plaintiffs' Consolidated Post-Trial Motion ("Jeffries Post-Trial Declaration");

- Exhibits 1, 3, 7-12, 14, 18, 19, and 21 to the Jeffries Post-Trial Declaration;

- Exhibits I, J, K, Q, R, S, T, U, W, X, and AA to the Sullivan Post-Trial Declaration; and

- the Notice of Electronic Filing of the filing under seal

were caused to be served on the following in the manner indicated:

**VIA ELECTRONIC MAIL**
Jeffrey I. Weinberger
Graham B. Cole
Ted G. Dane
Peter E. Gratzinger
Adam R. Lawton
Vincent Ling
Garth T. Vincent
Blanca F. Young
MUNGER, TOLLES & OLSON LLP
jeffrey.weinberger@mto.com
graham.cole@mto.com
ted.dane@mto.com
peter.gratzinger@mto.com
adam.lawton@mto.com
vincent.ling@mto.com

CERTIFICATE OF SERVICE
Case No. 2:17-cv-07639-SJO-KSx

garth.vincent@mto.com
blanca.young@mto.com
~KITEATTY@mto.com

Geoffrey D. Biegler
Gregory R. Booker
Megan A. Chacon
John M. Farrell
Grant T. Rice
William C. Shear
Lance E. Wyatt
FISH & RICHARDSON PC
biegler@fr.com
booker@fr.com
chacon@fr.com
jfarrell@fr.com
rice@fr.com
shear@fr.com
wyatt@fr.com
FishTeam-Kite/Juno@fr.com

Eric A. Shumsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
eshumsky@orrick.com

*/s/ Kevin V. McCarthy*
Kevin V. McCarthy