JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted pro hac vice)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DECLARATION OF MARKUS BRAZILL REGARDING ADMITTED TRIAL EXHIBITS REFERENCED IN DEFENDANT KITE PHARMA, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL**<br><br>Judge: Hon. S. James Otero |

I, Markus Brazill, declare:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Kite Pharma, Inc. ("Kite") in this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2. I contacted the Court's courtroom deputy (CRD) on Monday, January 20, 2019 via email and again by phone on Tuesday, January 21, 2020 to inquire whether, in support of its motion for judgment as a matter of law and a new trial, Kite should file copies of the exhibits admitted at trial and cited in Kite's motion.

3. After an initial conversation, the substitute CRD for Judge Otero called me at 2:19 PM on Tuesday, January 21, 2020, and informed me that Kite could lodge the admitted trial exhibits on a USB drive, rather than filing them using the CM/ECF system.

4. At 3:45 PM on Tuesday, January 21, 2020, the Court's substitute CRD called me again, indicating that she was not sure whether we could lodge a USB drive with the Court. She told me that she would contact me again once she received word whether we should file the admitted trial exhibits.

5. At 4:00 PM on Tuesday, January 21, 2020, the Court's substitute CRD called me to inform me that we should file the admitted trial exhibits using the CM/ECF system.

6. Attached are true and correct copies of the following trial exhibits: DX0503, DX0731, DX0766, DX0881c, DX0936c, DX1054, DX1795, DX2004, DX2093, DX2149c, DX2160, PX0001, PX0002, PX0040, PX0041, PX0072, PX0241, PX0401, PX0924, PX0928, PX1032, PX1185, PX1304, PX1305, and PX1306.

7. Kite's motion also cites DX2011. To avoid the need to request to file under seal, DX2011 is not attached. The document admitted as DX2011 is the same document that has been filed conditionally under seal as ECF No. 657-8, except that

ECF No. 657-8 bears production page numbering rather than trial exhibit page numbering. The following table correlates the trial exhibit page numbers (cited in Kite's motion for judgment as a matter of law or a new trial) with the production page numbering found in Dkt. 657-8:

| Trial Ex. | Docket Entry | Bates Number |
|---|---|---|
| DX2011c-6 | Dkt. 657-8, Page 7 of 34 | Kite-1155305 |
| DX2011c-8 | Dkt. 657-8, Page 9 of 34 | Kite-1155307 |
| DX2011c-10 | Dkt. 657-8, Page 11 of 34 | Kite-1155309 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21, 2020

/s/ *Markus Brazill*
Markus Brazill