# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KITE PHARMA, INC. BRISTOL–MYERS SQUIBB COMPANY<br><br>Defendant(s) Respondent(s). | CASE NUMBER:<br><br>2:17–cv–07639–SJO–KS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/21/2020__

Document Number(s):   __658__

Title of Document(s):   __Motion related document by Juno Therapeutics and Sloan Kettering__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

pdf document is a proposed judgment, which should have been submitted as a separate attachment. As an alternative, prepare and e–file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 22, 2020           By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                           Deputy Clerk

cc: *Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**