# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNO THERAPEUTICS, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KITE PHARMA, INC.BRISTOL–MYERS SQUIBB COMPANY<br><br>Defendant(s) Respondent(s). | CASE NUMBER:<br><br>2:17–cv–07639–SJO–KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __1/21/2020__

Document Number(s):  __659__

Title of Document(s):  __Motion for judgment as matter or law and or NEW TRIAL Kite Pharma, Inc__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

Motion not set for hearing on Judge's moiton calender; Missing formal LR 6.1 formal Notice of Motion text re hearing date, time, Judge and courtroom, information

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 22, 2020__   By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*