Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea Weiss Jeffries (SBN 183408)
ajeffries@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

**FILED**
CLERK, U.S. DISTRICT COURT
Jsnuary 30, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**[PROPOSED] ORDER GRANTING-IN-PART PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION**<br><br>Hon. S. James Otero |

| | |
|---|---|
| 1 | Rebecca Carson (SBN 254105) |
| 2 | rcarson@irell.com |
| | IRELL & MANELLA LLP |
| 3 | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660 |
| 4 | Telephone: (949) 760-0991 |
| | Facsimile: (949) 760-5200 |
| 5 | |
| 6 | Christopher J. Harnett (*Pro Hac Vice*) |
| | charnett@jonesday.com |
| 7 | Sarah A. Geers (*Pro Hac Vice*) |
| | sgeers@jonesday.com |
| 8 | Kevin V. McCarthy (*Pro Hac Vice*) |
| | kmccarthy@jonesday.com |
| 9 | JONES DAY |
| 10 | 250 Vesey Street |
| | New York, NY 10281 |
| 11 | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| 12 | |
| 13 | *Attorneys for Plaintiffs* |
| | JUNO THERAPEUTICS, INC., MEMORIAL |
| 14 | SLOAN KETTERING CANCER CENTER, |
| | and SLOAN KETTERING INSTITUTE FOR |
| 15 | CANCER RESEARCH |

The Court, having considered Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Consolidated Post-Trial Motion, and the supporting documents thereto (including ECF Nos. 657 and 664), finds that compelling reasons exist to maintain under seal the following documents filed conditionally under seal:

| Sealed Document | Disposition |
| --- | --- |
| Exhibit I to the January 21, 2020 Declaration of Ryan Sullivan, Ph. D. ("Sullivan Post-Trial Declaration") | Granted |
| Exhibit J to the Sullivan Post-Trial Declaration. | Granted |
| the yellow-highlighted portions of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Consolidated Post-Trial Motion | Granted |
| the yellow-highlighted portions of Plaintiffs' [Proposed] Final Judgment | Granted |
| the yellow-highlighted portions of Plaintiffs' Amended Local Rule 58-7 Memorandum Regarding Post-Judgment Interest | Granted |
| the yellow-highlighted portions of the Sullivan Post-Trial Declaration (Exhibit 2 to the Jeffries Post-Trial Declaration) | Granted |
| Exhibit 1, ~~3, 7-12, 14, 18, 19, and 21~~ to the Jeffries Post-Trial Declaration | Granted |
| Exhibit ~~1,~~ 3, 7-12, 14, 18, 19, and 21 to the Jeffries Post-Trial Declaration | Denied. Defendant no longer seeks to seal. See ECF No. 664 at ¶ 2(E) n.1. |
| Exhibits K, Q, R, S, T, U, W, X, and AA to the Sullivan Post-Trial Declaration | Granted |

IT IS SO ORDERED.

Dated: January 30, 2020

_S. James Otero_
Hon. S. James Otero
DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING-IN-PART PLAINTIFFS'
APPLICATION TO FILE UNDER SEAL
-1-
Case No 2:17-cv-07639-SJO-KSx