| | |
|---|---|
| 1 | Morgan Chu (SBN 70446) |
| | mchu@irell.com |
| 2 | Alan J. Heinrich (SBN 212782) |
| | aheinrich@irell.com |
| 3 | C. Maclain Wells (SBN 221609) |
| | mwells@irell.com |
| 4 | Elizabeth C. Tuan (SBN 295020) |
| | etuan@irell.com |
| 5 | IRELL & MANELLA LLP |
| 6 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067-4276 |
| 7 | Telephone:  (310) 277-1010 |
| | Facsimile:  (310) 203-7199 |
| 8 | |
| 9 | Andrea W. Jeffries (SBN 183408) |
| | ajeffries@jonesday.com |
| 10 | Luke J. Burton (SBN 301247) |
| | lburton@jonesday.com |
| 11 | JONES DAY |
| | 555 South Flower Street, Fiftieth Floor |
| 12 | Los Angeles, CA 90071 |
| | Telephone:  (213) 489-3939 |
| 13 | Facsimile:  (213) 243-2539 |

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx <br><br> **PLAINTIFFS' EXHIBITS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION** <br><br> **FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)** <br><br> Hon. S. James Otero <br> Place:   Courtroom 10C |

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
charnett@jonesday.com
Sarah A. Geers (*Pro Hac Vice*)
sgeers@jonesday.com
Kevin V. McCarthy (*Pro Hac Vice*)
kmccarthy@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
jswize@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
jmichalik@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

Pursuant to the Court's Order of January 30, 2020 (ECF No. 665) denying-in-part Plaintiffs' Application to File Documents Under Seal (ECF No. 654), Plaintiffs hereby file Exhibits 3, 7-12, 14, 18, 19, and 21 to the Jeffries Post-Trial Declaration (ECF No. 655-1) publicly.

Dated:  February 9, 2020          Respectfully submitted,

By:  /s/ Luke J. Burton

Andrea W. Jeffries (SBN 183408)
Luke J. Burton (SBN 301247)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
*Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

# CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 9th day of February, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　*/s/ Luke J. Burton*
　　　　　　　　　　　　　　　　　Luke J. Burton