# EXHIBIT 3

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

| | |
|---|---|
| **Message** | |
| **From:** | Adrian Bot [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CF640DCCAD124899B9F24E844454768C-ABOT] |
| **Sent:** | 3/21/2013 1:20:41 AM |
| **To:** | Arie [arie@belldegrun.com] |
| **Subject:** | Re: CD19 CAR induces profound molecular remission in B-ALL - Sci Trans Med 2013 |

Both are old and from academia.

Based on their patent, it looks like MSKCC anti-CD19 antibody is from a hybridoma called SJ25C1 that was generated in the 80s by Peiper and scFv cloned by Uckun and Kersey (Can Res 1995).

Surgery Branch anti-CD19 scFv is derived from FMC-63, generated by an Australian / Japanese team (Zola, Kurosawa, Imm Cell Biol 1991).

However, Jenssen decided to also pursue FMC-63 derived scFv.

Adrian

---

**From:** Arie Belldegrun [mailto:arie@belldegrun.com]
**Sent:** Wednesday, March 20, 2013 08:21 PM Eastern Standard Time
**To:** Adrian Bot
**Subject:** Re: CD19 CAR induces profound molecular remission in B-ALL - Sci Trans Med 2013

Thanks. So the Ab they use is not the one NIH has? What are the sources for these AB?

Arie Belldegrun, MD FACS
Director, UCLA Institute of Urologic Oncology
Professor and Chief, Urologic Oncology
David Geffen School of medicine at UCLA

Office            310 206 1434
Administration   310 794 6584

www.iuo.ucla.edu

On Mar 20, 2013, at 17:00, Adrian Bot <ABot@kitepharma.com> wrote:

> Very similar. Same signaling domains, which is key for potency and safety. Different antibodies though - but both are good.
>
> Regards,
>
> Adrian
>
> **From:** arie@belldegrun.com [mailto:arie@belldegrun.com]
> **Sent:** Wednesday, March 20, 2013 07:58 PM Eastern Standard Time
> **To:** Adrian Bot
> **Subject:** Re: CD19 CAR induces profound molecular remission in B-ALL - Sci Trans Med 2013

Plaintiffs' Trial Exhibit
**PX0013**
Case No. 2:17-cv-07639 SJO-KS

PX0013.1

ATTORNEYS' EYES ONLY                                                                                                            Kite-0006482

Adrian,

What is the difference between Rosenberg and MSK construct?? Anything significant??

Thanks

Sent from my Verizon Wireless BlackBerry

---

**From:** Adrian Bot <ABot@kitepharma.com>
**Date:** Wed, 20 Mar 2013 23:12:33 +0000
**To:** Meg Marshall<MMarshall@kitepharma.com>; Aya Jakobovits<ajakobovits@kitepharma.com>; Marc Better<MBetter@kitepharma.com>; Antoni Ribas<ARibas@kitepharma.com>; Arie<arie@belldegrun.com>; Owen Witte<OWitte@kitepharma.com>; James Economou<jeconomou@kitepharma.com>; Allan Pantuck<allan@kitepharma.com>
**Subject:** CD19 CAR induces profound molecular remission in B-ALL - Sci Trans Med 2013

Important paper just published by MSKCC with CD19-CAR in a small trial of B-ALL. Their construct has also CD28-CD3zeta signaling domains:

- Evaluated CD19-CAR with CD28-CD3zeta in B-ALL patients with MRD+, with intent to render them MRD- and thus eligible to curative allo-HSCT.
- CAR rendered induced in all refractory patients a profound molecular remission, rendering them eligible to allo-HSCT, and currently alive and in CR after the procedure. Exceptions: a patient who was MRD- from get go, one that was ineligible for allo-HSCT and one who died in CR due to an unrelated condition.
- Cytokine storm has been seen: higher the burden at dosing, higher the cytokines magnitude and symptomatology. Mental status changes and seizures also, on top of hypotension, fever and associated signs (table S3). Not in the lowest burden patients. They treated the two with most profound SAEs with high dose steroids that seemed to have been effective, but raised questions re impact on efficacy.
- Caveat: could not assess long term response due to the nature of protocol and indication, as bridge to allo-HSCT. But without CAR treatment rendering them eligible to HSCT, these MRD+ patients would have been likely lost to disease progression. This raises interesting regulatory strategy questions on how one could most effectively develop such agents in MRD (or adjuvant setting) as this would be an unmet need in a way "salvage therapy" bridging to standard of care.
- Sadelain comments on differences between the response profile of U Penn 41BB and the CD28 CARs. The 41BB would offer more persistence at the expense of a brisk, higher magnitude of response offered by CD28 CARs.
- Their transduction rate is quite disappointing, explaining the massive number of cells they infused.

Looking at science to date, in light of efficacy / safety profile of CARs, perhaps best time to treat DLBCL patients with current generation CD28-CD3zeta CAR is at the nadir of their tumor bulk rather than in very late stage with highest burden. Implications re regulatory / clinical strategy ?

Regards,

Adrian

ATTORNEYS' EYES ONLY    Kite-0006483