# EXHIBIT 7

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

# PUBLIC HEALTH SERVICE

# COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENT
# FOR INTRAMURAL-PHS CLINICAL RESEARCH

This Agreement is based on the model Cooperative Research and Development Agreement ("CRADA") adopted by the U.S. Public Health Service ("PHS") Technology Transfer Policy Board for use by components of the National Institutes of Health ("NIH"), the Centers for Disease Control and Prevention ("CDC"), and the Food and Drug Administration ("FDA"), which are agencies of the PHS within the Department of Health and Human Services ("HHS").

This Cover Page identifies the Parties to this CRADA:

The U.S. Department of Health and Human Services, as represented by
**National Cancer Institute**
an Institute, Center, or Division (hereinafter referred to as the "ICD") of the
**National Institutes of Health**

and

**Kite Pharma, Inc.**
hereinafter referred to as the "Collaborator",
having offices at **10924 Le Conte Avenue, Los Angeles, CA  90024**
created and operating under the laws of **Delaware**.

Plaintiffs' Trial Exhibit

**PX0648**

Case No. 2:17-cv-07639 SJO-KS

ATTORNEYS' EYES ONLY

Kite-0001612

PX0648.1

PUBLIC HEALTH SERVICE
COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENT
FOR INTRAMURAL-PHS CLINICAL RESEARCH


SIGNATURE PAGE


ACCEPTED AND AGREED

BY EXECUTING THIS AGREEMENT, EACH PARTY REPRESENTS THAT ALL STATEMENTS MADE HEREIN ARE TRUE, COMPLETE, AND ACCURATE TO THE BEST OF ITS KNOWLEDGE. COLLABORATOR ACKNOWLEDGES THAT IT MAY BE SUBJECT TO CRIMINAL, CIVIL, OR ADMINISTRATIVE PENALTIES FOR KNOWINGLY MAKING A FALSE, FICTITIOUS, OR FRAUDULENT STATEMENT OR CLAIM.


FOR ICD:

James H. Doroshow, M.D.                                    Date
Deputy Director for Clinical and Translational Research, NCI


FOR COLLABORATOR:

Aya Jakobovits, Ph.D.                                      Date
President & Chief Executive Officer

Case Ref. No. _____          MODEL ADOPTED June 18, 2009

ATTORNEYS' EYES ONLY                                       Kite-0001632

**PX0648.21**

Case 2:17-cv-07639-SJO-KS Document 669-2 Filed 02/09/20 Page 4 of 4 Page ID #:52643

PUBLIC HEALTH SERVICE
COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENT
FOR INTRAMURAL-PHS CLINICAL RESEARCH

## SUMMARY PAGE

*EITHER PARTY MAY, WITHOUT FURTHER CONSULTATION OR PERMISSION, RELEASE THIS SUMMARY PAGE TO THE PUBLIC.*

TITLE OF CRADA: Cooperative Research and Development Agreement for the Development of NCI Proprietary Peripheral Blood Autologous T Cell Therapies Using Genetically Modified Peripheral Blood Lymphocytes That Express NCI Proprietary T Cell Receptors and/or Chimeric Antigen Receptors for Use in the Immunotherapy for Patients with Metastatic Cancer, Utilizing the Expertise of Kite Pharma in Development and Manufacturing of Cancer Immunotherapies

PHS [ICD] Component: National Cancer Institute (NCI)

ICD CRADA Principal Investigator: Steven A Rosenberg, M.D., Ph.D.

Collaborator: Kite Pharma, Inc.

Collaborator CRADA Principal Investigator: Aya Jakobovits, Ph.D.

Term of CRADA: Five (5) years from the Effective Date

## ABSTRACT OF THE RESEARCH PLAN:

The principal goal of this CRADA is to develop and clinically evaluate safe and effective NCI proprietary genetically modified peripheral blood Autologous T Cell Therapy (ACT)/T cell receptor (TCR) products for treating patients with various advanced and metastatic cancer indications, utilizing the development expertise of Kite Pharma, Inc. ("Kite"). These ACT/TCR products consist of autologous peripheral blood lymphocytes genetically modified to express NCI proprietary T cell receptors (TCRs) or NCI proprietary chimeric antigen receptors (CARs) that target the patient's tumor cells (for the purposes of this Agreement, TCR will refer to TCR and/or CAR interchangeably). Specifically this CRADA will support 1) evaluation of the clinical safety and efficacy of current and future NCI proprietary ACT/TCR products in relevant cancer indications and the development of optimized clinical and product protocols to be conducted by NCI; 2) optimization of ACT/TCR product manufacturing and characterization in compliance with cGMP, suitable for large multi-center trials and commercialization processes to broad patient populations; 3) generation and advancement to phase I/IIa clinical trials of additional ACT/TCR products, and the development of technologies to enhance ACT/TCR product potency and durability of clinical response.

Case Ref. No. _____   MODEL ADOPTED June 18, 2009

ATTORNEYS' EYES ONLY   Kite-0001634

**PX0648.23**