# EXHIBIT 8

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

| | |
|---|---|
| **Message** | |
| **From**: | Aya Jakobovits [/O=OEXCH022/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AYA@KITEPHARMA] |
| **Sent**: | 10/29/2012 3:31:49 PM |
| **To**: | ARibas@mednet.ucla.edu; Adrian Bot [abot@kitepharma.com] |
| **CC**: | abelldegrun@mednet.ucla.edu; OwenWitte@mednet.ucla.edu; jeconomou@mednet.ucla.edu |
| **Subject**: | Re: Sadelain patents on CD19 CAR |

Toni,
No problem- unlike Kite's employees, its likely that you were never exposed to such issues for the first time (I will elaborate on that on Thursday) and this is why I sent my first message.
I highly recommend that IP issues will be brought to my attention verbally for proper review and F2F discussions.
Thanks,
Aya

Aya Jakobovits, Ph.D.
President & CEO
Kite Pharma, Inc.
10924 Le Conte Ave.
Los Angeles, CA 90024
Tel: (310)824-9999 ext. 201
Fax: (310)824-9994
Cell: (310)922-9117
ajakobovits@kitepharma.com

**From**: Ribas, Antoni [mailto:ARibas@mednet.ucla.edu]
**Sent**: Monday, October 29, 2012 11:01 AM
**To**: Aya Jakobovits; Adrian Bot
**Cc**: Belldegrun, Arie M.D. <ABelldegrun@mednet.ucla.edu>; Witte, Owen <OwenWitte@mednet.ucla.edu>; Economou, James M.D. <JEconomou@mednet.ucla.edu>
**Subject**: RE: Sadelain patents on CD19 CAR

I'm sorry, my fault for starting this email exchange. We can discuss further on Thu. Have a nice week, Toni

**From**: Aya Jakobovits [mailto:ajakobovits@kitepharma.com]
**Sent**: Monday, October 29, 2012 7:58 AM
**To**: Adrian Bot; Ribas, Antoni
**Cc**: Belldegrun, Arie M.D.; Witte, Owen; Economou, James M.D.; Aya Jakobovits
**Subject**: Re: Sadelain patents on CD19 CAR

As indicated in my previous response to Toni, I would like to emphasize again the prudence of not discussing any IP issues (especially personal opinions on patent utility and breath) in electronic communication and especially when it is on the UCLA network. Any such communication can be damaging to Kite.

Aya Jakobovits, Ph.D.
President & CEO
Kite Pharma, Inc.
10924 Le Conte Ave.
Los Angeles, CA 90024
Tel: (310)824-9999 ext. 201
Fax: (310)824-9994

Plaintiffs' Trial Exhibit

PX0140

Case No. 2:17-cv-07639 SJO-KS

ATTORNEYS' EYES ONLY                                                                                         Kite-0006288

Cell: (310)922-9117
ajakobovits@kitepharma.com

---

**From**: Adrian Bot
**Sent**: Monday, October 29, 2012 10:15 AM
**To**: Aya Jakobovits; Ribas, Antoni <ARibas@mednet.ucla.edu>
**Cc**: Belldegrun, Arie M.D. <ABelldegrun@mednet.ucla.edu>; Witte, Owen <OwenWitte@mednet.ucla.edu>; Economou, James M.D. <JEconomou@mednet.ucla.edu>
**Subject**: RE: Sadelain patents on CD19 CAR

As FYI and perhaps in preparation for our discussion:

- Sadelain's patent estate also encompasses a way to go around third generation June concept and build more potent cells by co-expressing agonistic ligands such as 4-1BBL that activate the T cell in an autocrine manner. United States Patent 8,252,592, issued on August 28, 2012.
- He introduced last week at the SITC annual meeting a concept of how to utilize a split signal system to adjust activity in and outside the tumor that could be utilized to improve on safety of CARs. Preclinical data. No patent application published yet but I assumed he may have filed recently.
- He showed his first 2 B-ALL responses in his new clinical trial with CD19 CAR, in patients ineligible for transplantation. More convincing data compared to his previous CLL patients.

We should keep in mind the upcoming trial comparing the available CD19 constructs and possible impact on perception and competitive advantage. First patient projected next month.

Regards,

Adrian

---

**From:** Aya Jakobovits
**Sent:** Sunday, October 28, 2012 4:42 PM
**To:** Ribas, Antoni
**Cc:** Adrian Bot; Belldegrun, Arie M.D.; Witte, Owen; Economou, James M.D.
**Subject:** Re: Sadelain patents on CD19 CAR

Toni,
Thanks for following up with Michel after his talk and your efforts to extend our activities.
As it is more prudent to discuss IP evaluation and value F2F rather than by e-communication,
Let's discuss it during this week Thursday meeting as well as other related issues, including potential dynamics between our NCI collaborators and Michel.
Aya

Aya Jakobovits, Ph.D.
President & CEO
Kite Pharma, Inc.
10924 Le Conte Ave
Los Angeles, CA 90024
Tel: (310) 824-9999 x201
Fax: (310) 824-9994
Cell: (310) 922-9117

On Oct 28, 2012, at 4:45 PM, "Ribas, Antoni" <ARibas@mednet.ucla.edu> wrote:

> I chatted with Michel Sadelain about Kite and his CD19 CAR patents. Michel developed the costimulation fusion approaches to enhance CAR signaling, which add significantly to the Eshhar original patent since

ATTORNEYS' EYES ONLY                                                                                                    Kite-0006289

they provide the needed efficacy in signaling and T cell activation. Also, he sent his CD19 CAR backbone to Steve Rosenberg who seems to have used the CD28-CD3zeta signaling part and changed the antibody binding parts to the Baylor CD19 antibody. Michel told me that he is open to put us in contact with their licensing office at MSKCC to discuss about them. He said that there had been some interest in off-licensing his i.p. to companies in the past but that nothing has ever happened, and that he is not planning to set up a company himself. So Kite sounds like a good option to him.

Aya and Adrian, I know you have told us in the past that you have done some research on what his patents cover, and you may know how valuable (or not) they may be to protect our investment in developing a CD19 CAR approach. You also heard his impressive talk at SITC and you can see how creative he has been in the CAR field and how valuable is his research for our plans. If you think it is a good idea to move forward I suggest that we contact him as soon as possible, invite him over to LA for a meeting and presentation to the whole group, and add him to our SAB.

Toni

IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.

IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.