# EXHIBIT 9

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

Message

| | |
|---|---|
| From: | Arie Belldegrun [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9F82B6F8B819452892D713CDE0631D88-ARIE] |
| Sent: | 8/2/2016 9:06:31 PM |
| To: | Ribas, Antoni [ARibas@mednet.ucla.edu] |
| CC: | Scott Bernstein [sbernstein@kitepharma.com] |
| BCC: | Arie Belldegrun [arie@kitepharma.com] |
| Subject: | Re: Nice front page article in the NYT!! |

We agree and discussed it internally!!it has also implications for other aspect softie business.

**Arie Belldegrun, MD, FACS**
**Chairman, President and CEO**
**Kite Pharma**

2225 Colorado Ave
Santa Monica, CA 90404
Tel: 310-622-9093
www.kitepharma.com

On Aug 2, 2016, at 1:32 PM, Ribas, Antoni <ARibas@mednet.ucla.edu> wrote:

> I have not ccd Steve Rosenberg in this response...
>
> It is a pity that he goes on record at the NYT that the NCI CD19 CAR "owes a lot" to Michel Sadelain.
>
> Toni
>
> ---
>
> **From:** Arie Belldegrun [mailto:Arie@kitepharma.com]
> **Sent:** Tuesday, August 02, 2016 11:51 AM
> **To:** Ribas, Antoni; Rosenberg, Steven A. (NIH/NCI) [E]
> **Subject:** RE: Nice front page article in the NYT!!
>
> Thanks Toni. Agree!
>
> <image002.png>
> Arie Belldegrun, MD, FACS
> Chairman, President & CEO
> 2225 Colorado Ave.
> Santa Monica, CA 90404
> 310/622-9093
> arie@kitepharma.com
> www.kitepharma.com
>
> **From:** Ribas, Antoni [mailto:ARibas@mednet.ucla.edu]
> **Sent:** Tuesday, August 2, 2016 6:56 AM

PX0028.1

Plaintiffs' Trial Exhibit

**PX0028**

Case No. 2:17-cv-07639 SJO-KS

ATTORNEYS' EYES ONLY

Kite-0063316

**To:** Rosenberg, Steven A. (NIH/NCI) [E] <sar@mail.nih.gov>; Arie Belldegrun <Arie@kitepharma.com>
**Subject:** Nice front page article in the NYT!!

UCLA HEALTH SCIENCES IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.

This e-mail contains information that may be confidential. If you are not the intended recipient, please delete the e-mail and notify the sender at Kite Pharma immediately.

**PX0028.2**

ATTORNEYS' EYES ONLY                                                                                              Kite-0063317