# EXHIBIT 10

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

file:///C:/Users/dashy/AppData/Local/Temp/Marketing Interaction Arie B...

Case 2:17-cv-07639-SJO-KS   Document 669-5   Filed 02/09/20   Page 2 of 4   Page ID #:32652

**From:** Placanica, Lisa M./Research and Technology Mgmt
**Sent:** Tuesday, March 26, 2013 10:02 AM
**To:** Belldegrun, Arie M.D.; Ribas, Antoni
**Cc:** 'rdudek@restorationoncology.com'; gfmurph@restorationoncology.com; Sadelain, Michel W./Sloan-Kettering Institute
**Subject:** RE: Congratulation on the STM and NYT articles!

Dear Drs. Bellegrun and Ribas,

I am from the MSKCC Office of Technology Development and our office manages the intellectual property of the institution. Thank you for your interest in the CAR technologies. While Michel is available to speak to you about the published clinical trial at his convenience, I did want to let you know that MSKCC is in the process of forming a company, Restoration Oncology, to further develop the technology. I would like to introduce you to Ron Dudek and George Murphy (cc'd here), the entrepreneurs who are leading this start-up effort. They will be happy to discuss with you anything pertaining to business matters or potential collaborations.

Sincerely,
Lisa

Lisa Placanica, Ph.D.
Licensing Manager, Office of Technology Development

Memorial Sloan-Kettering Cancer Center
1275 York Avenue, Box 524
New York, NY 10065
(212) 639-6181 phone
(212) 717-3439 fax
placanil@mskcc.org

Courier Address: Office of Technology Development/460 East 63rd Street/New York, NY 10065 www.mskcc.org/otd

---

**From:** Sadelain, Michel W./Sloan-Kettering Institute
**Sent:** Thursday, March 21, 2013 8:18 PM
**To:** Belldegrun, Arie M.D.; Ribas, Antoni
**Subject:** Re: Congratulation on the STM and NYT articles!

Dear Arie,
I would be happy to meet with you, soon, but I won't be in NYC all of next week. Are you by any chance coming back to NYC in the near future? By the way, I live at 444CPW...
Best regards,
Michel

---

**From:** "Belldegrun, Arie M.D." <ABelldegrun@mednet.ucla.edu>
**Date:** Thu, 21 Mar 2013 19:56:07 -0400
**To:** "Ribas, Antoni" <ARibas@mednet.ucla.edu>, "Sadelain, Michel W./Sloan-Kettering Institute" <m-sadelain@ski.mskcc.org>
**Subject:** RE: Congratulation on the STM and NYT articles!

Toni, thank you for your kind introduction.

Plaintiffs' Trial Exhibit

**PX0014**

Case No. 2:17-cv-07639 SJO-KS

1 of 3

ATTORNEYS' EYES ONLY INFORMATION   PX0014.1   JUNO016589897

Michel,

I am the Founder and Executive Chairman of Kite Pharma, where Toni and I enjoy close working relationship developing cancer immunotherapy. I have been working on adoptive cell therapy for over 20 years, since my fellowship days with Steve Rosenberg at the NCI.

I am in NY next week and wanted to check if there is a possibility for us to meet?

I can come over to your office or can meet you at my place at 15CPW.
My cell number is 310 948 2269.

All the best,

**Arie Belldegrun, MD, FACS**
Director, Institute of Urologic Oncology
Roy and Carol Doumani Chair in Urologic Oncology
Professor and Chief, Division of Urologic Oncology
David Geffen School of Medicine at UCLA

924 Westwood Blvd, Suite 1050
Los Angeles, CA 90024

Clinical    310-206 1434
Academic  310-794 6584
abelldegrun@mednet.ucla.edu

www.IUO.ucla.edu

---

**From:** Ribas, Antoni
**Sent:** Thursday, March 21, 2013 3:12 PM
**To:** m-sadelain@ski.mskcc.org
**Cc:** Belldegrun, Arie M.D.
**Subject:** Congratulation on the STM and NYT articles!

Dear Michel, congratulations on the scientific and lay press articles. It is great to see your work featured with this relevance.

Besides congratulating you, with this email I would like to introduce to you Dr. Arie Belldegrun, Professor of Urology and Chief of Urological Oncology at UCLA. Arie is also the founder and president of the board of Kite Pharma, with an interest in engineered ACT therapies. Arie is a very successful investigator and entrepreneur, having previously founded Agenesys and Cougar Pharmaceuticals (Cougar licensed abiatarone and brought it to FDA approval). He asked me to introduce you to him and see if you would have time to meet with Arie on his next trip to NYC.

Toni

---

IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to

ATTORNEYS' EYES ONLY INFORMATION    PX0014.2    JUNO016589898

file:///C:/Users/dashy/AppData/Local/Temp/Marketing Interaction Arie B...

Case 2:17-cv-07639-SJO-KS Document 669-5 Filed 02/09/20 Page 4 of 4 Page ID #:32654

maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.

================================================================

Please note that this e-mail and any files transmitted from
Memorial Sloan-Kettering Cancer Center may be privileged, confidential,
and protected from disclosure under applicable law. If the reader of
this message is not the intended recipient, or an employee or agent
responsible for delivering this message to the intended recipient,
you are hereby notified that any reading, dissemination, distribution,
copying, or other use of this communication or any of its attachments
is strictly prohibited. If you have received this communication in
error, please notify the sender immediately by replying to this message
and deleting this message, any attachments, and all copies and backups
from your computer.

ATTORNEYS' EYES ONLY INFORMATION     PX0014.3     JUNO016589899