# EXHIBIT 11

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

| | |
|---|---|
| From: | arie@belldegrun.com |
| Sent: | Friday, September 13, 2013 12:38 PM |
| To: | dashy@mskcc.org |
| Subject: | RE: CARs/Kite Pharma |

Yoshodhara,
I will see you on Monday at 11AM.

Thank you,

Arie

-----Original Message-----
From: dashy@mskcc.org [mailto:dashy@mskcc.org]
Sent: Friday, September 13, 2013 11:33 AM
To: arie@belldegrun.com; m-sadelain@ski.mskcc.org
Cc: arie@kitepharma.com
Subject: RE: CARs/Kite Pharma

Dear Arie,

Would 11:00- 12:00 on Monday work for you? If so, we are located at 460E 63rd street between York and 1st avenues.

Thanks,

Yashodhara

Please note that my phone number will be changing to 646-888-1024 starting on the 20th of September.


Yashodhara Dash, M.B.B.S., Ph.D., M.B.A.
Senior Licensing Manager
Office of Technology Development
Memorial Sloan-Kettering Cancer Center
1275 York Avenue
New York 10065
dashy@mskcc.org
Tel: (646) 888-0577
Fax: 212-717-3439



-----Original Message-----
From: Arie Belldegrun [mailto:arie@belldegrun.com]
Sent: Friday, September 13, 2013 12:55 PM
To: Sadelain, Michel W./Sloan-Kettering Institute; Dash, Yashodhara/Research and Technology Mgmt
Cc: Arie Belldegrun
Subject: RE: CARs/Kite Pharma

ATTORNEYS' EYES ONLY INFORMATION

PX0773.1

Plaintiffs' Trial Exhibit
PX0773
Case No. 2:17-cv-07639 SJO-KS

JUNO016589907

Thank you Michel for the introduction.

Hi Yashodhara,

I am the Executive Chairman and Founder of Kite pharma, based in Los Angeles. I know it is on short notice, but I am in NY on Monday, FDA/Bethesda on Tuesday, and back for meetings in NY on Wednesday morning, before returning to LA that evening.

I would be happy to have a quick face to face introductory meeting in your office on Monday, if you happen to have any opening.

Thank you very much,

Arie

-----Original Message-----
From: m-sadelain@ski.mskcc.org [mailto:m-sadelain@ski.mskcc.org]
Sent: Friday, September 13, 2013 4:27 AM
To: dashy@mskcc.org
Cc: arie@kitepharma.com
Subject: CARs/Kite Pharma

Dear Yashodhara,

I met Dr Arie Belldegrun earlier this week at the RAC meeting in Bethesda. He is the President and CEO of Kite Pharma, a company focusing on CAR- and TCR-based therapies. They have a CREDA with NIH giving them rights to the CARs and TCRs developed at the surgery branch at the NCI.

He expressed interest in our CAR technology. I thought you would be interested to talk to him. He may be in NYC today and early next week.

Best regards,

Michel

ATTORNEYS' EYES ONLY INFORMATION

JUNO016589908

PX0773.2