# EXHIBIT 12

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

**From:**    Raskin, Gregory S./Research and Technology Mgmt <rasking@mskcc.org>
**Sent:**    Tuesday, October 29, 2013 7:34 AM
**To:**    Arie Belldegrun <arie@belldegrun.com>
**Subject:**    Re: Introduction to Kite Pharma

---

Yes - we can meet for lunch near my office if you'd like, or we can just meet at my office instead. I have a 1:37 train that I'll need to catch.

Our address is 600 Third Avenue, 16th Floor. Once you decide whether lunch works for you, I can set it up.

Greg
----------------------------
Gregory Raskin, M.D.
Executive Director, Office of Technology Development
Memorial Sloan-Kettering Cancer Center
Note new phone number: 646-888-1070

**From:** Arie Belldegrun <arie@belldegrun.com>
**Date:** Tuesday, October 29, 2013 10:22 AM
**To:** "Raskin, Gregory S./Research and Technology Mgmt" <rasking@mskcc.org>
**Subject:** RE: Introduction to Kite Pharma

Thanks,

Will noon time work or you?

**From:** rasking@mskcc.org [mailto:rasking@mskcc.org]
**Sent:** Tuesday, October 29, 2013 6:37 AM
**To:** arie@belldegrun.com
**Subject:** Re: Introduction to Kite Pharma

No, it won't. But I am available on Thursday morning November 7.
----------------------------
Gregory Raskin, M.D.
Executive Director, Office of Technology Development
Memorial Sloan-Kettering Cancer Center
Note new phone number: 646-888-1070

**From:** Arie Belldegrun <arie@belldegrun.com>
**Date:** Tuesday, October 29, 2013 9:34 AM
**To:** "Raskin, Gregory S./Research and Technology Mgmt" <rasking@mskcc.org>
**Cc:** Farah Champsi <fchampsi@altapartners.com>, "sruchefsky@caremipartners.com" <sruchefsky@caremipartners.com>, Farah Champsi <fchampsi@altapartners.com>
**Subject:** RE: Introduction to Kite Pharma

Hi Greg,

Happy to meet. Will Wednesday the 6th at 11AM work for you?

Regards,

Arie

ATTORNEYS' EYES ONLY INFORMATION    PX0782.1

**Plaintiffs' Trial Exhibit**
# PX0782
Case No. 2:17-cv-07639 SJO-KS

JUNO016589929

**From:** rasking@mskcc.org [mailto:rasking@mskcc.org]
**Sent:** Wednesday, October 23, 2013 12:05 PM
**To:** arie@belldegrun.com
**Subject:** Re: Introduction to Kite Pharma

Hi Arie (thanks for the intro Farah, moving you to bcc),

We are fairly advanced in discussions for the technology that you're talking about, so I wouldn't want you to have to make a special trip up to NYC. However, if you are truly going to be in town Nov 6/7, then I'd be very pleased to meet you and introduce myself and hear about your company. Yashodhara did inform me about your meeting, and I'll apologize on her behalf if she's been a little elusive.

The morning of Nov 7 looks free at this point. I'm leaving town at around lunchtime that day. Let me know if that works.

Best,
Greg
-----------------------------
Gregory Raskin, M.D.
Executive Director, Office of Technology Development
Memorial Sloan-Kettering Cancer Center

**From:** Arie Belldegrun <arie@belldegrun.com>
**Date:** Wednesday, October 23, 2013 2:37 PM
**To:** Farah Champsi <fchampsi@altapartners.com>, "Raskin, Gregory S./Research and Technology Mgmt" <rasking@mskcc.org>
**Cc:** 'Arie Belldegrun' <arie@kitepharma.com>
**Subject:** RE: Introduction to Kite Pharma

Farah,
Thank you for the introduction.

Greg,
Back in September I had a good meeting with Yashodhara Dash, and despite several reminders never heard back from her.
I would be delighted to meet with you during the first week of November, if possible.

Thanks,

**Arie Belldegrun, MD, FACS**
Executive Chairman and Founder
Kite Pharma

Office  310.471.4761
Cell     310.948.2269
arie@kitepharma.com

10924 Le Conte Avenue
Los Angeles, CA 90024

www.kitepharma.com

ATTORNEYS' EYES ONLY INFORMATION

JUNO016589930

**From:** Farah Champsi [mailto:fchampsi@altapartners.com]
**Sent:** Wednesday, October 23, 2013 11:05 AM
**To:** Gregory Raskin, M.D. (rasking@mskcc.org)
**Cc:** Arie Belldegrun (arie@kitepharma.com)
**Subject:** Introduction to Kite Pharma

Hi Greg,

I want to connect you with Arie Belldegrun who is the founder and Executive Chair of Kite Pharma. We recently invested in Kite and think it's a very exciting company in the cancer immunotherapy area. By way of background,  Arie was the founder of Agensys and Cougar Biotech and is currently Chief of Urologic Oncology at UCLA. Kite is interested in collaborating/licensing from MSK some of your related programs and I thought it would be helpful for you to meet and discuss the possibilities. He is going to be in NYC on November 6 and 7 if that works for your calendar. I have copied Arie here so you can follow up with each other.

Thanks a lot and hope to see you soon.

Farah

================================================================

Please note that this e-mail and any files transmitted from
Memorial Sloan-Kettering Cancer Center may be privileged, confidential,
and protected from disclosure under applicable law. If the reader of
this message is not the intended recipient, or an employee or agent
responsible for delivering this message to the intended recipient,
you are hereby notified that any reading, dissemination, distribution,

copying, or other use of this communication or any of its attachments
is strictly prohibited.  If you have received this communication in
error, please notify the sender immediately by replying to this message
and deleting this message, any attachments, and all copies and backups
from your computer.

ATTORNEYS' EYES ONLY INFORMATION

**PX0782.3**

JUNO016589931