# EXHIBIT 14

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**





Plaintiffs' Trial Exhibit
**PX1013**
Case No. 2:17-cv-07639 SJO-KS

**PX1013.1**



# CEO Introduction

Arie Belldegrun



# CEO Introduction
# 2016 - The Year of Kite

- Highlights
  - Timing of public offering
  - Building best commercial team
  - US patent office grants IPR
- Challenges
  - Global market headwinds
- Looking to Q2
  - Keep momentum Zuma 1
  - Build out manufacturing
  - Start to prepare the market



The Team is Focused on Delivering the BLA by Year-End

Kite Confidential



4

**PX1013.4**