# EXHIBIT 18

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

-------- Original message --------
From: Dr Arie Belldegrun <arie@belldegrun.com>
Date: 02/07/2014 4:58 AM (GMT-08:00)
To: Keith Nolop <KNolop@kitepharma.com>
Cc: Arie Belldegrun <arie@kitepharma.com>,Cynthia Butitta <CButitta@kitepharma.com>,Margo Roberts <MRoberts@kitepharma.com>
Subject: Re: documents received from NCI


Good job!! Greatly appreciated.

Cindy and I are continuing our marathon! similar to JPM days, but with the big guns of Wall Street and Boston. No change in the level of success but the competition is heating up. We find ourselves presenting an hour....after Juno. We are now being grouped, compared, and evaluated side by side. So far so good but being first is the name of the game for us!!!! We need to improve our corporate presentation to reflect it. Give it a shot and let's discuss Monday.

For desert , we had yesterday a meeting at Novartis headquarters in Boston. Played it well!!

More to come...

Arie

Sent from my iPad

On Feb 6, 2014, at 9:57 PM, Keith Nolop <KNolop@kitepharma.com> wrote:

> Meg just committed to Kite. The crisis is over.


-------- Original message --------
From: Meg Marshall <MMarshall@kitepharma.com>
Date: 02/06/2014 6:07 PM (GMT-08:00)
To: Adrian Bot <ABot@kitepharma.com>,Arie Belldegrun <arie@kitepharma.com>,Cynthia Butitta <CButitta@kitepharma.com>,Marc Better <MBetter@kitepharma.com>,Margo Roberts <MRoberts@kitepharma.com>,Keith Nolop <KNolop@kitepharma.com>,Rizwana Sproule <RSproule@kitepharma.com>,Prentice Curry <PCurry@kitepharma.com>,Linda Strause <strause@gmail.com>
Subject: documents received from NCI


I placed the following documents:

Plaintiffs' Trial Exhibit

**PX0016**

Case No. 2:17-cv-07639 SJO-KS

ATTORNEYS' EYES ONLY

**PX0016.1**

Kite-0007617

in the DRAGON folder on Shared Drive:

- Protocol Amendment Q (WORD)

In the Regulatory Drive; NCI IND13871 folder:

- Annual Report BB-IND 13871, which includes COAs (January 6, 2013 to December 2, 2013); (New information since the last annual report submission is highlighted)-   R:\CD19\NCI IND 13871

In the Clinical Drive:

- Continuing Review Jan 2014-   Z:\CD19 CAR\Surgery Branch CD19 Trial\Continuing Review
- Additional path reports-   Z:\CD19 CAR\Surgery Branch CD19 Trial\PATHOLOGY REPORTS for CD19

Meg

Margaret Ann Marshall, M.D.
Senior Director, Clinical Development
Kite Pharma, Inc.
2225 Colorado Avenue
Santa Monica, CA  90404
Phone: 424.276.6129
Cell: 860.501.3256
Fax:  310.824.9994
mmarshall@kitepharma.com
www.kitepharma.com

ATTORNEYS' EYES ONLY

Kite-0007618