# EXHIBIT 19

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**



# First-mover Advantage

April 5, 2016



CONFIDENTIAL

Plaintiffs' Trial Exhibit
**PX0029**
Case No. 2:17-cv-07639 SJO-KS

# On average, first-movers achieve higher market share



# The market share advantage of first movers at year 10 is on average 6 percentage points



http://www.mckinsey.com/industries/pharmaceuticals-and-medical-products/our-insights/pharmas-first-to-market-advantage

**CONFIDENTIAL**

**PX0029.3**

# The degree of first-mover advantage varies in different situations



http://www.mckinsey.com/industries/pharmaceuticals-and-medical-products/our-insights/pharmas-first-to-market-advantage

**CONFIDENTIAL**

4

**PX0029.4**

# Key considerations for Kite

- First mover advantage for KTE-C19 will be impacted by the following:
    - Positively
        - highly specialized
        - given intravenously in an inpatient setting
        - experienced marketing team with a proven track record in the b-cell malignancy space
        - Kite Pharma has demonstrated an ability to develop indications quickly (BTD in aggressive NHL)
    - Potentially negative
        - Anticipate 6 month gap between first and second entrant; in many instances, first-mover advantage vanishes when the lead time is short
        - Highly competitive market



5

CONFIDENTIAL

PX0029.5

# The degree of first-mover advantage varies in different situations



Denotes approximation for Kite Pharma

http://www.mckinsey.com/industries/pharmaceuticals-and-medical-products/our-insights/pharmas-first-to-market-advantage

**CONFIDENTIAL**

6

**PX0029.6**

# Conclusions

- KTE-C19's first-mover advantage will likely be driven by:
  - delta in launch time of 2nd entrant
    - The longer the first-mover has exclusivity, the more likely the therapy will become entrenched in treatment centers
  - speed in developing new indications
    - Transplant centers will likely gravitate towards one companies offerings (across indications) to simplify the treatment process
- KTE-C19's first mover advantage is expected to be 5-10 percentage points after 10 years

CONFIDENTIAL

7

PX0029.7