# EXHIBIT 21

**FILED PUBLICLY PURSUANT TO COURT ORDER DATED JANUARY 30, 2020 (ECF NO. 665)**

Message

| | |
|---|---|
| **From:** | Sung H. Lee [/O=GILEAD SCIENCES/OU=FOSTER CITY/CN=RECIPIENTS/CN=SLEE02] |
| **Sent:** | 8/28/2017 1:22:55 AM |
| **To:** | John Milligan [john.milligan@gilead.com]; Kevin Young [kevin.young@gilead.com]; Norbert Bischofberger [norbert.bischofberger@gilead.com]; Robin Washington [robin.washington@gilead.com]; Brett Pletcher [brett.pletcher@gilead.com] |
| **CC:** | Jim Meyers [jim.meyers@gilead.com]; Alessandro Riva [alessandro.riva@gilead.com]; Marty Silverstein [marty.silverstein@gilead.com]; Andrew Dickinson [andrew.dickinson@gilead.com]; Amy Flood [amy.flood@gilead.com]; Marni Kottle [marni.kottle@gilead.com]; Jason Okazaki [jason.okazaki@gilead.com]; Mark Kinarney [mark.kinarney@gilead.com]; Andrew H Chang (Investor Relations) [andrew.chang@gilead.com]; Sung H. Lee [sung.lee@gilead.com] |
| **Subject:** | Dodgers Q&A and Key Messages |
| **Attachments:** | Dodgers Critical QA v7.doc; Dodgers Critical QA v7.pdf |

I've revised the attached document to incorporate the feedback from today's session.

Best,

Sung

Plaintiffs' Trial Exhibit

PX0078

Case No. 2:17-cv-07639 SJO-KS

PX0078.1

ATTORNEYS' EYES ONLY

Kite-1164582

**Key Messages/Top Questions**

**Key Messages:**

<u>Leadership</u> in cell therapy for oncology

- Kite has **cutting-edge** and **transformational technology**, and the transaction **immediately** places Gilead as the **leader in cell therapy**, which we believe will be the **cornerstone of treating cancer**

- Axi-cel, coupled with Kite's **leading manufacturing capabilities** and its portfolio of **next-generation technologies** and therapy candidates, will serve as a **platform** for Gilead's efforts to build an **industry-leading cell therapy franchise in oncology**

- We intend to **rapidly accelerate** the **development** of **pipeline** candidates, **next generation research**, and **manufacturing technologies** for the **benefit of patients** around the world.

Significant opportunities to create <u>shareholder value</u>

- Transaction provides opportunities for **diversification of revenues**, and is expected to be **neutral to earnings by year three and accretive thereafter**

- Kite's **broad pipeline** in hematologic malignancies and solid tumors and **robust platform** provide opportunities to add **immediate revenues** and **additional revenue streams** in the future to create shareholder value

*************

1

**PX0078.2**

ATTORNEYS' EYES ONLY    Kite-1164583

**Key Messages/Top Questions**

Critical Questions

- **Why Kite and how does it fit with an antiviral company? Seems like this deal is from "left field."**
    - Kite has **cutting-edge** and **transformational technology**, and the transaction **immediately** places Gilead as the **leader in cell therapy**, which we believe will be the **cornerstone of treating cancer**
    - Axi-cel, coupled with Kite's **leading manufacturing capabilities** and its portfolio of **next-generation technologies** and therapy candidates, will serve as a **platform** for Gilead's efforts to build an **industry-leading cell therapy franchise in oncology**
    - We intend to **rapidly accelerate** the **development** of **pipeline** candidates, **next generation research**, and **manufacturing technologies** for the **benefit of patients** around the world.
    - Transaction provides opportunities for **diversification of revenues**, and is expected to be **neutral to earnings by year three and accretive thereafter**
    - Kite's **broad pipeline** in hematologic malignancies and solid tumors and **robust platform** provide opportunities to add **immediate revenues** and **additional revenue streams** in the future to create shareholder value

- **What value can you add? Why is Kite better in your hands than an established oncology company?**
    - Ability to drive continuous **scientific and medical innovation** that improves existing products
    - **Rapid design** and **execution** of clinical programs that accelerate and shorten development timelines
    - Demonstrated ability to **scale** complicated manufacturing processes to meet patient demand
    - **Commercial capabilities in countries around the world** – successful track record of launching innovative, specialty medicines

- **Valuation, justification? What value was assigned to axi-cel vs the rest of the pipeline?**
    - We covet Kite's cell therapy **platform, talent** and the ability to become an **immediate leader** in cell therapy, which is expected to be the **cornerstone** of treating cancer
    - From a valuation perspective, the deal was weighted towards Kite's hematological programs

2

**PX0078.3**

ATTORNEYS' EYES ONLY                                                                                     Kite-1164584

**Key Messages/Top Questions**

- **Peak Sales? Accretion/Dilution?**
    - In addition to providing a first-in-class product for aggressive NHL lymphoma, which alone is a multi-billion dollar opportunity, we think this is just the tip of the potential as our intention is to expand into other hematological malignancies. We will leverage the cutting-edge and transformational technology to benefit patients around the world and deliver shareholder value.
    - The transaction will provide opportunities for diversification of revenues, and is expected to be neutral to earnings by year three and accretive thereafter.

- **Should we think of Kite as the beginning of a string of acquisitions?**
    - BD is a process and we will continue to be disciplined in our approach
    - We are working on other opportunities/transactions/partnerships that can provide additional drivers of growth.
    - This transaction will make us a leader in the field of cellular therapy for oncology and we will do what's needed to maintain our leadership position, including looking at internal and external opportunities.

- **Are you concerned about getting into another area where pricing is likely to be high and has already been raised as a barrier? What will be the price per course of treatment for axi-cel?**
    - We would prefer not to speculate about pricing since this deal is pending
    - Whilst there has been speculation about CAR T cell therapy pricing in the media, it clearly is a new revolutionary form of medicine
    - The Kite team has done an excellent job designing and executing clinical studies that characterize the efficacy of axi-cel in a patient population with no other options.
    - Individualized patient medicine is very labor intensive and the process to manufacture is expensive.

- **Patent litigation – What are your thoughts on the IP dispute between Kite and Juno?**
    - Over the last several months we carefully reviewed the intellectual property related to cell therapy and are comfortable with Kite's IP position. Because Juno and Kite have been engaged in various disputes over IP, we are not in a position to comment on the merits of the dispute. After closing, Gilead and Kite will further review the Juno dispute, including consideration of whether there is potential for an amicable and reasonable resolution.

[Additional IP-related questions on last page of document]

3

**PX0078.4**

ATTORNEYS' EYES ONLY                                                                 Kite-1164585

**Key Messages/Top Questions**

- **Why Kite instead of Juno?**
    - **First mover** advantage - Kite's axi-cel is a CAR T therapy currently under priority review by the U.S. FDA and is expected to be the first to market as a treatment for refractory aggressive NHL which includes DLBCL, TFL and PMBCL
    - Kite has an **industry-leading cell therapy pipeline** and clinical development program for CARs and TCRs
    - Manufacturing is critical for successful commercialization of cell therapy products and Kite has a **validated manufacturing facility** and short (17 day vein to vein in clinical trials) turnaround time
    - Kite programs are not partnered in the U.S. or EU and joint ventured in China and Japan

- **How should we think about future revenue growth as a result of this transaction? When will you get back to growth?**
    - Kite has cutting-edge and transformational technology, and the transaction immediately places Gilead as the leader in cell therapy, which we believe will be the cornerstone of treating cancer
    - Axi-cel, coupled with Kite's leading manufacturing capabilities and its portfolio of next-generation technologies and therapy candidates, will serve as a platform for Gilead's efforts to build an industry-leading cell therapy franchise in oncology
    - We intend to rapidly accelerate the development of pipeline candidates, next generation research, and manufacturing technologies for the benefit of patients around the world.
    - Transaction provides opportunities for diversification of revenues, and is expected to be neutral to earnings by year three and accretive thereafter
    - Kite's broad pipeline in hematologic malignancies and solid tumors and robust platform provide opportunities to add immediate revenues and additional revenue streams in the future to create shareholder value

**Leadership/HR**

- **Will the Kite CEO or other members of the company's executive team join Gilead in a leadership role?**
    - We are very impressed with the team at Kite and hope the vast majority of employees will be a part of Gilead
    - We view cell therapy as a long-term, exciting growth area and we will need the talented employees at Kite to help us deliver on that vision

4

**PX0078.5**

ATTORNEYS' EYES ONLY   Kite-1164586

**Key Messages/Top Questions**

- o This transaction is about the exciting science and platform that Kite brings to Gilead. It is **not about financial synergies or cost savings**. We see this as a growth area for the company and anticipate that we will increase the number of employees at Kite.

- **Do you anticipate layoffs among either current Gilead employees or Kite?**
    - o We view cell therapy as a long-term, exciting growth area and we will need the talented employees at Kite to help us deliver on that vision
    - o This transaction is about the exciting science and platform that Kite brings to Gilead. It is **not about financial synergies or cost savings**. We see this as a growth area for the company and anticipate that we will increase the number of employees at Kite.

- **Will Kite's Los Angeles locations remain as standalone sites or be integrated into Gilead?**
    - o Kite's operations in Santa Monica and El Segundo are very important and will continue on after the transaction has been completed.
    - o We have a strong presence throughout California, with roughly half of our employees working in the state and have multiple sites in Southern California, including a newly opened, 23-acre manufacturing site in La Verne

**Commercial**

- **Will you be able to leverage your existing oncology sales force in the U.S. or Europe?**
    - o First, Kite is **ready for commercialization** of axi-cel in the U.S. upon approval and we do not expect synergies between the two sales teams.
    - o Launching a cell therapy product carries with it a unique go-to-market model

**Other Questions**

- **Were you competing against multiple bidders?**
    - o This was a deal that was executed because of **a shared vision** of the two leadership teams
    - o Because Kite is such an innovative company, it would be fair to expect BD interest from other organizations. We can't speculate about BD activities in which Kite was engaged, but that will obviously be disclosed in the future

**Finance Questions**

- **When will this deal become accretive?**
    - o Transaction provides opportunities for diversification of revenues, and is expected to be neutral to earnings by year three and accretive thereafter

    - o Kite's broad pipeline in hematologic malignancies and solid tumors and robust platform provide opportunities to add immediate revenues and additional revenue streams in the future to create shareholder value

5

PX0078.6

ATTORNEYS' EYES ONLY
Kite-1164587

**Key Messages/Top Questions**

- Questions on the impact of Kite on expenses (COGS, R&D, SG&A) and margins in the future
  - While we haven't provided long-term guidance, we will provide an **update for 2018** with our **2018 guidance**

- Will you be suspending your dividend and/or buybacks as a result of this transaction? How are you thinking about capital allocation?
  - We do not intend to change our capital allocation strategy. We have the cash and leverage to continue to assess external opportunities
  - This transaction does not change our commitment to the dividend
  - Buybacks have been reduced for some time now and are being done for the primary purpose of offsetting dilution; we will evaluate our buyback program on an ongoing basis

- Did you consider using stock in part or in whole for this transaction?
  - We considered all options and cash was attractive to both parties

- Given your borrowing/debt levels now, what additional borrowing capacity do you have for future deals? Is there a debt to EBITDA target you're aiming for?
  - We anticipate de-levering quickly. Additionally, we anticipate issuing debt weighted toward short term of maturities.

- Are there any walk away or termination fees if the deal doesn't go through for any reason?
  - The transaction is subject to **customary deal protections and closing conditions**, which will be disclosed in the normal course

- Of the purchase price, what amount is being financed by debt and cash on hand?
  - We plan to use cash on hand, with the remaining amount being debt weighted toward short term maturities. The debt would include pre-payable term loans and floating rate senior notes.

**Tender Offer Questions**

- When will you launch the tender offer?
  - We're working quickly to launch the tender offer and are required to launch within 10 business days after the agreement has been signed

- When will the acquisition close?
  - We believe the transaction will close in the fourth quarter

- What are the conditions to the tender offer?
  - The tender offer is subject to standard conditions, including receipt of HSR clearance

- Why did Kite agree to roll-over options instead of cashing them out?
  - The talented employees at Kite are an integral part of our ability to deliver on our long-term growth vision for cell therapy. We viewed assuming the options as a critical retention measure to help ensure we retain the employees.

6

**PX0078.7**

ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kite-1164588

**Key Messages/Top Questions**

**Other IP Related Questions**

- **Where will the IP for axi-cel be domiciled?**
    - This is something that we will evaluate as we go through the process of completing the transaction

- **Do you think there is a risk of Juno successfully enjoining the sale of axi-cel?**
    - We believe the risk of injunction is very low. Juno itself has stated that it "will not prevent continued patient access while the legal dispute continues."

- **Do you expect Juno to refile its lawsuit against axi-cel at launch?**
    - We are not going to speculate about Juno's intentions.

- **Do you intend to assert any Kite patents against Juno? Novartis? Bluebird?**
    - At this point we are not going to comment. We would hope that any IP disputes among those parties could be resolved amicably.

7

**PX0078.8**

ATTORNEYS' EYES ONLY

Kite-1164589