JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

W. CHAD SHEAR (State Bar No. 230602)
shear@fr.com
GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
MEGAN A. CHACON (State Bar No. 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**KITE PHARMA, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION**<br><br>Judge:  Hon. S. James Otero |

Pursuant to L.R. 79-5.2.2 and section 31(e) of the Court's civil standing order, Defendant Kite Pharma, Inc. ("Kite") requests leave to conditionally file under seal the following documents:

- Kite Pharma Inc.'s Opposition to Plaintiffs' Consolidated Post-Trial Motion at 2:1-3, 23:26–27, 28:14–18, 29:27–28;
- Exhibits 2–6, 14–17, and 18–24; and
- Trial Exhibits DX2011c, and PX156.

These documents have been designated by the parties to this litigation as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the Stipulated Protective Order.

Plaintiffs have informed Kite that they intend to move to seal information in these documents. Kite intends to move to seal its sensitive information in these documents as well.

DATED: February 10, 2020          MUNGER, TOLLES & OLSON LLP

By: */s/ Graham Cole*
    GRAHAM COLE
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.