JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

W. CHAD SHEAR (State Bar No. 230602)
shear@fr.com
GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
MEGAN A. CHACON (State Bar No. 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DECLARATION OF GRAHAM COLE IN SUPPORT OF KITE PHARMA, INC.'S OPPOSITION TO PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION**<br><br>Judge:  Hon. S. James Otero |

I, Graham Cole, declare:

1.  I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel for Defendant Kite Pharma, Inc. ("Kite") in this case. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2.  **Exhibits 4 and 15-16** are true and correct copies of documents produced by Kite in this case with production numbers Kite-1287339, Kite-1287341, and Kite-1287342, respectively, and relied upon in Dr. Mohan Rao's concurrently filed declaration. These documents have been filed conditionally under seal.

3.  **Exhibits 6 and 18-24** are true and correct copies of emails produced by Plaintiffs in this case. They have been filed conditionally under seal.

4.  **Exhibit 7** is a true and correct copy of an article titled "CD19-Targeted T Cells Rapidly Induce Molecular Remissions in Adults with Chemotherapy-Refractory Acute Lymphoblastic Leukemia" by Renier J. Brentjens *et al.*, published in Science Translational Medicine on March 20, 2013.

5.  **Exhibits 8-10** are true and correct copies of excerpts from the depositions of Dr. Arie Belldegrun, Dr. Thomas Schuetz, and Dr. Aya Jakobovits, respectively.

6.  **Exhibits 11-12** are true and correct copies of the Memorial Sloan Kettering Office of Technology Development Staff Directory and the Memorial Sloan Kettering Office of Technology Development Bibliographic Page for Assistant General Counsel Lee Stetson, respectively. Both documents were printed from Sloan-Kettering's website, www.mskcc.org.

7.  **Exhibit 13** is a true and correct copy of excerpts from Novartis AG's annual report (Form 20-F) for the fiscal year that ended December 31, 2019.

8. **Exhibit 14** is a true and correct copy of excerpts from a document produced by Plaintiffs in this case titled "Pre-BLA Type B Meeting Package" (Meeting Date: 05 Aug 2019). It has been filed conditionally under seal.

9. **Exhibit 17** is a true and correct copy of excerpts from Kite's Invalidity Contentions, dated April 30, 2018. It has been filed conditionally under seal.

10. Attached are true and correct copies of trial exhibits PX14, PX39, PX140, PX718, PX782, PX928, PX1286, PX1287, and DX595.

11. True and correct copies of trial exhibits DX2011c and PX156 have been filed provisionally under seal.

12. The other trial exhibits cited in Kite's Opposition to Plaintiffs' Post-Trial Motion (PX1, PX40, and PX72) were previously filed as attachments to Dkt. 661.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 10, 2020

By: */s/ Graham Cole*
    GRAHAM COLE