JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

W. CHAD SHEAR (State Bar No. 230602)
shear@fr.com
GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
MEGAN A. CHACON (State Bar No. 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**DECLARATION OF BRIAN SANDER IN SUPPORT OF KITE PHARMA, INC.'S OPPOSITION TO PLAINTIFFS' POST-TRIAL MOTION** |

I, Brian Sander, declare:

1. I am Vice President and Head of Legal at Kite Pharma, Inc. ("Kite"). I am a member in good standing of the State Bar of California. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2. As Kite's senior legal executive, I am responsible for the legal aspects of Kite's technology-based relationships, including research collaborations, sponsored research agreements, vendor agreements, clinical trial agreements, consulting agreements, and confidentiality agreements. Through these responsibilities, I have personal knowledge of the contracts that govern Kite's relationships with the universities and other research institutions that participate in the clinical trials that Kite sponsors.

3. One of the universities that has participated in Kite-sponsored clinical trials is Stanford. **Exhibit 1** is a true and correct copy of the Confidential Disclosure Agreement between Kite and the Board of Trustees of the Leland Stanford Junior University ("Stanford University") dated February 7, 2014. **Exhibit 2** is a true and correct copy of the Clinical Trial Agreement between Kite and Stanford University dated August 19, 2015. As these agreements reflect, it is not unusual for clinical trials to start at a site more than a year after Kite first contacts the site about participating.

4. **Exhibits 3 and 5** are true and correct copies of Clinical Trial Agreements between Kite and Memorial Sloan Kettering Cancer Center.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 10, 2020

-1-
DECLARATION OF BRIAN SANDER