Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**PLAINTIFFS' NOTICE AND APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JMOL AND/OR A NEW TRIAL**<br><br>Hon. S. James Otero |

1 | Rebecca Carson (SBN 254105)
rcarson@irell.com
2 | Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
3 | IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
4 | Newport Beach, CA 92660
Telephone: (949) 760-0991
5 | Facsimile: (949) 760-5200

6 | Christopher J. Harnett (Pro Hac Vice)
charnett@jonesday.com
7 | Sarah A. Geers (Pro Hac Vice)
sgeers@jonesday.com
8 | Kevin V. McCarthy (Pro Hac Vice)
kmccarthy@jonesday.com
9 | JONES DAY
250 Vesey Street
10 | New York, NY 10281-1047
Telephone: (212) 326-3939
11 | Facsimile: (212) 755-7306

12 | Jennifer L. Swize (Pro Hac Vice)
jswize@jonesday.com
13 | JONES DAY
51 Louisiana Avenue, N.W.
14 | Washington, DC 20001-2113
Telephone: (202) 879-3939
15 | Facsimile: (202) 626-1700

16 | John M. Michalik (Pro Hac Vice)
jmichalik@jonesday.com
17 | JONES DAY
77 West Wacker Drive, Suite 3500
18 | Chicago, IL 60601-1692
Telephone: (312) 782-3939
19 | Facsimile: (312) 782-8585

20 | *Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL
21 | SLOAN KETTERING CANCER CENTER,
and SLOAN KETTERING INSTITUTE FOR
22 | CANCER RESEARCH

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to L.R. 79-5 and Section 31(e) of the Court's Civil Standing Order, Plaintiffs request leave to conditionally file under seal the following document: Exhibit 41 to the Declaration of Andrea W. Jeffries in Support of Plaintiffs' Response to Kite's Motion for JMOL and/or a New Trial ("Jeffries Opposition Declaration"). Plaintiffs disagree that Exhibit 41 to the Jeffries Opposition Declaration should be filed under seal, given that it is an admitted trial exhibit that was used during the public portion of trial with no request to seal. Plaintiffs nonetheless file this admitted trial exhibit conditionally under seal at Kite's insistence.

This Notice and Application is based on the fact that Kite has informed Plaintiffs they intend to move to seal Exhibit 41 to the Jeffries Opposition Declaration.

This application is based upon this Notice and the following Application, together with any oral argument and other supplemental evidence furnished to and taken into consideration by the Court.

| | |
|---|---|
| 1   Dated: February 10, 2020 | Respectfully submitted, |

By: */s/ Luke J. Burton*
    Andrea W. Jeffries (SBN 183408)
    Luke J. Burton (SBN 301247)
    JONES DAY
    555 South Flower Street, Fiftieth Floor
    Los Angeles, CA 90071
    Telephone:(213) 489-3939
    Facsimile: (213) 243-2539

    Morgan Chu (SBN 70446)
    Alan J. Heinrich (SBN 212782)
    C. Maclain Wells (SBN 221609)
    Elizabeth C. Tuan (SBN 295020)
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Telephone:(310) 277-1010
    Facsimile: (310) 203-7199

    Rebecca Carson (SBN 254105)
    Ingrid M. H. Petersen (SBN 313927)
    IRELL & MANELLA LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660
    Telephone:(949) 760-0991
    Facsimile: (949) 760-5200

    Christopher J. Harnett (*Pro Hac Vice*)
    Sarah A. Geers (*Pro Hac Vice*)
    Kevin V. McCarthy (*Pro Hac Vice*)
    JONES DAY
    250 Vesey Street
    New York, NY 10281
    Telephone:(212) 326-3939
    Facsimile: (212) 755-7306

| | |
|---|---|
| 1 | Jennifer L. Swize (*Pro Hac Vice*) |
| 2 | JONES DAY |
|   | 51 Louisiana Avenue, N.W. |
| 3 | Washington, DC 20001-2113 |
|   | Telephone:  (202) 879-3939 |
| 4 | Facsimile:   (202) 626-1700 |
| 5 | John M. Michalik (*Pro Hac Vice*) |
| 6 | JONES DAY |
|   | 77 West Wacker Drive, Suite 3500 |
| 7 | Chicago, IL 60601-1692 |
|   | Telephone:  (312) 782-3939 |
| 8 | Facsimile:   (312) 782-8585 |
| 9 | *Attorneys for Plaintiffs* |
| 10 | *Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan* |
| 11 | *Kettering Institute for Cancer Research* |

# **APPLICATION**

Plaintiffs seek an Order permitting Plaintiffs to conditionally file, in connection with their Opposition to Kite's Motion for JMOL and/or a New Trial, the following document under seal pursuant to Civil Local Rule 79-5 and Section 31(e) of the Court's Civil Standing Order: Exhibit 41 to the Jeffries Opposition Declaration.

Plaintiffs disagree that Exhibit 41 to the Jeffries Opposition Declaration should be filed under seal, given that it is an admitted trial exhibit that was used during the public portion of trial with no request to seal. Plaintiffs nonetheless file this admitted trial exhibit conditionally under seal at Kite's insistence. Kite has informed Plaintiffs they intend to move to seal Exhibit 41 to the Jeffries Opposition Declaration.

For the foregoing reasons, Plaintiffs therefore respectfully request that, if appropriate, this Court issue an order, pursuant to Civil Local Rule 79-5 and Section 31(e) of the Court's Civil Standing Order, permitting the filing under seal of the aforementioned document.

Dated: February 10, 2020

Respectfully submitted,

By: */s/ Luke J. Burton*
Andrea W. Jeffries (SBN 183408)
Luke J. Burton (SBN 301247)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:(213) 489-3939
Facsimile: (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:(949) 760-0991
Facsimile: (949) 760-5200

Christopher J. Harnett (*Pro Hac Vice*)
Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:(212) 326-3939
Facsimile: (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
*Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 10th day of February, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ Luke J. Burton*
                                         Luke J. Burton