Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Andrea Weiss Jeffries (SBN 183408)
ajeffries@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JMOL AND/OR A NEW TRIAL**<br><br>Hon. S. James Otero |

1  Rebecca Carson (SBN 254105)
   rcarson@irell.com
2  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
3  Newport Beach, CA 92660
4  Telephone:   (949) 760-0991
   Facsimile:   (949) 760-5200
5

6  Christopher J. Harnett (*Pro Hac Vice*)
   charnett@jonesday.com
7  Sarah A. Geers (*Pro Hac Vice*)
   sgeers@jonesday.com
8  Kevin V. McCarthy (*Pro Hac Vice*)
   kmccarthy@jonesday.com
9  JONES DAY
   250 Vesey Street
10 New York, NY 10281
11 Telephone:   (212) 326-3939
   Facsimile:   (212) 755-7306
12
   *Attorneys for Plaintiffs*
13 JUNO THERAPEUTICS, INC., MEMORIAL
14 SLOAN KETTERING CANCER CENTER,
   and SLOAN KETTERING INSTITUTE FOR
15 CANCER RESEARCH

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having considered Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Opposition To Defendant's Motion For JMOL and/or a New Trial, finds that compelling reasons exist to maintain under seal the following documents filed conditionally under seal:

| **Sealed Document** | **Disposition** |
|---|---|
| Exhibit 41 to the Jeffries Opposition Declaration | |

IT IS SO ORDERED.

Dated: _____  _____
Hon. S. James Otero
DISTRICT COURT JUDGE