# EXHIBIT 41

# LODGED PROVISIONALLY UNDER SEAL