JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

W. CHAD SHEAR (State Bar No. 230602)
shear@fr.com
GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
MEGAN A. CHACON (State Bar No. 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**KITE PHARMA, INC.'S SECOND APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION**<br><br>Judge:  Hon. S. James Otero |

Kite's application to seal and proposed order at ECF No. 672 inadvertently did not list the Declaration of Mohan Rao, Ph.D., which was filed conditionally under seal at ECF No. 674-1. Kite therefore files this Second Application to File Under Seal together with a proposed order containing the necessary reference to Dr. Rao's declaration (as well as the other conditionally sealed attachments to ECF No. 674).

Dr. Rao's declaration contains and references Kite's highly confidential information. Kite intends to move to seal its sensitive information in Dr. Rao's declaration.

DATED:  February 10, 2020           MUNGER, TOLLES & OLSON LLP


By: */s/ Graham Cole*
   GRAHAM COLE
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.