JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>            Plaintiffs,<br><br>     vs.<br><br>KITE PHARMA, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I certify that, on February 10, 2020, I filed using the Court's ECF system the documents titled:

- Declaration of Graham Cole in Support of Kite Pharma, Inc.'s Application for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Motion [Filed Provisionally Under Seal] (ECF No. 674)

- Declaration of Mohan Rao, Ph.D. [Filed Provisionally Under Seal] (ECF No. 674-1)

- Exhibits 2–6 and 14–24 to the Declaration of Graham Cole in Support of Kite Pharma, Inc.'s Application for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Motion [Filed Provisionally Under Seal] (ECF Nos. 674-2 to 674-17)

- Trial Exhibits DX2011c and PX156 [Filed Provisionally Under Seal] (ECF Nos. 674-18 to 674-19)

- Kite Pharma Inc.'s Opposition to Plaintiffs' Consolidated Post-Trial Motion [Filed Provisionally Under Seal] (ECF No. 674-20)

These documents and a copy of the Notice of Electronic Filings generated by these filings were served pursuant to L.R. 5-3.1.2 and L.R. 79-5.3 on this day upon the following counsel of record for Plaintiffs by e-mail:

Morgan Chu
Alan J. Heinrich
Elizabeth C. Tuan
Juno-Kite@irell.com
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067

1  DATED: February 10, 2020

4                                         /s/ Adam R. Lawton
                                          ADAM LAWTON