Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

*[List of counsel continues on next page]*

*Attorneys for Plaintiffs*
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-07639-SJO-KSx<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. S. James Otero |

| | |
|---|---|
| 1 | Rebecca Carson (SBN 254105) |
| | rcarson@irell.com |
| 2 | Ingrid M. H. Petersen (SBN 313927) |
| | ipetersen@irell.com |
| 3 | IRELL & MANELLA LLP |
| | 840 Newport Center Drive, Suite 400 |
| 4 | Newport Beach, CA 92660 |
| | Telephone:   (949) 760-0991 |
| 5 | Facsimile:   (949) 760-5200 |
| 6 | Sarah A. Geers (Pro Hac Vice) |
| | sgeers@jonesday.com |
| 7 | Kevin V. McCarthy (Pro Hac Vice) |
| | kmccarthy@jonesday.com |
| 8 | JONES DAY |
| | 250 Vesey Street |
| 9 | New York, NY 10281-1047 |
| | Telephone:   (212) 326-3939 |
| 10 | Facsimile:   (212) 755-7306 |
| 11 | Jennifer L. Swize (Pro Hac Vice) |
| | jswize@jonesday.com |
| 12 | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| 13 | Washington, DC 20001-2113 |
| | Telephone:  (202) 879-3939 |
| 14 | Facsimile:   (202) 626-1700 |
| 15 | John M. Michalik (Pro Hac Vice) |
| | jmichalik@jonesday.com |
| 16 | JONES DAY |
| | 77 West Wacker Drive, Suite 3500 |
| 17 | Chicago, IL 60601-1692 |
| | Telephone:  (312) 782-3939 |
| 18 | Facsimile:   (312) 782-8585 |
| 19 | *Attorneys for Plaintiffs* |
| 20 | JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, |
| 21 | and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH |

I hereby certify that on February 10, 2020, copies of:

- The sealed Declaration of Luke J. Burton in support of Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Opposition to Defendant's Motion for JMOL and/or a New Trial;
- Exhibit 41 to the Declaration of Andrea W. Jeffries in support of Plaintiffs' Response to Kite's Motion for Judgment as a Matter of Law and/or a New Trial; and
- the Notice of Electronic Filing of the filing under seal

were caused to be served on the following in the manner indicated:

**VIA ELECTRONIC MAIL**
Jeffrey I. Weinberger
Graham B. Cole
Edward G. Dane
Peter E. Gratzinger
Adam R. Lawton
Vincent Ling
Garth T. Vincent
Blanca F. Young
MUNGER, TOLLES & OLSON LLP
~KITE@mto.com

Geoffrey D. Biegler
Gregory R. Booker
Megan A. Chacon
John M. Farrell
Grant T. Rice
William C. Shear
Lance E. Wyatt
FISH & RICHARDSON PC
FishTeam-Kite/Juno@fr.com

Eric A. Shumsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
eshumsky@orrick.com

                                                */s/ Luke J. Burton*
                                                Luke J. Burton