1  Morgan Chu (SBN 70446)
   mchu@irell.com
2  Alan J. Heinrich (SBN 212782)
   aheinrich@irell.com
3  C. Maclain Wells (SBN 221609)
   mwells@irell.com
4  Elizabeth C. Tuan (SBN 295020)
   etuan@irell.com
5  IRELL & MANELLA LLP
6  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
7  Telephone:    (310) 277-1010
   Facsimile:    (310) 203-7199
8
9  Andrea W. Jeffries (SBN 183408)
   ajeffries@jonesday.com
10 Luke J. Burton (SBN 301247)
   lburton@jonesday.com
11 JONES DAY
   555 South Flower Street, Fiftieth Floor
12 Los Angeles, CA 90071
   Telephone:    (213) 489-3939
13 Facsimile:    (213) 243-2539

14 *[List of counsel continues on next page]*

15 *Attorneys for Plaintiffs*
16 JUNO THERAPEUTICS, INC., MEMORIAL
   SLOAN KETTERING CANCER CENTER,
17 and SLOAN KETTERING INSTITUTE FOR
   CANCER RESEARCH
18

                UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA
20                    WESTERN DIVISION

21 | JUNO THERAPEUTICS, INC., *et al.*, | Case No. 2:17-cv-07639-SJO-KSx |
   |---|---|
22 | Plaintiffs, | **PLAINTIFFS' NOTICE OF ERRATA REGARDING DOCKET NO. 673** |
23 | v. | |
24 | KITE PHARMA, INC., | |
25 | Defendant. | Hon. S. James Otero<br>Place:   Courtroom 10C |
26 | | |
27 | AND RELATED COUNTERCLAIMS | |
28

1  Rebecca Carson (SBN 254105)
   rcarson@irell.com
2  Ingrid M. H. Petersen (SBN 313927)
   ipetersen@irell.com
3  IRELL & MANELLA LLP
   840 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone:   (949) 760-0991
5  Facsimile:    (949) 760-5200

6
   Sarah A. Geers (*Pro Hac Vice*)
7  sgeers@jonesday.com
   Kevin V. McCarthy (*Pro Hac Vice*)
8  kmccarthy@jonesday.com
   JONES DAY
9  250 Vesey Street
   New York, NY 10281-1047
10 Telephone:   (212) 326-3939
   Facsimile:    (212) 755-7306
11

12 Jennifer L. Swize (*Pro Hac Vice*)
   jswize@jonesday.com
13 JONES DAY
   51 Louisiana Avenue, N.W.
14 Washington, DC 20001-2113
   Telephone: (202) 879-3939
15 Facsimile:   (202) 626-1700

16
   John M. Michalik (*Pro Hac Vice*)
17 jmichalik@jonesday.com
   JONES DAY
18 77 West Wacker Drive, Suite 3500
   Chicago, IL 60601-1692
19 Telephone: (312) 782-3939
   Facsimile:   (312) 782-8585
20
   *Attorneys for Plaintiffs*
21 JUNO THERAPEUTICS, INC., MEMORIAL
   SLOAN KETTERING CANCER CENTER,
22 and SLOAN KETTERING INSTITUTE FOR
   CANCER RESEARCH
23

24

25

26

27

28

PLEASE TAKE NOTICE that Dkt. No. 673 (Plaintiffs' Opposition to Defendant's Motion for Judgment as a Matter of Law and/or a New Trial) as originally filed contained minor typographical errors. Specifically, page 15, lines 27-28 should have read "a field" rather than "filed" and "F.3d" rather than "F. 3d." Plaintiffs have filed a corrected version at Dkt. No. 683.

Dated:  February 10, 2020                Respectfully submitted,

By:  */s/ Andrea W. Jeffries*

Andrea W. Jeffries (SBN 183408)
Luke J. Burton (SBN 301247)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Morgan Chu (SBN 70446)
Alan J. Heinrich (SBN 212782)
C. Maclain Wells (SBN 221609)
Elizabeth C. Tuan (SBN 295020)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Rebecca Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Sarah A. Geers (*Pro Hac Vice*)
Kevin V. McCarthy (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Jennifer L. Swize (*Pro Hac Vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

John M. Michalik (*Pro Hac Vice*)
JONES DAY
77 West Wacker Drive, Suite 3500

-1-

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR A NEW TRIAL
Case No. 2:17-cv-07639-SJO-KSx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Plaintiffs*
*Juno Therapeutics, Inc., Memorial Sloan Kettering Cancer Center, and Sloan Kettering Institute for Cancer Research*

-2-

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR A NEW TRIAL
Case No. 2:17-cv-07639-SJO-KSx

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was electronically filed with the Court this 10th day of February, 2020.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Andrea W. Jeffries*
Andrea W. Jeffries

-3-

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR A NEW TRIAL
Case No. 2:17-cv-07639-SJO-KSx