JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA FROMM YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant KITE PHARMA, INC.
KITE PHARMA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, AND SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>        Plaintiffs,<br><br>        vs.<br><br>KITE PHARMA, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**NOTICE OF ERRATA RE: DKT 674**<br><br>**DECLARATION OF GRAHAM COLE IN SUPPORT OF KITE PHARMA, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION** |

The Declaration of Graham Cole in Support of Kite Pharma, Inc.'s Application for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Motion (Dkt. 674) contained an error in its listing of exhibits. The two references to "Exhibits 19–25" should read "Exhibits 18–24."

DATED: February 13, 2020              MUNGER, TOLLES & OLSON LLP


                                      By:    /s/ Graham Cole
                                             GRAHAM COLE
                                      Attorneys for Defendant-Counterclaimant
                                      KITE PHARMA, INC.