UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Priority   ___
Send       ___
Enter      ___
Closed     ___
JS-5/JS-6  ___
Scan Only  ___

**CASE NO.:** <u>2:17-cv-07639 SJO-KS</u>   **DATE:** <u>February 18, 2020</u>

**TITLE:**   <u>Juno Therapeutics, Inc., et al. v. Kite Pharma, Inc.</u>
========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFFS:**      **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                              Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER RE: PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JMOL AND/OR A NEW TRIAL** [ECF No. 678]

This matter comes before the Court on Plaintiffs' Application to File Documents Under Seal in Connection with Plaintiffs' Opposition to Defendant's Motion for JMOL and/or a New Trial (ECF No. 678). Plaintiffs requested leave to file conditionally under seal Exhibit 41 to the Declaration of Andrea W. Jeffries in Support of Plaintiffs' Response to Kite's Motion for JMOL and/or a New Trial. Plaintiffs disagree Exhibit 41 should be filed under seal, given it was an admitted trial exhibit used during a public portion of trial. Nevertheless, Plaintiffs filed the exhibit conditionally under seal at Defendant's insistence.

Local Rule 79-5.2.2(b)(i) required Defendant to file a declaration by February 14, 2020, showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome and Exhibit 41 sealed. Given Defendant did not file a declaration, and given Exhibit 41 was admitted and used during a public portion of trial, the Court **DENIES** Plaintiffs' Application [678].

IT IS SO ORDERED.