JEFFREY I. WEINBERGER (State Bar No. 56214)
jeffrey.weinberger@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
GARTH T. VINCENT (State Bar No. 146574)
garth.vincent@mto.com
BLANCA F.YOUNG (State Bar No. 217533)
blanca.young@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

W. CHAD SHEAR (State Bar No. 230602)
shear@fr.com
GEOFFREY D. BIEGLER (State Bar No. 290040)
biegler@fr.com
MEGAN A. CHACON (State Bar No. 304912)
chacon@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

FILED
CLERK, U.S. DISTRICT COURT
February 18, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiffs,<br><br>vs.<br><br>KITE PHARMA, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS<br><br>**[PROPOSED] ORDER GRANTING KITE PHARMA, INC.'S APPLICATIONS FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' CONSOLIDATED POST-TRIAL MOTION**<br><br>Judge:  Hon. S. James Otero |

The Court, having considered Kite Pharma, Inc.'s Applications for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Motion (ECF Nos. 672, 680), finds that good cause exists to maintain under seal the following documents filed conditionally under seal:

| Sealed Document | Disposition |
| --- | --- |
| Kite Pharma, Inc.'s Opposition to Plaintiffs' Consolidated Post-Trial Motion Kite Pharma Inc.'s Opposition to Plaintiffs' Consolidated Post-Trial Motion at 2:1-3, 23:26–27, 28:14–18, 29:27–28 | Granted |
| Exhibit 2 | Granted |
| Exhibit 3 | Granted |
| Exhibit 4 | Granted |
| Exhibit 5 | Granted |
| Exhibit 6 | Granted |
| Exhibit 14 | Granted |
| Exhibit 15 | Granted |
| Exhibit 16 | Granted |
| Exhibit 17 | Granted |
| Exhibit 18 | Granted |
| Exhibit 19 | Granted |
| Exhibit 20 | Granted |
| Exhibit 21 | Granted |
| Exhibit 22 | Granted |
| Exhibit 23 | Granted |
| Exhibit 24 | Granted |

//
//
//

| | |
|---|---|
| DX2011c | Granted |
| PX156 | Granted |
| Declaration of Mohan Rao, Ph.D. | Granted |

IT IS SO ORDERED.

DATED: February 18, 2020.

_____
Hon. S. James Otero
UNITED STATES DISTRICT JUDGE

-3-
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL