1  JEFFREY I. WEINBERGER (State Bar No. 56214)
   jeffrey.weinberger@mto.com
2  TED DANE (State Bar No. 143195)
   ted.dane@mto.com
3  GARTH T. VINCENT (State Bar No. 146574)
   garth.vincent@mto.com
4  BLANCA FROMM YOUNG (State Bar No. 217533)
   blanca.young@mto.com
5  PETER E. GRATZINGER (State Bar No. 228764)
   peter.gratzinger@mto.com
6  ADAM R. LAWTON (State Bar No. 252546)
   adam.lawton@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
9  Facsimile:   (213) 687-3702

10 W. CHAD SHEAR (State Bar No. 230602)
   shear@fr.com
11 GEOFFREY D. BIEGLER (State Bar No. 290040)
   biegler@fr.com
12 MEGAN A. CHACON (State Bar No. 304912)
   chacon@fr.com
13 FISH & RICHARDSON P.C.
   12390 El Camino Real
14 San Diego, CA 92130
   Telephone:  (858) 678-5070
15 Facsimile:  (858) 678-5099

16 Attorneys for Defendant-Counterclaimant
   KITE PHARMA, INC.
17

18              UNITED STATES DISTRICT COURT

19     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

20

| | |
|---|---|
| JUNO THERAPEUTICS, INC., SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH, <br><br> Plaintiffs, <br><br> vs. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-SJO-KS <br><br> **NOTICE OF ERRATA REGARDING DEFENDANT KITE PHARMA, INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(B) (DKT. 659)** |

NOTICE OF ERRATA

1    In Kite Pharma, Inc.'s Notice of Motion and Motion for Judgment as a Matter

2  of Law Pursuant to Fed. R. Civ. P. 50(b) and/or a New Trial Pursuant to Fed. R. Civ.

3  P. 59 (Dkt. 659), citations of the trial transcript referred to initial versions of the trial

4  transcript. The court reporters revised the trial transcript in light of errata submitted

5  by the parties, and did not finish providing the revised transcripts until February 1,

6  2020—after Kite filed its motion. *See* Dkt. 666.

7    In some instances, testimony in the final transcript is offset from the

8  corresponding testimony in the initial transcript by a few lines. Kite is accordingly

9  filing a corrected memorandum in support of its motion in which the transcript

10 citations have been revised to correspond to the final transcript. Kite is also filing a

11 redline showing the changes between the original and corrected versions of Kite's

12 Motion. No substantive changes have been made.

13

14 DATED:  February 20, 2020          MUNGER, TOLLES & OLSON LLP

15

16

17                                    By:  _____ */s/ Graham Cole*_____
                                          GRAHAM COLE
18                                        Attorneys for Defendant-Counterclaimant
                                          KITE PHARMA, INC.
19

20

21

22

23

24

25

26

27

28