JEFFREY I. WEINBERGER (SBN 56214)
jeffrey.weinberger@mto.com
TED DANE (SBN 143195)
ted.dane@mto.com
GARTH T. VINCENT (SBN 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
PETER E. GRATZINGER (SBN 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (SBN 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (SBN 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., and
SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-PSG <br><br> **JOINT REPORT RE: ECF NO. 720** <br><br> Judge:  Hon. Philip S. Gutierrez |

As requested by the Court, the parties submit this joint report regarding the identification of any confidential material in the Court's Order of April 2, 2020 (Dkt. 720) ("the Order").

Plaintiffs do not propose any redactions to the Order.

Defendant Kite Pharma, Inc. ("Kite") proposes redacting the following portions of the Order, which reflect competitively sensitive and confidential information that the Court has previously sealed in the parties' briefing filed in support of and in opposition to the motion ruled upon, and that Kite requests be maintained under seal:

- **Last two lines of page 15, beginning immediately after the words "$724 million, and" and ending immediately before the words "Enhancement would . . . ."** This portion contains specific information about Kite's profit margins on YESCARTA®, which Kite considers proprietary and maintains as strictly confidential in the regular course of business. *See* Dkt. 677 ¶ 9 (Decl. of Samantak Ghosh in Support of Kite's Application for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Mot.). The Court previously sealed this sensitive information at lines 23:26–28 of Kite's Opposition (Dkt. 693), by Order dated February 18, 2020 (Dkt. 690).

- **First full paragraph on page 16, beginning immediately after the words "sustain the penalty," and ending immediately before the words "where Dr. Rao's analysis runs only through . . . ."** This portion contains specific information about Kite's profit margins on YESCARTA®, which Kite considers proprietary and maintains as strictly confidential in the regular course of business. *See* Dkt. 703 ¶ 12 (Decl. of Samantak Ghosh in Support of Kite's Applications for Leave to File Under Seal (Dkts. 696 and 699)). The Court previously sealed this sensitive information at lines 11:12–12:5 of Plaintiffs' Reply (Dkt. 712), by Order dated March 3, 2020 (Dkt. 707).

- **Second full paragraph on page 22, beginning immediately after the words "while in 2017, Defendant estimated" and ending immediately before the words "While Plaintiffs argue . . . ."** This portion contains information about Kite's profit margins on YESCARTA®, which Kite considers proprietary and maintains as strictly confidential in the regular course of business. *See* Dkt. 677 ¶ 9 (Decl. of Samantak Ghosh in Support of Kite's Application for Leave to File Under Seal Documents in Support of Opposition to Plaintiffs' Consolidated Post-Trial Mot.). The Court previously sealed this sensitive information at lines 28:14–18 of Kite's Opposition (Dkt. 693), by Order dated February 18, 2020 (Dkt. 690).

The parties agree that the remaining portions of the Order can be publicly filed.

DATED: April 7, 2020

JONES DAY

By:    /s/ *Andrea W. Jeffries*
       Andrea W. Jeffries

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH


MUNGER, TOLLES & OLSON LLP


By:    /s/ *Ted Dane*
       Ted Dane
Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.