JEFFREY I. WEINBERGER (SBN 56214)
jeffrey.weinberger@mto.com
TED DANE (SBN 143195)
ted.dane@mto.com
GARTH T. VINCENT (SBN. 146574)
garth.vincent@mto.com
BLANCA F. YOUNG (SBN 217533)
blanca.young@mto.com
PETER E. GRATZINGER (SBN 228764)
peter.gratzinger@mto.com
ADAM R. LAWTON (SBN 252546)
adam.lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

GEOFFREY D. BIEGLER (SBN 290040)
biegler@fr.com
GRANT T. RICE (admitted *pro hac vice*)
rice@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

Morgan Chu (SBN 70446)
mchu@irell.com
Alan J. Heinrich (SBN 212782)
aheinrich@irell.com
C. Maclain Wells (SBN 221609)
mwells@irell.com
Elizabeth C. Tuan (SBN 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Andrea W. Jeffries (SBN 183408)
ajeffries@jonesday.com
Luke J. Burton (SBN 301247)
lburton@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC.,
MEMORIAL SLOAN KETTERING
CANCER CENTER, and SLOAN
KETTERING INSTITUTE FOR
CANCER RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNO THERAPEUTICS, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KITE PHARMA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-7639-PSG-KS <br><br> **JOINT NOTICE OF LODGING OF UPDATED PROPOSED FINAL JUDGMENT** <br><br> Hon. Philip S. Gutierrez <br><br> Courtroom 6A |

As requested by the Court (ECF No. 722), the parties hereby jointly lodge an updated version of Plaintiffs' Proposed Final Judgment (ECF No. 658). By submitting this joint notice, the parties do not intend to and do not waive or forfeit any rights, including any right to file an appeal; the parties expressly reserve all rights.

DATED: April 7, 2020

JONES DAY

By:    */s/ Andrea W. Jeffries*
      Andrea W. Jeffries

Attorneys for Plaintiffs
JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, and SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH

MUNGER, TOLLES & OLSON LLP

By:    */s/ Adam Lawton*
      Adam Lawton

Attorneys for Defendant-Counterclaimant
KITE PHARMA, INC.

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

       */s/ Andrea W. Jeffries*
       Andrea W. Jeffries

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the Court this 7th day of April, 2020.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

  */s/ Andrea W. Jeffries*
  Andrea W. Jeffries