


RECEIVED
CLERK, U.S. DISTRICT COURT

5/1/20

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MAT _____ DEPUTY

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 1, 2020

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2020-1758

**Federal Circuit Short Title:** Juno Therapeutics, Inc. v. Kite Pharma, Inc.

**Date of Docketing:** May 1, 2020

**Originating Tribunal:** United States District Court for the Central District of California

**Originating Case No.:** 2:17-cv-07639-PSG-KS

**Appellant:** Kite Pharma, Inc.

    A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short title must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management Team at (202) 275-8055.

    The following documents are due within 14 days of this notice:

- [Entry of Appearance](). (Fed. Cir. R. 47.3.)
- [Certificate of Interest](). (Fed. Cir. R. 47.4.)
- [Docketing Statement](). Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the [Mediation Guidelines]())
- [Statement Concerning Discrimination]() in MSPB cases. (Fed. Cir. R. 15(c).)

**PARTY FILING AND CONTACT INFORMATION:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing

system. Fed. Cir. R. 25(a). Attorneys whose contact information has changed should make all changes through their PACER service center profile.

Unrepresented parties must submit documents intended for filing to the court in paper. However, motions and letters may be emailed to prose@cafc.uscourts.gov or faxed to 202-275-9678. Unrepresented parties changing contact information must submit a letter or updated Entry of Appearance with the new contact information.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: L. Nichols, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
    - General Information and Overview of a Case in the Federal Circuit
    - Entry of Appearance
    - Informal Brief
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
    - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)
    - Statement Concerning Discrimination

**cc:** United States District Court for the Central District of California

## Official Caption

**JUNO THERAPEUTICS, INC., MEMORIAL SLOAN KETTERING CANCER CENTER, SLOAN KETTERING INSTITUTE FOR CANCER RESEARCH,**
*Plaintiffs-Appellees*

v.

**KITE PHARMA, INC.,**
*Defendant-Appellant*

## Short Caption

Juno Therapeutics, Inc. v. Kite Pharma, Inc.